No. 22-2090

In the

# United States Court of Appeals
## For the Fourth Circuit

———————————

GMS INDUSTRIAL SUPPLY, INC.,

*Plaintiff-Appellee,*

v.

WESTLY L. GREER,

*Defendant-Appellant,*

and

G&S SUPPLY, LLC; SABRINA GREER; GREER GROUP, LLC; GREGORY K. SPIRES; COUNTRY ROADS, LLC; THOMAS HAYES; MIKE WELTON; WARTECH INDUSTRIES, LLC; HMC SUPPLY, LLC,

*Defendants.*

———————————

On Appeal from the United States District Court
for the Eastern District of Virginia at Norfolk
Case No. 2:19-cv-00324
The Honorable Roderick C. Young, District Judge
The Honorable Lawrence R. Leonard, Magistrate Judge

———————————

**JOINT APPENDIX – VOLUME I OF IV (pp. 1-305)**

———————————

Robert W. McFarland
V. Kathleen Dougherty
Jeanne E. Noonan
MCGUIREWOODS LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510
T: (757) 640-3716

*Counsel for Appellant*

Jeffrey Wilson
William A. Lascara
Thomas S. Berkley
PENDER & COWARD, PC
222 Central Park Avenue
Suite 400
Virginia Beach, VA 23462
T: (757) 502-7341

*Counsel for Appellee*

*(additional counsel listed on inside cover)*

Sean A. McClelland
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2838

*Counsel for Appellant*

# TABLE OF CONTENTS

**Page**

**Volume I (pp. 1-305)**

E.D. Va. Docket Sheet (Case No. 2:19-cv-00324-RCY-LRL) ...............................1

Dkt. 1:
    Complaint (June 20, 2019) ...........................................................................40

    Dkt. 1-1: Civil Cover Sheet .......................................................................118

    Dkt. 1-2: Exhibit 1 to Complaint, Apr. 3, 2019 Termination,
    Cease and Desist and Litigation Hold Notice Letter ..................................119

    Dkt. 1-3: Exhibit 2 to Complaint, GMS Catalogue ....................................133

    Dkt. 1-4: Exhibit 3 to Complaint, G&S Catalogue ....................................219

    Dkt. 1-5: Exhibit 4 to Complaint, Comparison ..........................................241

    Dkt. 1-6: Exhibit 5 to Complaint, Email Details ........................................267

    Dkt. 1-7: Exhibit 6 to Complaint, Apr. 17, 2019 Supplemental
    Termination, Cease and Desist and Litigation Hold Notice Letter
    and Demand for Return of Property .............................................................270

    Dkt. 1-8: Exhibit 7 to Complaint, Report ...................................................272

    Dkt. 1-9: Exhibit 8 to Complaint, GMS Trademark Use Examples ..........273

    Dkt. 1-10: Exhibit 9 to Complaint, G&S Designation Use Examples .......280

    Dkt. 1-11: Exhibit 10 to Complaint, May 24, 2019 Second
    Supplemental Termination, Cease and Desist and Litigation
    Hold Notice Letter and Demand for Return of Property ............................297

    Dkt. 1-12: Exhibit 11 to Complaint, Declaration of Garry A. Pate............298

i

Dkt. 1-13: Exhibit 12 to Complaint, Declaration of William A.
Lascara ...................................................................................304

**Volume II (pp. 306-713)**

Dkt. 3-1:
Exhibit 1 to Memorandum in Support of Motion for Temporary
Restraining Order and Temporary Injunction – Contracts
Between Plaintiffs and Defendants (June 21, 2019) ..................306

Dkt. 156:
Third Amended Verified Complaint (Dec. 1, 2020) ..................346

Dkt. 193:
Defendants' Motion for Sanctions Pursuant to Rule 11 (July 8, 2021) .....432

Dkt. 194:
Memorandum in Support of Defendants' Motion for Sanctions
Pursuant to Rule 11 (July 8, 2021) ...............................................435

Dkt. 205:
GMS Industrial Supply, Inc.'s Response to Defendants' Motion
for Sanctions Pursuant to Rule 11 (July 22, 2021).....................467

Dkt. 207:
Reply in Support of Defendants' Motion for Sanctions Pursuant
to Rule 11 (July 28, 2021) ..........................................................495

Dkt. 249:
Order Denying Rule 11 Motion (Mar. 22, 2022) .......................517

Dkt. 250:
Memorandum Opinion re: Rule 11 Motion (Mar. 22, 2022) ....................518

Dkt. 266:
Proposed Jury Instructions (May 9, 2022) .................................539

## Volume III (pp. 714-1070)

Dkt. 271:
Defendants' Objections To Plaintiff's Proposed Jury Instructions
(May 12, 2022) ........................................................................714

Dkt. 289:
Defendants' Pretrial Bench Brief (May 26, 2022) ....................723

Dkt. 291:
Plaintiff's Bench Brief (May 26, 2022)......................................738

Dkt. 323:
Transcript of Jury Trial (Excerpt of Proceedings) (June 2, 2022) .............754

Donna Grace Rupley, Direct Examination By Mr. Gordon .......................757

Donna Grace Rupley, Cross-Examination By Mr. McFarland .................799

Donna Grace Rupley, Redirect Examination By Mr. Gordon ..................807

Danielle Renee Robichaux, Direct Examination By Mr. Berkley .............810

Dkt. 329:
Transcript of Proceedings (Excerpt Testimony of Danielle Renee
Robichaux) (June 3, 2022).........................................................885

Danielle Renee Robichaux, Direct Examination By Mr. Berkley .............887

Danielle Renee Robichaux, Cross-Examination By Mr.
McFarland.................................................................................950

Danielle Renee Robichaux, Redirect Examination By Mr.
Berkley......................................................................................983

Dkt. 361:
Transcript of Proceedings re: Initial Oral Rule 50 Motion
(Motions Excerpt) (June 3, 2022)..............................................988

## Volume IV (pp. 1071-1446)

Dkt. 340:
    Transcript of Proceedings (Excerpt of Proceedings – Westly
    Greer) (June 6, 2022)..................................................................1071

    Westly Greer, Direct Examination By Mr. McFarland ...........................1074

    Westly Greer, Cross-Examination By Mr. Lascara..................................1126

Dkt. 341:
    Transcript of Proceedings (Excerpt Testimony of Westly Greer)
    (June 7, 2022) ..........................................................................1170

    Westly Greer, Cross-Examination By Mr. Lascara..................................1174

    Westly Greer, Redirect Examination By Mr. McFarland ........................1196

Dkt. 342:
    Transcript of Proceedings (Excerpt Testimony of Sabrina Greer)
    (June 7, 2022) ..........................................................................1199

    Sabrina Star Greer, Direct Examination By Mr. McFarland...................1202

    Sabrina Star Greer, Cross Examination By Mr. Gordon .........................1224

Dkt. 362:
    Transcript of Proceedings re: Renewed Oral Rule 50 Motion
    (June 7, 2022) ..........................................................................1244

Dkt. 310:
    Order re: Defendants' Motion for Judgment As A Matter of Law
    Under Rule 50 (June 8, 2022)....................................................1281

Dkt. 311:
    Order re: Defendants' Renewed Motion for Judgment As A
    Matter of Law Under Rule 50 (June 8, 2022) ..........................1283

Dkt. 316-1:
        Exhibit and Witness List (June 10, 2022) .................................................1285

Dkt. 317:
        Jury Verdict (June 10, 2022) ....................................................1298

Dkt. 319:
        Jury Instructions (June 10, 2022) ............................................1333

Dkt. 321:
        Clerk's Judgment (June 10, 2022).............................................1406

Dkt. 331:
        Notice of Appeal (July 8, 2022) ..............................................1407

Dkt. 363-1:
        Trial Exhibit P3 – Independent Agent Agreement Between GMS
        Industrial Supply, Inc. and Westly Greer ....................................1409

Dkt. 363-2:
        Trial Exhibit P4 – GMS Industrial Supply, Inc. Zone Manager
        Addendum.........................................................................1413

Dkt. 363-3:
        Trial Exhibit P5 – GMS Document re: Westly Greer's New Title
        of Director of Sales............................................................1414

Dkt. 363-4:
        Trial Exhibit P6 – Employment Agreement for Westly Greer As
        District Manager ...............................................................1415

Dkt. 363-5:
        Trial Exhibit P8 – Independent Sales Agent Agreement for
        Sabrina Greer ..................................................................1417

Dkt. 363-6:
        Trial Exhibit P12 – Independent Sales Agent Agreement
        Between GMS & County Roads (Greg Spires).........................................1421

Dkt. 363-7:
    Trial Exhibit P14 – Independent Sales Agent Agreement for
    Thomas Hayes ................................................................1425

Dkt. 363-8:
    Trial Exhibit P16 – Independent Sales Agent Agreement for
    Michael Welton ..............................................................1429

Dkt. 363-9:
    Trial Exhibit P28 – Independent Sales Agent Agreement for
    Sabrina Greer .................................................................1433

Dkt. 363-10:
    Trial Exhibit P32 – Independent Sales Agent Agreement for
    County Roads, LLC (Greg Spires) ..........................................1438

Dkt. 363-11:
    Trial Exhibit P49 – Employee Non-Compete Agreement for
    Westly Greer ..................................................................1442

Dkt. 363-12:
    Trial Exhibit P52 – Sales Agent Agreement for Gregory Spires .............1444

APPEAL,BOC,BOND,CLOSED,JURY

## U.S. District Court
## Eastern District of Virginia – (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:19–cv–00324–RCY–LRL

GMS Industrial Supply, Inc. v. G&S Supply, LLC et al
Assigned to: District Judge Roderick C. Young
Referred to: Magistrate Judge Lawrence R. Leonard
Demand: $6,000,000
Case in other court:  4CCA Case Manager E. Borneisen,
22–02090
Cause: 18:1831 Defense of Trade Secrets Act (DTSA)

Date Filed: 06/20/2019
Date Terminated: 06/10/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**GMS Industrial Supply, Inc.**     represented by     **William A. Lascara**
Pender & Coward PC
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462
(757) 490–6265
Email: wlascara@pendercoward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Tennyson Berger**
Daniel Berger
Pender & Coward P.C.
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462
757–901–4512
Email: dberger@pendercoward.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Dennis Wilson**
Pender & Coward PC
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462
(757) 502–7341
Fax: (757) 507–7391
Email: jwilson@pendercoward.com
*ATTORNEY TO BE NOTICED*

**Jesse Brian Gordon**
Pender & Coward PC
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462
757–490–6266
Fax: 757–502–7361
Email: jesse.gordon@reavescoley.com
*ATTORNEY TO BE NOTICED*

**Thomas Saunders Berkley**
Pender & Coward PC
222 Central Park Ave
Suite 400
Virginia Beach, VA 23462–3027
(757) 502–7344
Email: tberkley@pendercoward.com
*ATTORNEY TO BE NOTICED*

**JA1**

**Defendant**

**G&S Supply, LLC**                  represented by   **Robert William McFarland**
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510–1655
757–640–3700
Fax: 757-640–3701
Email: rmcfarland@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
Kelly Guzzo PLC
Gateway Plaza
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030
703–424–7573
Email: pat@kellyguzzo.com
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
McGuireWoods LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510
757–640–3827
Email: jnoonan@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510–1655
757–640–3716
Fax: 757–640–3966
Email: mnoreen@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510–1655
Email: vkdougherty@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westly L. Greer**                  represented by   **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA2**

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sabrina Greer**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greer Group, LLC**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory K. Spires**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**

# JA3

(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**County Roads, LLC**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Hayes**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory S. Spires**                    represented by    **Robert William McFarland**
*Dismissed Without Prejudice 7/7/21*                    (See above for address)
*TERMINATED: 07/07/2021*                    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)

**JA4**

*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mike Welton**                    represented by   **Robert William McFarland**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James Patrick McNichol**
                                                    (See above for address)
                                                    *TERMINATED: 09/08/2021*

                                                    **Jeanne Elizabeth Noonan**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Micaylee Alexa Noreen**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **V. Kathleen Dougherty**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Wayne Side**                     represented by   **Robert William McFarland**
*TERMINATED: 01/16/2020*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jeanne Elizabeth Noonan**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**WarTech Industries, LLC**        represented by   **Robert William McFarland**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jeanne Elizabeth Noonan**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Micaylee Alexa Noreen**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **V. Kathleen Dougherty**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**JA5**

**<u>Defendant</u>**

**HMC Supply, LLC**                    represented by   **Robert William McFarland**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeanne Elizabeth Noonan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Micaylee Alexa Noreen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Westly L. Greer**                    represented by   **Robert William McFarland**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Patrick McNichol**
                                                        (See above for address)
                                                        *TERMINATED: 09/08/2021*

                                                        **Jeanne Elizabeth Noonan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Micaylee Alexa Noreen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **V. Kathleen Dougherty**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**<u>Counter Defendant</u>**

**GMS Industrial Supply, Inc.**        represented by   **William A. Lascara**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Tennyson Berger**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey Dennis Wilson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jesse Brian Gordon**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas Saunders Berkley**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Gregory K. Spires**                  represented by   **Robert William McFarland**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

**JA6**

*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**County Roads, LLC**          represented by     **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Thomas Hayes**          represented by     **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**JA7**

**Sabrina Greer**                                    represented by **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Greer Group, LLC**                                 represented by **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mike Welton**                                      represented by **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick McNichol**
(See above for address)
*TERMINATED: 09/08/2021*

**Jeanne Elizabeth Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Micaylee Alexa Noreen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V. Kathleen Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA8**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2019 | 1 | Complaint ( Filing fee $ 400, receipt number 0422−6702633.), filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit #1, # 3 Exhibit #2, # 4 Exhibit #3, # 5 Exhibit #4, # 6 Exhibit #5, # 7 Exhibit #6, # 8 Exhibit #7, # 9 Exhibit #8, # 10 Exhibit #9, # 11 Exhibit #10, # 12 Exhibit #11, # 13 Exhibit #12)(Lascara, William) (Entered: 06/20/2019) |
| 06/20/2019 |  | Initial Case Assignment to District Judge Rebecca Beach Smith and Magistrate Judge Robert J. Krask. (afar) (Entered: 06/21/2019) |
| 06/21/2019 | 2 | MOTION for Temporary Restraining Order *and Temporary Injunction* by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Lascara, William) (Entered: 06/21/2019) |
| 06/21/2019 | 3 | Memorandum in Support re 2 MOTION for Temporary Restraining Order *and Temporary Injunction* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1)(Lascara, William) (Attachment 1 replaced with redacted version on 6/26/19) (bpet, ) (Entered: 06/21/2019) |
| 06/21/2019 | 4 | Financial Interest Disclosure Statement (Local Rule 7.1) by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Main Document 4 rotated to upright position on 6/21/19) (bpet, ) (Entered: 06/21/2019) |
| 06/21/2019 | 5 | Proposed Summons re 1 Complaint, by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 06/21/2019) |
| 06/21/2019 | 6 | AFFIDAVIT *of Plaintiff's Counsel Pursuant to Fed. R. Civ. P. 65(b)(1)(B)* re 2 MOTION for Temporary Restraining Order *and Temporary Injunction*, 3 Memorandum in Support by GMS Industrial Supply, Inc. (Lascara, William) (Entered: 06/21/2019) |
| 06/22/2019 | 7 | MOTION to Expedite *Discovery Requests For Preliminary Injunction* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lascara, William) (Entered: 06/22/2019) |
| 06/22/2019 | 8 | Memorandum in Support re 7 MOTION to Expedite *Discovery Requests For Preliminary Injunction*, 2 MOTION for Temporary Restraining Order *and Temporary Injunction* filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 06/22/2019) |
| 06/24/2019 | 9 | Summonses Issued as to All Defendants. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Civil motions procedures) (bpet, ) (Entered: 06/24/2019) |
| 06/28/2019 |  | Motion Hearing set for 7/18/2019 at 11:00 AM in Norfolk Courtroom 1 before District Judge Rebecca Beach Smith re 2 MOTION for Temporary Restraining Order. (sche) (Entered: 06/28/2019) |
| 07/01/2019 | 10 | Notice of Hearing Date re Set Motion and R&R Deadlines/Hearings, 2 MOTION for Temporary Restraining Order *and Temporary Injunction*, 3 Memorandum in Support, (Lascara, William) (Entered: 07/01/2019) |
| 07/10/2019 | 11 | NOTICE of Appearance by Robert William McFarland on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton (McFarland, Robert) (Entered: 07/10/2019) |
| 07/10/2019 | 12 | NOTICE of Appearance by Jeanne Elizabeth Noonan on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton (Noonan, Jeanne) (Entered: 07/10/2019) |
| 07/11/2019 | 13 | MOTION to Continue *the Temporary Restraining Order Hearing* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, |

**JA9**

| | | Robert) (Entered: 07/11/2019) |
|---|---|---|
| 07/11/2019 | 14 | Memorandum in Opposition re 13 MOTION to Continue *the Temporary Restraining Order Hearing* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2)(Lascara, William) (Entered: 07/11/2019) |
| 07/12/2019 | 15 | ORDER granting 13 Motion to Continue the Temporary Restraining Order Hearing. The hearing is continued to 7/25/19 at 11:00 a.m. Signed by District Judge Rebecca Beach Smith on 7/11/19. (bpet, ) (Entered: 07/12/2019) |
| 07/12/2019 | | Reset Hearing: Motion Hearing reset for 7/25/2019 at 11:00 AM in Norfolk Courtroom 1 before District Judge Rebecca Beach Smith re 2 MOTION for Temporary Restraining Order. (bpet, ) (Entered: 07/12/2019) |
| 07/15/2019 | 16 | Financial Interest Disclosure Statement (Local Rule 7.1) by County Roads, LLC. (McFarland, Robert) (Entered: 07/15/2019) |
| 07/15/2019 | 17 | Financial Interest Disclosure Statement (Local Rule 7.1) by G&S Supply, LLC. (McFarland, Robert) (Entered: 07/15/2019) |
| 07/15/2019 | 18 | Financial Interest Disclosure Statement (Local Rule 7.1) by Greer Group, LLC. (McFarland, Robert) (Entered: 07/15/2019) |
| 07/15/2019 | 19 | MOTION for Extension *of Time to File Responsive Pleadings* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 07/15/2019) |
| 07/16/2019 | 20 | Memorandum in Opposition re 19 MOTION for Extension *of Time to File Responsive Pleadings* filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 07/16/2019) |
| 07/16/2019 | 21 | ORDER re 19 MOTION for Extension *of Time to File Responsive Pleadings*. The Court ORDERS defendants to file any reply no later than 9:00 a.m. on 7/17/19. Signed by Magistrate Judge Robert J. Krask on 7/16/19. (bpet, ) (Entered: 07/16/2019) |
| 07/16/2019 | 22 | REPLY to Response to Motion re 19 MOTION for Extension *of Time to File Responsive Pleadings* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 07/16/2019) |
| 07/16/2019 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 19 MOTION for Extension *of Time to File Responsive Pleadings*. (bpet, ) (Entered: 07/16/2019) |
| 07/16/2019 | 23 | ORDER granting 19 Motion for Extension of Time to File Responsive Pleadings. For good cause shown and in light of the length of the complaint and the various claims asserted, defendants' time for filing responsive pleadings is extended to not later than August 6, 2019. Signed by Magistrate Judge Robert J. Krask on 07/16/2019. (Krask, Robert) (Entered: 07/16/2019) |
| 07/17/2019 | 24 | AMENDED ORDER clarifying that the extension granted in ECF 23 applies to defendants' response to the complaint, due by 8/6/19, whether that be an answer or a motion. Signed by Magistrate Judge Robert J. Krask on 7/17/19. (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 25 | SUMMONS Returned Executed by GMS Industrial Supply, Inc. County Roads, LLC served on 6/27/2019. (Wilson, Jeffrey) Modified service date on 7/17/19 (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 26 | SUMMONS Returned Executed by GMS Industrial Supply, Inc. Gregory K. Spires served on 6/27/2019. (Wilson, Jeffrey) Modified service date on 7/17/19 (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 27 | SUMMONS Returned Executed by GMS Industrial Supply, Inc. Thomas Hayes served on 6/27/2019. (Wilson, Jeffrey) Modified service date on 7/17/19 (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 28 | SUMMONS Returned Executed by GMS Industrial Supply, Inc. Mike Welton served on 6/26/2019. (Wilson, Jeffrey) Modified service date on 7/17/19 (bpet, ) (Entered: |

| | | 07/17/2019) |
|---|---|---|
| 07/17/2019 | 29 | SUMMONS Returned Executed by GMS Industrial Supply, Inc. Gregory S. Spires served on 6/27/2019. (Wilson, Jeffrey) Modified service date on 7/17/19 (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 30 | AFFIDAVIT of Service for Motion for Temporary Restraining Order and Preliminary Injunction; Motion for Expedited Discovery; Memorandum in Support of TRO and Preliminary Injunction; proposed Order regarding Expedited Discovery served on Country Roads, LLC (Gregory K. Spires) on 06/27/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 31 | AFFIDAVIT of Service for Summons; Verified Complaint served on G&S Supply, LLC (Westly L. Greer) on 06/29/2019, filed by GMS Industrial Supply, Inc. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 32 | AFFIDAVIT of Service for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit 1.1; Exhibit 1.2; Exhibit 1.3; Exhibit 1.4; Exhibit 1.5; Exhibit 1.6; Exhibit 1.7; Exhibit 1.8; Exhibit 1.9; Certification of Plaintiffs Counsel Pursuant to FED.R.CIV.P. 65(b)(1)(B); Plaintiff GMS Industrial Supply, Inc.'s Motion for Expedited Discovery; GMS Industrial Supply, Inc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, Inc.'s Expedited Interrogatories to Defendants; Plaintiff's GMS Industrial Supply, Inc.'s Memorandum in Support of its Motion for Expedited Discovery From Defendants served on G&S Supply, LLC (Westly L. Greer) on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 33 | AFFIDAVIT of Service for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit 1.1; Exhibit 1.2; Exhibit 1.3; Exhibit 1.4; Exhibit 1.5; Exhibit 1.6; Exhibit 1.7; Exhibit 1.8; Exhibit 1.9; Certification of Plaintiffs Counsel Pursuant to FED.R.CIV.P. 65(b)(1)(B); Plaintiff GMS Industrial Supply, Inc.'s Motion for Expedited Discovery; GMS Industrial Supply, Inc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, Inc.'s Expedited Interrogatories to Defendants; Plaintiff's GMS Industrial Supply, Inc.'s Memorandum in Support of its Motion for Expedited Discovery From Defendants served on Gregory K. Spires on 06/27/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 34 | AFFIDAVIT of Service for Summons in a Civil Action; Verified Complaint for Injunctive and Legal Relief; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 1 O; Exhibit 11; Exhibit 12 served on Westly L. Greer on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 35 | AFFIDAVIT of Service for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit 1.1; Exhibit 1.2; Exhibit 1.3; Exhibit 1.4; Exhibit 1.5; Exhibit 1.6; Exhibit 1.7; Exhibit 1.8; Exhibit 1.9; Certification of Plaintiffs Counsel Pursuant to FED.R.CIV.P. 65(b)(1)(B); Plaintiff GMS Industrial Supply, Inc.'s Motion for Expedited Discovery; GMS Industrial Supply, Inc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, Inc.'s Expedited Interrogatories to Defendants; Plaintiff's GMS Industrial Supply, Inc.'s Memorandum in Support of its Motion for Expedited Discovery from Defendants served on Westly L. Greer on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 36 | AFFIDAVIT of Service for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit 1.1; Exhibit 1.2; Exhibit 1.3; Exhibit 1.4; Exhibit 1.5; Exhibit 1.6; Exhibit 1.7; Exhibit 1.8; Exhibit 1.9; Certification of Plaintiffs Counsel Pursuant to FED.R.CIV.P. 65(b)(1)(B); Plaintiff GMS Industrial Supply, Inc.'s Motion for Expedited Discovery; GMS Industrial Supply, Inc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, Inc.'s Expedited Interrogatories to Defendants; |

**JA11**

| | | |
|---|---|---|
| | | Plaintiff's GMS Industrial Supply, lnc.'s Memorandum in Support of its Motion for Expedited Discovery from Defendants served on Greer Group, LLC (Sabrina Greer) on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 37 | AFFIDAVIT of Service for Summons in a Civil Action; Verified Complaint for Injunctive and Legal Relief; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 1 O; Exhibit 11; Exhibit 12 served on Greer Group, LLC (Sabrina Greer) on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 38 | AFFIDAVIT of Service for Summons in a Civil Action; Verified Complaint for Injunctive and Legal Relief; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 1 O; Exhibit 11; Exhibit 12 served on Sabrina Greer on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 39 | AFFIDAVIT of Service for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit 1.1; Exhibit 1.2; Exhibit 1.3; Exhibit 1.4; Exhibit 1.5; Exhibit 1.6; Exhibit 1.7; Exhibit 1.8; Exhibit 1.9; Certification of Plaintiffs Counsel Pursuant to FED.R.CIV.P. 65(b)(1)(B); Plaintiff GMS Industrial Supply, lnc.'s Motion for Expedited Discovery; GMS Industrial Supply, lnc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, lnc.'s Expedited Interrogatories to Defendants; Plaintiff's GMS Industrial Supply, lnc.'s Memorandum in Support of its Motion for Expedited Discovery from Defendants served on Sabrina Greer on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | 40 | AFFIDAVIT of Service for Summons, Verified Complaint, Motion for Expedited Discovery and Memo in Support thereof, Motion for Temporary Restraining Order and Preliminary Injunction, Memo in Support of Motion for Temporary Restraining Order and Preliminary Injunction, and a Certification in Support of a Temporary Restraining Order served on Wayne Side on 06/27/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/17/2019 | | Notice of Correction re 25 Summons Returned Executed, 37 Affidavit of Service: the summons return filed at 25 does not contain a date served. Additionally, the docket text of the 37 Affidavit of service indicates service on Greer Group, LLC via Sabrina Greer; however the document at 37 relates to defendant Westly Greer. The filing user has been instructed to refile proof of service as to Greer Group, LLC. (bpet, ) (Entered: 07/17/2019) |
| 07/17/2019 | 41 | AFFIDAVIT of Service for Summons in a Civil Action; Verified Complaint for Injunctive and Legal Relief; Exhibit 1; Exhibit 2;Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 1 O; Exhibit 11; Exhibit 12 served on Greer Group, LLC (Sabrina Greer) on 06/29/2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/17/2019) |
| 07/18/2019 | 42 | MOTION for Leave to File *Responses Out of Time* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 07/18/2019) |
| 07/18/2019 | 43 | Memorandum in Support re 42 MOTION for Leave to File *Responses Out of Time* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Exhibit Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, # 2 Exhibit A to Opposition, # 3 Exhibit B to Opposition, # 4 Exhibit C to Opposition, # 5 Exhibit D to Opposition, # 6 Exhibit E to Opposition, # 7 Exhibit F to Opposition, # 8 Exhibit G to Opposition, # 9 Exhibit H to Opposition, # 10 Exhibit Opposition to Plaintiff's Motion to Expedite Discovery)(McFarland, Robert) (Entered: 07/18/2019) |
| 07/19/2019 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 42 MOTION for Leave to File *Responses Out of Time*. (bpet, ) (Entered: 07/19/2019) |

**JA12**

| 07/22/2019 | 44 | AFFIDAVIT of Service for Proposed Temporary Restraining Order; Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction; Certification of Plaintiff's Counsel Pursuant to FED.R.CIV.P. 6S(b)(l){B); Plaintiff GMS Industrial Supply, Inc.'s Motion for Expedited Discovery; GMS Industrial Supply, lnc.'s Expedited Requests for Production of Documents to Defendants; GMS Industrial Supply, Inc.'s Expedited Interrogatories to Defendants; Plaintiff's GMS Industrial Supply, Inc.'s Memorandum in Support of its Motion for Expedited Discovery From Defendants served on Gregory S. Spires on June 27, 2019, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 45 | ORDER granting 42 Motion for Leave to File Responses Out of Time. Defendants to file opposition by 7/23/19. Signed by Magistrate Judge Robert J. Krask on 7/22/19. (bpet, ) (Entered: 07/22/2019) |
| 07/24/2019 | 46 | Declaration *of Amber Wenrick* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 part 1, # 4 Exhibit 3 part 2)(Wilson, Jeffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 47 | Declaration *of Gary Pate* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D part 1, # 5 Exhibit D part 2, # 6 Exhibit D part 3, # 7 Exhibit D part 4)(Wilson, Jeffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 48 | MOTION to Seal *Exhibit* and Memorandum in Support by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Wilson, Jeffrey) Modified docket text on 7/25/19 (bpet, ) (Entered: 07/24/2019) |
| 07/24/2019 | 49 | Notice of Filing Sealing Motion LCvR5(C) by GMS Industrial Supply, Inc. re 48 MOTION to Seal *Exhibit* (Wilson, Jeffrey) Modified docket text on 7/25/19 (bpet, ) (Entered: 07/24/2019) |
| 07/25/2019 |  | Notice of Correction re 48 MOTION to Seal *Exhibit*, 49 NOTICE: The filing user has been instructed to file the document proposed to be sealed using the appropriate Sealed Document event. Additionally, they were informed of the proper event to use when filing the Rule 5 sealing notice. (bpet, ) (Entered: 07/25/2019) |
| 07/25/2019 | 50 | MOTION HEARING held before District Judge Rebecca Beach Smith: Jody Stewart, OCR. William Lascara, Jeffrey Wilson, and Jesse Gordon present on behalf of plaintiff. Robert McFarland and Jeanne Noonan present on behalf of all defendants. Motion Hearing held on 7/25/2019 re 2 MOTION for Temporary Restraining Order and Temporary Injunction filed by GMS Industrial Supply, Inc. Motion to separate witnesses, Granted. Opening statements of counsel heard. Evidence presented by plaintiff. Hearing continued to July 26, 2019, at 2:00 p.m. (sche) (Entered: 07/26/2019) |
| 07/26/2019 |  | Motion Hearing continued to 7/26/2019 at 02:00 PM in Norfolk Courtroom 1 before District Judge Rebecca Beach Smith re 2 MOTION for Temporary Restraining Order and Temporary Injunction. (sche) (Entered: 07/26/2019) |
| 07/26/2019 | 51 | MOTION HEARING held before District Judge Rebecca Beach Smith: Jody Stewart, OCR. Counsel and parties present. Continuation of Motion Hearing held on 7/26/2019 re 2 MOTION for Temporary Restraining Order and Temporary Injunction filed by GMS Industrial Supply, Inc. Plaintiff continued presenting evidence. Court advised counsel and the parties that the hearing was proceeding under Rule 65a (preliminary injunction). The court advised counsel that witness Chris Morton may be recalled. Plaintiff rested. Defendants oral motion to deny preliminary injunction. The court denied the motion for the reasons stated on the record. Motion Hearing continued to 7/29/2019 at 02:00 PM in Norfolk Courtroom 1 before District Judge Rebecca Beach Smith. (sche) (Entered: 07/29/2019) |
| 07/29/2019 | 52 | MOTION HEARING held before District Judge Rebecca Beach Smith: Jody Stewart, OCR. Counsel and parties present. Motion Hearing held on 7/29/2019 re 2 MOTION for Temporary Restraining Order and Temporary Injunction filed by GMS Industrial Supply, Inc. Defendants presented evidence through Declarations of Westly L. Greer, Gregory K. Spires, Thomas Hayes, Jr., Michael Welton, Wayne Side, Gregory S. Spires, and Sabrina Greer (Declarations attached to ECF no. 43, filed by defendants), and the court directed that the Declarations be admitted as evidence. The court directed counsel for plaintiff to file follow–up brief with any law cited by August 5, 2019; any response by defendants shall be due by August 12, 2019; any reply shall be due by August 16, 2019. (Attachments: # 1 Witness List, # 2 Exhibit List) (sche) (Entered: |

**JA13**

| | | |
|---|---|---|
| | | 07/29/2019) |
| 08/02/2019 | 53 | TRANSCRIPT of proceedings held on 7−25−2019, before Judge Rebecca Beach Smith, Court Reporter/Transcriber Jody Stewart, Telephone number 757−222−7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 9/3/2019. Redacted Transcript Deadline set for 10/2/2019. Release of Transcript Restriction set for 10/31/2019.**(stewart, jody) (Entered: 08/02/2019) |
| 08/02/2019 | 54 | .TRANSCRIPT of proceedings held on 7−26−2019, before Judge Rebecca Beach Smith, Court Reporter/Transcriber Jody Stewart, Telephone number 757−222−7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 9/3/2019. Redacted Transcript Deadline set for 10/2/2019. Release of Transcript Restriction set for 10/31/2019.**(stewart, jody) (Entered: 08/02/2019) |
| 08/02/2019 | 55 | TRANSCRIPT of proceedings held on 7−29−2019, before Judge Rebecca Beach Smith, Court Reporter/Transcriber Jody Stewart, Telephone number 757−222−7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 9/3/2019. Redacted Transcript Deadline set for 10/2/2019. Release of Transcript Restriction set for 10/31/2019.**(stewart, jody) (Entered: 08/02/2019) |
| 08/05/2019 | 56 | First MOTION for Extension *of Time to File Post−Hearing Memorandum* by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Lascara, William) (Entered: 08/05/2019) |
| 08/06/2019 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 56 First MOTION for Extension *of Time to File Post−Hearing Memorandum*. (bpet, ) (Entered: 08/06/2019) |
| 08/06/2019 | 57 | ORDER granting 56 Motion for Extension of Time to File. Plaintiff to file Post−Hearing Memorandum by 8/6/19; Defendants to file Post−Hearing Memorandum by 8/13/19; and Plaintiff to file rebuttal by 8/16/19. Signed by Magistrate Judge Robert J. Krask on 8/6/19. (bpet, ) (Entered: 08/06/2019) |
| 08/06/2019 | 58 | MOTION to Dismiss for Lack of Jurisdiction by Wayne Side. (McFarland, Robert) (Entered: 08/06/2019) |
| 08/06/2019 | 59 | Memorandum in Support re 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McFarland, Robert) (Entered: 08/06/2019) |
| 08/06/2019 | 60 | MOTION to Dismiss for Failure to State a Claim by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 08/06/2019) |
| 08/06/2019 | 61 | Memorandum in Support re 60 MOTION to Dismiss for Failure to State a Claim filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer |

| | | Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 08/06/2019) |
|---|---|---|
| 08/06/2019 | 62 | Declaration *of Chris Morton* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 23, # 2 Exhibit 24)(Wilson, Jeffrey) (Entered: 08/06/2019) |
| 08/06/2019 | 63 | Memorandum in Support re 2 MOTION for Temporary Restraining Order *and Temporary Injunction Post Hearing* filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 08/06/2019) |
| 08/13/2019 | 64 | Memorandum in Opposition re 2 MOTION for Temporary Restraining Order *and Temporary Injunction (Post–Hearing)* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 08/13/2019) |
| 08/16/2019 | 65 | Rebuttal Brief re 2 MOTION for Temporary Restraining Order *and Temporary Injunction* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1)(Lascara, William) (Entered: 08/16/2019) |
| 08/20/2019 | 66 | Memorandum in Opposition re 58 MOTION to Dismiss for Lack of Jurisdiction filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Affidavit, # 3 Exhibit 1, # 4 Exhibit 2)(Berkley, Thomas) (Entered: 08/20/2019) |
| 08/20/2019 | 67 | Memorandum in Opposition re 60 MOTION to Dismiss for Failure to State a Claim filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 08/20/2019) |
| 08/26/2019 | 68 | REPLY to Response to Motion re 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side. (McFarland, Robert) (Entered: 08/26/2019) |
| 08/26/2019 | 69 | REPLY to Response to Motion re 60 MOTION to Dismiss for Failure to State a Claim filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 08/26/2019) |
| 08/30/2019 | 70 | PRELIMINARY INJUNCTION ORDER. GMS Industrial's 2 Motion for Injunctive Relief is GRANTED IN PART AND DENIED IN PART. GMS Industrial's 7 Motion to Expedite Discovery and 48 Motion to Seal Exhibit Containing Trade Secrets are both DENIED AS MOOT. The Defendant's are ORDERED to comply with the directions of the court, as set forth in this Preliminary Injunction Order. GMS Industrial is ORDERED to obtain an approved corporate surety bond within 14 days of entry of the Preliminary Injunction Order and to comply with the directions of the court, as set forth in this Preliminary Injunction Order. Signed by District Judge Rebecca Beach Smith on 8/30/19. (bpet, ) (Entered: 08/30/2019) |
| 09/03/2019 | 71 | Request for Hearing by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton re 58 MOTION to Dismiss for Lack of Jurisdiction , 60 MOTION to Dismiss for Failure to State a Claim (McFarland, Robert) (Entered: 09/03/2019) |
| 09/06/2019 | 72 | NOTICE by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton re 70 Preliminary Injunction,, *OF PARTIAL COMPLIANCE* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McFarland, Robert) (Entered: 09/06/2019) |
| 09/12/2019 | 73 | REFERRAL ORDER: 58 Motion to Dismiss for Lack of Jurisdiction, 60 Motion to Dismiss for Failure to State a Claim REFERRED to Magistrate Judge Robert J. Krask for report and recommendation. Signed by District Judge Rebecca Beach Smith on 9/12/19. (bpet, ) (Entered: 09/12/2019) |
| 09/12/2019 | 74 | Preliminary Injunction Bond BOND in the amount of $1,000,000.00 posted by GMS Industrial Supply, Inc. (Attachments: # 1 Receipt, # 2 Letter) (afar) (Entered: 09/13/2019) |
| 09/15/2019 | 75 | Notice of Under Seal Filing LCvR5 (B) by GMS Industrial Supply, Inc. (Lascara, William) (Entered: 09/15/2019) |

| | | |
|---|---|---|
| 09/15/2019 | 76 | Sealed Document re 75 Notice of Under Seal Filing LCvR5 (B). (Lascara, William) (Entered: 09/15/2019) |
| 09/30/2019 | 77 | NOTICE by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton re 70 Preliminary Injunction,, 72 NOTICE, (Attachments: # 1 Exhibit A)(McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 78 | Notice of Under Seal Filing LCvR5 (B) by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side re 70 Preliminary Injunction,, (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 79 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 80 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 81 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 82 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 83 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 84 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 85 | Sealed Document re 70 Preliminary Injunction,, 77 NOTICE,. (McFarland, Robert) (Entered: 09/30/2019) |
| 09/30/2019 | 86 | Letter to the Court. (bpet, ) (Entered: 10/01/2019) |
| 10/16/2019 | 87 | NOTICE by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton re 70 Preliminary Injunction,, (Attachments: # 1 Exhibit A)(McFarland, Robert) (Entered: 10/16/2019) |
| 10/18/2019 | 88 | Letter *Certification of Compliance*. (Lascara, William) (Entered: 10/18/2019) |
| 10/22/2019 | 89 | Letter to the Court. (clou ) (Entered: 10/22/2019) |
| 11/14/2019 | 90 | REPORT AND RECOMMENDATIONS re 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side. Objections due within 14 days of the date of this Order. Signed by Magistrate Judge Robert J. Krask on 11/14/19. (bpet, ) (Entered: 11/14/2019) |
| 11/29/2019 | 91 | Objection to 90 REPORT AND RECOMMENDATIONS re 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side *Objection to Recommendation* filed by GMS Industrial Supply, Inc.. (Berkley, Thomas) (Entered: 11/29/2019) |
| 12/13/2019 | 92 | Opposition to 91 Objection *to Report and Recommendations* filed by Wayne Side. (McFarland, Robert) (Entered: 12/13/2019) |
| 12/18/2019 | 93 | United State Magistrate Judge's Report and Recommendation re 60 MOTION to Dismiss for Failure to State a Claim. Any party may serve upon the other party and file with the Clerk written objections within 14 days from the date of mailing of this report to the objecting party. Signed by Magistrate Judge Robert J. Krask on 12/18/19. (afar) (Entered: 12/18/2019) |
| 12/30/2019 | 94 | MOTION for Extension of Time to File Written Objections as to 93 REPORT AND RECOMMENDATIONS by GMS Industrial Supply, Inc. (Attachments: # 1 Exhibit #1)(Lascara, William) Modified text on 12/31/19 (bpet, ) (Entered: 12/30/2019) |
| 12/31/2019 | 95 | ORDER granting 94 Motion for Extension of Time to File Written Objections re 93 REPORT AND RECOMMENDATIONS. Objections due by 1/9/20. Signed by Magistrate Judge Robert J. Krask on 12/31/19. (bpet, ) (Entered: 12/31/2019) |

## JA16

| | | |
|---|---|---|
| 01/09/2020 | 96 | Objection to 93 REPORT AND RECOMMENDATIONS re 1 Complaint, filed by GMS Industrial Supply, Inc., 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side, 60 MOTION to Dismiss for Failure to State a Claim filed by Mike Welton filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 01/09/2020) |
| 01/09/2020 | 97 | Objection to 93 REPORT AND RECOMMENDATIONS re 1 Complaint, filed by GMS Industrial Supply, Inc., 58 MOTION to Dismiss for Lack of Jurisdiction filed by Wayne Side, 60 MOTION to Dismiss for Failure to State a Claim filed by Mike Welton filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 01/09/2020) |
| 01/16/2020 | 98 | ORDER adopting and approving in full 90 Report and Recommendation. Wayne Side's 58 Motion to Dismiss is GRANTED; his 71 Request for Hearing is DENIED. The Clerk is DIRECTED to enter judgment for Defendant Wayne Side. Signed by District Judge Rebecca Beach Smith on 1/16/20. (bpet, ) (Entered: 01/16/2020) |
| 01/16/2020 | 99 | CLERK'S JUDGMENT. Signed by District Judge Rebecca Beach Smith on 1/16/20. (bpet, ) (Entered: 01/16/2020) |
| 01/23/2020 | 100 | Opposition to 97 Objection, filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 01/23/2020) |
| 01/23/2020 | 101 | Response to 96 Objection, filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 01/23/2020) |
| 02/28/2020 | 102 | MEMORANDUM OPINION AND ORDER granting in part and denying in part 60 Motion to Dismiss for Failure to State a Claim; See Order for Details. Defendants' 71 Request for Hearing is DENIED. Signed by District Judge Rebecca Beach Smith on 2/28/20. (bpet, ) (Entered: 02/28/2020) |
| 03/12/2020 | 103 | NOTICE of Appearance by Jesse Brian Gordon on behalf of GMS Industrial Supply, Inc. (Gordon, Jesse) (Entered: 03/12/2020) |
| 03/12/2020 | 104 | First MOTION to Amend/Correct *Complaint* and Memorandum in Support by GMS Industrial Supply, Inc. (Attachments: # 1 Exhibit A)(Gordon, Jesse) (Entered: 03/12/2020) |
| 03/12/2020 | 105 | MOTION for Extension of Time to File Answer *and Counterclaims* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Exhibit A)(McFarland, Robert) (Entered: 03/12/2020) |
| 03/13/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 105 MOTION for Extension of Time to File Answer *and Counterclaims*. (bpet, ) (Entered: 03/13/2020) |
| 03/13/2020 | 106 | ORDER granting 105 Motion for Extension of Time to Answer re 1 Complaint. The defendants' time to file responsive pleadings is extended to 3/23/20. Signed by Magistrate Judge Lawrence R. Leonard on 3/13/20. (bpet, ) (Entered: 03/13/2020) |
| 03/16/2020 | 107 | ORDER granting 104 Motion for Leave to File an Amended Complaint. Plaintiff may file amended complaint by 3/23/20; Defendants shall respond by 4/6/20. Signed by District Judge Rebecca Beach Smith on 3/13/20. (bpet, ) (Entered: 03/16/2020) |
| 03/23/2020 | 108 | AMENDED COMPLAINT against All Defendants, filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10, # 11 Exhibit #11, # 12 Exhibit #12)(Lascara, William) (Entered: 03/23/2020) |
| 03/25/2020 | 109 | MOTION for Extension of Time to File Answer *and Counterclaims* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Exhibit A – Proposed Order)(McFarland, Robert) (Entered: 03/25/2020) |
| 03/25/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 109 MOTION for Extension of Time to File Answer *and Counterclaims*. (bpet, ) (Entered: 03/25/2020) |

| 03/26/2020 | 110 | ORDER granting 109 Motion for Extension of Time to Answer. Defendants to file responses to Plaintiff's 108 Amended Complaint by 4/6/20. Signed by Magistrate Judge Robert J. Krask on 3/25/20. (bpet, ) (Entered: 03/26/2020) |
|---|---|---|
| 04/06/2020 | 111 | ANSWER to Complaint by G&S Supply, LLC.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 112 | ANSWER to Complaint by Gregory S. Spires.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 113 | ANSWER to Complaint , COUNTERCLAIM against GMS Industrial Supply, Inc. by Westly L. Greer.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 114 | ANSWER to Complaint , COUNTERCLAIM against GMS Industrial Supply, Inc. by Gregory K. Spires, County Roads, LLC.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 115 | ANSWER to Complaint , COUNTERCLAIM against GMS Industrial Supply, Inc. by Thomas Hayes.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 116 | ANSWER to Complaint , COUNTERCLAIM against GMS Industrial Supply, Inc. by Sabrina Greer, Greer Group, LLC.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | 117 | ANSWER to Complaint , COUNTERCLAIM against GMS Industrial Supply, Inc. by Mike Welton.(McFarland, Robert) (Entered: 04/06/2020) |
| 04/06/2020 | | Refer for 16(b). (bpet, ) (Entered: 04/06/2020) |
| 04/20/2020 | 118 | RULE 26(f) PRETRIAL ORDER: Rule 16(b) Scheduling Conference set for 6/15/2020 at 09:00 AM in Norfolk. Signed by Magistrate Judge Robert J. Krask on April 20, 2020. (sche) (Entered: 04/20/2020) |
| 04/27/2020 | 119 | ANSWER to Counterclaim re 113 Answer to Complaint, Counterclaim *(Westly Greer)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 04/27/2020) |
| 04/27/2020 | 120 | ANSWER to Counterclaim re 114 Answer to Complaint, Counterclaim *(County Rds./Greg K. Spires)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 04/27/2020) |
| 04/27/2020 | 121 | ANSWER to Counterclaim re 115 Answer to Complaint, Counterclaim *(Thomas Hayes)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 04/27/2020) |
| 04/27/2020 | 122 | ANSWER to Counterclaim re 116 Answer to Complaint, Counterclaim *(Greer Grp./Sabrina Greer)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 04/27/2020) |
| 04/27/2020 | 123 | ANSWER to Counterclaim re 117 Answer to Complaint, Counterclaim *(Mike Welton)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 04/27/2020) |
| 05/28/2020 | 124 | Consent MOTION to Withdraw as Attorney *and Memorandum in Support* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Proposed Order)(Noonan, Jeanne) (Entered: 05/28/2020) |
| 06/01/2020 | 125 | Consent MOTION for Protective Order *and Memorandum in Support* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Exhibit 1, Proposed Protective Order)(McFarland, Robert) (Entered: 06/01/2020) |
| 06/02/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 125 Consent MOTION for Protective Order *and Memorandum in Support*. (bpet, ) (Entered: 06/02/2020) |
| 06/02/2020 | 126 | NOTICE of Appearance by James Patrick McNichol on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton (McNichol, James) (Entered: 06/02/2020) |
| 06/02/2020 | 127 | ORDER granting 124 Motion to Withdraw as Attorney. Attorney Jeanne Elizabeth Noonan terminated as counsel for defendants. Signed by District Judge Rebecca Beach Smith on 6/2/20. (bpet, ) (Entered: 06/02/2020) |

| | | |
|---|---|---|
| 06/08/2020 | 128 | Protective ORDER re 125 Consent MOTION for Protective Order and Memorandum in Support. Copies distributed to all counsel. Signed by Magistrate Judge Robert J. Krask on 6/8/2020. (clou ) (Entered: 06/08/2020) |
| 06/15/2020 | | Scheduling Conference – Rule 16b held on 6/15/2020. (sche) (Entered: 06/15/2020) |
| 06/16/2020 | 129 | Order Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that the Final Pretrial Conference sis et for 1/7/2021 at 11:00 AM in Norfolk. Jury Trial is set for 1/19/2021 at 11:00 AM in Norfolk. Signed by District Judge Rebecca Beach Smith on June 15, 2020. (sche) (Entered: 06/16/2020) |
| 10/03/2020 | 130 | MOTION for Joinder *of WarTech Industries, LLC* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8)(Lascara, William) (Entered: 10/03/2020) |
| 10/15/2020 | 131 | NOTICE of Appearance by V. Kathleen Dougherty on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton (Dougherty, V.) (Entered: 10/15/2020) |
| 10/19/2020 | 132 | RESPONSE in Opposition re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 10/19/2020) |
| 10/19/2020 | | Case Reassigned to District Judge Roderick C. Young. District Judge Rebecca Beach Smith no longer assigned to the case. (bpet, ) (Entered: 10/19/2020) |
| 10/23/2020 | 133 | MOTION to Vacate *and Brief*, MOTION to Continue *Trial Date* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1C, # 4 Exhibit 1D, # 5 Exhibit 1E, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24)(Berkley, Thomas) (Entered: 10/23/2020) |
| 10/23/2020 | 134 | MOTION to Amend/Correct *Firs Ameded Verified Complaint* by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1C, # 4 Exhibit 1D, # 5 Exhibit 1E, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 9.1, # 15 Exhibit 9.2, # 16 Exhibit 9.3, # 17 Exhibit 9.4, # 18 Exhibit 9.5, # 19 Exhibit 9.6, # 20 Exhibit 9.7, # 21 Exhibit 9.8, # 22 Exhibit 9.9, # 23 Exhibit 9.10, # 24 Exhibit 9.11, # 25 Exhibit 9.12)(Berkley, Thomas) (Entered: 10/23/2020) |
| 10/26/2020 | 135 | REPLY to Response to Motion re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Berkley, Thomas) (Entered: 10/26/2020) |
| 10/26/2020 | 136 | MOTION to Seal by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 10/26/2020) |
| 10/26/2020 | 137 | Memorandum in Support re 136 MOTION to Seal filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 10/26/2020) |
| 10/26/2020 | 138 | Notice of Under Seal Filing LCvR5 (B) by GMS Industrial Supply, Inc. re 136 MOTION to Seal (Wilson, Jeffrey) (Entered: 10/26/2020) |
| 10/28/2020 | 139 | Response to 133 MOTION to Vacate *and Brief* MOTION to Continue *Trial Date Consent to Motion* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 10/28/2020) |
| 11/02/2020 | 140 | Request for Hearing by GMS Industrial Supply, Inc. re 130 MOTION for Joinder *of WarTech Industries, LLC* (Berkley, Thomas) (Entered: 11/02/2020) |
| 11/02/2020 | 141 | RESPONSE to Motion re 136 MOTION to Seal filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, |

| | | |
|---|---|---|
| | | Gregory K. Spires, Gregory S. Spires, Mike Welton. (Attachments: # 1 Exhibit 1 – Proposed Order)(McFarland, Robert) (Entered: 11/02/2020) |
| 11/03/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 136 MOTION to Seal . (bpet, ) (Entered: 11/03/2020) |
| 11/03/2020 | 142 | RESPONSE in Opposition re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by WarTech Industries, LLC. (McFarland, Robert) (Entered: 11/03/2020) |
| 11/04/2020 | 143 | ORDER granting 136 Motion to Seal. Signed by Magistrate Judge Robert J. Krask on 11/4/20. (bpet, ) (Entered: 11/04/2020) |
| 11/05/2020 | 144 | ORDER granting 133 Motion to Vacate and Continue Trial Date. The 1/19/21 jury trial is CANCELLED and the deadlines in the 129 Rule 16(b) Scheduling Order are CONTINUED GENERALLY. The Court DEFERS issuance of an amended scheduling order pending resolution of plaintiff's outstanding motions. Plaintiff's 130 Motion for Joinder of WarTech Industries, LLC and 134 Motion to Amend the Complaint are referred to Magistrate Judge Krask for decision. Signed by District Judge Roderick C. Young on 11/5/20. (bpet, ) (Entered: 11/05/2020) |
| 11/06/2020 | 145 | RESPONSE to Motion re 134 MOTION to Amend/Correct *Firs Ameded Verified Complaint (Consent)* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, Mike Welton. (McFarland, Robert) (Entered: 11/06/2020) |
| 11/06/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 134 MOTION to Amend/Correct *First Amended Verified Complaint*. (bpet, ) (Entered: 11/06/2020) |
| 11/09/2020 | 146 | EXHIBIT *10: Proposed Order* by GMS Industrial Supply, Inc... (Wilson, Jeffrey) (Entered: 11/09/2020) |
| 11/10/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 130 MOTION for Joinder *of WarTech Industries, LLC*. (bpet, ) (Entered: 11/10/2020) |
| 11/10/2020 | 147 | REPLY to Response to Motion re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by GMS Industrial Supply, Inc.. (Berkley, Thomas) (Entered: 11/10/2020) |
| 11/12/2020 | | Notice of Correction re 147 Reply to Response to Motion: The filing user has been advised that the reply to 145 was filed out of time, and leave of court is now required. (bpet, ) (Entered: 11/12/2020) |
| 11/12/2020 | 148 | MOTION for Leave to File Reply re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by GMS Industrial Supply, Inc. (Berkley, Thomas) Modified text on 11/12/20 (bpet, ) (Entered: 11/12/2020) |
| 11/12/2020 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 148 MOTION for Leave to File. (bpet, ) (Entered: 11/12/2020) |
| 11/13/2020 | 149 | ORDER granting 134 Motion to Amend. The Plaintiff is ORDERED to file the second amended verified complaint, ECF 134–13, and any attached exhibits, by 11/16/20.Signed by Magistrate Judge Robert J. Krask on 11/13/20. (afar) (Entered: 11/13/2020) |
| 11/16/2020 | 150 | Notice of Hearing Date set for 11/24/2020 re 130 MOTION for Joinder *of WarTech Industries, LLC* (Attachments: # 1 Exhibit A, # 2 Exhibit A1, # 3 Exhibit A2, # 4 Exhibit A3, # 5 Exhibit A4, # 6 Exhibit A5, # 7 Exhibit A6, # 8 Exhibit A7, # 9 Exhibit A8)(Berkley, Thomas) (Entered: 11/16/2020) |
| 11/16/2020 | 151 | AMENDED COMPLAINT *Second Verified* against All Defendants, filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Wilson, Jeffrey) (Entered: 11/16/2020) |
| 11/17/2020 | | Set/Reset Deadlines as to 130 MOTION for Joinder *of WarTech Industries, LLC*. Motion Hearing set for 11/24/2020 at 09:30 AM in Norfolk Remote via AT&T before Magistrate Judge Robert J. Krask. (jjon) (Entered: 11/17/2020) |
| 11/18/2020 | 152 | AFFIDAVIT of Service for Notice of Hearing and Motion for Joinder of WarTech Industries, LLC served on Thomas Hayes on 11/16/2020, filed by GMS Industrial |

**JA20**

| | | |
|---|---|---|
| | | Supply, Inc.. (Berkley, Thomas) (Entered: 11/18/2020) |
| 11/24/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask: Motion Hearing held on 11/24/2020 re 130 MOTION for Joinder *of WarTech Industries, LLC* filed by GMS Industrial Supply, Inc. The Court is to issue an Order. (Court Reporter Carol Naughton.)(jjon) (Entered: 11/24/2020) |
| 11/24/2020 | 153 | ORDER granting 130 Motion for Joinder. Plaintiff is DIRECTED to file an amended complaint on or before December 1, 2020. The Court GRANTS plaintiff's motion for leave to file its reply to WarTech's response to the motion for joinder, ECF 148. The Court further reminds the parties of their obligation to comply with the order, ECF 144, entered 11/5/20. Signed by Magistrate Judge Robert J. Krask on 11/24/20. (afar) (Entered: 11/24/2020) |
| 11/25/2020 | 154 | TRANSCRIPT of teleconference proceedings (Motion Hearing) held on 11–24–2020, before Magistrate Judge Robert J. Krask, Court Reporter/Transcriber Carol Naughton, Telephone number,757–222–7073. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/28/2020. Redacted Transcript Deadline set for 1/25/2021. Release of Transcript Restriction set for 2/23/2021.(naughton, carol) (Entered: 11/25/2020)** |
| 11/30/2020 | 155 | Memorandum *Joint Memorandum on Discovery Deadlines* filed by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 11/30/2020) |
| 12/01/2020 | | Set Hearings: Status Conference set for 12/15/2020 at 02:00 PM via ZOOM before District Judge Roderick C. Young. (jsau, ) (Entered: 12/01/2020) |
| 12/01/2020 | 156 | AMENDED COMPLAINT *Third Verified* against All Plaintiffs, filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Wilson, Jeffrey) (Entered: 12/01/2020) |
| 12/14/2020 | 157 | NOTICE of Appearance by Micaylee Alexa Noreen on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton (Noreen, Micaylee) (Entered: 12/14/2020) |
| 12/15/2020 | 158 | ANSWER to Complaint *(Third Amended – DKT. 156)* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton.(McFarland, Robert) (Entered: 12/15/2020) |
| 12/15/2020 | | Minute Entry for proceedings held before District Judge Roderick C. Young: Status Conference/Initial Pretrial Conference held on 12/15/2020. (Court Reporter Jill Trail, OCR.)(jsau, ) (Entered: 12/15/2020) |
| 12/15/2020 | 159 | PRETRIAL ORDER. Final Pretrial Conference set for 10/7/2021 at 02:30 PM in Norfolk before District Judge Roderick C. Young. Jury Trial set for 10/18/2021 at 09:30 AM in Norfolk before District Judge Roderick C. Young. Signed by District Judge Roderick C. Young on 12/15/20. (jsau, ) (Entered: 12/15/2020) |
| 12/17/2020 | 160 | MOTION to Quash *Subpoena to Defense Logistics Agency* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 12/17/2020) |
| 12/17/2020 | 161 | Memorandum in Support re 160 MOTION to Quash *Subpoena to Defense Logistics Agency* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1)(McFarland, Robert) (Entered: 12/17/2020) |

| | | |
|---|---|---|
| 12/31/2020 | <u>162</u> | Opposition to <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency* filed by GMS Industrial Supply, Inc.. (Attachments: # <u>1</u> Affidavit Ex. 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Errata 4, # <u>5</u> Exhibit 5)(Gordon, Jesse) (Entered: 12/31/2020) |
| 01/04/2021 | | Set Deadlines/Hearings Settlement Conference set for 3/16/2021 at 01:30 PM in Norfolk Remote via Zoom before Magistrate Judge Robert J. Krask. (jjon) (Entered: 01/04/2021) |
| 01/05/2021 | <u>163</u> | Settlement Conference Order: All parties and their lead counsel are required to appear before the undersigned via Zoomgov remote proceedings for a settlement conference at 1:30 pm on 3/16/21. The parties must submit a brief memorandum of five pages or less directly to chambers of the undersigned (do not file in the clerk's office) by noon on 3/9/2021. Signed by Magistrate Judge Robert J. Krask on 1/5/2021. (afar) (Entered: 01/05/2021) |
| 01/06/2021 | <u>164</u> | REPLY to Response to Motion re <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 01/06/2021) |
| 01/07/2021 | | MOTIONS REFERRED to Magistrate Judge: Krask. <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency* (afar) (Entered: 01/07/2021) |
| 01/15/2021 | | Set/Reset Deadlines as to <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency*. Motion Hearing set for 1/21/2021 at 10:30 AM w/OCR in Norfolk Telephonically before Magistrate Judge Robert J. Krask. (jjon) (Entered: 01/15/2021) |
| 01/21/2021 | | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask: Motion Hearing held on 1/21/2021 re <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency* filed by County Roads, LLC, Westly L. Greer, WarTech Industries, LLC, Gregory K. Spires, G&S Supply, LLC, Gregory S. Spires, Mike Welton, Greer Group, LLC, Thomas Hayes, HMC Supply, LLC, Sabrina Greer. William Lascara and Jeffrey Wilson represented plaintiff. Rob McFarland and Micaylee Noreen represented defendants. Counsel reached agreement regarding motion. The Court directed the parties to file a proposed agreed order memorializing the agreement that was discussed during the hearing. Conference call adjourned. (jjon) (Entered: 01/21/2021) |
| 01/21/2021 | <u>165</u> | NOTICE by GMS Industrial Supply, Inc re <u>160</u> MOTION to Quash *Subpoena to Defense Logistics Agency* (Attachments: # <u>1</u> Proposed Order)(Wilson, Jeffrey) (Entered: 01/21/2021) |
| 01/22/2021 | <u>166</u> | ORDER: For the reasons noted in the Order, and with the consent of the parties, the Court finds that the Motion to Quash Subpoena Duces Tecum to Defense Logistics Agency, ECF <u>160</u> , is hereby DECLARED moot. Signed by Magistrate Judge Robert J. Krask on 1/22/2021. (afar) (Entered: 01/22/2021) |
| 02/09/2021 | <u>167</u> | MOTION for Protective Order by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 02/09/2021) |
| 02/09/2021 | <u>168</u> | Memorandum in Support re <u>167</u> MOTION for Protective Order filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3 – Part A, # <u>4</u> Exhibit 3 – Part B, # <u>5</u> Exhibit 3 – Part C, # <u>6</u> Exhibit 3 – Part D, # <u>7</u> Exhibit 3 – Part E, # <u>8</u> Exhibit 3 – Part F, # <u>9</u> Exhibit 3 – Part G, # <u>10</u> Exhibit 4)(McFarland, Robert) (Entered: 02/09/2021) |
| 02/12/2021 | <u>169</u> | Joint MOTION for Extension *of Time to Complete Fact and Expert Discovery* by GMS Industrial Supply, Inc.. (Attachments: # <u>1</u> Proposed Order)(Wilson, Jeffrey) (Entered: 02/12/2021) |
| 02/16/2021 | | MOTIONS REFERRED to Magistrate Judge: Krask. <u>169</u> Joint MOTION for Extension *of Time to Complete Fact and Expert Discovery* (afar) (Entered: 02/16/2021) |

| | | |
|---|---|---|
| 02/17/2021 | 170 | ORDER granting 169 Motion for Extension of Time to Complete Fact and Expert Discovery. Signed by Magistrate Judge Robert J. Krask on 2/16/21. (bpet, ) (Entered: 02/17/2021) |
| 02/24/2021 | | MOTION REFERRED to Magistrate Judge Robert J. Krask: 167 MOTION for Protective Order. (bpet, ) (Entered: 02/24/2021) |
| 02/25/2021 | 171 | Withdrawal of Motion by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton re 167 MOTION for Protective Order (McFarland, Robert) (Entered: 02/25/2021) |
| 02/25/2021 | 172 | MOTION for Protective Order *and Memorandum in Support* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 – Part A, # 4 Exhibit 3 – Part B, # 5 Exhibit 3 – Part C, # 6 Exhibit 3 – Part D, # 7 Exhibit 3 – Part E, # 8 Exhibit 3 – Part F, # 9 Exhibit 3 – Part G, # 10 Exhibit 4)(McFarland, Robert) (Entered: 02/25/2021) |
| 03/09/2021 | 173 | RESPONSE to Motion re 172 MOTION for Protective Order *and Memorandum in Support* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wilson, Jeffrey) (Entered: 03/09/2021) |
| 03/12/2021 | 174 | REPLY to Response to Motion re 172 MOTION for Protective Order *and Memorandum in Support* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 03/12/2021) |
| 03/15/2021 | | MOTIONS REFERRED to Magistrate Judge: Krask. 172 MOTION for Protective Order *and Memorandum in Support* (dbra) (Entered: 03/15/2021) |
| 03/15/2021 | 175 | Request for Hearing by GMS Industrial Supply, Inc. re 174 Reply to Response to Motion, 172 MOTION for Protective Order *and Memorandum in Support*, 173 Response to Motion *for Protective Order* (Berkley, Thomas) (Entered: 03/15/2021) |
| 03/16/2021 | 176 | ORDER: The undersigned conducted a settlement conference and will no longer preside over any contested issues in this case. The Clerk is DIRECTED to reassign this matter to an alternate US Magistrate Judge. Signed by Magistrate Judge Robert J. Krask on 3/16/2021. (afar) (Entered: 03/17/2021) |
| 03/17/2021 | | Case Reassigned to Magistrate Judge Lawrence R. Leonard. Magistrate Judge Robert J. Krask no longer assigned to the case. (afar) (Entered: 03/17/2021) |
| 04/09/2021 | | Motion Hearing re 172 set for 4/28/2021 at 09:30 AM in Norfolk Courtroom 5 w/OCR before Magistrate Judge Lawrence R. Leonard. (lwoo) (Entered: 04/09/2021) |
| 04/21/2021 | 177 | MOTION to Compel by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Wilson, Jeffrey) (Entered: 04/21/2021) |
| 04/28/2021 | 178 | Minute Entry for Motion Hearing re 172 MOTION for Protective Order held on 4/28/2021 before Magistrate Judge Lawrence R. Leonard. William Lascara and Thomas Berkley appeared on behalf of Plaintiff. Robert McFarland and Micaylee Noreen appeared on behalf of Defendants. Argument by Mr. McFarland and Mr. Berkley. Comments and questions by the Court. Mr. McFarland requests the Court quash both sets of discovery and award attorneys fees. The Court will not award any costs or fees to the parties. The Court takes the matter under advisement and will issue an Order. Court in recess.(Court Reporter Jill Trail, OCR.)(lwoo) (Entered: 04/28/2021) |
| 05/05/2021 | 179 | ORDER granting in part and denying in part 172 Motion for Protective Order. It is GRANTED to the extent Defendants will not be required to respond to Plaintiffs supplemental requests for production of documents. It is DENIED to the extent Defendants will be required to respond to Plaintiff s requests for admissions. Such |

| | | |
|---|---|---|
| | | responses shall be served within fourteen days of the date of this Order. Defendant's request for an Order barring Plaintiff from submitting additional written discovery is MOOT. Both parties' requests for fees and expenses is DENIED. Signed by Magistrate Judge Lawrence R. Leonard on 5/5/21. (dbra, ) (Entered: 05/05/2021) |
| 05/05/2021 | 180 | RESPONSE in Opposition re 177 MOTION to Compel filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McFarland, Robert) (Entered: 05/05/2021) |
| 05/11/2021 | 181 | REPLY to Response to Motion re 177 MOTION to Compel filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gordon, Jesse) (Entered: 05/11/2021) |
| 05/12/2021 | | MOTIONS REFERRED to Magistrate Judge: Leonard. 177 MOTION to Compel (dbra, ) (Entered: 05/12/2021) |
| 05/14/2021 | 182 | ORDER denying 177 Motion to Compel. Signed by Magistrate Judge Lawrence R. Leonard on 5/14/21. (dbra, ) (Entered: 05/14/2021) |
| 05/28/2021 | 183 | MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* by GMS Industrial Supply, Inc.. (Gordon, Jesse) (Entered: 05/28/2021) |
| 05/28/2021 | 184 | Brief in Support to 183 MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* filed by GMS Industrial Supply, Inc.. (Gordon, Jesse) (Entered: 05/28/2021) |
| 06/11/2021 | 185 | RESPONSE in Opposition re 183 MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1)(McFarland, Robert) (Entered: 06/11/2021) |
| 06/17/2021 | 186 | REPLY to Response to Motion re 183 MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1)(Gordon, Jesse) (Entered: 06/17/2021) |
| 06/21/2021 | | MOTIONS REFERRED to Magistrate Judge: Leonard. 183 MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* (dbra, ) (Entered: 06/21/2021) |
| 07/06/2021 | 187 | STIPULATION of Dismissal *of Claims Against Gregory S. Spires* by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Wilson, Jeffrey) (Entered: 07/06/2021) |
| 07/07/2021 | 188 | ORDER: It is hereby ORDERED that the action as to Gregory S. Spires is DISMISSED WITHOUT PREJUDICE. This matter shall proceed against all other Defendants. Signed by District Judge Roderick C. Young on 7/7/21. (dbra, ) (Entered: 07/08/2021) |
| 07/08/2021 | 189 | MOTION to Seal by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 07/08/2021) |
| 07/08/2021 | 190 | Memorandum in Support re 189 MOTION to Seal filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 07/08/2021) |
| 07/08/2021 | 191 | Sealed Attachment/Exhibit(s) re 189 MOTION to Seal . (Attachments: # 1 Exhibit 5, # 2 Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 10, # 7 Exhibit 12)(McFarland, Robert) (Entered: 07/08/2021) |
| 07/08/2021 | 192 | Notice of Filing Sealing Motion LCvR5(C) by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton re 191 Sealed Attachment/Exhibit(s) (McFarland, Robert) (Entered: 07/08/2021) |

**JA24**

| | | |
|---|---|---|
| 07/08/2021 | 193 | MOTION for Sanctions *Pursuant to Rule 11* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 07/08/2021) |
| 07/08/2021 | 194 | Memorandum in Support re 193 MOTION for Sanctions *Pursuant to Rule 11* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(McFarland, Robert) (Entered: 07/08/2021) |
| 07/13/2021 | 195 | MOTION for Sanctions *Against Defendants Westly L. Greer and G&S Supply, LLC* by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/13/2021) |
| 07/13/2021 | 196 | Memorandum in Support re 195 MOTION for Sanctions *Against Defendants Westly L. Greer and G&S Supply, LLC* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1 (filed under seal), # 2 Exhibit 2 (filed under seal), # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (filed under seal), # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (filed under seal), # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Errata 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Wilson, Jeffrey) (Main Document 196 replaced on 7/14/2021) (dbra, ). (Entered: 07/13/2021) |
| 07/13/2021 | 197 | MOTION *to Seal* by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/13/2021) |
| 07/13/2021 | 198 | Memorandum *Regarding* to 197 MOTION *to Seal* filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/13/2021) |
| 07/13/2021 | 199 | Notice of Under Seal Filing LCvR5 (B) by GMS Industrial Supply, Inc. re 197 MOTION *to Seal* (Wilson, Jeffrey) (Entered: 07/13/2021) |
| 07/13/2021 | 200 | Sealed Attachment/Exhibit(s) re 197 MOTION *to Seal*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 5, # 4 Exhibit 8)(Wilson, Jeffrey) (Entered: 07/13/2021) |
| 07/14/2021 | 201 | Sealed Attachment/Exhibit(s) re 197 MOTION *to Seal*. (Wilson, Jeffrey) (Entered: 07/14/2021) |
| 07/15/2021 | 202 | RESPONSE to Motion re 189 MOTION to Seal filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A)(Wilson, Jeffrey) (Entered: 07/15/2021) |
| 07/19/2021 | | MOTIONS REFERRED to Magistrate Judge: Leonard. 189 MOTION to Seal (dbra, ) (Entered: 07/19/2021) |
| 07/19/2021 | 203 | REPLY to Response to Motion re 189 MOTION to Seal filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1 – Proposed Order)(McFarland, Robert) (Entered: 07/19/2021) |
| 07/19/2021 | 204 | RESPONSE to Motion re 197 MOTION *to Seal* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1 – Proposed Order)(McFarland, Robert) (Entered: 07/19/2021) |
| 07/22/2021 | 205 | RESPONSE to Motion re 193 MOTION for Sanctions *Pursuant to Rule 11* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Wilson, Jeffrey) (Entered: 07/22/2021) |
| 07/27/2021 | 206 | RESPONSE in Opposition re 195 MOTION for Sanctions *Against Defendants Westly L. Greer and G&S Supply, LLC* filed by G&S Supply, LLC, Westly L. Greer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(McFarland, Robert) (Entered: 07/27/2021) |

| | | |
|---|---|---|
| 07/28/2021 | 207 | REPLY to Response to Motion re 193 MOTION for Sanctions *Pursuant to Rule 11* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McFarland, Robert) (Entered: 07/28/2021) |
| 07/29/2021 | | MOTIONS REFERRED to Magistrate Judge: Leonard. 197 MOTION *to Seal* (dbra, ) (Entered: 07/29/2021) |
| 08/02/2021 | 208 | Reply to Motion re 195 MOTION for Sanctions *Against Defendants Westly L. Greer and G&S Supply, LLC* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Wilson, Jeffrey) (Entered: 08/02/2021) |
| 08/04/2021 | 209 | Request for Hearing by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton re 193 MOTION for Sanctions *Pursuant to Rule 11* (McFarland, Robert) (Entered: 08/04/2021) |
| 08/04/2021 | 210 | Request for Hearing by GMS Industrial Supply, Inc. re 183 MOTION for Reconsideration *Pursuant to 28 USC Sec. 636(b)(1)* (Gordon, Jesse) (Entered: 08/04/2021) |
| 08/04/2021 | 211 | Request for Hearing by GMS Industrial Supply, Inc. re 195 MOTION for Sanctions *Against Defendants Westly L. Greer and G&S Supply, LLC*, 196 Memorandum in Support,, (Lascara, William) (Entered: 08/04/2021) |
| 08/04/2021 | 212 | First MOTION for Summary Judgment *(Partial)* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 08/04/2021) |
| 08/04/2021 | 213 | Memorandum in Support re 212 First MOTION for Summary Judgment *(Partial)* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Lascara, William) (Main Document 213 replaced on 8/5/2021) (dbra, ). (Entered: 08/04/2021) |
| 08/05/2021 | 214 | MOTION to Seal by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 08/05/2021) |
| 08/05/2021 | 215 | Memorandum in Support re 214 MOTION to Seal filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Lascara, William) (Entered: 08/05/2021) |
| 08/05/2021 | 216 | Notice of Under Seal Filing LCvR5 (B) by GMS Industrial Supply, Inc. re 214 MOTION to Seal (Lascara, William) (Entered: 08/05/2021) |
| 08/05/2021 | 217 | Sealed Attachment/Exhibit(s) re 214 MOTION to Seal . (Attachments: # 1 Errata 4, # 2 Exhibit 9, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 14, # 6 Errata 15, # 7 Exhibit 16, # 8 Exhibit 17, # 9 Exhibit 18, # 10 Exhibit 19, # 11 Exhibit 20, # 12 Exhibit 21, # 13 Exhibit 22, # 14 Exhibit 23, # 15 Exhibit 24, # 16 Exhibit 25, # 17 Exhibit 26, # 18 Exhibit 27, # 19 Exhibit 28, # 20 Exhibit 29, # 21 Exhibit 30, # 22 Exhibit 31, # 23 Exhibit 32, # 24 Exhibit 33, # 25 Exhibit 34, # 26 Exhibit 35, # 27 Exhibit 36, # 28 Exhibit 37)(Lascara, William) (Entered: 08/05/2021) |
| 08/10/2021 | 218 | RESPONSE to Motion re 214 MOTION to Seal filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1 – Proposed Order)(McFarland, Robert) (Entered: 08/10/2021) |
| 08/18/2021 | | MOTIONS REFERRED to Magistrate Judge: Leonard. 214 MOTION to Seal (dbra, ) (Entered: 08/18/2021) |
| 08/18/2021 | 219 | MOTION to Seal by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 08/18/2021) |
| 08/18/2021 | 220 | Memorandum in Support re 219 MOTION to Seal filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 08/18/2021) |

| 08/18/2021 | 221 | Sealed Response/Reply/Opposition re 219 MOTION to Seal . (Attachments: # 1 Exhibit 2)(McFarland, Robert) (Entered: 08/18/2021) |
| 08/18/2021 | 222 | Notice of Filing Sealing Motion LCvR5(C) by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton re 219 MOTION to Seal (McFarland, Robert) (Entered: 08/18/2021) |
| 08/18/2021 | 223 | RESPONSE in Opposition re 212 First MOTION for Summary Judgment *(Partial)* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McFarland, Robert) (Entered: 08/18/2021) |
| 08/23/2021 | 224 | ORDER granting in part 214 Motion to Seal: The Court ORDERS that an unredacted copy of Exhibits 14–16, 18–19,21, and a partially redacted copy of Exhibits 23, 25, and 27 to the MSJ Memorandum shall be permanently maintained under seal by the Clerk. Signed by Magistrate Judge Lawrence R. Leonard on 8/23/21. (dbra, ) (Entered: 08/23/2021) |
| 08/24/2021 | 225 | Reply to Motion re 212 First MOTION for Summary Judgment *(Partial)* filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 08/24/2021) |
| 08/26/2021 | 226 | ORDER denying 189 Motion to Seal without prejudice to Plaintiff filing, within seven days of the date of this Order, a supplemental response, including a proposed Order, that is in compliance with Local Civil Rule 5. Signed by Magistrate Judge Lawrence R. Leonard on 8/26/21. (dbra, ) (Entered: 08/26/2021) |
| 08/26/2021 | 227 | ORDER RE 197 Motion to Seal: It is hereby ORDERED that the Motion to Seal be GRANTED IN PART. The Court ORDERS that an unredacted copy of Exhibit 5 to the Sanctions Memorandum shall be permanently maintained under seal by the Clerk. Signed by Magistrate Judge Lawrence R. Leonard on 8/26/21. (dbra, ) (Entered: 08/26/2021) |
| 08/31/2021 | | MOTIONS REFERRED to Magistrate Judge: 219 MOTION to Seal (dbra, ) (Entered: 08/31/2021) |
| 09/02/2021 | 228 | RESPONSE to Motion re 189 MOTION to Seal *Supplemental* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 10, # 6 Exhibit 12, # 7 Proposed Order)(Wilson, Jeffrey) (Entered: 09/02/2021) |
| 09/02/2021 | 229 | ORDER denying 219 Motion to Seal without prejudice to Plaintiff filing, within seven days of the date of this Order, a supplemental response, including a proposed Order, that is in compliance with Local Civil Rule 5. Signed by Magistrate Judge Lawrence R. Leonard on 9/2/21. (dbra, ) (Entered: 09/02/2021) |
| 09/03/2021 | 231 | Letter from Jeffrey Wilson. (afar) (Entered: 09/03/2021) |
| 09/07/2021 | 232 | Consent MOTION to Withdraw as Attorney *and Memorandum in Support* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 09/07/2021) |
| 09/08/2021 | 233 | ORDER granting 232 Motion to Withdraw as Attorney. Attorney James Patrick McNichol terminated. Signed by District Judge Roderick C. Young on 9/8/21. (dbra, ) (Entered: 09/08/2021) |
| 09/08/2021 | 234 | Discovery Designation by GMS Industrial Supply, Inc..(Wilson, Jeffrey) (Entered: 09/08/2021) |
| 09/08/2021 | 235 | *Plaintiff's Witness and* Exhibit List by GMS Industrial Supply, Inc... (Wilson, Jeffrey) (Entered: 09/08/2021) |
| 09/09/2021 | 236 | RESPONSE to Motion re 219 MOTION to Seal filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Wilson, Jeffrey) (Entered: 09/09/2021) |

**JA27**

| 09/10/2021 | | Set/Reset Hearings: Status Conference set for 9/22/2021 at 01:30 PM in Norfolk Remote before District Judge Roderick C. Young. (jjon) (Entered: 09/10/2021) |
|---|---|---|
| 09/13/2021 | 237 | ORDER re 189 MOTION to Seal: It is hereby ORDERED that the Motion to Seal be GRANTED IN PART. The Court ORDERS that an unredacted copy of Exhibit 9 and a partially redacted copy of Exhibits 5–8, 10, and 12 to the Memorandum in Support of Motion to Seal shall be permanently maintained under seal by the Clerk. Signed by Magistrate Judge Lawrence R. Leonard on 9/13/21. (dbra, ) (Entered: 09/13/2021) |
| 09/13/2021 | 238 | ORDER on Motion to Seal ECF NO 219 : It is hereby ORDERED that the Motion to Seal is DENIED. The Court ORDERS that the unredacted copies of Exhibit 2 and of Defendants' Response in Opposition to Plaintiffs Motion for Partial Summary Judgment be unsealed and made part of the public record. Signed by Magistrate Judge Lawrence R. Leonard on 9/13/21. (dbra, ) (Entered: 09/13/2021) |
| 09/16/2021 | 239 | MOTION in Limine by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 09/16/2021) |
| 09/16/2021 | 240 | Memorandum in Support re 239 MOTION in Limine filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(McFarland, Robert) (Entered: 09/16/2021) |
| 09/17/2021 | 241 | *Witness and* Exhibit List by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton.. (McFarland, Robert) (Entered: 09/17/2021) |
| 09/17/2021 | 242 | Discovery Designation by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton.(McFarland, Robert) (Entered: 09/17/2021) |
| 09/18/2021 | 243 | First MOTION in Limine by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 09/18/2021) |
| 09/18/2021 | 244 | Memorandum in Support re 243 First MOTION in Limine filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1)(Lascara, William) (Entered: 09/18/2021) |
| 09/22/2021 | 245 | Minute Entry for proceedings held before District Judge Roderick C. Young: Status Conference held on 9/22/2021 regarding jury trial set for 10/18/21. Court advised counsel that trial was not able to proceed as scheduled on 10/18/21 due to criminal matters presently on the Court's docket. The final pretrial conference set for 10/7/21 and the 8 day jury trial set for 10/18/21 were removed from the docket. Court inquired of counsel regarding possibility of bench trial. Jeffrey Wilson, William Lascara and Robert McFarland heard. Court to issue order regarding proceeding via bench trial. Counsel are to respond by Wednesday, 9/29/21, regarding whether their clients will consent to proceeding in this manner. Court in recess. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 09/22/2021) |
| 09/22/2021 | 246 | ORDER: All counsel of record are hereby DIRECTED to discuss the possibility of a bench trial with their clients and report the consensus to the Court no later than September 29, 2021. Further, the jury trial scheduled for October 18, 2021, and the final pretrial conference scheduled for October 7, 2021, are hereby CANCELED. All deadlines previously set in this matter within the Rule 16(b) Scheduling Order 159 are STAYED generally. Signed by District Judge Roderick C. Young on 9/22/21. (dbra, ) (Entered: 09/22/2021) |
| 10/06/2021 | | Set/Reset Hearings: Final Pretrial Conference RESET for 5/19/2022 at 01:15 PM via Zoom before District Judge Roderick C. Young. Jury Trial (8 days) RESET for 5/31/2022 at 09:30 AM in Norfolk Courtroom 5 before District Judge Roderick C. Young. (jjon) (Entered: 10/06/2021) |
| 10/26/2021 | 247 | MOTION Entry of Consent Order *and Brief in Support* by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order)(Berkley, Thomas) (Entered: 10/26/2021) |

**JA28**

| 03/22/2022 | 248 | MEMORANDUM ORDER denying 183 Motion for Reconsideration. Signed by District Judge Roderick C. Young on 3/22/2022. (dbra, ) (Entered: 03/22/2022) |
| 03/22/2022 | 249 | ORDER denying 193 Motion for Sanctions; granting 195 Motion for Sanctions. The Court will issue an appropriate adverse inference charge to the jury. The Court will also award Plaintiff its reasonable attorneys' fees and costs incurred in preparing its Motion for Sanctions. Signed by District Judge Roderick C. Young on 3/22/2022. (dbra, ) (Entered: 03/22/2022) |
| 03/22/2022 | 250 | MEMORANDUM OPINION re Plaintiff's Motion for Sanctions Against Defendants Westly L. Greer and G&S Supply, LLC 195 and Defendants' Motion for Sanctions Pursuant to Rule 11 193 . Signed by District Judge Roderick C. Young on 3/22/2022. (dbra, ) (Entered: 03/22/2022) |
| 03/22/2022 | 251 | ORDER denying 212 Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Plaintiff's Motion for Partial Summary Judgment and GRANTS summary judgment in favor of Defendants with respect to Count VI. Signed by District Judge Roderick C. Young on 3/22/2022. (dbra, ) (Entered: 03/22/2022) |
| 03/22/2022 | 252 | MEMORANDUM OPINION re Plaintiff's Motion for Partial Summary Judgment (ECF No. 212 ). Signed by District Judge Roderick C. Young on 3/22/2022. (dbra, ) (Entered: 03/22/2022) |
| 04/07/2022 | | Set Hearings: Settlement Conference set for 5/17/2022 at 09:30 AM in Norfolk Judges Chamber before Magistrate Judge Robert J. Krask. (btit) (Entered: 04/07/2022) |
| 04/08/2022 | 253 | *Supplemental Witness and* Exhibit List by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton.. (Noreen, Micaylee) (Entered: 04/08/2022) |
| 04/11/2022 | 254 | Joint MOTION for Entry of Revised Rule 16(b) Scheduling Order re 159 Pretrial Order,, Set Deadlines/Hearings, by GMS Industrial Supply, Inc.. (Attachments: # 1 Proposed Order Revised Rule 16(b) Scheduling Order)(Wilson, Jeffrey) Modified on 4/12/2022 to terminate motion as per order docketed at 255 granting motion. (jjon) (Entered: 04/11/2022) |
| 04/12/2022 | 255 | Amended Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that the Jury Trial set for 5/31/2022 at 09:30 AM in before District Judge Roderick C. Young. See Order for details. Signed by District Judge Roderick C. Young on 4/12/22. (afar) (Entered: 04/12/2022) |
| 04/26/2022 | | Set/Reset Hearings: Status Conference set for 5/2/2022 at 09:30 AM via Zoom before District Judge Roderick C. Young. (jjon) (Entered: 04/26/2022) |
| 05/02/2022 | 256 | Minute Entry for proceedings held before District Judge Roderick C. Young: Status Conference held on 5/2/2022. Plaintiff appeared through William Lascara and Jeffrey Wilson. Defendants appeared through Robert McFarland. Court addressed trial related issue brought to court's attention by counsel prior to status conference and advised it would not be moving the trial date in this matter. Counsel heard regarding status of case. Comments of court. Court in recess. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 05/02/2022) |
| 05/06/2022 | 257 | Opposition to 243 First MOTION in Limine filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1)(Noreen, Micaylee) (Entered: 05/06/2022) |
| 05/06/2022 | 258 | Objection to 234 Discovery Designation, 235 Exhibit List filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Noreen, Micaylee) (Entered: 05/06/2022) |
| 05/06/2022 | 259 | RESPONSE to Motion re 239 MOTION in Limine *of Defendants* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gordon, Jesse) (Entered: 05/06/2022) |

| 05/06/2022 | 260 | *Opposition to Witness and* Exhibit List by GMS Industrial Supply, Inc... (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wilson, Jeffrey) (Entered: 05/06/2022) |
| 05/06/2022 | 261 | Objection to 242 Discovery Designation filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1)(Wilson, Jeffrey) (Entered: 05/06/2022) |
| 05/06/2022 | 262 | *Rebuttal* Witness List by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/06/2022) |
| 05/09/2022 | 263 | Proposed Voir Dire by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Noreen, Micaylee) (Entered: 05/09/2022) |
| 05/09/2022 | 264 | Proposed Voir Dire by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/09/2022) |
| 05/09/2022 | 265 | STIPULATION *of Fact Proposed by the Parties* by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/09/2022) |
| 05/09/2022 | 266 | Proposed Jury Instructions by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/09/2022) |
| 05/10/2022 | 267 | Settlement Conference Order: Settlement Conference is scheduled for May 17, 2022 at 9:30 a.m. Memorandums due by noon on May 12, 2022. SEE ORDER FOR ADDITIONAL REQUIREMENTS AND DEADLINES. Signed by Magistrate Judge Robert J. Krask on 5/10/2022. (dbra, ) (Entered: 05/10/2022) |
| 05/11/2022 | | Set/Reset Hearings: Final Pretrial Conference RESET for 5/19/2022 at 01:15 PM in Norfolk Courtroom 5 before District Judge Roderick C. Young. (Please note that this is a change in location only.) (jjon) (Entered: 05/11/2022) |
| 05/11/2022 | 268 | REPLY to Response to Motion re 243 First MOTION in Limine *of GMS Industrial* filed by GMS Industrial Supply, Inc.. (Gordon, Jesse) (Entered: 05/11/2022) |
| 05/11/2022 | 269 | Reply to 259 Response to Motion, 239 MOTION in Limine filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Noreen, Micaylee) (Entered: 05/11/2022) |
| 05/12/2022 | 270 | Amended Settlement Conference Order: The settlement conference scheduled for 9:30 a.m. on May 17, 2022 will now take place remotely. Signed by Magistrate Judge Robert J. Krask on 5/12/2022. (dbra, ) (Entered: 05/12/2022) |
| 05/12/2022 | 271 | Objection to 266 Proposed Jury Instructions filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Noreen, Micaylee) (Entered: 05/12/2022) |
| 05/12/2022 | 272 | Plaintiff's Objections to Defendants' Proposed Jury Instructions by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Wilson, Jeffrey) Modified text to match document on 5/13/2022 (dbra, ). (Entered: 05/12/2022) |
| 05/12/2022 | 273 | PRETRIAL MEMORANDUM by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/12/2022) |
| 05/13/2022 | 274 | ORDER – Plaintiff is ORDERED to file a responsive brief no longer than five pages no later than 5:00 p.m. on May 17, 2022. See Order for directives. Signed by District Judge Roderick C. Young on 5/13/2022. (dbra, ) (Entered: 05/13/2022) |
| 05/14/2022 | 275 | Memorandum *in Support* to 266 Proposed Jury Instructions filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/14/2022) |
| 05/16/2022 | 276 | Reply to 266 Proposed Jury Instructions, 272 Proposed Jury Instructions, filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 05/16/2022) |
| 05/17/2022 | 277 | Memorandum filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Berkley, Thomas) (Entered: 05/17/2022) |

| 05/17/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask: Settlement Conference held on 5/17/2022. (btit) (Entered: 05/18/2022) |
| --- | --- | --- |
| 05/18/2022 | 278 | MOTION *To Use Deposition In Court Proceeding Under FRCP 32* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 05/18/2022) |
| 05/18/2022 | 279 | Memorandum in Support re 278 MOTION *To Use Deposition In Court Proceeding Under FRCP 32* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit 1.1, # 3 Exhibit 1.2, # 4 Exhibit 1.3, # 5 Exhibit 1.4, # 6 Exhibit 1.5, # 7 Exhibit 1.6, # 8 Exhibit 1.7, # 9 Exhibit 1.8, # 10 Exhibit 1.9)(Lascara, William) (Entered: 05/18/2022) |
| 05/19/2022 | 280 | NOTICE of Appearance by Daniel Tennyson Berger on behalf of GMS Industrial Supply, Inc. (Berger, Daniel) (Entered: 05/19/2022) |
| 05/19/2022 | 281 | Minute Entry for proceedings held before District Judge Roderick C. Young: Final Pretrial Conference held on 5/19/2022. Plaintiff appeared through William Lascara, Jeffrey Wilson, Jesse Gordon and Daniel Berger. Defendants appeared through Robert McFarland and Micaylee Noreen. Court heard counsel on plaintiff and defendants' pending motions in limine and ruled as stated on the record. Comments and questions of court. Court advised it would not rule on objections today. Court directed parties to meet and confer in person to see if remaining objections could be resolved. Parties to file joint memorandum laying out unresolved objections as detailed on the record by Wednesday, 5/25/22 at noon. The court is to issue an order. Court and counsel discussed logistics and administrative aspects of upcoming trial on 5/31/22 at 9:30 a.m. in Norfolk. Court in recess. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 05/19/2022) |
| 05/20/2022 | 282 | NOTICE of Appearance by Jeanne Elizabeth Noonan on behalf of County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton (Noonan, Jeanne) (Entered: 05/20/2022) |
| 05/20/2022 | 283 | ORDER – The Court orders counsel for the parties to confer with regard to all pending objections except those related to Jury instructions. Joint memorandum shall be filed by Wednesday, May 25, 2022 at noon. Signed by District Judge Roderick C. Young on 5/20/2022. (dbra, ) (Entered: 05/20/2022) |
| 05/20/2022 | 284 | ORDER denying in part and granting in part 239 Defendants' Motion in Limine and taking under advisement 243 Plaintiff's Motion in Limine regarding the Drummond lawsuit. SEE ORDER FOR ADDITIONAL DETAILS. Signed by District Judge Roderick C. Young on 5/20/2022. (dbra, ) (Entered: 05/20/2022) |
| 05/23/2022 | 285 | TRANSCRIPT of proceedings held on May 19, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/22/2022. Redacted Transcript Deadline set for 7/25/2022. Release of Transcript Restriction set for 8/22/2022.(trail, jill)** (Entered: 05/23/2022) |
| 05/24/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask: Telephone Conference held on 5/24/2022. (btit) (Entered: 05/25/2022) |
| 05/25/2022 | 288 | Memorandum *Joint – Parties Objections Filed in Response* to 283 Order, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/25/2022) |
| 05/26/2022 | 289 | TRIAL BRIEF by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 05/26/2022) |
| 05/26/2022 | 290 | First MOTION for Attorney Fees *and Costs For Spoliation* by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 05/26/2022) |

| | | |
|---|---|---|
| 05/26/2022 | 291 | TRIAL BRIEF by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 05/26/2022) |
| 05/26/2022 | 292 | Brief in Support to 290 First MOTION for Attorney Fees *and Costs For Spoliation* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3)(Lascara, William) (Entered: 05/26/2022) |
| 05/27/2022 | 293 | ORDER re 288 Joint Memorandum on the Parties' Continuing Objections to Witnesses, Exhibits, and Discovery Designations. Signed by District Judge Roderick C. Young on 5/27/2022. (dbra, ) (Entered: 05/27/2022) |
| 05/30/2022 | 294 | MOTION to Seal *Trial Exhibits* by GMS Industrial Supply, Inc.. (Berger, Daniel) (Entered: 05/30/2022) |
| 05/30/2022 | 295 | Memorandum in Support re 294 MOTION to Seal *Trial Exhibits* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Berger, Daniel) (Entered: 05/30/2022) |
| 05/31/2022 | 296 | ORDER granting 294 Motion to Seal. It is Ordered that all trial exhibits labeled "Confidential" or "Attorney's Eyes Only" shall be permanently maintained under seal by the Clerk. Signed by District Judge Roderick C. Young on 5/31/2022. (dbra, ) (Entered: 05/31/2022) |
| 05/31/2022 | 297 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 1) held on 5/31/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Jesse Gordon, Daniel Berger and Thomas Berkley. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen, Jeanne Noonan and Katie Dougherty. Defendants/counter claimants and corporate representatives present. Court took bench out of presence of jury. Court granted motion to seal 294 filed by parties on 5/30/22 and is to issue an order. Court addressed late filings and issue of parties' partial non–compliance with the court's order. Counsel heard. Jurors (Panel of 44 jurors) appeared as summoned, sworn, and examined on voir dire. Batson motion raised by defense counsel. Plaintiff heard. Court overruled defense motion for the reasons stated on the record. Jurors not serving, excused. From Panel came a jury (9) who were duly sworn. Out of presence of jury, court heard counsel on objections regarding testimony of first witness. Defense motion to sequester witnesses. No objection by plaintiff. Court GRANTED motion. Opening statements of counsel heard. Evidence presented by plaintiff. Objections argued and rulings made. Jurors excused to return on Tuesday, 6/1/22 at 9:15 a.m. Out of presence of the jury, the court went over administrative matters with counsel. Court directed parties to file joint verdict form by 9 a.m. on Friday, 6/3/22. Counsel directed to return at 9:00 a.m. on 6/1/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 05/31/2022) |
| 06/01/2022 | 298 | ORDER – The parties are ORDERED to file a joint verdict form no later than 9:00 a.m. on June 3, 2022. Signed by District Judge Roderick C. Young on 6/1/2022. (dbra, ) (Entered: 06/01/2022) |
| 06/01/2022 | 299 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 2) held on 6/1/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson and Jesse Gordon. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. All jurors (9) present. Plaintiff continued presenting evidence. Objections argued and rulings made. Jurors excused to return on Thursday, 6/2/22 at 9:15 a.m. Counsel directed to return at 9:00 a.m. on 6/2/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/01/2022) |
| 06/02/2022 | 300 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 3) held on 6/2/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Thomas Berkley and Jesse Gordon. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. All jurors (9) present. Plaintiff continued presenting evidence. Objections argued and rulings made. Jurors excused to return on Friday, 6/3/22 at 9:15 a.m. Out of presence of jury, court dealt with several administrative matters. Court directed counsel to produce missing exhibits and to make |

**JA32**

| | | sure that personal identifying information was redacted from all exhibits before they go back to the jury. Counsel to provide case cite to court by this evening. Counsel excused and directed to return at 9:00 a.m. on 6/3/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/02/2022) |
|---|---|---|
| 06/02/2022 | 301 | Response to 278 MOTION *To Use Deposition In Court Proceeding Under FRCP 32* filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 06/02/2022) |
| 06/03/2022 | 302 | Proposed Jury Instructions by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Berger, Daniel) (Entered: 06/03/2022) |
| 06/03/2022 | 303 | NOTICE by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Wayne Side, Gregory K. Spires, Gregory S. Spires, WarTech Industries, LLC, Mike Welton re 298 Order *Filing of Defendants' Proposed Verdict Form* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McFarland, Robert) (Entered: 06/03/2022) |
| 06/03/2022 | 304 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 4) held on 6/3/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Thomas Berkley and Daniel Berger. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. Out of the presence of the jury, the court took bench to deal with several administrative matters. All jurors (9) present. Plaintiff continued presentation of evidence. Objections argued and rulings made. Plaintiff rested. Jurors excused to return on Monday, 6/6/22 at 9:15 a.m. Out of the presence of the jury, defense made an oral motion for judgment as a matter of law as to all counts. Argument of counsel heard. The Court granted Judgment as a matter of law on counts 2, 7 and 8 as to all defendants but Westly Greer. The court denied Judgment as a matter of law on counts 1, 3, 4 as to all defendants but HMC, 5 as to all defendants but HMC, 10 as to all defendants but HMC, 11 as to all defendants but HMC, 12 as to all defendants but HMC and 13 as to all defendants but HMC. The Court is to issue an Order. Counsel excused and directed to return at 9:00 a.m. on 6/6/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/03/2022) |
| 06/06/2022 | 305 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 5) held on 6/6/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Thomas Berkley and Jesse Gordon. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. Out of presence of jury, court took bench to deal with administrative matters as stated on the record. All jurors (9) present. Defendants began presentation of evidence. Objections argued and rulings made. Jurors excused to return on Tuesday, 6/7/22 at 9:15 a.m. Out of presence of jury, court discussed administrative matters with counsel. Counsel excused and directed to return at 9:00 a.m. on 6/7/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/06/2022) |
| 06/06/2022 | 306 | MOTION for Extension of Time to File Response/Reply as to 290 First MOTION for Attorney Fees *and Costs For Spoliation and Memorandum in Support* by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit 1 – Proposed Order)(McFarland, Robert) (Entered: 06/06/2022) |
| 06/07/2022 | 307 | NOTICE by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton *of Filing Defendants' Supplemental Proposed Jury Instruction* (McFarland, Robert) (Entered: 06/07/2022) |
| 06/07/2022 | 308 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 6) held on 6/7/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Thomas Berkley, Daniel Berger and Jesse Gordon. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. |

**JA33**

|  |  |  |
|---|---|---|
|  |  | Defendants/counter claimants and corporate representatives present. Out of the presence of the jury, court took bench to deal with administrative matters as stated on the record. Counsel to electronically file any additional jury instructions and provide word version of document to the court. All jurors (9) present. Defendants continued presenting evidence. Objections argued and rulings made. Defense rested. Out of presence of jury, defense counsel made a proffer as to two witnesses previously excluded by the Court. Defense preserved right to make motions on the record following presentation of rebuttal evidence by plaintiff. Plaintiff's counsel inquired re exhibits from deposition testimony and court ruled as stated on the record. Plaintiff began presentation of rebuttal evidence. Objections argued and rulings made. Plaintiff rested. Out of presence of the jury, the court went over administrative matters. Jurors excused to return on Wednesday, 6/8/22 at 11:00 a.m. Out of presence of jury, defense renewed oral motion for judgment as a matter of law as to all remaining counts (1, 3, 4, 5, 8 10, 11, 12, 13). Argument of counsel heard. The court denied judgment as a matter of law as to all remaining counts. The court is to take count 12, count 13 and WarTech counts under advisement and is to issue an Order. Defense counsel stipulated on the record that his clients will never use the name G&S Supply again and stipulated that WarTech Industries, LLC, was the successor in interest to G&S Supply. Defense does not have objection to putting in judgment that WarTech Industries, LLC, is successor in interest to G&S for purposes of satisfying any judgment that might be imposed against G&S. No objection by plaintiff. Court dealt with other administrative matters as stated on the record. Counsel excused and directed to return at 9:00 a.m. on 6/8/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/07/2022) |
| 06/07/2022 | 309 | NOTICE by GMS Industrial Supply, Inc. *of Filing Supplemental Jury Instructions* (Attachments: # 1 Supp. Jury Ins.)(Gordon, Jesse) (Entered: 06/07/2022) |
| 06/08/2022 | 310 | ORDER re Defendants' Motion for Judgment as a Matter of Law pursuant to Rule 50 of the Federal Rules of Civil Procedure made orally before the Court during the jury trial on June 3, 2022. Signed by District Judge Roderick C. Young on 6/8/2022. (dbra, ) (Entered: 06/08/2022) |
| 06/08/2022 | 311 | ORDER re Defendants' Renewed Motion for Judgment as a Matter of Law pursuant to Rule 50 of the Federal Rules of Civil Procedure made orally before the Court during the jury trial on June 7, 2022. Signed by District Judge Roderick C. Young on 6/8/2022. (dbra, ) (Entered: 06/08/2022) |
| 06/08/2022 | 312 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 7) held on 6/8/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson, Thomas Berkley, Daniel Berger and Jesse Gordon. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. Out of the presence of the jury, the court took bench and reviewed administrative matters with counsel. The court advised that it had dismissed WarTech as a party and had dismissed counts 12 and 13 from the case. An order was entered to that effect. Defense inquired as to recently filed 306 Motion for Extension of Time to File Response/Reply. The court advised that it would GRANT 306 and issue an order. Defense to respond by date stated on the record. After a brief recess, the court reviewed jury instructions with counsel. Objections argued and rulings made. All jurors (9) present. The jury received the court's charge. Closing arguments of counsel heard. Objections argued and rulings made. The jury retired with instructions to elect a foreperson. Jurors excused and directed to return on Thursday, June 9, 2022, at 9:15 a.m., to begin their deliberations. Counsel excused and directed to return at 9:00 a.m. on 6/9/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/08/2022) |
| 06/09/2022 | 313 | ORDER granting 306 Motion for Extension of Time to File Response/Reply re 290 First MOTION for Attorney Fees *and Costs For Spoliation.* Response due no later than 6/23/2022. Signed by District Judge Roderick C. Young on 6/9/2022. (dbra, ) (Entered: 06/09/2022) |
| 06/09/2022 | 314 | ORDER granting 247 Motion for Entry of Consent Order. The parties shall timely move for attorneys' fees associated with any judgment in their favor pursuant to Fed. R. Civ. P. 54(d) and will present an expert report for attorney fees after entry of judgment and simultaneously with a timely motion pursuant to Fed. R. Civ. P. 54(d). Signed by District Judge Roderick C. Young on 6/9/2022. (dbra, ) (Entered: |

**JA34**

| | | |
|---|---|---|
| | | 06/09/2022) |
| 06/09/2022 | 315 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 8) held on 6/9/2022. Plaintiff/counter defendant appeared through William Lascara, Jeffrey Wilson and Thomas Berkley. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. Out of presence of jury, the court went over administrative matters with counsel. All jurors (9) present. The court instructed the jury to retire to begin their deliberations. The court took the bench to answer question of jurors. Court instructed the jury to retire to continue their deliberations. Later, the court took the bench to answer questions of jurors. Court instructed the jury to retire to continue their deliberations. Later, the court took the bench again to answer question of jurors. Court inquired of jury if they wished to continue their deliberations or if they wished to return tomorrow. Jurors indicated that they would like to continue to deliberate on 6/10/22. Jurors excused and directed to return on Friday, 6/10/22, at 9:15 a.m., to begin their deliberations. Counsel excused and directed to return at 9:00 a.m. on 6/10/22. Court adjourned. (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/09/2022) |
| 06/10/2022 | 316 | Minute Entry for proceedings held before District Judge Roderick C. Young: Jury Trial (Day 9) completed on 6/10/2022. Plaintiff/counter defendant appeared through William Lascara, Daniel Berger and Thomas Berkley. Plaintiff's corporate representative, Gary Gorken, present. Defendants/counter claimants appeared through Robert McFarland, Micaylee Noreen and Jeanne Noonan. Defendants/counter claimants and corporate representatives present. All jurors (9) present. The court instructed the jury to retire to continue their deliberations. Later, the jury returned with their verdict. Verdict form read into the record and filed in open court. The court directed the clerk to enter judgment. Court adjourned. (Attachments: # 1 Witness & Exhibit List) (Court Reporter Jill Trail, OCR.) (jjon) (Entered: 06/10/2022) |
| 06/10/2022 | 317 | JURY VERDICT. (jjon) (Entered: 06/10/2022) |
| 06/10/2022 | 319 | Jury Instructions. (jjon) (Entered: 06/10/2022) |
| 06/10/2022 | 320 | ORDER – IT IS ORDERED that the United States Marshal furnish the jury meals at the expense of the United States for the period of Wednesday, June 1, 2022 through Thursday, June 9, 2022. Signed by District Judge Roderick C. Young on 6/10/22. (jjon) (Entered: 06/10/2022) |
| 06/10/2022 | 321 | CLERK'S JUDGMENT. Signed by District Judge Roderick C. Young on 6/10/22. (jjon) (Entered: 06/10/2022) |
| 06/14/2022 | 322 | TRANSCRIPT of proceedings held on May 31, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/14/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 9/12/2022.(trail, jill) (Entered: 06/14/2022)** |
| 06/14/2022 | 323 | TRANSCRIPT of proceedings held on June 2, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/14/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for** |

| | | 9/12/2022.(trail, jill) (Entered: 06/14/2022) |
|---|---|---|
| 06/23/2022 | 324 | RESPONSE in Opposition re 290 First MOTION for Attorney Fees *and Costs For Spoliation* filed by G&S Supply, LLC, Westly L. Greer. (McFarland, Robert) (Entered: 06/23/2022) |
| 06/24/2022 | 325 | BILL OF COSTS by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (Attachments: # 1 Exhibit A – Robert W. McFarland Affidavit, # 2 Exhibit B – Itemization of Costs)(McFarland, Robert) (Entered: 06/24/2022) |
| 06/24/2022 | 326 | BILL OF COSTS by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lascara, William) (Entered: 06/24/2022) |
| 06/29/2022 | 327 | REPLY to Response to Motion re 290 First MOTION for Attorney Fees *and Costs For Spoliation* filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2)(Lascara, William) (Entered: 06/29/2022) |
| 06/30/2022 | 328 | NOTICE by GMS Industrial Supply, Inc. re 290 First MOTION for Attorney Fees *and Costs For Spoliation − Waiver of Oral Argument* (Wilson, Jeffrey) (Entered: 06/30/2022) |
| 07/06/2022 | 329 | TRANSCRIPT of proceedings held on June 3, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 9/5/2022. Release of Transcript Restriction set for 10/4/2022.(trail, jill) (Entered: 07/06/2022)** |
| 07/08/2022 | 330 | Response to 326 Bill of Costs filed by Westly L. Greer. (McFarland, Robert) (Entered: 07/08/2022) |
| 07/08/2022 | 331 | NOTICE OF APPEAL as to 321 Clerk's Judgment by Westly L. Greer. Filing fee $ 505, receipt number AVAEDC−8465824. (McFarland, Robert) (Entered: 07/08/2022) |
| 07/08/2022 | 332 | Response to 325 Bill of Costs, filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 07/08/2022) |
| 07/08/2022 | 333 | MOTION for Additur, or in the Alternative, New Trial by GMS Industrial Supply, Inc.. (Lascara, William) (Entered: 07/08/2022) |
| 07/08/2022 | 334 | Memorandum in Support re 333 MOTION for Additur, or in the Alternative, New Trial filed by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lascara, William) (Entered: 07/08/2022) |
| 07/11/2022 | 335 | Transmission of Notice of Appeal to US Court of Appeals re 331 Notice of Appeal (All case opening forms, plus the transcript guidelines, may be obtained from the Fourth Circuit's website at www.ca4.uscourts.gov) (Attachments: # 1 Notice of Appeal)(dbra, ) (Entered: 07/11/2022) |
| 07/13/2022 | 336 | Redaction of 323 Transcript,,, (trail, jill) (Entered: 07/13/2022) |
| 07/13/2022 | 338 | Letter from U.S. Court of Appeals. (dbra, ) (Entered: 07/20/2022) |
| 07/14/2022 | 337 | Reply to 325 Bill of Costs, filed by County Roads, LLC, G&S Supply, LLC, Sabrina Greer, Westly L. Greer, Greer Group, LLC, HMC Supply, LLC, Thomas Hayes, Gregory K. Spires, WarTech Industries, LLC, Mike Welton. (McFarland, Robert) (Entered: 07/14/2022) |
| 07/22/2022 | 339 | RESPONSE in Opposition re 333 MOTION for Additur, or in the Alternative, New Trial filed by Westly L. Greer. (McFarland, Robert) (Entered: 07/22/2022) |

| | | |
|---|---|---|
| 07/27/2022 | <u>340</u> | TRANSCRIPT of proceedings held on June 6, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757−222−7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/26/2022. Redacted Transcript Deadline set for 9/26/2022. Release of Transcript Restriction set for 10/25/2022.(trail, jill) (Entered: 07/27/2022)** |
| 07/27/2022 | <u>341</u> | TRANSCRIPT of proceedings held on June 7, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757−222−7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/26/2022. Redacted Transcript Deadline set for 9/26/2022. Release of Transcript Restriction set for 10/25/2022.(trail, jill) (Entered: 07/27/2022)** |
| 07/27/2022 | <u>342</u> | TRANSCRIPT of proceedings held on June 7, 2022, before Judge Roderick C. Young, Court Reporter/Transcriber Jill Trail, Telephone number 757−222−7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/26/2022. Redacted Transcript Deadline set for 9/26/2022. Release of Transcript Restriction set for 10/25/2022.(trail, jill) (Entered: 07/27/2022)** |
| 07/29/2022 | <u>343</u> | Reply *Thomas S. Berkley* filed by GMS Industrial Supply, Inc.. (Attachments: # <u>1</u> Exhibit Trial Testimony Excerpt Sabrina Greer)(Berkley, Thomas) (Entered: 07/29/2022) |
| 08/01/2022 | | Notice of Correction re <u>343</u> Reply: This reply is not linked back to the motion to which it relates, and it was filed outside of the six−day time frame allotted by L.R.Civ.P. 7(F)(1) for the filing of reply briefs. If the filing user would like the reply considered, they should file a motion for leave to file out of time, with an attached proposed order, and accompanied by a memorandum in support linked back to the motion for leave. (bpet, ) (Entered: 08/01/2022) |
| 08/02/2022 | <u>344</u> | MOTION for Leave to File *Reply Brief* by GMS Industrial Supply, Inc. (Attachments: # 1 Brief in Support of Motion for Leave to file Reply Brief, # <u>2</u> Exhibit Reply Brief in Support of Post Trial Relief, # <u>3</u> Proposed Order Order for Leave to File)(Berkley, Thomas) Modified text, removed Brief in Support on 8/2/2022. (bpet, ) (Entered: 08/02/2022) |
| 08/02/2022 | <u>345</u> | Brief in Support to <u>344</u> MOTION for Leave to File *Reply Brief* by GMS Industrial Supply, Inc. (bpet, ) (Entered: 08/02/2022) |
| 08/02/2022 | | Notice of Correction re <u>344</u> MOTION re <u>333</u> MOTION for Additur, or in the Alternative, New Trial: A brief in support should be a separate filing linked back to the motion to which it pertains; it should not be filed as an attachment to the motion. The Clerk's Office has removed and refiled the document. Additionally, the proper filing event is Motion for Leave to File Document; the Clerk's Office has corrected same. No further action is required at this time, and the motion will be referred. (bpet, ) (Entered: 08/02/2022) |

**JA37**

| | | |
|---|---|---|
| 08/02/2022 | | MOTION REFERRED to Magistrate Judge Lawrence R. Leonard: 344 MOTION for Leave to File *Reply Brief* (bpet, ) (Entered: 08/02/2022) |
| 08/08/2022 | 346 | ORDER re 344 Motion for Leave to File. It is ORDERED that Plaintiff, GMS Industrial Supply, Inc., LLC's Reply Brief to its Motion for Additur, or in the Alternative for a new Trial submitted on July 29, 2022 is deemed filed. Signed by Magistrate Judge Lawrence R. Leonard on 8/8/2022. (dbra, ) (Entered: 08/08/2022) |
| 08/23/2022 | 347 | MEMORANDUM OPINION re 290 Plaintiff's Petition for Award of Reasonable Attorney's Fees and Costs. Signed by District Judge Roderick C. Young on 8/23/2022. (dbra, ) (Entered: 08/23/2022) |
| 08/23/2022 | 348 | ORDER granting in part and denying in part 290 Motion for Attorney Fees. Signed by District Judge Roderick C. Young on 8/23/2022. (dbra, ) (Entered: 08/23/2022) |
| 08/29/2022 | 349 | ORDER directing Clerk to terminate as moot motions filed at ECF No. 243 and 278 . Signed by District Judge Roderick C. Young on 8/29/2022. (dbra, ) (Entered: 08/29/2022) |
| 08/29/2022 | 350 | MOTION for Release of Bond Obligation by GMS Industrial Supply, Inc.. (Attachments: # 1 Exhibit #1)(Lascara, William) (Entered: 08/29/2022) |
| 09/02/2022 | 351 | MOTION for Clarification re 348 Order on Motion for Attorney Fees by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 09/02/2022) |
| 09/02/2022 | 352 | Memorandum in Support re 351 MOTION for Clarification re 348 Order on Motion for Attorney Fees filed by GMS Industrial Supply, Inc.. (Wilson, Jeffrey) (Entered: 09/02/2022) |
| 09/07/2022 | 353 | ORDER granting 350 Motion for Release of Bond Obligation. Signed by District Judge Roderick C. Young on 9/7/2022. (dbra, ) (Entered: 09/07/2022) |
| 09/16/2022 | 354 | RESPONSE to Motion re 351 MOTION for Clarification re 348 Order on Motion for Attorney Fees filed by G&S Supply, LLC, Westly L. Greer. (McFarland, Robert) (Entered: 09/16/2022) |
| 09/27/2022 | 355 | Letter from the Fourth Circuit re: status update. (afar) (Entered: 10/03/2022) |
| 10/13/2022 | 358 | Letter from Jeffrey Wilson. (afar) (Entered: 10/18/2022) |
| 10/17/2022 | 356 | MEMORANDUM OPINION re 333 Plaintiff's Motion for Additur, or in the Alternative, New Trial by GMS Industrial Supply, Inc. Signed by District Judge Roderick C. Young on 10/17/2022. (dbra, ) (Entered: 10/17/2022) |
| 10/17/2022 | 357 | ORDER denying 333 Motion for Additur, or in the Alternative, New Trial by GMS Industrial Supply, Inc. Signed by District Judge Roderick C. Young on 10/17/2022. (dbra, ) (Entered: 10/17/2022) |
| 10/18/2022 | 359 | USCA Case Number 22–2090 4CCA Case Manager E. Borneisen for 331 Notice of Appeal filed by Westly L. Greer. (dbra, ) (Entered: 10/25/2022) |
| 10/31/2022 | 360 | Transcript Order Acknowledgment from USCA re 331 Notice of Appeal : Court Reporter/Transcriber Jill H. Trail; 6/3/22 and 6/7/22 hearings; deadline 11/14/22(epri, ) (Entered: 11/02/2022) |
| 11/09/2022 | 361 | TRANSCRIPT of proceedings for dates of June 3, 2022, before Judge Roderick C. Young, re 360 Transcript Order Acknowledgment from USCA Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov.** *Does this satisfy all appellate orders for this reporter? n* Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/9/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 2/7/2023.(trail, jill) (Entered: 11/09/2022) |

| 11/09/2022 | <u>362</u> | TRANSCRIPT of proceedings for dates of June 7, 2022, before Judge Roderick C. Young, re <u>360</u> Transcript Order Acknowledgment from USCA Court Reporter/Transcriber Jill Trail, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at <u>www.vaed.uscourts.gov</u>** *Does this satisfy all appellate orders for this reporter? y* **Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/9/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 2/7/2023.(trail, jill) (Entered: 11/09/2022)** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**GMS INDUSTRIAL SUPPLY, INC.**

        **Plaintiff,**

    **v.**                                     **Civil Action No. 2:19-cv-**

**G&S SUPPLY, LLC**

  **Serve:**        **Westly L. Greer, Registered Agent**
                 **8102 Hardwood Circle**
                 **Colorado Springs, CO  80908**

**WESTLY L. GREER**

**Serve:**        **8102 Hardwood Circle**
                 **Colorado Springs, CO  80908**

**SABRINA GREER**

**Serve:**        **8102 Hardwood Circle**
                 **Colorado Springs, CO 80908**

**GREER GROUP, LLC**

**Serve:**        **Sabrina Greer, Registered Agent**
                 **8102 Hardwood Circle**
                 **Colorado Springs, CO  80908**

**GREGORY K.  SPIRES**

**Serve:**        **13476 SW Tinney Rd.**
                 **Faxon, OK. 73540**

**COUNTY ROADS, LLC**

**Serve:**        **Gregory K.  Spires, Registered Agent**
                 **13476 SW Tinney Rd.**
                 **Faxon, OK. 73540**

**THOMAS HAYES**

**Serve:**        **3367 Belview Road**
                 **Leesville,  LA 71446**

**JA40**

**GREGORY S.  SPIRES**

Serve:        **13476 SW Tinney Rd.**
                       **Faxon, OK. 73540**

**MIKE WELTON**

Serve:        **12112 Gallery Street**
                       **Denton, TX 76207**

**WAYNE SIDE**

Serve:        **24367 Allen Road**
                       **Alexandria Bay, NY 13607**

                       **Defendants.**

## <u>VERIFIED COMPLAINT FOR INJUNCTIVE AND LEGAL RELIEF</u>

NOW COMES GMS INDUSTRIAL SUPPLY, INC. ("GMS"), and as and for its Complaint against Defendants G&S Supply, LLC ("G&S"), Westly Greer ("Westly"), Sabrina Greer ("Sabrina"), Greer Group, LLC ("Greer Group"), Gregory Greg Spires ("Greg Spires"), County Roads, LLC ("County Roads"), Thomas Hayes ("Hayes"), Gregory S. Spires ("Sky Spires"), Mike Welton ("Welton"), and Wayne Side ("Side"), respectfully stating as follows:

## <u>PRELIMINARY STATEMENT</u>

1.     This action is brought to remedy Defendants' disloyal and unlawful conduct in breaching fiduciary duties of loyalty and written contracts and violating numerous common law duties and federal and state statutes while employed by, and/or under independent sales agent contract with, GMS, which sells industrial supply products and equipment to the U..S. Military, by soliciting and diverting existing GMS sales agents and customers to G&S, the competitor

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA41**

company they clandestinely organized and/or worked for while still under employ and contract

with GMS, and misappropriating GMS' property, including GMS' confidential, proprietary and

Trade Secret information, resources, property and goodwill.   As stated herein, GMS worked for

18 years to develop proprietary, Trade Secret processes for marketing and selling its products to

a very select group of consumers: military bases.  While GMS was relying on the Defendants to

use these Trade Secrets in performing as GMS' its salesforce, the Defendants were instead

selling their own competing products under the clandestinely formed and operated synonymous

name G&S.  Once they were discovered in April 2019, these double agents threw aside any

pretense and are openly using GMS's trade name, Trade Secrets, and other proprietary

information to continue to sell their mostly substantially similar, but in notable cases,

substandard, illegal products to GMS's customers, causing financial damages, while at the same

time damaging GMS's goodwill and reputation.  Every day the Defendants continue to operate,

they irreparably injure the business that GMS has built. In the following thirteen Counts, GMS

seeks temporary and permanent injunctive relief and monetary damages.

## **PARTIES**

2.    Plaintiff GMS Industrial Supply, Inc. ("GMS" or the "Plaintiff") is a Virginia

Limited Liability Company with its principal place of business in Virginia Beach, Virginia.  All

of the membership interests of GMS are owned by Rachel Gorken ("Rachel"), a citizen of the

State of California.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA42**

3. Defendants Westly L. Greer ("Westly") and Sabrina Greer ("Sabrina") are individual citizens of Colorado, residing at 8102 Hardwood Circle, Colorado Springs, Colorado 80908. Westly and Sabrina are married.

4. Defendant Greer Group LLC ("Greer Group") is a Colorado Limited Liability Company with its principal address located at 8102 Hardwood Circle, Colorado Springs, Colorado 80908, and is controlled and operated by its owner and agent, Sabrina.

5. Defendant Gregory K. Spires ("Greg Spires") is an individual who is a citizen of the State of Oklahoma, residing at 13476 SW Tinney Road, Faxon, Oklahoma 73540.

6. Defendant County Roads, LLC ("County Roads") is an Oklahoma Limited Liability Company with its principal address located at 13476 SW Tinney Road, Faxon, Oklahoma 73540, and is owned, controlled and operated by its owner and agent Greg Spires.

7. Defendant Thomas Hayes ("Hayes") is an individual who is a citizen of the State of Oklahoma, residing at 3367 Belview Road, Leesville, Louisiana 71446.

8. Defendant Gregory S. Spires ("S. Spires") is an individual who is a citizen of the State of Oklahoma, residing at 13476 SW Tinney Road, Faxon, Oklahoma.

9. Defendant Mike Welton ("Welton") is an individual who is a citizen of the State of Texas, residing at 12112 Gallery Street, Denton, Texas 76207.

10. Defendant Wayne Side ("Side") is an individual who is a citizen of the State of New York, residing at 24367 Allen Road, Alexandria Bay, New York 13607.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 4 of 78

**JA43**

11.     Defendant G&S Supply, LLC ("G&S") is a Colorado Limited Liability Company with its principal address located at 8102 Hardwood Circle, Colorado Springs, Colorado 80908, and is owned, controlled and operated by its owners and agents, Westly Greer and Greg Spires.

## JURISDICTION AND VENUE

12.     This Court has subject matter jurisdiction of this action under Article III, §2 of the United States Constitution and 28 U.S.C. §1332.

13.     The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars ($75,000) and is between citizens of different states.

14.     Venue in this jurisdictional district and in this division is appropriate pursuant to 28 U.S.C. §1391 as to all Counts because it is the jurisdictional district because a substantial part of the events giving rise to the claim occurred in this judicial district and division.

15.     Venue is also appropriate as to all Counts because it is the judicial district in which all of the Defendants except G&S consented to such venue in various contractual agreements, detailed below, and those individual Defendants are the agents of G&S.

16.      This Court has personal jurisdiction over each of the individual Defendants and Defendants County Roads and Greer Group because each has contractually agreed to such jurisdiction.  In addition, this Court has personal jurisdiction over all of the Defendants because of (i) intentional actions taken by each in the Commonwealth of Virginia, where GMS, a Virginia corporation is headquartered and where GMS performs and the Defendants participated in many administrative, management and sales activities; (ii) intentional actions of each taken in another forum but directed at the Commonwealth of Virginia and causing tortious injury in this

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA44**

Commonwealth through a persistent course of conduct specifically intended to damage and harm GMS; (iii) conspiratorial activity undertaken by one or more Defendants in Virginia in furtherance of the conspiracy to injure GMS in its trade or business. Further, this Court has personal jurisdiction over G&S because this Court has jurisdiction over the agents of G&S.

## FACTS APPLICABLE TO ALL PARTIES

17.    In 2001, Gorken's Maintenance Specialists started in a small warehouse in Virginia Beach, VA with one employee and developed a specialty line of industrial maintenance products for the US Navy.

18.    The company name was changed to GMS Industrial Supply, Inc. (GMS) in October 2007. GMS is a small, women-owned business, owned 100% by Rachel Gorken. In the beginning, the small team of three worked with the Navy installations in the Hampton Roads area. Over the next five years, GMS grew into a larger operations facility in Virginia Beach with over 10 internal employees. GMS expanded sales into areas of Oklahoma, Florida and Texas and hired several traveling sales managers. The new technology available allowed GMS to dictate very meticulous planning, methods of execution, and specialized communications procedures which GMS incorporated into its operations and required its sales force to participate in. All of GMS' business was, and is, controlled, originated and distributed from the Virginia Beach office, but the customers benefit from GMS' on-site sales representatives in all of the different geographical areas GMS serves due to GMS' ability to be nimble and proactive to the customers' needs. This business model enabled GMS to grow as one of the preferred suppliers to the Army, Navy and Marine Corps bases. Over years GMS investment in meticulously doing the right

*GMS Industrial Supply, Inc v. G & S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 6 of 78

JA45

thing, selling materials that were in full compliance of all of the federal regulations, and management of its General Services Administration ("GSA") and Defense Logistics Agency ("DLA") contracts resulted in the awards of larger contracts in the supply of industrial products to these defined segments of the federal government.

19.     The Trade Agreements Act (19 U.S.C. § 2501—2581) ("TAA"), which is intended to foster fair and open international trade, requires that products must be produced or undergo "substantial transformation" within the United States or a designated country, including countries that have reciprocal trade agreements with the United States, Caribbean Basin countries and certain "least developed" countries. If you supply products for GSA, DLA and other government contracts, those products must comply with TAA. Failure to comply with TAA can lead to award cancellation, multimillion dollar fines, suspension and debarment due to increased governmental oversight, "whistleblower" lawsuits and TAA related bid protests.

20.     GMS expanded to the West Coast in 2010, but retained its headquarters any in Virginia Beach, Virginia.

21.     GMS's headquarters, central office many operating functions remain in Virginia Beach, Virginia, including: i) all corporate planning and administration; ii) all accounting; iii) contracts and sales orders are submitted by sales personnel, developed and processed iv) the marketing department functions of marketing and sales planning, product development, sales analysis, bonus and goal achievement planning; v) weekly hosting of sales manager meetings and quarterly meetings of sales personnel are hosted via video chat and recorded; vi) sales personnel travel arrangements are submitted and responded to and sales personnel

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

reimbursement requests are made, reviewed and paid; vii) sales personnel payroll and other commission requests are submitted, reviewed and paid viii) most all of product sourcing requests are processed, and all vendors accounts are based in the Virginia office, where all accounting and banking is conducted.  The 7 non-corporate Defendant sales representatives and their related limited liability companies (the "Sales Agent Defendants") engaged in constant contact, communication and interaction with GMS' Virginia Beach headquarters with respect to the foregoing functions relating to products and sales, as well as administrative and financial transactions.

22.     GMS was granted its first national stock number ("NSN") items in 2012 due to the volume and continuous ordering of GMS' unique material.  A NSN is a unique identifier that recognizes "standardized material items of supply" by NATO countries, including the United States Department of Defense.  This is the preferred method of procuring material by the military because the material has been verified to meet compliance standards, past performance characteristics, shipping data, special handling and other relevant information.   It is a very difficult, costly and lengthy process for a company to be assigned NSNs, and GMS developed confidential processes and procedures to seek and be awarded NSNs, which are included among GMS' Trade Secrets. The ability to develop and obtain assignment of NSN products provides GMS a competitive advantage to sell more product to military bases because it is easier for them to order.

23.     In 2013, due to GMS' continued good standing, volume, and demand, DLA began to stock GMS NSN items in the depots to ensure prompt delivery to the customer.  To meet the

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 8 of 78

JA47

depot stocking requirement, there are strict packaging and shipping guidelines that must be adhered to.

24.     Over the years, GMS has been awarded several coveted government contracts from GSA and DLA. These contracts continue to be renewed by GMS' customers due to GMS' excellent past performance and service, continually meeting strict government standards, and very consistent demand for these GMS NSN products for many years. Due to the 18 years of its performance being excellent and passing annual audits and every other type of evaluation process used by GMS' customers, GMS was awarded national stock numbers ("NSNs") for 57 separate products, and 22 of 57 of GMS' NSNs are product kits. Product kits are combinations of several products often used in combination with each other by customers combined together in a kit, and are created by GMS using knowledge, research and experience with its customers and their purchasing needs and preferences. These NSN materials make up between 20% and 35% of GMS' customers' needs, since 65% to 90% of the customer requests are for special-order, non-NSN items, referred to as cage code part number ("CCPN") items.  In the instant case, G&S is unlawfully competing with GMS in selling CCPN items, specifically to the U.S Army at various Army bases, and due to its misappropriation of GMS' Trade Secrets, G&S is using the misappropriated GMS Trade Secrets to work toward being assigned NSNs of its own to unlawfully compete with GMS by selling NSNs of its own.

25.     In January 2018, GMS received the award of a Long Term Contract (LTC) for DLA to process direct awards for the 22 NSN stocked product kit items without having to go

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 9 of 78

JA48

through the solicitation (bidding) process. This is an added benefit to the end user, because it eliminates delay of long lead times to receive material.

26.     GMS' success is due, in large part, to its development of confidential, proprietary and trade secret processes, procedures, means, methods, protocols, techniques and plans, including:

a.   customer contacts lists with specific names and contact information ("Customer Lists");

b.   customer purchasing preferences, identified and constantly honed and memorialized by GMS in confidential records ("Customer Preference Data");

c.   developed database of trusted, reliable sources of products that are TAA compliant and meet customer preferences ("Products Source List");

d.   developed protocol to simplify the complex process of inputting products and materials with the proper information into the Army's automated internet based purchase systems named Global Combat Support System-Army (GCSS-Army) and Army Enterprise Systems Integration Program (AESIP) to ensure products and materials are properly input into the correct class and category so that the customer can easily and efficiently order GMS' products ("Load Sheet Protocol");

e.   sales personnel training based upon detailed protocols intended to gain trust and respect of GMS by the customer purchasing agents, engender loyalty between the customer and GMS and demonstrate delivery upon customer needs at competitive prices ("Sales Agent Training Protocol");

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA49**

f.    models and methods for pricing of supplies ("Pricing Methods"); and

g.    marketing methods of creating kits of industrial materials based upon Customer Preference Data, creating names for the kits and techniques of marketing such kits and other products to the customer, including means and methods of obtaining assignment of NSNs for products and product kits ("Marketing Techniques").

27.    GMS' confidential and proprietary Customer Lists, Customer Preference Data, Products Source List, Load Sheet Protocol, Sales Agent Training Protocol, Pricing Methods and Marketing Techniques constitute "trade secrets" under applicable laws hereinafter cited, and are hereinafter referred to as, GMS' "Trade Secrets."

28.    GMS' Trade Secrets are available to GMS' sales agents only by virtue of their employment or independent contractor contractual relationship with GMS, and GMS Sales Agents are able to use the Trade Secrets solely to further GMS' business, customer sales and goodwill, by virtue of the policies and procedures, employee handbook and contractual agreements of GMS with its employees and independent contractors limiting the use and disclosure of such proprietary, confidential and Trade Secret information, and the solicitation of GMS' customers and employees. A competitor who had access to this proprietary, confidential, Trade Secret data and analysis would have an unfair competitive advantage that could enable them, as an example, to use GMS' own data and analysis to underprice GMS' price quotes to its customers, to divert GMS's customers and/or to serve GMS' customers as well as GMS.

29.    GMS has taken reasonable measures to protect its proprietary, confidential and Trade Secret information, including the following: i) use of confidentiality, non-disclosure and

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

non-solicitation agreements with all sales employees and independent sales agents; ii) employee handbook policies and provisions which include confidentiality, non-disclosure and non-solicitation requirements; iii) conducting on the job training regarding its confidential, proprietary and Trade Secret information with employees and agents; iv) requiring password protected access to company data and Trade Secret information; and v) employing physical security measures, such as placing locks on offices and doors and by securing sensitive data in file cabinets.

30.     GMS' confidential, proprietary and Trade Secret information has independent economic value in that it consists of information that is neither generally known nor readily ascertainable within the industry through lawful means. GMS has made reasonable efforts to ensure the secrecy of its confidential, proprietary and Trade Secret information, and its confidential, proprietary and Trade Secret information constitute "trade secrets" under applicable laws cited herein that merit legal protection from unauthorized disclosure, misappropriation and dissemination and/or use.

31.     During all times relevant herein, training and communication with Sales Account Managers and Sales Agents occurred regularly at GMS, hosted from the Virginia Beach Headquarters Office.  Every Friday afternoon sales account managers, including the Sales Agent Defendants, participated in management video call meetings hosted from the Virginia Beach Headquarters Office.  The sales Account Managers were responsible for, and provided, the information received in the meetings to their sales agent teams, including the Sales Agents Defendants. In early 2018, GMS also started having quarterly Account Manager video calls with

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 12 of 78

**JA51**

the entire sales force, including the Sales Agent Defendants, during which GMS Management, Marketing and Regulatory Compliance Department representatives and the Sales Agent Defendants discussed new developments, new products, share marketing and sales strategies, discussed customer accounts and preferences, exchanged sales tips, provided demonstrations and techniques to the sales team to help them be successful. Through these meetings, all Sales Agent Defendants gained knowledge of and became familiar with, and knowledgeable of all customers of GMS, and the GMS Trade Secrets.

32.　　Commencing in or about 2017, the disloyal Sales Agent Defendants joined together through criminal or unlawful means as detailed herein to establish G&S as their undisclosed principal and a competing business of GMS that has injured, and continues to injure, GMS. During this time, the Sales Agent Defendants were under contracts with GMS that required their loyalty, prohibited competitive conduct and solicitation of GMS' customers or sales representatives, and their disclosure or use of proprietary information and Trade Secrets. The Sales Agent Defendants concealed their disloyal and unlawful acts from GMS by telling lies to GMS and its owners and officers, and, at other times, remaining silent when they had a duty to speak. They did so to perpetuate their employment with GMS over a period of many months, and with some, up to two (2) years, so they could continue to draw GMS paychecks while they conspired to, and actually, misappropriated GMS' Trade Secrets, solicited GMS' sales personnel to leave GMS, solicited GMS' current and ongoing customers to abandon GMS in favor of their new business, G&S, and misappropriate GMS' name recognition, goodwill and trade name in the marketplace. The G&S name was intentionally created to sound identical to GMS, and the Sales

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Agent Defendants misrepresented it as a "sister company" of GMS, so they could profit from GMS' name recognition in the unsuspecting customer base.

33.     As a new startup company, and fueled by the unlawful misconduct of the Defendants, between November 2017 and April 2019, G&S secured nearly $1,000,000 in awarded and shipped orders to GMS' customers, of products that compete with GMS' competing products, causing GMS lost profits of $350,000. G&S has secured an additional $1,035,000 in pending orders, which, when consummated, will cause GMS lost profits of $362,250. These awarded and pending orders were placed through the US Army using DLA as the purchasing method during this 18 month period by the Defendant's soliciting GMS' customers and selling them competitive products to those offered by GMS. In the process, the Defendants misappropriated GMS' proprietary, confidential and Trade Secret information and data, thereby causing GMS further reparable and irreparable damages.

34.     Each of the Sales Agent Defendants that were previously sales agents of GMS (except Wayne Side who was terminated March 5, 2019 under other circumstances; see Paragraph 85.e. hereof) were sent a cease and desist letter dated April 3, 2019, copies of which are attached hereto as Exhibit #1, terminating their relationships with GMS for cause and demanding they quit soliciting GMS' customers and sales representatives, and preserve all documents and evidence of their actions. They have nevertheless continued to siphon substantial amounts in sales awards and in solicitations (pending awards) from GMS to G&S since the April 3, 2019 cease and desist letters were sent. See Declaration of William A. Lascara, attached as Exhibit #12 hereto, with respect to Exhibits #1, #6 and #10.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

### Facts Applicable to Each Of The Parties Defendant

### Westly Greer

35.     Gary Gorken, Rachel Gorken's husband and GMS' Director of Regulatory Compliance, hired Westly on April 4, 2011. At the time, Westly was living in Oklahoma and was a dishwasher at Denny's. He told Gary Gorken had a pregnant girlfriend and needed a better job. He had no experience whatsoever in the sale of industrial products to the US Army, or any other branch of the service, but seemed to be honest and hard-working.

36.     Over the course of the next few years, Westly came to work every day and seemed content. GMS rewarded his efforts frequently with pay increases and gave him more responsibilities.  Throughout his time with GMS, GMS and Gorken family treated Westly like a son.  In November 2012, during an annual company trip, Westly proposed to Sabrina in front of his GMS Family.  In 2013, the Gorkens paid for Westly's and Sabrina's destination wedding in the Dominican Republic.

37.     Westly continuously learned how GMS' business worked and continued to gain experience as GMS continued to invest in him by training him, purchasing and providing him every state of the art piece of equipment Westly desired, including phone, desktop computer, laptop computer and tablet computer, sending people to work with him, and sending him to places to learn from the work of others as well.

38.     In November 2012, Westly was promoted to the position of District Manager to oversee the sales agents to be certain that they were doing things in accordance with GMS' high

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 15 of 78

**JA54**

standards of taking care of the customers and working to grow business opportunities for GMS. In order to protect its business interests, including GMS' Trade Secrets, loyal customer base and a stable sales force, GMS required Westly to sign an at will Employment Agreement on or about November 1, 2012 (the "Westly 2012 Employment Agreement").

39.    The relevant terms of the Westly 2012 Employment Agreement included the following:

a.  Westly's employment "at will";

b.  A non-disclosure provision with respect to GMS' confidential information:

> GMS Industrial Supply may impart, to me, confidential information, including, without limitation, designs, pricing, financial information, personal information, real estate information, marketing strategies, customer profiles, and the like (collectively "confidential information"). I hereby acknowledge GMS Industrial Supply's exclusive ownership of such confidential information.

> I agree: (1) only to use the confidential business information to provide services or goods to GMS Industrial Supply; (2) only to communicate the confidential information to fellow employees on a need-to-know basis; and (3)not to otherwise disclose or use, at any time, any confidential information. As an example, and not as a limitation, I understand that I am not to use or provide confidential information for the purpose of trading any securities of GMS Industrial Supply. Upon demand of GMS Industrial Supply or termination of my employment, I will deliver to GMS Industrial Supply all blueprints, manuals, designs, photographs, recordings, and any other medium by which, through which, or on which confidential information has been recorded or stored, which are in my possession, custody, or control.

> I further agree that the disclosure or use of any confidential information, in breach of this understanding, would cause irreparable harm to GMS Industrial Supply, and, accordingly, not only can GMS Industrial Supply seek damages, but I agree

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 16 of 78

**JA55**

to the issuance of a permanent injunction against me restraining such disclosure and use, and I agree that any court of competent jurisdiction, selected by GMS Industrial Supply, shall have personal jurisdiction over me.

    c.  A Non-Solicitation provision with respect to GMS employees:

I agree not to recruit and not to assist any other entity in recruiting any other employee who works for GMS Industrial Supply during the last twelve (12) months in which I worked for GMS Supply. Further, I will not reveal the identity of any supplier to any competitor of GMS Industrial Supply. These restrictions will apply during any employment and for twelve (12) months subsequent to my employment. I understand that in establishing the precise amount of damages for breach of the provision, for each person recruited about whom I have provided information in violation of this provision, liquidated damages for such violation shall be the amount of annual compensation of that person at GMS Industrial Supply.

40.    As an employee, and as set forth in the Westly 2012 Employment Agreement, Westly was provided the GMS employee handbook and Westly agreed to "comply with its provisions and any other rules." Included among those rules are requirements:

    a.  to not disclose company proprietary, confidential and trade secret information, as set forth below:

GMS Industrial Supply Inc. requires all employees to sign a confidentiality agreement as a condition of employment due to employees' potential access to information that is confidential and/or intended for company use only. All employees are required to maintain such information in strict confidence. This policy benefits employees by protecting the interests of GMS Industrial Supply Inc. and protecting confidential, unique and valuable information from competitors or others.

Should an occasion arise in which an employee is unsure of his or her obligations under this policy, he or she must consult a supervisor. Failure to comply with this policy could result in disciplinary action, up to and including termination of employment.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA56**

The protection of confidential business information and trade secrets is vital to the success of GMS Industrial Supply Inc. Such confidential information includes, but is not limited to, the following examples:

☐ Any material developed using company resources and/or time
☐ Compensation data
☐ Computer processes
☐ Computer programs and codes
☐ Conversations between any persons associated with the company
☐ Customer lists
☐ Customer preferences
☐ Financial information
☐ Marketing strategies
☐ New materials research
☐ Pending projects and proposals
☐ Proprietary production processes
☐ Personnel/payroll records
☐ Research and development strategies
☐ Scientific data
☐ Scientific formulae
☐ Scientific prototypes
☐ Technological data
☐ Technological prototypes

Employees who improperly use or disclose any type of confidential business information will be subject to disciplinary action and/or legal action, even if they do not personally benefit from the disclosure of such information.

b.    to not simultaneously hold a competing job, by limiting outside employment by providing that "Employees may hold outside jobs in unrelated businesses or occupations as long as the employee meets the performance standards of the position with GMS";

c.    to preclude "insubordination" and "unauthorized disclosure on any confidential information"; and

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

d.      to require "immediate suspension" or "termination of employment" for "[d]ivulging GMS Industrial Supply Inc.'s business practices or and confidential information" or for "[a]ny misrepresentation of GMS Industrial Supply Inc. to a customer, a prospective customer, the general public, or any employee."

41.     In July 2015, Westly was promoted to Director of Sales, the head of the entire sales team, overseeing the other Sales Managers and working directly with GMS' Marketing Department and corporate home office in Virginia, while remaining under the terms of the Westly 2012 Employment Agreement and the GMS employee handbook. As Director of Sales, Westly's primary responsibility was to communicate with GMS' Virginia office daily, sometimes even hourly to disseminate and communicate all directives and managing all activities for GMS' best interest.   As the Director of Sales, Westly had access to GMS' confidential, proprietary and Trade Secret information.

42.     Under the common law of Virginia, an employee, including an employee-at-will, owes a fiduciary duty of loyalty to its employer during its employment, and Westly owed GMS a fiduciary duty of loyalty under the common law of Virginia, including the duty to not compete against GMS, misappropriate GMS' Trade Secrets, misuse GMS' confidential information for personal gain, conspire with others to injure GMS in its trade or business, or solicit GMS' clients and customers or GMS' other employees prior to termination of his employment.

43.     Effective January 21, 2019, Westly abruptly quit his position of Director of Sales and decided to become a GMS independent sales agent. In order to protect its business interests, including GMS' Trade Secrets, loyal customer base and a stable sales force, and unaware of the

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA58**

true facts, concealed by Westly from GMS, that Westly had been soliciting GMS's customers

and sales agents and competing against GMS since June 2017 through the G&S competitor that

Westly and others created and operated, GMS required Westly to sign an Independent Sales

Agent Agreement on or about January 21, 2019 (the "Westly 2019 Sales Agent Agreement").

44.    The relevant terms of the Westly 2019 Sales Agreement follow:

12.   <u>Confidentiality</u>.  Agent recognizes and acknowledges that Agent will have
access to Confidential Information (as defined below) relating to the business or
interests of the Company or of persons with whom the Company may have
business relationships.  Except as permitted herein, Agent will not during the term
of this Agreement, or at any time thereafter, use, disclose or permit to be known
by any other person or entity, any Confidential Information of the Company
(except as required by applicable law or in connection with the performance of
Agent's duties and responsibilities hereunder).    The term "Confidential
Information" means information relating to the Company's business affairs,
proprietary technology, trade secrets, patented processes, research and
development data, know-how, market studies and forecasts, competitive analyses,
pricing policies, employee lists, employment agreements (other than this
Agreement), personnel policies, the substance of agreements with customers,
suppliers and others, marketing arrangements, customer lists, commercial
arrangements, or any other information relating to the Company's business that is
not generally known to the public or to actual or potential competitors of the
Company (other than through a breach of this Agreement).  This obligation shall
continue until such Confidential Information becomes publicly available, other
than pursuant to a breach of this Section by Agent, regardless of whether Agent
continues to be employed by the Company;

***

14. <u>Non-Solicitation</u>.  During the term of this Agreement, and for a period of one
year thereafter, Agent may not (i) entice, solicit or encourage any Company
employee to leave the employ of the Company or any independent contractor to
sever its engagement with the Company; and may not (ii) directly or indirectly,
entice, solicit or encourage any client or customer or known prospective client or
customer of the Company to cease doing business with the Company, reduce its
relationship with the Company or refrain from establishing or expanding a
relationship with the Company.  Agent will not reveal the identity of any supplier
to any competitor of Company.  Agent understands and agrees that establishing

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*                          PENDER & COWARD, P.C.
Case No. _____                                                                            www.pendercoward.com
Verified Complaint for Injunctive and Legal Relief

Page 20 of 78

**JA59**

the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach.  In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available.  The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

***

17. <u>Governing Law/Venue & Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions.  Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

45.     Commencing in or about January 2017, Gary Gorken was diagnosed with cancer with an uncertain prognosis and requiring surgery and many months of recovery.  Gary Gorken conveyed this unfortunate news to Westly and emphasized the importance of his good faith, loyal service in Gary Gorken's and GMS' time of need and Westly responded that Gary and GMS could count on him.

46.     Commencing in or about June 2017, Westly conspired with Greg Spires to form G&S as a competitive company to GMS through which all of the disloyal Sales Agent

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 21 of 78

**JA60**

Defendants have sold products competitive to GMS products while still remaining sales agents of GMS.

47.     Commencing in or about June 2017, and throughout his remaining tenure at GMS through April 3, 2019, Westly continued to sell the GMS NSN items and deceived, and conspired with and directed the other disloyal Sales Agent Defendants to deceive, GMS' customers into ordering non-standard (CCPN) items from G&S by falsely stating G&S was a sister company to GMS, and by having G&S sell identical products to GMS' customers. This deceit not only deprived GMS of revenue, but has injured GMS's good reputation with its customers as G&S has provided materials to GMS' customers that are non-compliant with the TAA and caused confusion and uncertainty in GMS' customer base.

48.     Furthermore, Westly intentionally, with the help of Defendants Greg Spires and Thomas Hayes, impeded and prevented the ordering of GMS materials in the AESIP portal (this portal is for non-standard non NSN cage code part number kits to be entered for purchase), by intentionally having GMS' products entered incorrectly in AESIP. Once it was discovered that the GMS product kits were entered incorrectly into that system, GMS management demanded that Westly get GMS' incorrectly entered kits fixed in AESIP. Instead Westly, Greg Spires and Thomas Hayes used the company's time they were being paid for to input their G&S competitive system part numbers into the AESIP system and had their competitive G&S product line entered in the correct way, therefore impeding and preventing the ability of GMS' products to be ordered by GMS' customers, while at the same time facilitating the purchase of G&S' products.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

**JA61**

49.     Westly thereby started sales and distribution of G&S' product line by substituting it in place of GMS' product lines with GMS' customers for non-NSN products.  Unbeknownst to GMS, Westly also solicited the other six individual Defendants, and their related limited liability Defendants, while they were independent sales agents with GMS, and trained and engaged them to sell G&S' competitive product line instead of the GMS product line on all non-NSN purchases, which they all have done to GMS' detriment. In addition to soliciting and concerting these six disloyal GMS sales agents to G&S, Westly solicited GMS sales agent Billy Miles who, rejected the recruitment by Westly at Fort Hood Texas. Westly upon his disappointment with Billy's decision to not switch companies or at least sell the G&S products in November 2018 trumped up false accusations of bad performance against Billy that led to his termination. Westly then quickly, with Mike Welton's help, converted, all of GMS' customers serviced by Billy Miles to G&S.

50.     Westly and G&S, unlawfully using the GMS Trade Secrets which were misappropriated from GMS, is in the process of using such Trade Secrets to apply for and to obtain its own NSNs to further compete with GMS.  With Westly's personal knowledge and experience with GMS' misappropriated Trade Secrets, the process for G&S to obtain NSNs, which took GMS 12 years, at great expense to GMS, is unlawfully shortened significantly, to G&S' benefit, and GMS' competitive detriment.

51.     In addition, G&S, at Westly's direction, and with the assistance of the other Defendants' knowledge of the GMS customer base and preferences, created G&S product kits intended to be identical to the proprietary product kits prepared and sold by GMS. Their

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 23 of 78

catalogue mimics GMS catalogue as can be seen by comparison of GMS' catalogue at Exhibit #2 and G&S' catalogue at Exhibit #3. Many of the product kits are substantially similar, demonstrating that Westly and Greg Spires misappropriated GMS' Trade Secret Customer Preference Data, Products Source List and Pricing Methods. The copycat nature of G&S' product kits is revealed in the comparison to GMS' catalogue attached hereto as Exhibit #4, which reveals 28 substantially similar kits in name appearance and content, and 96 like kits.

52. However, some of G&S' product kits have supplies and products that are not TAA compliant supplies as are GMS'. As customers are being told by the Defendants that G&S is a sister company of GMS, and the fact that some products they are selling are not TAA compliant, GMS' valuable goodwill is being injured.

53. For approximately two (2) years, from in or about June 2017 to April 3, 2019, when Westly was terminated as a GMS sales agent for cause, and continuing thereafter, in combination with, and with the aid and assistance of, Greg Spires and the other Defendants, Westly, individually, clandestinely, in violation of his and its contractual duties,

      a. participated with Greg Spires in the creation and organization of G&S and worked with Greg Spires and the other Defendants to have G&S solicit GMS' customers and sales representatives;

      b. used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S sales, and selling GMS' and G&S' products to GMS' customers;

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 24 of 78

**JA63**

c.  solicited GMS' sales representatives, including the Defendants other than G&S, to join with he and Greg Spires at G&S, to take customers and sales away from GMS for his and their personal benefit, and disclosed GMS' Trade Secrets to the other Defendants for use in soliciting GMS' customers;

d.  misrepresented to GMS' customers that G&S was a sister company of GMS; and

e.  disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products, thereby causing GMS both monetary damages and irreparable damages, including the permanent loss of customers and the loss of GMS' goodwill.

54.    On April 3, 2019 GMS sent Westly a cease and desist termination letter (see Exhibit #1), terminating his sales agent contract and directing Westly to cease all activities on behalf of GMS and to return all GMS property and materials, which included the three (3) GMS computing devices (a desktop, a laptop and a tablet computer) in Westly's possession on April 3, 2019 and to cease and desist from using or disclosing GMS confidential information.

55.    On April 3, 2019, after the cease and desist termination letter was sent to Westly by GMS' counsel, without authorization or authority, Westly accessed one of the GMS computer devises in his possession and attempted to download GMS' Google Data, but GMS' IT Department was able to re-route it away from Westly and avoided the piracy of that data as of that date (See Exhibit #5 hereto), but caused GMS to conduct a computer forensic analysis of what occurred by this conduct and to incur computer forensic analysis and related costs.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 25 of 78

JA64

56.     Without authority or authorization, and despite his termination as a sales agent of GMS, the revocation of his authority to use the GMS computer devices or use or disclose GMS confidential information, Westly retained and accessed GMS' computers for nineteen (19) additional days during the period April 3, 2019 to April 22, 2019, and downloaded, and used a File Shredder program to delete and/or destroy, thousands of documents resident on the several computing devices owned by GMS and provided by GMS to Westly for use in GMS' business.

57.     By letter dated April 17, 2019, from GMS' counsel to Westly, GMS again demanded that Westly cease and desist from soliciting GMS' customers, employees and independent contractors for his own personal benefit and that of G&S which he formed to compete with GMS, and to again demanded return of three (3) computing devices which were GMS' property that Westly had been given to use in conducting GMS' business. See Exhibit #6 hereto.  The computer devices were not shipped to GMS by Westly until April 22, 2019, and were received by GMS on April 25, 2019. BDO was engaged by Pender & Cowards, PC to perform digital forensics and e-discovery with respect to the misappropriation of trade secrets, intellectual property theft, violation of trademarks and to recover stolen or deleted data from various computers and other devices. See Declaration of Garry A. Pate attached as Exhibit #11.

58.     A forensic examination of the desktop computer returned by Westly demonstrates that on April 1, 2019, the date GMS and Gary Gorken first learned from a GMS sales representative of the existence of G&S as a competitor and of the existence of nearly two (2) years of misappropriation of sales agents and customers by the Defendants, Westly, who was informed of GMS' knowledge that same day, April 1, 2019, attached a USB device to GMS'

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

desktop computer assigned to Westly and began to download GMS' data. Again on April 2, 2019, after Westly received two text messages from Gary Gorken on April 1, 2019, the first advising that he needed to talk to Westly "right away" and the second stating "We have a major problem. We need to talk ASAP", on April 2, 2019, Westly attached a USB device to GMS' desktop computer assigned to Westly and downloaded GMS' data. Again on April 19, 2019, after Westly had received both the April 3, 2019 and April 17, 2019, Cease and Desist letters and demand for return of the GMS computers, Westly again attached a USB to the desktop computer and downloaded GMS' data. See Exhibit #7 hereto.

59.     A review of data on the two of the three computing devices returned by Westly to GMS indicate that from April 3, 2019 to April 22, 2019, the computers were accessed by Westly, during which access GMS data was downloaded, and over 19,000 files were deleted from GMS' computing devices between April 3, 2019 to April 22, 2019. The history on the laptop and desktop computers also revealed that a program called File Shredder, which can permanently destroy files and Windows Registry entries, was installed and used on these computers to destroy GMS' files, documents and data that were resident on the computers that GMS owned. These actions were intentional acts by Westly to cover up his unlawful acts of misappropriation of GMS' confidential, proprietary and Trade Secret information, and destruction of its data, all of which caused, and continues to cause, damages to GMS.

60.     The known lost profits suffered by GMS and attributable at this time to Westly's individual competitive sales through G&S, which sales are at least $76,000, are at least $26,600,

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 27 of 78

JA66

and the loss of GMS' customer base is evidenced by the dwindling sales by Westly for GMS' benefit before he was terminated on April 3, 2019.

### Gregory K. Spires/County Roads, LLC

61.     Greg Spires, who is a full-time government employee at the ROTC at Fort Sill, Oklahoma, was a GMS customer serviced by Westly. In January 2013 he came on board as a sales representative with GMS.  Unbeknownst to GMS prior to his termination on April 3, 2019, Greg Spires has been to numerous Army bases selling G&S' competitive product line for at least the last two years, while he was a G&S sales agent selling GMS products. This is evidenced by his multiple trips to Fort Bliss, Texas, and Fort Sill Oklahoma area bases in addition to the G&S sales data attributable to Greg Spires that GMS has learned about since April 3, 2019.

62.     On January 22, 2013, Greg Spires signed a Sales Agent Agreement with GMS which appointed him as an independent, non-exclusive sales agent of GMS products in Oklahoma (the "Greg Spires 2013 Sales Agent Agreement"). The Greg Spires 2013 Sales Agent Agreement included a nondisclosure provision intended to protect GMS' confidential, proprietary and trade secret information by which Greg Spires agreed not to disclose or use for personal gain any of GMS' confidential, proprietary and trade secret information during the term of the agreement.

63.     On January 6, 2017, Greg Spires signed an Independent Sales Agent Agreement with GMS which appointed him individually and his limited liability company, County Roads, LLC, of which he is the sole agent, as an independent, non-exclusive sales agent of GMS products in Oklahoma and Texas (the "Greg Spires 2017 Sales Agent Agreement"). The Greg

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 28 of 78

JA67

Spires 2017 Sales Agent Agreement defines the Agent as "Country [sic] Roads, LLC (Greg Spires) (the "Agent")"  and he signed it in his individual capacity, with his personal signature under the heading "AGENT:".

64.    Greg Spires assisted, cooperated and conspired with Westly to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.  Greg Spires has also used his status as a veteran to falsely portray G&S as a veteran owned business. As part of the mandatory sams.gov website registration, G&S and its cage code are listed as a veteran-owned business. Wesley has no past service with the US government.

65.    The relevant terms of the Greg Spires 2017 Sales Agent Agreement include the following:

> 12.    <u>Confidentiality</u>.  Agent recognizes and acknowledges that Agent will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships.  Except as permitted herein, Agent will not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Agent's duties and responsibilities hereunder).    The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements (other than this Agreement), personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement).  This obligation shall

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 29 of 78

**JA68**

continue until such Confidential Information becomes publicly available, other than pursuant to a breach of this Section by Agent, regardless of whether Agent continues to be employed by the Company;

*** 

14. <u>Non-Solicitation</u>.  During the term of this Agreement, and for a period of one year thereafter, Agent may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company or any independent contractor to sever its engagement with the Company; and may not (ii) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company.  Agent will not reveal the identity of any supplier to any competitor of Company.  Agent understands and agrees that establishing the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach.   In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available.  The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

*** 

17. <u>Governing Law/Venue & Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions.  Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 30 of 78

JA69

66.   For approximately two (2) years, from in or about June 2017 to April 3, 2019, when he was terminated as a GMS sales agent for cause, and continuing thereafter, in combination with, and with the aid and assistance of, Westly and the other Defendants, Greg Spires, individually, and as agent for County Roads, LLC, clandestinely, in violation of his and its contractual duties,

a.   participated with Westly in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

b.   used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S sales, and selling GMS' and G&S' products to GMS' customers;

c.   solicited GMS' sales representatives, including his son, Gregory S. Spires, to join with he and Westly at G&S, to take customers and sales away from GMS for his and their personal benefit;

d.   misrepresented to GMS' customers that G&S was a sister company of GMS; and

e.   disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products, thereby causing GMS both monetary damages and irreparable damages, including the permanent loss of customers and the loss of GMS' goodwill.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 31 of 78

**JA70**

67.     The known lost profits suffered by GMS and attributable at this time to Greg Spires' and County Roads, LLC's individual competitive sales through G&S, which sales are at least $572,000, are at least $200,200, and the loss of GMS customer base is shown in the dwindling sales for GMS' benefit before Greg Spires and County Roads, LLC were terminated on April 3, 2019.

## Sabrina Greer/Greer Group, LLC

68.     On or about May 13, 2013, Sabrina Greer, then Sabrina Stricklin and living in Missouri, joined the GMS sales team by signing a Sales Agent Agreement which appointed her as an independent, non-exclusive sales agent of GMS products in Missouri (the "Sabrina Greer 2013 Sales Agent Agreement"). The Sabrina Greer 2013 Sales Agent Agreement included a nondisclosure provision at paragraph 13. intended to protect GMS' confidential, proprietary and trade secret information by which Sabrina Greer  agreed not to disclose or use for personal gain any of GMS' confidential, proprietary and trade secret information during the term of the agreement.

69.     On or about May 27, 2015, Sabrina Greer, then married to Westly and living in Colorado, signed a Sales Agent Agreement which appointed her as an independent, non-exclusive sales agent of GMS products in Colorado (the "Sabrina Greer 2015 Sales Agent Agreement"). The Sabrina Greer 2015 Sales Agent Agreement included a nondisclosure provision at paragraph 13. intended to protect GMS' confidential, proprietary and trade secret information by which Sabrina Greer  agreed not to disclose or use for personal gain any of GMS' confidential, proprietary and trade secret information during the term of the agreement.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 32 of 78

**JA71**

70.     On January 10, 2017, Sabrina Greer signed an Independent Sales Agent Agreement with GMS which appointed her individually and her limited liability company, Greer Group, LLC, of which she is the sole agent, as an independent, non-exclusive sales agent of GMS products in Colorado (the "Sabrina Greer 2017 Sales Agent Agreement"). The Sabrina Greer 2017 Sales Agent Agreement defines the Agent as "Greer Group, LLC (Sabrina Greer) (the "Agent")" and she signed it in her individual capacity, with her personal signature under the heading "AGENT:"

71.     Sabrina Greer assisted and conspired with Westly to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.

72.     Relevant terms of the Sabrina Greer 2017 Sales Agent Agreement follow:

12.     <u>Confidentiality</u>.  Agent recognizes and acknowledges that Agent will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships.  Except as permitted herein, Agent will not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Agent's duties and responsibilities hereunder).   The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements (other than this Agreement), personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement).  This obligation shall

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 33 of 78

**JA72**

continue until such Confidential Information becomes publicly available, other than pursuant to a breach of this Section by Agent, regardless of whether Agent continues to be employed by the Company;

*** 

14. <u>Non-Solicitation</u>.  During the term of this Agreement, and for a period of one year thereafter, Agent may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company or any independent contractor to sever its engagement with the Company; and may not (ii) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company.  Agent will not reveal the identity of any supplier to any competitor of Company.  Agent understands and agrees that establishing the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach.  In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available.  The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

*** 

17. <u>Governing Law/Venue & Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions.  Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

73.     For approximately two (2) years, from in or about June 2017 to April 3, 2019, when she was terminated as a GMS sales agent for cause, and continuing thereafter, in combination with, and with the aid and assistance of, Westly and the other Defendants, Sabrina Greer, individually, and as agent for Greer Group, LLC, clandestinely, in violation of her and its contractual duties,

a.   participated with Westly in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

b.   used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S sales, and selling GMS' and G&S' products to GMS' customers;

c.   solicited GMS' sales representatives to join with she and Westly at G&S, to take customers and sales away from GMS for her and their personal benefit;

d.   misrepresented to GMS' customers that G&S was a sister company of GMS; and

e.   disregarded her on-going duty for one year after termination of her sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products.

74.     The known lost profits suffered by GMS and attributable at this time to Sabrina Greer's and Greer Group, LLC's individual competitive sales through G&S, which sales are in

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

excess of $150,000, are   at least $53,200, and the loss of customer base is shown in the dwindling sales for GMS' benefit before she was terminated on April 3, 2019.

### Michael Welton

75.     On or about June 15, 2016, Welton joined the GMS sales team by signing an Independent Sales Agent Agreement which appointed him as an independent, non-exclusive sales agent of GMS products in Texas (the "Welton 2016 Sales Agent Agreement"). The Welton 2016 Sales Agent Agreement defines the Agent as "Michael Welton (the "Agent")"  and he signed it in his individual capacity, with his personal signature under the heading "AGENT:"

76.     Welton assisted, cooperated and conspired with Westly to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.

77.     The relevant terms of the Welton 2016 Sales Agent Agreement follow:

12.     Confidentiality.  Agent recognizes and acknowledges that Agent will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships.  Except as permitted herein, Agent will not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Agent's duties and responsibilities hereunder).   The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements (other than this Agreement), personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 36 of 78

JA75

not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement). This obligation shall continue until such Confidential Information becomes publicly available, other than pursuant to a breach of this Section by Agent, regardless of whether Agent continues to be employed by the Company;

\*\*\*

14. <u>Non-Solicitation</u>. During the term of this Agreement, and for a period of one year thereafter, Agent may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company or any independent contractor to sever its engagement with the Company; and may not (ii) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company. Agent will not reveal the identity of any supplier to any competitor of Company. Agent understands and agrees that establishing the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach. In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available. The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

\*\*\*

17. <u>Governing Law/Venue & Jurisdiction</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions. Any dispute that should arise will be handled accordingly. Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 37 of 78

JA76

in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

78.     On or about April 1, 2019, Welton signed a Statutory Employee Agreement which appointed him as an independent, non-exclusive sales agent of GMS products (the "Welton 2019 Sales Agent Agreement").

79.     The relevant terms of the Welton 2019 Sales Agent Agreement follow:

11.     <u>Confidentiality</u>.  Statutory Employee recognizes and acknowledges that Statutory Employee will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships. Except as permitted herein, Statutory Employee will not during the term of this Agreement, or for three (3) years thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Statutory Employee's duties and responsibilities hereunder). The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements, personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement) that is used or employed by the Company in the actual performance of its business operations.

*** 

13.     <u>Non-Solicitation</u>. During the term of this Agreement, and for a period of one year thereafter, Statutory Employee may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company to work for a business competitive with the business of the Company or for a business owned, managed by or at which Statutory Employee works; (ii) entice, solicit or encourage any independent contractor with whom Statutory Employee had contact with during the Term (as defined below) or learned of during the Term by virtue of Statutory Employee's employment with Company, to sever its

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 38 of 78

**JA77**

engagement with the Company ; and may not (iii) directly or indirectly, entice, solicit or encourage any client or customer with whom Statutory Employee had contact or became aware of as a result of Statutory Employee's work with the Company or any known (during the Term) prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company. Statutory Employee will not reveal the identity of any supplier to any competitor of Company. Statutory Employee understands and agrees that establishing the precise amount of damages for breach of Section 15(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 15(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Statutory Employee acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach. In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available. The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

16.   <u>Governing Law/Venue & Jurisdiction</u>. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia without giving effect to any choice of law provisions. Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement

80.   For approximately two (2) years, from in or about June 2017 to April 3, 2019,

when he was terminated as a GMS sales agent for cause, and continuing thereafter, in

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

combination with, and with the aid and assistance of, Westly and the other Defendants, Welton clandestinely, in violation of his contractual duties,

        a.  participated with Westly in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

        b.  used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S sales, and selling GMS' and G&S' products to GMS' customers;

        c.  solicited GMS' sales representatives to join with he and Westly at G&S, to take customers and sales away from GMS for his and their personal benefit;

        d.  misrepresented to GMS' customers that G&S was a sister company of GMS; and

        e.  disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products.

    81.    The known lost profits suffered by GMS and attributable at this time to Welton's individual competitive sales through G&S, which sales are at least $141,000, are at least $49,350, and the loss of customer base is shown in the dwindling sales for GMS' benefit before he was terminated on April 3, 2019.

### Wayne Side

    82.    On or about November 5, 2015, Side joined the GMS sales team by signing a

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 40 of 78

Sales Agent Agreement which appointed him as an independent, non-exclusive sales agent of GMS products in New York (the "Side 2015 Sales Agent Agreement"). The Side 2015 Sales Agent Agreement defines the Agent as "Wayne Side (the "Agent")" and he signed it in his individual capacity, with his personal signature above the line designated as "Sales Agent Name".

83.     Side assisted, cooperated and conspired with Westly to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.

84.     The relevant terms of the Side 2015 Sales Agent Agreement follow:

13.   The Agent acknowledges that he/she may have access to the Seller's confidential and proprietary information. Such confidential information may include, without limitation: i) business and financial information, ii) business methods and practices, iii) technologies and technological strategies, iv) marketing strategies and v) other information as the Seller may designate as confidential ("Confidential Information"). Agent agrees to not disclose to any other person (unless required by law) or use for personal gain any Confidential Information at any time during or after the Agreement Term, unless the seller grants express, written consent of such disclosure. In addition, agent will use his/her best efforts to prevent any such disclosure. Confidential Information will not include information that is in the public domain, unless such information falls into public domain through Agents unauthorized actions.

***

16.  I agree not to recruit and not to assist any other entity in recruiting any other employee or "Agent" who worked for GMS industrial Supply during the last twelve (12) months in which I worked for GMS Industrial Supply. Further, I will not reveal be identity of any supplier to any competitor of GMS Industrial Supply; Nor will I become the employee or "Agent" or any competitor of GMS Industrial Supply, Inc. These restrictions will apply during my employment and for twelve (12) months subsequent to my appointment. I understand that in establishing the

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*                    PENDER & COWARD, P.C.
Case No. _____                                           www.pendercoward.com
Verified Complaint for Injunctive and Legal Relief

Page 41 of 78

**JA80**

precise amount of damages for breach of the provision, for each person recruited about whom I have provided information in violation of this provision, liquidated damages for such violation shall be the amount of annual compensation of that person at GMS Industrial Supply.

\*\*\*

18.  This agreement shall be governed by and construed in accordance with the laws of the state of Virginia. Any dispute that should arise will be handled accordingly.

85.     For approximately one and three quarters (1-3/4) years, from in or about June 2017 to March 5, 2019, when he was terminated as a GMS sales agent for decreased sales, and continuing thereafter, in combination with, and with the aid and assistance of, Westly and the other Defendants, Side clandestinely, in violation of his contractual duties,

a.  participated with Westly in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

b.  used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S sales, and selling GMS' and G&S' products to GMS' customers;

c.  solicited GMS' sales representatives to join with he and Westly at G&S, to take customers and sales away from GMS for his and their personal benefit;

d.  misrepresented to GMS' customers that G&S was a sister company of GMS; and

e.  engaged, in combination with Westly and Thomas Hayes, in fraudulent misrepresentations to GMS to conceal from GMS the true facts of his solicitation of, and sales to,

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

GMS' customers of G&S' products while still working as sales agent for GMS, whereby Sides' sales numbers and volume for sale of GMS' products dropped to almost nothing during the second half of 2018 and the first quarter of 2019, and in combination with Hays and Side, Westly claimed the drop in sales was due to Hayes being investigated by the criminal investigative division of the US Army for involvement in sales with his wife, who was employed in the procurement office at Ft. Polk, La., where a portion of the 10th Mountain Division was based, and this impacted Side at Ft. Drum, NY, where a portion of the 10th Mountain Division was also based. Eventually, GMS terminated Side on March 5, 2019, based on the significant drop in his sales; however, the true facts, concealed by Westly, Side and Thomas to avoid disclosure of the competitive sales being made to GMS' customers by side as agent for G&S, demonstrate a significant decrease in sales for GMS due to the significant increase in sales to GMS' customers of G&S products by Side;

        f.   disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products.

     86.    The known lost profits suffered by GMS and attributable at this time to Side's individual competitive sales through G&S, which sales are at least $323,000, are at least $113,050, and the loss of customer base is shown in the dwindling sales for GMS' benefit before he was terminated on March 5, 2019.

## **Thomas Hayes**

     87.    On or about June 27, 2016, Hayes joined the GMS sales team by signing an

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 43 of 78

**JA82**

Independent Sales Agent Agreement which appointed him as an independent, non-exclusive sales agent of GMS products in Louisiana (the "Hayes 2016 Sales Agent Agreement"). The Hayes 2016 Sales Agent Agreement defines the Agent as "Thomas Hayes (the "Agent")" and he signed it in his individual capacity, with his personal signature under the heading "AGENT:"

88.     Hayes assisted, cooperated and conspired with Westly to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.

89.     The relevant terms of the Hayes 2016 Sales Agent Agreement follow:

12.     <u>Confidentiality</u>.  Agent recognizes and acknowledges that Agent will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships.  Except as permitted herein, Agent will not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Agent's duties and responsibilities hereunder).   The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements (other than this Agreement), personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement).  This obligation shall continue until such Confidential Information becomes publicly available, other than pursuant to a breach of this Section by Agent, regardless of whether Agent continues to be employed by the Company;

***

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 44 of 78

**JA83**

14. <u>Non-Solicitation</u>.  During the term of this Agreement, and for a period of one year thereafter, Agent may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company or any independent contractor to sever its engagement with the Company; and may not (ii) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company.  Agent will not reveal the identity of any supplier to any competitor of Company.  Agent understands and agrees that establishing the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach.   In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available.  The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

***

17. <u>Governing Law/Venue & Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions.  Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

90.    For approximately two (2) years, from in or about June 2017 to April 3, 2019,

when he was terminated as a GMS sales agent for cause, and continuing thereafter, in

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

combination with, and with the aid and assistance of, Westly and the other Defendants, Hayes clandestinely, in violation of his contractual duties,

      a.  participated with Westly in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

      b.  used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S, and selling GMS' and G&S' products to GMS' customers;

      c.  solicited GMS' sales representatives to join with he and Westly at G&S, to take customers and sales away from GMS for his and their personal benefit;

      d.  misrepresented to GMS' customers that G&S was a sister company of GMS; and

      e.  disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products.

91.    The known lost profits suffered by GMS and attributable at this time to Hayes' individual competitive sales through G&S, which sales are at least $771,000, are at least $269,850, and the loss of customer base is shown in the dwindling sales for GMS' benefit before he was terminated on April 3, 2019.

### Sky Spires

92.    On or about October 3, 2016, Sky Spires  joined the GMS sales team by signing

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

an Independent Sales Agent Agreement which appointed him as an independent, non-exclusive sales agent of GMS products in Oklahoma (the "Sky Spires 2016 Sales Agent Agreement"). The Sky Spires 2016 Sales Agent Agreement defines the Agent as "Gregory Sky Spires (the "Agent")" and he signed it in his individual capacity, with his personal signature under the heading "AGENT:"

93.     Sky Spires assisted, cooperated and conspired with Westly and Greg Spires to organize and create G&S to compete against GMS, and to solicit GMS' customers to buy competitive products from G&S and solicit GMS' sales agents who are named as Defendants herein to sell competitive products for G&S.

94.     Relevant terms of the Sky Spires 2016 Sales Agent Agreement follow:

12.    <u>Confidentiality</u>.  Agent recognizes and acknowledges that Agent will have access to Confidential Information (as defined below) relating to the business or interests of the Company or of persons with whom the Company may have business relationships.  Except as permitted herein, Agent will not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of the Company (except as required by applicable law or in connection with the performance of Agent's duties and responsibilities hereunder).   The term "Confidential Information" means information relating to the Company's business affairs, proprietary technology, trade secrets, patented processes, research and development data, know-how, market studies and forecasts, competitive analyses, pricing policies, employee lists, employment agreements (other than this Agreement), personnel policies, the substance of agreements with customers, suppliers and others, marketing arrangements, customer lists, commercial arrangements, or any other information relating to the Company's business that is not generally known to the public or to actual or potential competitors of the Company (other than through a breach of this Agreement).  This obligation shall continue until such Confidential Information becomes publicly available, other than pursuant to a breach of this Section by Agent, regardless of whether Agent continues to be employed by the Company;

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

\*\*\*

14. <u>Non-Solicitation</u>.  During the term of this Agreement, and for a period of one year thereafter, Agent may not (i) entice, solicit or encourage any Company employee to leave the employ of the Company or any independent contractor to sever its engagement with the Company; and may not (ii) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of the Company to cease doing business with the Company, reduce its relationship with the Company or refrain from establishing or expanding a relationship with the Company.  Agent will not reveal the identity of any supplier to any competitor of Company.  Agent understands and agrees that establishing the precise amount of damages for breach of Section 14(i) would be difficult and that a reasonable measure of liquidated damages to Company for each employee or contractor recruited in violation of Section 14(i) shall be the amount of the then current annual compensation of that employee or contractor by Company and such sum shall not be a penalty.

In the event of any breach of any of the covenants set forth in this Section, Agent acknowledges and agrees that the Company would suffer substantial irreparable harm and would not have an adequate remedy at law for such breach.   In recognition of the foregoing, the Employee agrees that in the event of a breach or threatened breach of any of these covenants, in addition to such other remedies as the Company may have at law, without posting any bond or security, the Company shall be entitled to seek and obtain equitable relief, in the form of specific performance, and/or temporary, preliminary or permanent injunctive relief, or any other equitable remedy which then may be available. The seeking of such injunction or order shall not affect the Company's right to seek and obtain damages or other equitable relief on account of any such actual or threatened breach.

\*\*\*

17. <u>Governing Law/Venue & Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Virginia without giving effect to any choice of law provisions.  Any dispute that should arise will be handled accordingly.  Both parties agree that the exclusive venue for any action, demand, claim or counterclaim relating to or arising from this Agreement, shall be in the state or federal courts located in Virginia Beach, Virginia and that such courts shall have personal jurisdiction over the parties to this Agreement.

95.     For approximately two (2) years, from in or about June 2017 to April 3, 2019, when he was terminated as a GMS sales agent for cause, and continuing thereafter, in

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 48 of 78

JA87

combination with, and with the aid and assistance of, Westly, Greg Spires and the other Defendants, Sky Spires clandestinely, in violation of his contractual duties,

      a.   participated with Westly and Greg Spires in the creation and organization of G&S and worked with Westly and the other Defendants to have G&S solicit GMS' customers and sales representatives;

      b.   used and disclosed GMS' Trade Secrets to solicit GMS' customers, serving as a duel agent soliciting GMS' customers for G&S, and selling GMS' and G&S' products to GMS' customers;

      c.   solicited GMS' sales representatives to join with he, Greg Spires and Westly at G&S, to take customers and sales away from GMS for his and their personal benefit;

      d.   misrepresented to GMS' customers that G&S was a sister company of GMS; and

      e.   disregarded his on-going duty for one year after termination of his sales agent position with GMS to not solicit GMS customers, and continues to solicit GMS customers and sell them competitive products.

96.    The known lost profits suffered by GMS and attributable at this time to Sky Spires' individual competitive sales through G&S, are unknown at this time, but upon information and belief his sales for G&S were combined into Greg Spires sales for G&S, as it is believed he assisted Greg Spires in sales for G&S much as he did in sales for GMS.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA88**

## Count I:  Breach of Duty Of Loyalty (Westly)

97.      All of the foregoing allegations in paragraphs 1-96 of this Complaint are incorporated into this Count I, as if fully set forth herein.

98.      While employed by GMS under the Westly 2012 Employment Agreement, Westly owed fiduciary duties to GMS, including the duty of loyalty to not: compete against GMS, misappropriate GMS' Trade Secrets, misuse GMS' confidential information for personal gain, conspire with others to injure GMS in its trade or business, or solicit GMS' clients and customers or GMS' other employees prior to termination of his employment to GMS during the employment relationship. This duty survives termination of the employment relationship with respect to the continuation of solicitation transactions that began during the existence of the employment relationship.

99.      Westly breached his fiduciary duty of loyalty to GMS by misappropriating Trade Secrets for his and G&S' financial benefit, conspiring with other individual Defendants to injure GMS in its trade or business, misusing and disseminating GMS's confidential information for his and G&S' financial benefit, organizing, outfitting, leading and managing G&S to directly compete against GMS while still employed by and working for GMS and failing to disclose the truth to GMS.

100.     Westly was conscious of his conduct, and conscious, from his knowledge of existing conditions, that injury to GMS would result from his conduct.

101.     Westly acted deliberately, intentionally, and with malice to injure GMS and benefit himself directly, and indirectly as agent of G&S.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA89**

102.    GMS was damaged by, among other damages, loss of revenue and goodwill as a direct result of Westly's unlawful acts and is entitled to recover compensatory and punitive damages from Westly.

## Count II:  Breach of Westly 2012 Employment Agreement  (Westly)

103.    All of the foregoing allegations in paragraphs 1-102 of this Complaint are incorporated into this Count II, as if fully set forth herein.

104.    As set forth hereinabove, in the Westly 2012 Employment Agreement, including by incorporation be reference from the GMS employee handbook, Westly agreed: i) to only use GMS confidential information to provide services or goods to GMS and not to otherwise disclose or use the confidential information; ii) that the disclosure of GMS' confidential information would cause irreparable harm to GMS and that GMS could not only  seek damages but Westly agreed to the issuance of a permanent injunction restraining him from disclosure and use of such confidential information and that any court selected by GMS would have jurisdiction over him for that purpose; iii) during any employment and for twelve (12) months subsequent to his employment not to recruit and not to assist any other entity in recruiting any other employee who works for GMS during the last twelve (12) months in which he worked for GMS Supply; iv) during any employment and for twelve (12) months subsequent to my employment not to reveal the identity of any supplier to any competitor of GMS Industrial Supply; and v) to not simultaneously hold a competing job, wherein the employee handbook provided that "Employees may hold outside jobs in unrelated businesses or occupations as long as the employee meets the performance standards of the position with GMS".

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

JA90

105.    As set forth hereinabove, in the Westly 2019 Sales Agreement, Westly agreed: i) that he would not during the term of this Agreement, or at any time thereafter, use, disclose or permit to be known by any other person or entity, any Confidential Information of GMS; ii) during the term of the agreement, and for a period of one year thereafter, to not (a) entice, solicit or encourage any GMS employee to leave the employ of GMA or any independent contractor to sever its engagement with GMS; (b) directly or indirectly, entice, solicit or encourage any client or customer or known prospective client or customer of GMS to cease doing business with GMS, reduce its relationship with GMS or refrain from establishing or expanding a relationship with GMS; iii) to not reveal the identity of any supplier to any competitor GMS.

106.    Westly breached his contractual obligations in paragraphs 104-105 above.

107.    As a direct and proximate cause of Westly's breach of his obligations set forth in the Westly 2012 Employment Agreement and the Westly 2019 Sales Agreement, GMS has suffered extensive damage, in excess of $75,000, the exact amount to be determined at trial.

108.    GMS will continue to be directly and proximately damaged, and its goodwill irreparably harmed, if Westly is not enjoined from further violation of these agreements, and if Westly is not ordered by this Court to comply therewith, and prohibited from using a disclosing GMS' confidential, proprietary and Trade Secret information and precluded from soliciting GMS' customers and sales agents. GMS has no adequate remedy at law, as money damages alone will not fully compensate GMS, and injunctive relief is warranted to prevent further irreparable harm to GMS. GMS accordingly seeks damages and preliminary and permanent injunctive relief.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**Count III:  Breach of Sales Agent Agreements  (All Defendants Except Westly And G&S)**

109.    All of the foregoing allegations in paragraphs 1-108 of this Complaint are incorporated into this Count III, as if fully set forth herein.

110.    Each of the below named Defendants owed to GMS, and materially breached, the contractual obligations set forth in the Complaint paragraphs following each of their names: Greg Spires/County Roads: Complaint Paragraphs 61-67; Sabrina/Greer Group: Complaint Paragraphs 68-74; Welton Complaint Paragraphs 75-81; Side Complaint Paragraphs 82-86; Hayes Complaint Paragraphs 87-91; Sky Spires Complaint Paragraphs 92-96.

111.    As a direct and proximate cause of these Defendants' breach of his, her and its obligations as set forth abo, GMS has suffered extensive damage, in excess of $75,000 attributable to each such Defendant, the exact amount to be determined at trial.

112.    GMS will continue to be directly and proximately damaged, and it's goodwill irreparably harmed, if these Defendants not enjoined from further violation of their respective agreements, and if they are not ordered by this Court to comply therewith, and prohibited from using a disclosing GMS' confidential, proprietary and Trade Secret information and precluded from soliciting GMS' customers and sales agents. GMS has no adequate remedy at law, as money damages alone will not fully compensate GMS, and injunctive relief is warranted to prevent further irreparable harm to GMS. GMS accordingly seeks such monetary damages and preliminary and permanent injunctive relief against each of these Defendants.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 53 of 78

JA92

**Count IV:  Misappropriation of Trade Secrets Under the Defend Trade Secrets Act, 18 U.S.C. §1836, *et seq*  (All Defendants)**

113.    All of the foregoing allegations in paragraphs 1-112 of this Complaint are incorporated into this Count IV, as if fully set forth herein.

114.    As alleged hereinabove, Westly accessed a computer without authorization and used such access to obtain or alter information in the computer that he was not entitled to so obtain or alter.

115.    GMS owned and possessed certain confidential, proprietary and Trade Secret information as alleged hereinabove.

116.    Plaintiff has taken reasonable measures to keep such information secret and confidential, including those alleged in Paragraph 28-29 above.

117.    This confidential, proprietary and trade secret information derived independent economic value from not being generally known to, and not being readily ascertainable through proper means by another person who could obtain economic value from the disclosure or use of the information, as alleged hereinabove.

118.    In violation of GMS' rights, Defendants misappropriated the confidential, proprietary and trade secret information of GMS in the improper and unlawful manner as alleged hereinabove.

119.    Despite demand therefore, Defendants have failed to return GMS' confidential and Trade Secret information, and attempted to conceal their theft and misappropriation of such information. If Defendants conduct is not remedied, and if Defendants are not in enjoined,

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 54 of 78

JA93

Defendants will continue to misappropriate and disclose, and use for their own benefit, and to GMS his detriment and injury, GMS his trade secret information.

120.    As the direct and proximate result of the Defendants conduct as aforesaid, GMS has suffered and, if Defendants' conduct is not stopped, GMS will continue to suffer, irreparable injury and significant damages, in an amount to be proven at trial, as well as an award of exemplary damages and attorney's fees.

121.    Because GMS' remedy at law is in adequate, GMS seeks, in addition to damages, temporary, preliminary and permanent injunctive relief to recover and protect GMS' confidential, proprietary and Trade Secret information and other legitimate business interests. GMS' business is based upon, and relies upon, its business reputation and goodwill with its customers, and in its ability to maintain and grow its client base in a competitive market and will continue suffering irreparable harm absent injunctive relief.

122.    GMS has a substantial likelihood of success on the merits because of the Defendants willful, blatant, and malicious misappropriation of GMS' Trade Secrets through the improper and unlawful methods, as alleged herein,

### Count V:  Misappropriation of Trade Secrets Under the Virginia Uniform Trade Secrets Act, Virginia Code §§ 59.1-336 to 343 (All Defendants)

123.    All of the foregoing allegations in paragraphs 1-122 of this Complaint are incorporated into this Count V, as if fully set forth herein.

124.    GMS' confidential and proprietary Customer Lists, Customer Preference Data, Products Source List, Load Sheet Protocol, Sales Agent Training Protocol, Pricing Methods and

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

JA94

Marketing Techniques constitute Trade Secrets as such term is defined under the Virginia Uniform Trade Secrets Act, in that they derive independent economic value, actual or potential, from not being generally known to, and not readily ascertainable by proper means by other persons who can obtain economic value from their disclosure or use.  GMS spent significant amounts of money to create, protect and improve the Trade Secrets.

125.    As alleged in Paragraph 28-29 hereinabove, GMS used and uses efforts that are reasonable under the circumstances to maintain the secrecy of the Trade Secrets.

126.    Defendants, in their individual capacities, and in their capacity as agents for their respective Defendant limited liability companies and for Defendant G&S, willfully and maliciously misappropriated GMS is trade secrets for their and G&S' own benefit, without GMS' is authorization, consent or approval, and without a right or privilege to do so, to the detriment and harm of Plaintiff GMS.

127.    GMS' Trade Secrets were disclosed to the individual Defendants, and their respective Defendant limited liability companies other than G&S, while in a confidential relationship with GMS, and for a nearly two (2) year period from in or about July 2017 through April 3, 2019 when they were terminated from GMS, while the individual Defendants were surreptitiously acting as undisclosed dual agents of G&S, a company formed and used by the defendants to compete against GMS while the Defendants were employed by, or under sales agent agreements with, GMS. The Defendant's use of GMS' Trade Secrets is causing injury to GMS.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

128.    The individual Defendants are wrongfully using, and as agents of their respective limited liability companies and G&S, aiding, abetting and permitting the limited liability Defendants to wrongfully use, GMS' Trade Secrets and, as a result, the Defendants have converted and wrongfully misappropriated for his, her, their and its use and benefit such proprietary and Trade Secret information.

129.    As a result of said conversion and misappropriation of GMS his trade secrets, GMS has suffered damages in an amount in excess of $75,000.

130.    Unless defendants are restrained by this Court from continuing to misappropriate and use GMS is trade secrets, GMS will suffer immediate, substantial and irreparable injury.

131.    The benefits to GMS in obtaining injunctive relief are equal to or outweigh the potential harm which the Defendants would incur if this Court granted the requested injunctive relief.

132.    The public interest, including that served under the Virginia Uniform Trade Secrets Act, is best served by granting the requested injunction.

## Count VI:  Fraud In The Inducement Of Performance Of Executory Contracts
## (All Defendants Except G&S)

133.    All of the foregoing allegations in paragraphs 1-132 of this Complaint are incorporated into this Count VI, as if fully set forth herein.

134.    Commencing on June 22, 2017, and continuing through April 3, 2019,Westly and Greg Spires perpetrated a fraud on GMS by fraudulently inducing GMS to continue performance and payment of Westly and Greg Spires under their respective employment and sales agent

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

agreement executory contracts described herein when on June 22, 2017 they formed G&S and they and G&S began using G&S to compete against GMS through solicitation of its customers and sales agents, misappropriation of its Trade Secrets, use and disclosure of GMS' confidential and proprietary information for competitive purposes. Westly concealed this information from GMS although Westly was still also employed by GMS and owed GMS the duty of loyalty, including the duty of full disclosure, through and including January 29, 2019, when he resigned as Director of Sales and signed the Westly 2019 Sales Agent Agreement. Greg Spires concealed this information from GMS although Greg Spires was serving as a sales agent for GMS and knew that GMS was unaware of such direct competition against GMS, solicitation of GMS' sales agents and misappropriation of its proprietary and Trade Secret information, and knew that GMS would not continue to perform under its sales agent contract with Greg Spires by continuing to contract with and pay him if GMS was aware of his disloyal and unlawful behavior in this regard.

135.    Westly perpetrated another fraud on GMS by fraudulently inducing GMS to continue performance and payment of Westly under his sales agent agreement contract commencing on January 29, 2019, when he induced GMS to enter into the Westly 2019 Sales Agent Agreement by concealment of the same facts and conduct identified in the foregoing paragraph, which second fraud continued to April 3, 2019, when GMS learned of the material misrepresentations of fact related to Westly's and G&S' competitive activities and terminated him as a sales agent. During the period of January 29, 2019 through April 3, 2019, Westly concealed this information from GMS although Westly was serving as a sales agent for GMS

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

JA97

and knew that GMS was unaware of such direct competition against GMS, solicitation of GMS' sales agents and misappropriation of its proprietary and Trade Secret information, and knew that GMS would not continue to perform under its sales agent contract with Westly by continuing to contract with and pay him if GMS was aware of his disloyal and unlawful behavior.

136.    Westly perpetrated a third fraud on GMS commencing on February 3, 2019, and continuing through April 22, 2019, when he downloaded and misappropriated GMS documents and confidential, proprietary and trade secret data, and destroyed or deleted such GMS data, from the three GMS computers in his possession, and concealed such actions from GMS, by withholding return of this computer equipment from April 3, 2019 to April 22, 2019, and using a File Shredder program to conceal the fraudulent misappropriation and destruction of GMS' data.

137.    From June 22, 2017 through April 3, 2019, all of the Defendants except G&S perpetrated fraud in the inducement upon GMS, causing GMS to refrain from terminating such Defendants' executory contracts, by concealing material misrepresentations of fact that they had a duty to disclose to GMS, because they knew GMS was not terminating their employment and/or sales agency relationship based upon GMS' lack of knowledge of their disloyal and unlawful acts described above and herein below in subsections a. to d.  The Defendants other than G&S concealed such facts that were material to the business transactions between GMS and the Defendant sales agents, knowing that GMS was acting on the assumption that no such fact existed, and therefore such concealment is as much a fraud as if the existence of the fact were expressly denied, or the reverse of it expressly stated by such Defendants. The Defendants other than G&S concealed from GMS several material facts set forth hereinabove, namely

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 59 of 78

JA98

a.      that in June 2017, Westly, then an employee of GMS, along with Greg Spires, then an independent sales agent of GMS, formed a plan to establish a competing industrial supply business to sell the same or similar products to GMS' customers;

b.      That on June 22, 2017, Westly, with the consent and assistance of Greg Spires, formed G&S as a competing company to GMS and thereafter, to present, the Defendants other than G&S used G&S to sell the same or similar products to GMS' customers, to GMS' detriment;

c.      that the Defendants were all irretrievably committed to, and agreed to, keeping the plan, and all sales activities in accordance with the plan, secret from GMS, while remaining in the duel employment and/or independent sales agent capacity at GMS, with the purpose and intent of generating as much revenue as they could for themselves while serving in the capacity as sales agents for G&S, soliciting away GMS' customers to G&S;

d.      that Westly and the other Defendants other than G&S had misappropriated GMS' Trade Secrets and has implemented them in G&S' new competing business, and were using GMS' Trade Secrets to compete against GMS.

The fiduciary duty of loyalty that Westly owed to GMS included a duty of disclosure, but Westly intentionally and knowingly concealed these material facts even as he knew that GMS was acting upon the assumption that these facts did not exist.

138.    The Defendants effected this concealment with the intent to mislead GMS, GMS reasonably relied on the misrepresentations and acted on the assumption that the foregoing facts

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 60 of 78

**JA99**

the Defendants concealed from them did not exist and GMS was damaged as a result thereof in an amount in excess of $75,000.00.

139.    Defendants other than G&S were conscious of their conduct in intentionally concealing the foregoing facts from GMS, and conscious from his knowledge of existing conditions and GMS' business, that injury to GMS would result from such Defendants' material misrepresentations of fact by concealment.

140.    Such Defendants acted deliberately, intentionally, and with malice to injure GMS and benefit themselves to the detriment of GMS.

141.    GMS was damaged by, among other damages, loss of revenue and goodwill as a result and is entitled to recover compensatory, punitive damages, and reasonable attorney's fees and costs from the Defendants.

## **Count VII:  Federal Computer Fraud And Abuse Act 18 U.S.C.S. §1030 (Westly and G&S)**

142.    All of the foregoing allegations in paragraphs 1-141 of this Complaint are incorporated into this Count VII, as if fully set forth herein.

143.    The Federal Computer Fraud and Abuse Act ("CFAA") permits a private party who suffers damage or loss by reason of a violation of the statute to bring a civil action to obtain compensatory damages and injunctive relief or other equitable relief pursuant to 18 U.S.C. §1030(g).

144.    Westly's actions described above, including, but not limited to Paragraphs 55. -59. and 124., acting individually and as agent of G&S, violate both 18 USC §§ 1030 (a)(4)and (a)(5).

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 61 of 78

# JA100

145.    The desktop computer GMS provided to Westly is a "protected computer" under the CFAA because it was used to conduct interstate and foreign commerce and communication.

146.    The laptop computer GMS provided to Westly is a "protected computer" under the CFAA because it was used to conduct interstate and foreign commerce and communication.

147.    The tablet computer GMS provided to Westly is a "protected computer" under the CFAA because it was used to conduct interstate and foreign commerce and communication.

148.    Westly, acting individually and as agent for G&S, knowingly, intentionally and without authorization, copied and downloaded for himself and G&S, and provided to the Sales Agent Defendants, sensitive, confidential, proprietary and GMS Trade Secret documents and information, and deleted thousands of GMS documents, all in violation of his and G&S' contractual, statutory and other obligations owed to GMS.

149.    Westly knowingly and intentionally and without authorization, returned his GMS provided desktop and laptop after deleting the information contained on them, all in violation of his contractual, statutory another obligations owed to GMS.

150.    By accessing, copying and/or deleting sensitive, confidential, proprietary and Trade Secret information using improper means, knowing that he no longer worked for GMS and that the means of acquiring these Trade Secrets was improper, but an agent of G&S, and planning to, and actually, competing against GMS, Westly knowingly and with intent to defraud accessed documents and information without GMS' his authorization, and then concealed such actions from GMS, with the intent to defraud GMS.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

151.    As a result of Westly's and G&S' actions, GMS has suffered and will continue to suffer losses in excess of $5,000, including the loss of sensitive, confidential, proprietary and Trade Secret information and substantial cost of conducting a computer forensic investigation.

152.    Additionally, Westly and G&S' knowingly and intentionally caused information to be deleted in a manner that prevents recovery of deleted material, thereby depriving GMS of it's confidential, proprietary and Trade Secret information, and deleting and destroying material evidence when he had a duty not to.

153.    Neither Westly nor G&S were authorized to permanently delete GMS' documents and data before or after his termination of Westly's employment and/or as sales agent of GMS.

154.    As a result of Westly's and G&S' unauthorized access, copying and permanent deletion of GMS of documents and other information, GMS suffered significant damages in excess of $5,000 to its laptop and desktop computers and due to Westly's refusal to provide the access code to the tablet computer device owned by GMS which he returned to GMS on April 25, 2019, despite the demand for such access code as set forth in the letter from Pender & Coward, PC, dated May 24, 2019, attached as Exhibit #10 hereto, GMS suffered damages in excess of $5,000 to that protected tablet computer as well.

### Count VIII:  Virginia Computer Crimes Act Va. Code §§ 18.2-152.1 to 18.2-152.15
### (All Defendants)

155.    All of the foregoing allegations in paragraphs 1-154 of this Complaint are incorporated into this Count VIII, as if fully set forth herein.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 63 of 78

JA102

156.    The Virginia Computer Crimes Act prohibits, among other things, any person "without authority" to use a computer or computer network to "make… an unauthorized copy… of computer data." Virginia Code § 18.2–152.4.

157.    Virginia Code § 18.2-152.2 provides that a person is "without authority" when he or she knows or reasonably should know that he or she has no right, agreement, or permission or acts in a manner knowingly exceeding such right, agreement, or permission that was actually granted to him or her.

158.    The Defendants, individually, and in their capacity as agents for G&S, had no authority to access GMS' computer server system, computer networks, computer programs and software to make unauthorized copies of, or use, GMS' confidential, proprietary and Trade Secret information for purposes of using it in a competitive business, such as G&S, which they did.

159.    The Defendants, individually, and in their capacity as agents for G&S, willfully and maliciously used GMS' computer server system, computer networks, computer programs and software to make unauthorized copies of GMS' confidential, proprietary and Trade Secret information, and used that information to compete against GMS by soliciting and selling the same or similar industrial supply products to GMS' customers on behalf of G&S, all in violation of Va. Code §§ 18.2-152.3 and 18.2-152.4

160.    Westly's conduct as alleged in Count VII above also constitutes a violation of Va. Code §§ 18.2-152.3 and 18.2-152.4.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 64 of 78

JA103

161.    GMS was damaged by, among other damages, loss of revenue and goodwill as a result of these actions by the Defendants. As a direct and proximate cause of the Defendants unauthorized actions, GMS has sustained damages, which, in part, are undeterminable, and, in part, in an amount to be determined by evidence at trial, but not less than $2 million.

162.    Under Va. Code § 18.2-152.12(A), GMS is entitled to recover damages and costs, which includes the costs of retaining computer forensics experts to discover exactly what confidential information was accessed, what confidential information was printed, and to determine whether such information was subsequently stored in the Defendants computers.

## Count IX:  Tortious Interference With Contract or Contract Expectancy (All Defendants)

163.    All of the foregoing allegations in paragraphs 1-162 of this Complaint are incorporated into this Count IX, as if fully set forth herein.

164.    GMS has a valid contractual relationship or business expectancy with its current and ongoing customers, which without improper interference would have provided probable future economic benefit to GMS.  GMS had built the contractual relationship and business expectancy with its customers over a course of 18 years whereby the customers grew to trust and count on GMS when they needed industrial supply products.

165.    The Defendants knew of the relationship or expectancy.

166.    There is a reasonable certainty that, in the absence of the intentional misconduct by the Defendants, GMS would have continued the contractual relationship or realized the

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 65 of 78

## JA104

expectancy with its customers with whom the Defendants converted many sales from GMS to G&S.

167.    The Defendants intentionally, through use of improper methods, interfered with the relationship or expectancy.  The Defendants' improper methods included breach of the duties of loyalty, breach of contracts, misappropriation of GMS' Trade Secrets under the federal Defend Trade Secrets Act, 18 U.S.C. § 1836 and the Virginia Uniform Trade Secrets Act, Va. Code § 59.1-336, *et seq.*, common law fraud in the inducement of performance of executory contracts, the Virginia Computer Crimes Act, Va. Code §18.2-152.1, *et seq*, the Federal Computer Fraud and Abuse Act,  18 U.S.C. §1030, business conspiracy in violation of Va. Code §§ 18.2-499 and 500, common law conspiracy to injure one in its trade or business, Trademark Infringement in violation of 15 U.S.C. § 1125(a) and Trade Dress Infringement in violation of15 U.S.C. § 1125(a).

168.    The actions by the Defendants caused a breach or termination of the relationship or expectancy.

169.    The Defendants' actions were willful and wanton. Each of the Defendants acted deliberately, intentionally, and with malice to injure GMS and benefit themselves.

170.    GMS was damaged by, among other damages, loss of revenue and goodwill as a result and is entitled to recover compensatory and punitive damages from the defendants who are named in this Count IX.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA105**

**Count X:  Business Conspiracy in Violation of Va. Code §18.2-499 (Sales Agent Defendants)**

171.    All of the foregoing allegations in paragraphs 1-170 of this Complaint are incorporated into this Count X, as if fully set forth herein.

172.    No later than June 2017, Westly and Greg Spires, formed a combination of two or more persons, willfully and maliciously, motivated by greed and depraved moral turpitude, and entered into a conspiracy for the purpose of using GMS' proprietary, confidential and Trade Secret information, including, but not limited to GMS' sales force, customer contacts, preferences and pricing information to establish a competing entity against GMS to benefit their own economic advantage, and causing loss and damage to GMS

173.    Quickly thereafter, Westly and Greg Spires recruited the other Sales Agent Defendants and they willfully, deliberately and intentionally joined the conspiracy and ratified and adopted the prior actions of their co-conspirators, Westly and Greg Spires, as set forth hereinabove.

174.    The conspiracy was perpetrated, in part, by the formation of G&S, which was intentionally named to sound almost identical to GMS, to confuse the marketplace in which GMS in G&S sold goods so that the Sales Agent Defendant conspirators could take advantage of GMS' goodwill and good reputation amongst GMS' customers, who were the target of the Sales Agent Defendants' conspiracy. This was done intentionally and maliciously to misappropriate GMS' business and customers for themselves and G&S.

---

*GMS Industrial Supply, Inc v. G & S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 67 of 78

**JA106**

175.    As set forth hereinabove, the Sales Agent Defendants actions were willful, malicious, intentional, without legal justification, and designed to injure GMS in its trade or business, in violation of Virginia Code §18.2-499.

176.    As a direct and proximate result of the foregoing conspiracy, GMS has been damaged in amount to be determined by the evidence at trial, but not less than $2 million, and has been irreparably harmed by the loss of its customer base, good will and good reputation.

177.    Under Virginia Code §18.2-500, GMS is entitled to recover treble damages plus its attorney's fees and costs incurred in connection with this lawsuit.

### Count XI:  Common Law Conspiracy (Sales Agent Defendants)

178.    All of the foregoing allegations in paragraphs 1-177 of this Complaint are incorporated into this Count XI, as if fully set forth herein.

179.    The Sales Agent Defendants combined to accomplish through their concerted action, some criminal or unlawful purpose, or some lawful purpose by a criminal or unlawful means.  Specifically, such Defendants, in concert, committed the following unlawful, acts among others:

a.      Conspired with other GMS employees and sales agents and assisted them to breach their common law duty of loyalty and/or contractual obligations to GMS, and various Federal and state statutes as detailed above in such a manner as to cause injury to GMS;

b.      Interfered with GMS's contracts and/or destroyed its legitimate business expectancy; and

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

c.     Wrongfully obtained and used GMS's confidential, proprietary information and Trade Secret information in violation of its and their duties owed to GMS.

180.   In performing these acts, the Defendants acted in concert to damage GMS's business intentionally, maliciously and without lawful justification.

181.   GMS was damaged by, among other damages, loss of revenue and goodwill as a result of the acts committed by the Defendants in furtherance of their conspiracy, and is entitled to compensatory and punitive damages.

## COUNT XII TRADEMARK INFRINGEMENT IN VIOLATION OF 15 U.S.C. § 1125(a) (All Defendants)

182.   All of the foregoing allegations in paragraphs 1-181 of this Complaint are incorporated into this Count XII, as if fully set forth herein.

183.   Since GMS changed its name in October 2007 and began operating and marketing goods as "GMS Industrial Supply, Inc.", it used and the acronym "GMS" to identify itself in the marketplace, and since that time, GMS has continuously used its GMS trade name and mark (collectively, "trademark") in the marketplace. GMS has sold $67,200,000, worth of product to GMS customers using that trademark from October 2007 to April 30, 2019.

184.   In the years following GMS's entry into the marketplace, its operations have grown dramatically and it has become one of the preferred industrial suppliers to the GSA, DLA, Army, Navy, and Marine Corps.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

## JA108

185.    GMS began marketing and selling supply goods to military bases in the in the following states and at the following dates using the GMS trademark: Oklahoma in 2011; Texas in 2012; Colorado in 2015; New York in 2015; and Louisiana in 2016.

186.    GMS has used the GMS trademark continuously in these states since October 2007 to refer to its brand of industrial supplies, and has extensively marketed its goods under the GMS trademark to its military customers in these States, as well as and in Japan and Europe. GMS prominently displays such trademark on its marketing materials, catalogues, stationary, e-mails, website, sales personnel clothing and correspondence, and the trademark is well-known within the procurement community of military bases located within each of these States.

187.    GMS prides itself on its quality industrial goods and customer service and expends considerable time and effort in marketing and advertising to cultivate the goodwill and reputation that it has developed with its clients.

188.    As part of its promotion and advertisement of its products and services, GMS has used the GMS trademark continuously in DLA, GSA and Department of Defense sales and marketing to identify its industrial supply products for more almost 12 years.  During that time, the GMS trademark has become imbued with goodwill and renown, which is exclusively associated with GMS, and has become famous in the DLA, GSA and Department of Defense industrial product market.

189.    Examples of GMS's use of the GMS trademark are attached as Exhibit #8.

190.    GMS has extensively advertised using its trademark to customers and potential customers, including by doing the following:

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

a.      Creating catalogues containing GMS industrial products and product kits, with some materials and products acquired from confidential suppliers and maintaining a sales force who are trained to market to these customers using the GMS catalogues;

b.      Maintaining a website designed to market GMS's industrial products its client and potential clients;

c.      Creating, distributing, and maintaining a free web application that allows customers to review and purchase GMS industrial products directly;

d.      E-mail links to product purchase websites and catalogues.

191.   Upon information and belief, Defendant G&S Supply, LLC ("G&S") began operating in 2017, and its founders were at that time Plaintiffs' employees or independent sales agents.  At that time and at all times since, Defendants have misappropriated the GMS trademark by using the infringing designation "G&S" (the "Infringing Designation) in the marketplace.

192.   Defendants' market and sell industrial products similar, and in some cases identical, to those sold by GMS.  As part of its marketing, Defendant G&S and its Defendant sales agents fraudulently informed GMS' customers that the two organizations were "sister companies."

193.   Upon information and belief, Defendants operated and marketed goods similar to those marketed by GMS under the Infringing Designation that was and is intended to be similar to the GMS trademark, and has done so as to confuse potential customers into thinking that Defendant is GMS or is otherwise affiliated with GMS.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

194.     Defendants have used the G&S designation to market its competing industrial products to the same client base as GMS in the states of Colorado, Louisiana, New York, Oklahoma, and Texas, and through the AESIP portal.  Defendant has marketed its products using the G&S designation through catalogues similar to those used by GMS.   In its catalogues, Defendant G&S' products that not only be identical to those marketed in GMS's, but which contain the same product identification numbers.

195.     Examples of G&S' use of the designation in the market place are attached as Exhibit #9.

196.     Defendants chose the Infringing Designation to confuse and deceive GMS' customers that their products were associated with, approved by, or sponsored by GMS.

197.     While working as employees or contractors of GMS, the Sales Agent Defendants marketed products from both GMS and G&S to GMS's clients, which was intended to further confuse GMS' clients into believing that Defendant G&S' products were the same as or affiliated with GMS' products.

198.     Defendants' activities have and continue to create confusion among customers and potential customers of GMS, thus depriving GMS of the business opportunities and sales that otherwise should have benefitted it.

199.     The products offered by Defendants in connection with the Infringing Designation are highly similar to and directly competitive with the products offered by GMS under its GMS trademark, except in those instances when the sell products that violate the TAA.

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA111**

200.    GMS has no association, affiliation, sponsorship, or any other connection to Defendant G&S.

201.    Customers of GMS are experiencing actual confusion caused by Defendants' use of the Infringing Mark, including, among others, the following instances:

a.    On January 10, 2019, GMS sales agent Amber Wenrick, a GMS sales agent, received an emailed order from a GMS customer that contained requests for materials he thought were being purchased from GMS, but used Defendant G&S' product numbers for nine (9) of the eleven items being ordered.  The G&S products were designated by the same numerals, but preceded with "GS" instead of GMS, demonstrating the customers' confusion between the two companies and their products;

b.    On May 19, 2019, GMS sales agent Greg Naschansky visited a GMS customer at Fort Polk in Louisiana on a sales call.  While there, the Army procurement officer stated that one of GMS' salespersons, referring to Thomas Hayes, who had been terminated by GMS on April 3, 2019, due to his sales made on behalf of G&S, had visited with him the day before. Further discussion revealed that it was a G&S salesperson who had visited, and the procurement officer was confused with the difference between GMS and G&S, believing they were sister companies.

202.    Defendants' use in commerce of the Infringing Designation on and in connection with the sale of its products, without permission or consent of GMS, has caused and is likely to cause confusion, or to cause mistake, or to deceive and mislead customers and potential customers as to the origin, source, sponsorship or approval of Defendants' products and commercial activities, or to believe that Defendants' products and services are associated with,

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 73 of 78

JA112

authorized, sponsored or supported by GMS, all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

203.    Defendants know or should have known of GMS' ownership of the GMS trademark and its use of the GMS trademark in the marketplace at all times herein, and the aforesaid infringement by Defendants was committed willfully, knowingly, maliciously, and in conscious disregard of GMS's rights.

204.    Defendant has not registered the Infringing Mark or any similar trademark with the United States Patent and Trademark office.

205.    The aforesaid infringement by Defendants has caused, and unless restrained by this Court will continue to cause, immediate and irreparable injury to GMS' property and business, for which GMS has no adequate remedy at law.  GMS has also been damaged by no less than $2,000,000.

## COUNT XIII
## TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION, AND FALSE DESIGNATION OF ORIGIN IN VIOLATION OF SECTION 43(A) OF THE LANHAM ACT (15 U.S.C. § 1125(a)) (ALL DEFENDANTS)

206.    All of the foregoing allegations in paragraphs 1-205 of this Complaint are incorporated into this Count XIII, as if fully set forth herein.

207.    Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), provides that:

Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—(1)(a) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

Page 74 of 78

**JA113**

approval of his or her goods, services, or commercial activities by another person . . . shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

208.    GMS and Defendants are competitors for purposes of the Lanham Act.   As detailed further herein, GMS and Defendants acquire, market, supply and sell similar goods and supplies to the same narrow group of customers.

209.    By making unauthorized use, in interstate commerce, of the GMS trademark, by actively and directly misrepresenting to customers of GMS that G&S is a "sister company" of GMS, and by using the same or similar product invoice numbers and images of GMS on their own products, the Defendants have used a "false designation of origin" that is likely to cause confusion, mistake or deception as to the affiliation or connection of the Defendants with GMS and as to the origin, sponsorship, association or approval of the Defendants' services and goods by GMS, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

210.    Defendants are knowingly and intentionally misrepresenting and falsely designating to GMS' customers and potential customers the affiliation, connection, association, origin, source, endorsement, sponsorship, and approval of Defendants' products so as to create a likelihood of confusion by the public as to the affiliation, connection, association, origin, source endorsement, sponsorship, and approval of Defendants' products.

211.    The Defendants' acts constitute the use in commerce of false designations of origin and false and/or misleading descriptions or representations, tending to falsely or misleadingly describe and/or represent the Defendants' products as those of GMS, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

---

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*
Case No. _____
Verified Complaint for Injunctive and Legal Relief

PENDER & COWARD, P.C.
www.pendercoward.com

**JA114**

212.    Through its palming off of GMS' products, the Defendants have willfully misappropriated and trade off of the strength and goodwill associated with GMS' trademarks for its inferior products.  In doing so, Defendants harm GMS' goodwill and misappropriate its business opportunities.

213.    The Defendants' egregious conduct in selling infringing products and misrepresenting that its products are the products of GMS is willful and intentional.

214.    The Defendants' acts have caused and will continue to cause irreparable injury to the Plaintiff though the loss of business to its customers, and loss of goodwill and reputation in the marketplace. The Plaintiff has no adequate remedy at law and is thus damaged in an amount yet to be determined.

215.    The Defendants' wrongful acts will continue unless enjoined by this Court.

WHEREFORE, plaintiff respectfully requests that the Court enter an Order as follows:

A.  Temporarily and permanently enjoining and restraining the Defendants from soliciting customers or former customers of GMS for the purpose of selling or providing them industrial products and/or fulfilling any solicitations or pending awards to customers or former customers of GMS;

B.  Ordering Defendants to deliver to GMS or their counsel any and all GMS Confidential Information or Trade Secrets in their possession, whether it exists in tangible or intangible form and thereafter not otherwise use, duplicate, or distribute such information in any manner;

C.  Temporarily and permanently enjoining and restraining Defendants from using the GMS or G&S mark in connection with the sale of industrial products;

_____

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*                          PENDER & COWARD, P.C.
Case No. _____                                                            www.pendercoward.com
Verified Complaint for Injunctive and Legal Relief

D.  Temporarily and permanently enjoining and restraining Defendants from using or disclosing any GMS Confidential Information or Trade Secrets in a manner that would violate the provisions of the confidentiality covenant between GMS and each respective Defendant;

E.  Temporarily and permanently enjoining and restraining Defendants from contacting current employees and sales agents of GMS and soliciting or encouraging them to leave the employ of GMS or to sever their relationships with GMS;

F.  Ordering all Defendants, jointly and severally, to pay compensatory damages to GMS in an amount to be proved at trial, which totals over $2,000,000.00 as of the date hereof;

G.  Ordering all Defendants, jointly and severally, to pay treble compensatory damages, and/or punitive damages to GMS in the amount of $6,000,000.00, and to pay GMS's legal fees and costs to GMS, as authorized under various Counts above;

H.  Temporarily and permanently enjoining and restraining Defendants from interfering with GMS' contracts and contract expectancy with its customers; and

I.  Awarding GMS such further and general relief as is necessary to serve the ends of justice in this legal action.

JURY TRIAL DEMANDED:        Plaintiff hereby demands a trial by jury on all claims.

Respectfully submitted this 20th day of  June, 2019.


GMS INDUSTRIAL SUPPLY, INC.

By:__/s/ William A. Lascara_____
     William A. Lascara, Of Counsel

_____

*GMS Industrial Supply, Inc v. G& S Supply, LLC, et al*                          PENDER & COWARD, P.C.
Case No. _____                                                    www.pendercoward.com
Verified Complaint for Injunctive and Legal Relief

William A. Lascara, Esquire
Virginia State Bar No. 23118
Jeffrey D. Wilson, Esquire
Virginia State Bar No. 75734
PENDER & COWARD
222 Central Park Avenue #400
Virginia Beach, VA 23462
(757) 490-6265 Direct Dial
(757)502-7358 Facsimile
wlascara@pendercoward.com
jwilson@pendercoward.com

## **VERIFICATION**

I, Rachel Gorken, a citizen of the United States and a resident of the State of California, the President, sole owner and full time employee of GMS Industrial Supply, Inc., have read the forgoing Verified Complaint for Injunctive and Legal Relief, and declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that the forgoing is true and correct.

Executed this 20th day of June, 2019          /s/Rachel Gorken
                                                                      Rachel Gorken

## **VERIFICATION**

I, Gary Gorken, a citizen of the United States and a resident of the State of California, the and GMS' Director of Regulatory Compliance and a full time employee of GMS Industrial Supply, Inc., have read the forgoing Verified Complaint for Injunctive and Legal Relief, and declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that the forgoing is true and correct.

Executed this 20th day of June, 2019          /s/Gary Gorken
                                                                      Gary Gorken

\\PENDER-APPSERV\USERS\DREID\WPFILES\GORKEN\GMS.INDUSTRIAL\G&S\LAWSUIT\COMPLAINT.V3.DOCX

_GMS Industrial Supply, Inc v. G& S Supply, LLC, et al_          PENDER & COWARD, P.C.
Case No. _____                                                            www.pendercoward.com
Verified Complaint for Injunctive and Legal Relief

JS 44 (Rev. 02/19) Case 2:19-cv-00324-RBS-RJK Document 1 Filed 06/20/19   Page 1 of 1 PageID# 79

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GMS Industrial Supply, Inc.

**DEFENDANTS**
G&S Supply, LLC, Westly L. Greer, Sabrina Greer, Greer Group, LLC, Gregory K. Spires, County Roads, LLC, Thomas Hayes, et al

**(b)** County of Residence of First Listed Plaintiff    Virginia Beach, VA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Colorado Springs, CO
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William A. Lascara, Esq., Jeffrey D. Wilson, Esq., Pender & Coward, P.C., 222 Central Park Ave., Suite 400, Virginia Beach, VA 23462; 757-490-6265

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☒ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. §1836
Brief description of cause:
Violations of Defend Trade Secrets Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
6,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE                                      DOCKET NUMBER

DATE  6/20/19

SIGNATURE OF ATTORNEY OF RECORD   *William A. Lascara*   VSB 23118

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE



**PENDER & COWARD**
ATTORNEYS AND COUNSELLORS AT LAW — Virginia Beach        Suffolk        Chesapeake — www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Westly Greer                                    **VIA E-MAIL & FEDERAL EXPRESS**
8102 Hardwood Circle
Colorado Springs, CO 80908

Re:    Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Greer:

This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated January 21, 2019, with GMS (the "Sales Agent Agreement") by, among other things: (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement <u>immediately</u>. You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above. GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit. You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above. Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and related data or any other documents or files created on computer systems, and sound and/or video recordings (such as voicemail messages and video/audio files) to the extent that such



**EXHIBIT**
tabbies®
1

**JA119**

Westly Greer
April 3, 2019
Page 2

sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

PENDER & COWARD, P.C.

Brent R. Haden

Cc: GMS Industrial Supply, Inc.



# PENDER & COWARD
### ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach          Suffolk          Chesapeake          www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Sabrina Greer                                    **VIA E-MAIL & FEDERAL EXPRESS**
Greer Group LLC
8102 Hardwood Circle
Colorado Springs, CO 80908

Re:     <u>Termination, Cease and Desist and Litigation Hold Notice Letter</u>

Dear Ms. Greer:

This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated January 10, 2017, with GMS (the "Sales Agent Agreement") by, among other things: (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement <u>immediately</u>. You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above. GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit. You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above. Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and related data or any other documents or files created on computer systems, and sound and/or

**JA121**

Sabrina Greer
April 3, 2019
Page 2

video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

**PENDER & COWARD, P.C.**

Brent R. Haden

Cc: GMS Industrial Supply, Inc.

**JA122**



# PENDER & COWARD
ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach          Suffolk          Chesapeake          www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Greg Spires                                    **VIA E-MAIL & FEDERAL EXPRESS**
County Roads LLC
13476 SW Tinney Road
Faxon, OK 73540

Re:    Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Spires:

This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated January 6, 2017, with GMS (the "Sales Agent Agreement") by, among other things: (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement immediately. You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above. GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit. You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above. Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and

Greg Spires
April 3, 2019
Page 2

related data or any other documents or files created on computer systems, and sound and/or video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

**PENDER & COWARD, P.C.**

Brent R. Haden

Cc:  GMS Industrial Supply, Inc.

**JA124**



PENDER&
COWARD
ATTORNEYS AND COUNSELLORS AT LAW      Virginia Beach        Suffolk        Chesapeake        www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Thomas Hayes                              **VIA E-MAIL & FEDERAL EXPRESS**
3367 Belview Road
Leesville, LA 71446

Re:    Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Hayes:

This law firm represents GMS Industrial Supply, Inc. ("GMS").  Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated July 27, 2016, with GMS (the "Sales Agent Agreement") by, among other things:  (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement immediately.  You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above.  GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit.  You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above.  Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and related data or any other documents or files created on computer systems, and sound and/or

**JA125**

Thomas Hayes
April 3, 2019
Page 2

video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

**PENDER & COWARD, P.C.**

Brent R. Haden

Cc: GMS Industrial Supply, Inc.



PENDER&
COWARD
ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach        Suffolk        Chesapeake        www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Mr. Wayne Side                    **VIA E-MAIL & FEDERAL EXPRESS**
24367 Allen Road
Alexandria Bay, NY 13607

Re:    Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Side:

This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as it has come to GMS' attention that you are in material breach of the terms of your Sales Agent Agreement dated November 5, 2015 with GMS (the "Sales Agent Agreement") by, among other things: (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business. Accordingly, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above. GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit. You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above. Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and related data or any other documents or files created on computer systems, and sound and/or video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify <u>and preserve</u> all sources of data within your possession, custody or control that

**JA127**

Mr. Side
April 3, 2019
Page 2

may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

PENDER & COWARD, P.C.

Brent R. Haden

Cc: GMS Industrial Supply, Inc.



# PENDER & COWARD
ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach          Suffolk          Chesapeake          www.pendercoward.com

**Brent R. Haden, Esq.**
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
**222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462**

April 3, 2019

Mike Welton                                          **VIA E-MAIL & FEDERAL EXPRESS**
12112 Gallery Street
Denton, TX, 76207

Re:     Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Welton:

This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated June 15, 2016 and your Statutory Employment Agreement dated April 1, 2019 with GMS (both such agreement collectively the "Sales Agent Agreement") by, among other things:  (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement <u>immediately</u>.  You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above.  GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit.  You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above.  Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and

**JA129**

Mike Welton
April 3, 2019
Page 2

related data or any other documents or files created on computer systems, and sound and/or video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

PENDER & COWARD, P.C.

Brent R. Haden

Cc: GMS Industrial Supply, Inc.

**JA130**



Virginia Beach        Suffolk        Chesapeake        www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 3, 2019

Gregory Skylard Spires                    **VIA E-MAIL & FEDERAL EXPRESS**
13476 SW Tinney Road
Faxon, OK 73540

     Re:    Termination, Cease and Desist and Litigation Hold Notice Letter

Dear Mr. Spires:

    This law firm represents GMS Industrial Supply, Inc. ("GMS"). Please be advised that as a direct result of your material breach of the terms of your Independent Sales Agent Agreement dated October 3, 2016, with GMS (the "Sales Agent Agreement") by, among other things: (i) violating your confidentiality obligations under the Sales Agent Agreement, (ii) soliciting GMS' customers for your competitive businesses, (iii) soliciting GMS employees and independent contractors to engage in competitive activities and/or to sever business relations with GMS, (iv) misrepresenting GMS' business relationship with competitive business entities, and (v) conspiring with others to injure GMS' reputation and business, GMS is terminating your Sales Agent Agreement <u>immediately</u>. You are directed to cease all activities on behalf of GMS and to return all GMS property and materials, including without limitation, the "New Agent Kit". Pursuant to the Sales Agent Agreement all commission payments will be held for 60 days.

    Further, pursuant to the Sales Agent Agreement, you and any business through which you operate are directed to cease and desist from soliciting GMS customers, employees and independent contractors, representing that you or any affiliated entity is in any way connected to or associated with GMS and from using or disclosing GMS Confidential Information (as defined in the Sales Agent Agreement) in violation of the Sales Agent Agreement.

    In addition to the above, in anticipation of litigation to be filed by GMS relating to your improper actions, you are hereby notified that you should preserve any potentially relevant documents and information relating to any of the activities referenced above. GMS believes that you and others have individually and collectively breached contractual obligations, common law duties and laws through improper competitive activities in order to harm GMS to your financial benefit. You are notified that you have a legal to duty to preserve all documents and information potentially relevant to the issues raised by the allegations above. Your preservation obligation applies to written and electronic documents and information, such as customer lists, e-mail messages and all attachments, word processing documents, text messages, phone and call logs, spreadsheets, databases, calendar entries, accounting and billing records, reports, systems, and related data or any other documents or files created on computer systems, and sound and/or

Gregory Skylard Spires
April 3, 2019
Page 2

video recordings (such as voicemail messages and video/audio files) to the extent that such sources contain information that is potentially relevant to the this matter. Accordingly, you should identify and preserve all sources of data within your possession, custody or control that may contain potentially relevant information. You should suspend any and all routine document destruction policies and procedures and any and all automatic delete functions for any electronically stored information on systems and data storage locations likely to contain documents, data or information potentially relevant to this matter. Any e-mail archival system and deletion or recycling schedule should also be suspended, effective immediately, with respect to all users and locations likely to contain potentially relevant documents, data or information and must remain suspended until further notice. This litigation hold notice should be provided to all persons in your employ or control and all entities subject to your direction or control (alone or with others), including without limitation, G&S Supply, LLC, Greer Group, LLC and County Roads LLC, likely to have possession, custody or control of potentially relevant documents or information.

Should you have any questions regarding your separation from GMS or any of the other matters covered by this letter, they should be directed to this office. Your actions referenced above and others brought to GMS' attention suggest a long standing and concerted effort to undermine and harm GMS and GMS will be pursuing all available legal remedies. Please do not underestimate GMS' resolve in this matter.

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Very truly yours,

**PENDER & COWARD, P.C.**

Brent R. Haden

Cc: GMS Industrial Supply, Inc.



**GMS Industrial Supply, Inc.**

**GREAT MATERIAL SUPERIOR SERVICE**
(855) GRN-OGER • www.GMSindustrialsupply.com

# Department of Defense Supply Catalog
# NSN-FedMall-GCSS Maintenance Products



SEA

AIR

LAND

GREEN OGER
★ FAMILY OF EARTH FRIENDLY PRODUCTS ★

# DLA Depot Stocked Items / MILSTRIP Accepted Via FedMall IDIQ



**Stock System**



FEDMALL
SP47W115D0002



GSA
73: GS-07F-0369V



CMAS



SWaM
667009



SBA

**Proudly Made
in the USA!**

v.042019

EXHIBIT
2

JA133



# Why choose GMS?

GMS Industrial Supply, Inc. has been in business for over 18 years, it is locally owned and operated in San Diego, California and Virginia Beach, Virginia. GMS has been established as one of the largest women owned small business suppliers to the U.S. Government and Department of Defense. As our unique high-tech products are designed with the environment in mind, we have created a product offering unlike anyone else in the industry. Our experience in DoD Logistical Support in the areas of Chemical Solutions, Fasteners and Tactical Gear, has been the catalyst to our growth in the industry throughout the United States and Abroad. GMS has dozens of NSN's and 100's of NAVSUP stock numbers on the most favored procurement contracts and in the stock system, along with being stocked in the DLA Depots with an experienced presence at nearly every major DoD Facility in the continental US, Alaska, and Hawaii. We are grateful for the many years of guidance, support, and direction in order to design our products to best meet the needs of the brave men and women of the Army, Navy, Air Force, Marines and Coast Guard with whom this country is blessed. When you purchase a product from GMS, you not only get a world class product, you also get complete customer satisfaction. Our sales and service team, with over 90 combined years of experience, will take care of your every need, providing complete satisfaction. GMS Industrial Supply, Inc. is committed to being the best nationwide-our satisfied customers are our proof! Simply put, GMS responds with excellent service and gets the critical materials needed where, when, and how it is needed, faster than anyone.

2

**JA134**

# Our President



Dear Valued Customer,

My name is Rachel Gorken, Owner and President of GMS Industrial Supply, Inc., woman owned small business. Our experienced professional sales and service representatives are ready to assist you with any maintenance problems or needs that you may have. With every purchase of our products, you get a total commitment from GMS Industrial Supply, Inc. that you will receive complete customer satisfaction from the very best products, services, and technical support in the industry.

- Rachel Gorken



*"And He said to them, 'Go into all the world and preach the gospel to every creature.'" Mark 16:15*

*"Do nothing out of selfish ambition or vain conceit, but in humility consider others better than yourselves. Each of you should look not only to your own interests, but also to the interests of others" Philippians 2:3-4*

# Our Mission Statement

We rely on Jesus Christ as our cornerstone; He is the foundation on which we stand as our strength and our shield. It is the mission of GMS Industrial Supply, Inc. to extend our line of environmentally friendly chemicals and industrial supplies in order to satisfy our customers' needs through a family based approach to a modern economy. We humbly serve our Lord in providing the best customer service in the industry while striving to enhance our world and well being. We value the resilience and dedication of our United States Military, as well as the channels utilized to best service these sectors.

3

JA135

  

**GMS Industrial Supply, Inc.**

GREAT MATERIAL SUPERIOR SERVICE
www.GMSindustrialsupply.com

**Proudly Made in the USA!**

# RACKABLE/STACKABLE HAZMAT STORAGE CONTAINER INSTRUCTIONS

Your Rackable/Stackable Hazmat Storage Container has been designed to comply with regulatory standards for the storing of hazardous materials.

# INSTALL IS EASY AS 1-2-3!

## 1. Offload the new arrival.

## 2. Level for optimal usage.

## 3. Plug in and power up that *MONSTAH!*



Should you have any questions regarding your unit please feel free to call:
**1-855-GRN-OGER**

212 Denn Lane, Virginia Beach, VA. 23462 • 2520 Hoover Avenue, Suite A, National City, CA. 91950
1-855-GRN-OGER • www.GMSindustrialsupply.com

4

**JA136**

# GMS HEMTT FUEL BERM PACKS
## PERMANENT CONTAINMENT SYSTEM

With the high demand for secondary containment, GMS HEMTT Fuel Berm Packs are designed to fit the needs of today's 2,500 gallon HEMTT tankers, fuel pods, and TPUs. Our Fuel Berm Packs are a permanent, re-locatable product line that meet all EPA and OSHA regulations for secondary containment.

Originally designed for fuel tankers, these can also be used in a multi-purpose role as a wash rack, loading/unloading rack, a decontamination station, fueling stations, fueling pod, transfer station, and a multitude of other uses.

With our state-of-the-art filtration system, the versatility justifies the initial investment and makes the GMS HEMTT Fuel Berm Packs the most cost-effective, multi-purpose product line available today.

Our Fuel Berm Packs are a permanent, re-locatable, drive-through containment system of various models and sizes, with ramps in and out on both ends and including our filtration system. We use a hydrophobic lock and seal absorbent that makes these Fuel Berm Packs a point source control unit.

As always, our GMS HEMTT Fuel Berm Packs come with an assortment of GMS absorbent components and accessories for a full spill containment solution on site.



The side walls of our GMS HEMTT Fuel Berm Packs have been designed and engineered to withstand a 12 ton vehicle axle load being driven over the side walls, making this the most heavy duty secondary containment system available on the market.

The GMS HEMTT Fuel Berm Packs can be set up and moved with standard material handling equipment, such as a 5 ton crane/wrecker or forklift, and transported by flatbed and can be placed on any level surface.

| MODELS AND SIZES | | | |
|---|---|---|---|
| Model Number | Options | Outer Dimension (LxWxH) | Sump Capacity (Gallons) |
| GMS7481K | 1 Ramp/Drive In | 30' x 12' x 10.5" | 2,136 Gallons |
| GMS7481KB | 2 Ramps/Drive Thru | 30' x 12' x 10.5" | 2,136 Gallons |
| GMS7481KC | 1 Ramp/Drive On In, Grating | 30' x 12' x 10.5" | 2,136 Gallons |
| GMS7481KD | 2 Ramps/Drive On Thru, Grating | 30' x 12' x 10.5" | 2,136 Gallons |
| GMS7482K | 1 Ramp/Drive In | 40' x 12' x 10.5" | 2,750 Gallons |
| GMS7482KB | 2 Ramps/Drive Thru | 40' x 12' x 10.5" | 2,750 Gallons |
| GMS7482KC | 1 Ramp/Drive On In, Grating | 40' x 12' x 10.5" | 2,750 Gallons |
| GMS7482KD | 2 Ramps/Drive On Thru, Grating | 40' x 12' x 10.5" | 2,750 Gallons |
| GMS7484K | 1 Ramp/Drive On In, Grating | 80' x 12' x 10.5" | 5,716 Gallons |
| GMS7484KB | 2 Ramps/Drive On Thru, Grating | 80' x 12' x 10.5" | 5,716 Gallons |



GMS Industrial Supply, Inc. · (855) GRN-OGER · www.GMSindustrialsupply.com
Proudly Made in the USA



5

JA137



# Category Pages

| GCSS-NSN Maintenance Items | Pg. 7 - 23 |
|---|---|
| MN Items | Pg. 26 - 65 |
| FedMall Items | Pg. 66 - 84 |

# Payment Methods

## We offer different payment methods to provide the right choice for you!

- **IDIQ MILSTRIP on FedMall contracts up to $100K per order.**
- **National Stock Number (NSN) via the national stock system/DLA**
- **GSA Contract & GSA Advantage: Orders up to 100K**
- **Base Supply Stores**
- **The ability to utilize government purchase cards**



SP47W115D0002



73: GS-07F-0369V

FedMall is an internet-based ordering service that allows customers to make a "Best Value" decision for products from a variety of sources through a single entry point based on price, delivery, product description, vendor performance, or other factors required to meet mission objectives. This FedMall Indefinite Delivery/Indefinite Quantity (IDIQ) Multiple Award Schedule (MAS) type contract for various commercially available off-the-shelf (COTS) items which will be ordered through the FedMall system for delivery to FedMall customers worldwide. FedMall customers include DoD military and non-military customers, the Defense Logistics Agency (DLA) acting as or on behalf of the customer, and customers of other Government entities (including Federal, State, and/or Local) objectives.

**Due to the overwhelming popularity of our MRO Maintenance Kits and our fully TAA compliant hardware line, DLA has assigned NSNs to many of our most popular kits.**
**Please see your GMS Account Manager with questions regarding the loading of our GCSS Kits.**

**Don't have an Account Manager?**

**Call the Green Oger Hotline to be put in touch with a GCSS Specialist!**
**855-GRN-OGER  (855-476-6437)**

Statement of Confidentiality: This information used in this catalog is to be used as a reference.
Any competitive use or distribution of this material is prohibited.

JA138

# GMS is proud to have 31 NSNs. This additional purchasing method makes procurement easy!

## New NSN-SHML products have been added for 2019!

| NSN | Product Name | Pg. | Part # |
|---|---|---|---|
| 7930-01-671-7443 | Green Oger Jr. BIO - Gallon Size : US NAVY Shipboard Approved | 8 | GMS1111G |
| 7930-01-671-7464 | Magic Carpet - Gallon Size : US NAVY Shipboard Approved | 8 | GMS1606G |
| 8520-01-590-8942 | Oger Soap - Foaming Hand Soap : US Navy Shipboard Approved | 8 | GMS1123G |
| 7930-01-625-4984 | Ship Shape! Cannonballs Germ Crusher Jar - Disinfectant Pods (12 Jars Per Box/20 Per Jar) | 9 | GMS2507JR |
| 7930-01-625-4985 | Ship Shape! Cannonballs Germ Crusher Tub - Disinfectant Pods (8 Tubs Per Box/100 Per Tub) | 9 | GMS2507TB |
| 7930-01-665-0580 | Ship Shape! Cannonballs Mighty Dish Detergent (12 Jars Per Box/20 Per Jar) : US NAVY Shipboard Approved | 9 | GMS2512JR |
| 6840-01-665-3320 | Ship Shape! Cannonballs Fantastic Lilac - Liquid Deodorizer (4 Tubs Per Box/100 Per Tub) : US NAVY Shipboard Approved | 9 | GMS2522TB |
| 7930-01-623-6843 | Green Oger BIO (5 Gallon Can) - "Green Formulated" Heavy Duty Degreaser Concentrate | 8 | GMS1108CN |
| 7930-01-623-6844 | Green Oger BIO (55 Gallon Drum) - "Green Formulated" Heavy Duty Degreaser Concentrate | 8 | GMS1108DR |
| 4940-01-640-9831 | POL Dilution Pack - Dilution Solution System Kit & Cleaning Refills | 10 | * GMSGS001 |
| 4940-01-640-9834 | POL Dilution Refill Pack 2 - General Purpose Cleaner Refills for Dilution Solution System | 10 | * GMSG0002 |
| 4910-01-618-4290 | MMSK3 - Hangar Bay Maintenance, Facility Sanitation, & Bathroom Supplies | 10 | * GMSWT001 |
| 4910-01-620-2655 | TVDK1 - Hangar Bay & Motor Pool Degreasing Kit : Includes (55 Gallon Drum of Green Oger BIO) | 11 | * GMSA4250 |
| 4940-01-640-9783 | POL Latrine Refill Pack - Facility Sanitation & Bathroom Supplies | 11 | * GMSGS005 |
| 4910-01-620-2637 | MMSK2 - Facility Sanitation & Bathroom Supplies | 11 | * GMST1989 |
| 4910-01-620-2615 | TVSK1 - Hangar Bay & Motor Pool Maintenance Adhesives / RTV Gaskets Makers | 12 | * GMSA4252 |
| 4910-01-620-2664 | TVLK1 - Hangar Bay & Motor Pool Maintenance Lubricants | 12 | * GMSA4249 |
| 4940-01-643-9914 | Absorbent Pack 2 - Premium Clay Absorbent (40 LB) & Industrial Shop Towels | 12 | * GMS11055 |
| 4940-01-642-1426 | MMSK6 - Hangar Bay & Motor Pool Maintenance Supplies | 13 | * GMS3206W |
| 4910-01-620-2624 | MASK1 - Oil Encapsulator Spill Containment (100LB Fiber Drum & 2.75LB containers/4 Per Box) | 13 | * GMSA4251 |
| 4940-01-642-1431 | Spill Control Kit - 50 Gallon Mobile Spill Kit, Universal Absorbent (5 Per Kit) | 13 | * GMS7716K |
| 4940-01-642-1505 | HEMTT Maintenance Pack - Secondary Containment System for Spill Control | 14 | * GMS7596K |
| 4940-01-640-9693 | HEMTT Maintenance Pack 3 - Secondary Containment System for Spill Control | 14 | * GMSG0011 |
| 4940-01-642-1430 | MMSK5 - Hangar Bay & Motor Pool Maintenance Shop Coatings | 15 | * GMS3207W |
| 4940-01-642-1503 | Safety Paint Pack - Hangar Bay & Motor Pool Maintenance Shop Coatings | 15 | * GMS7827K |
| 4940-01-642-1455 | Custom Cutting Pack - Maintenance Shop Cutting Tools & Abrasives Materials | 16 | * GMS7798K |
| 4940-01-645-5135 | Sliding Drawer Assortment Pack | 16 | * GMSG0007 |
| 4940-01-640-9437 | USS Pack | 17 | * GMS7757K |
| 4940-01-640-9446 | SAE Pack | 17 | * GMS7758K |
| 4940-01-640-9682 | Metric Pack | 17 | * GMS7759K |
| 4940-01-640-9704 | Metric Pack Refill Assortment | 17 | * GMSH3000 |

\* Stocked at DLA Depots

DLA Contact Center: Toll Free: 1-877-DLA-CALL (1-877-352-2255) Email: dlacontactcenter@dla.mil
Statement of Confidentiality: The information used in this catalog is to be used as a reference.
Any use or distribution of this material without prior authorization is not permitted.

7

JA139





# Green Oger Jr. BIO
**GMS1111G** FEDMALL
**NSN: 7930-01-671-7443**



# Magic Carpet
**GMS1606G** FEDMALL
**NSN: 7930-01-671-7464**

**Cleaning Kits**



# Oger Soap
**GMS1111G** FEDMALL
**NSN: 7930-01-671-7443**



# Green Oger BIO
**GMS1108CN** FEDMALL
**NSN: 7930-01-623-6843**



# Green Oger BIO
**GMS1108DR** FEDMALL
**NSN: 7930-01-623-6844**

8

**JA140**

## Ship Shape! Cannonballs
## Germ Crusher Jar
### GMS2507JR FEDMALL
### NSN: 7930-01-625-4984



## Ship Shape! Cannonballs
## Germ Crusher Tub
### GMS2507TB FEDMALL
### NSN: 7930-01-625-4985



**Cleaning Kits**

## Ship Shape! Cannonballs
## Mighty Dish Detergent
### GMS2512JR FEDMALL
### NSN: 7930-01-665-0580



## Ship Shape! Cannonballs
## Fantastic Lilac
### GMS2522TB FEDMALL
### NSN: 6840-01-665-3320



9

**JA141**

**Cleaning Kits**



# POL Dilution Pack
## GMSGS001 FedMall 🏬
## NSN: 4940-01-640-9831

| Part Number | Product Name |
|---|---|
| GMS9016K | Green Oger DSS Kit |
| GMS9016RF | Green Oger DSS Refill Kit |

# POL Dilution Refill Pack 2
## GMSGS0002 FedMall 🏬
## NSN: 4940-01-640-9834



| Part Number | Product Name |
|---|---|
| GMS9016RF | Green Oger DSS Refill Kit |

# MMSK3
## GMSWT001 FedMall 🏬
## NSN: 4910-01-618-4290

| Part Number | Product Name |
|---|---|
| GMSE9068 | Single Gallon Dilution Station |
| GMSE9078 | Paper Towels |
| GMSE9081 | Hands Free Paper Towel Dispenser |
| GMS2200E | Wash Up! Dispenser |
| GMS2202 | Wash Up! Tornado |
| GMS1123G | Oger Soap |
| GMS1123DP | Oger Soap Dispenser |
| GMS1135G | Germ Crusher-Con |
| GMS1502A | Seal-It! RTV Black |
| GMS1300A | Nutcracker |
| GMS1400A | Solve This! |

10

**JA142**

# MMSK2
## GMST1989 FEDMALL
### NSN: 4910-01-620-2637

| Part Number | Product Name |
|---|---|
| GMS7098 | Swirl |
| GMS7099 | Swish |
| GMS7047 | Smell These Nuggets! |
| GMS1123DP | Oger Soap Dispenser |
| GMS1123G | Oger Soap |
| GMSE9078 | Paper Towels |
| GMSE9081 | Hands Free Paper Towel Dispenser |
| GMS2202 | Wash Up! Tornado |
| GMS2200E | Wash Up! Dispenser |



# POL Latrine Refill Pack
## GMSGS005 FEDMALL
### NSN: 4940-01-640-9783

| Part Number | Product Name |
|---|---|
| GMS1123G | Oger Soap |
| GMS2202 | Wash Up! Tornado |
| GMSE9078 | Paper Towels |
| GMS7098 | Swirl |
| GMS7099 | Swish |



**Cleaning Kits**

# TVDK1
## GMSA4250 FEDMALL
### NSN: 4910-01-620-2655

| Part Number | Product Name |
|---|---|
| GMS1400A | Solve This! |
| GMS1108Q | Green Oger BIO |
| GMS1108CN | Green Oger BIO |



11

**Motorpool/Transportation Kits**



# TVSK1
## GMSA4252 FedMall
## NSN: 4910-01-620-2615

| Part Number | Product Name |
|-------------|--------------|
| GMS1500A | Stick Em Up |
| GMS1501A | Seal-It! Red |
| GMS1502A | Seal-It! Black |
| GMS1503A | Seal-It! Clear |
| GMS1909 | Clean Up Wipes |
| GMS3002 | Rock Hard Original |



# TVLK1
## GMSA4249 FedMall
## NSN: 4910-01-620-2664

| Part Number | Product Name |
|-------------|--------------|
| GMS1301A | Slick Ride |
| GMS1304A | Slick Stick |
| GMS1306A | Link Lube |
| GMS1302C | Lube This! Cartridge |
| GMS1300A | Nutcracker |



# Absorbent Pack 2
## GMS11055 FedMall
## NSN: 4940-01-643-9914

| Part Number | Product Name |
|-------------|--------------|
| GMS1913 | Clean Up Jr. Wipes |
| GMS2305LB | Suc It Up Absorbent Shaker Bottle 1 lb |
| GM4505059 | Premium Clay Absorbent |
| GMS2304 | GMS Wiper |
| GMS-7288R | Red Shop Towels |

12

JA144

# MMSK6
## GMS3206W FEDMALL 🛒
## NSN: 4940-01-642-1426



| Part Number | Product Name |
| --- | --- |
| GM342F | First Aid Kit |
| STIMAGTAC | Tactical Light |
| GMS9005L | Disposable Nitrile Gloves |
| GM3301120 | PPE Hearing Protection |
| GM4505059 | Premium Clay Absorbent |
| GMS2304 | GMS Wiper |
| GMS1108Q | Green Oger BIO |
| GMS2301 | Absorb This! All Purpose Pad |
| GMS1400A | Solve This! |

# MASK1
## GMSA4251 FEDMALL 🛒
## NSN: 4910-01-620-2624



| Part Number | Product Name |
| --- | --- |
| GMS2305LB100 | Suc It Up |
| GMS2305 | Suc It Up |
| GM7307 | Suc It Up Scoop |

# Spill Control Kit
## GMS7716K FEDMALL 🛒
## NSN: 4940-01-642-1431



| Part Number | Product Name |
| --- | --- |
| GMSPKU50 | 50 Gallon Mobile Spill Kit |

Refer to Pg.49 for Refill Pack GMS7716R:C_3G2C5

**Motorpool/Transportation Kits**

13



# HEMTT Maintenance Pack
## GMS7596K FEDMALL
### NSN: 4940-01-642-1505

| Part Number | Product Name |
|---|---|
| GMSTNG10201 | GMS Custom Throw Down |
| GMS2305LB | Suc It Up Absorbent Shaker |
| GMSPKUDUF | Duffel Bag Spill Kit |

# HEMTT Maintenance Pack 3
## GMSG0011 FEDMALL
### NSN: 4940-01-640-9693

| Part Number | Product Name |
|---|---|
| GMSTNG35101 | GMS Custom Throw Down |
| GMS2305 | Suc It Up Absorbent Shaker |
| GMSPKUDUF | Duffel Bag Spill Kit |

**Motorpool/Transportation Kits**



14

JA146

# MMSK5
## GMS3207W FEDMALL
### NSN: 4940-01-642-1430

| Part Number | Product Name |
|---|---|
| GMS306A | Rust Proof Black |
| GMS307A | Rust Proof Safety White |
| GMS304A | Rust Proof Safety Green |
| GMS977A | Flat Camo Sand |
| GMS302A | Rust Proof Safety Yellow |
| GMS1400A | Solve This! |



Safety Yellow    Safety Green    Black

Safety White    Flat Camo Sand

Motorpool/Transportation Kits

# Safety Paint Pack
## GMS7827K FEDMALL
### NSN: 4940-01-642-1503

| Part Number | Product Name |
|---|---|
| GMS9005XL | Safety Gloves Powder Free (XL) |
| GMS1400A | Solve This! |
| GMS1909 | Clean Up Wipes |
| GMS3010F | Safety Red 5 Gallon Pail |
| GMS3070F | Safety White 5 Gallon Pail |
| GMS3020F | Safety Yellow 5 Gallon Pail |
| GM982758 | Deluxe Disposable Paint Roller |



15



**Hardware Kits**

# Custom Cutting Pack
## GMS7798K FEDMALL
### NSN: 4940-01-642-1455

| Part Number | Product Name |
|---|---|
| GMS7798K-1 | Metal Blades |
| GMS7798K-2 | Sawzall Blades |
| GMS7798K-3 | Prep Discs |
| GMS7798K-4 | Drill Bits & Taps |
| GMS7798K-5 | Grinding Wheels |
| GMS7798K-6 | Sanding Discs |
| GMH321B95 | Slide Drawer Cabinet |
| GMH30495 | Slide Drawer Leg Stand |
| GM0246 | Dremel Tool |

Refer to Pg.48 for Refill Pack GMS7798RF:C_3G2C5

# Sliding Drawer Assortment Pack
## GMSG0007 FEDMALL
### NSN: 4940-01-645-5135

| Part Number | Product Name |
|---|---|
| GMSG0007-1 | Self Drilling Screw Assortment |
| GMSG0007-2 | Machine Screws |
| GMSG0007-3 | Metric Drawer Assortment |
| GMSG0007-4 | Cotter Pin Assortment |
| GMSG0007-5 | Cotter Pin Assortment |
| GMSG0007-6 | Cable Tie Assortment |
| GMSG0007-7 | Cable Tie Assortment |
| GMSG0007-8 | Rubber O-Ring Assortment |
| GMSG0007-9 | O-Ring Assortment |
| GMSG0007-10 | O-Ring Assortment |
| GMSG0007-11 | Nylon Ab Fitt Assortment |
| GMSG0007-12 | Nylon w/ Tool Elec. Wire Term Assortment |
| GMSG0007-WA | Primary Wire & Wire Rack Drawer |
| GMH321B95 | 6 Drawer Slide Drawer Cabinet |
| GMH30495 | Slide Drawer Leg Stand |



Refer to Pg.48 for Refill Pack GMSG0007RF:C_3G2C5

JA148

A



# Shop Assortments

## USS Pack GMS7757K
**NSN: 4940-01-640-9437** FEDMALL 🛒
### Component Listing on pg. 18 & 19
Refer to Pg.49 for Refill Pack GMSH1000:C_3G2C5

## SAE Pack GMS7758K
**NSN: 4940-01-640-9446** FEDMALL 🛒
### Component Listing on pg. 20 & 21
Refer to Pg.49 for Refill Pack GMSH2000:C_3G2C5

## Metric Pack GMS7759K
**NSN: 4940-01-640-9682** FEDMALL 🛒
### Component Listing on pg. 22 & 23
Refill Pack: Metric Pack Refill GMSH3000
**NSN: 4940-01-640-9704** FEDMALL 🛒

**Hardware Kits**





17

**JA149**



# USS Pack GMS7757K
## 1 of 2
## NSN: 4940-01-640-9437 FEDMALL

| Part Number | Product Name |
|---|---|
| GMSH1001 | 1/4-20 GR8 USS Hex Nut Y/Z |
| GMSH1002 | 5/16-18 GR8 USS Hex Nut Y/Z |
| GMSH1003 | 3/8-16 GR8 USS Hex Nut Y/Z |
| GMSH1004 | 7/16-14 GR8 USS Hex Nut Y/Z |
| GMSH1005 | 1/2-13 GR8 USS Hex Nut Y/Z |
| GMSH1006 | 5/8-11 GR8 USS Hex Nut Y/Z |
| GMSH1007 | 3/4-10 GR8 USS Hex Nut Y/Z |
| GMSH1008 | 1/4-20 X 3/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1009 | 1/4-20 X 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1010 | 1/4-20 X 1-1/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1011 | 1/4-20 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1012 | 1/4-20 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1013 | 1/4-20 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1014 | 5/16-18 X 3/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1015 | 5/16-18 X 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1016 | 5/16-18 X 1-1/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1017 | 5/16-18 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1018 | 5/16-18 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1019 | 5/16-18 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1020 | 3/8-16 X 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1021 | 3/8-16 X 1-1/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1022 | 3/8-16 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1023 | 3/8-16 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1024 | 3/8-16 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1025 | 3/8-16 X 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH1026 | 7/16-14 X 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1027 | 7/16-14 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1028 | 7/16-14 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1029 | 7/16-14 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1030 | 7/16-14 X 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH1031 | 7/16-14 X 3-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1032 | 1/2-13 X 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1033 | 1/2-13 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1034 | 1/2-13 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1035 | 1/2-13 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1036 | 1/2-13 X 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH1037 | 1/2-13 X 3-1/2 GR8 USS Hex Cap Screw Y/Z |

Hardware Kits

JA150

# USS Pack GMS7757K 
## 2 of 2
### NSN: 4940-01-640-9437 FedMall

| Part Number | Product Name |
|---|---|
| GMSH1038 | 1/4 High-Strength Alloy Lock Washer Y/Z |
| GMSH1039 | 5/16 High-Strength Alloy Lock Washer Y/Z |
| GMSH1040 | 3/8 High-Strength Alloy Lock Washer Y/Z |
| GMSH1041 | 7/16 High-Strength Alloy Lock Washer Y/Z |
| GMSH1042 | 1/2 High-Strength Alloy Lock Washer Y/Z |
| GMSH1043 | 5/8 High-Strength Alloy Lock Washer Y/Z |
| GMSH1044 | 3/4 High-Strength Alloy Lock Washer Y/Z |
| GMSH1045 | 1/4 USS Flat Washer Y/Z |
| GMSH1046 | 5/16 USS Flat Washer Y/Z |
| GMSH1047 | 3/8 USS Flat Washer Y/Z |
| GMSH1048 | 7/16 USS Flat Washer Y/Z |
| GMSH1049 | 1/2 USS Flat Washer Y/Z |
| GMSH1050 | 5/8 USS Flat Washer Y/Z |
| GMSH1051 | 3/4 USS Flat Washer Y/Z |
| GMSH1052 | 5/8-11 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1053 | 5/8-11 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1054 | 5/8-11 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1055 | 5/8-11 X 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH1056 | 5/8-11 X 3-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1057 | 5/8-11 X 4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1058 | 3/4-10 X 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1059 | 3/4-10 X 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1060 | 3/4-10 X 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1061 | 3/4-10 X 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH1062 | 3/4-10 X 3-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1063 | 3/4-10 X 4 GR8 USS Hex Cap Screw Y/Z |
| GMSH1064 | 1/4-20 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1065 | 5/16-18 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1066 | 3/8-16 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1067 | 7/16-14 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1068 | 1/2-13 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1069 | 5/8-11 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1070 | 3/4-10 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSHLEGK | GMS Hardware Bin Leg Stand |
| GMSH40HBIN | GMS Hardware 40 Compartment Bin |

**Hardware Kits**

19



# SAE Pack GMS7758K
## 1 of 2

## NSN: 4940-01-640-9446 FEDMALL 🛒

**Hardware Kits**

| Part Number | Product Name |
|---|---|
| GMSH2001 | 1/4-28 GR8 SAE Hex Nut Y/Z |
| GMSH2002 | 5/16-24 GR8 SAE Hex Nut Y/Z |
| GMSH2003 | 3/8-24 GR8 SAE Hex Nut Y/Z |
| GMSH2004 | 7/16-20 GR8 SAE Hex Nut Y/Z |
| GMSH2005 | 1/2-20 GR8 SAE Hex Nut Y/Z |
| GMSH2006 | 5/8-18 GR8 SAE Hex Nut Y/Z |
| GMSH2007 | 3/4-16 GR8 SAE Hex Nut Y/Z |
| GMSH1038 | 1/4 High-Strength Alloy Lock Washer Y/Z |
| GMSH1039 | 5/16 High-Strength Alloy Lock Washer Y/Z |
| GMSH1040 | 3/8 High-Strength Alloy Lock Washer Y/Z |
| GMSH1041 | 7/16 High-Strength Alloy Lock Washer Y/Z |
| GMSH1042 | 1/2 High-Strength Alloy Lock Washer Y/Z |
| GMSH1043 | 5/8 High-Strength Alloy Lock Washer Y/Z |
| GMSH1044 | 3/4 High-Strength Alloy Lock Washer Y/Z |
| GMSH2015 | 1/4 SAE Flat Washer Y/Z |
| GMSH2016 | 5/16 SAE Flat Washer Y/Z |
| GMSH2017 | 3/8 SAE Flat Washer Y/Z |
| GMSH2018 | 7/16 SAE Flat Washer Y/Z |
| GMSH2019 | 1/2 SAE Flat Washer Y/Z |
| GMSH2020 | 5/8 SAE Flat Washer Y/Z |
| GMSH2021 | 3/4 SAE Flat Washer Y/Z |
| GMSH2022 | 1/4-28 X 3/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2023 | 1/4-28 X 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2024 | 1/4-28 X 1-1/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2025 | 1/4-28 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2026 | 1/4-28 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2027 | 1/4-28 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2028 | 5/16-24 X 3/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2029 | 5/16-24 X 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2030 | 5/16-24 X 1-1/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2031 | 5/16-24 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2032 | 5/16-24 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2033 | 5/16-24 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2034 | 3/8-24 X 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2035 | 3/8-24 X 1-1/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2036 | 3/8-24 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |

**JA152**

# SAE Pack GMS7758K 
## 2 of 2
## NSN: 4940-01-640-9446 FEDMALL

| Part Number | Product Name |
| --- | --- |
| GMSH2037 | 3/8-24 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2038 | 3/8-24 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2039 | 3/8-24 X 3 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2040 | 7/16-20 X 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2041 | 7/16-20 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2042 | 7/16-20 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2043 | 7/16-20 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2044 | 7/16-20 X 3 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2045 | 7/16-20 X 3-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2046 | 1/2-20 X 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2047 | 1/2-20 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2048 | 1/2-20 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2049 | 1/2-20 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2050 | 1/2-20 X 3 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2051 | 1/2-20 X 3-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2052 | 5/8-18 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2053 | 5/8-18 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2054 | 5/8-18 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2055 | 5/8-18 X 3 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2056 | 5/8-18 X 3-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2057 | 5/8-18 X 4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2058 | 3/4-16 X 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2059 | 3/4-16 X 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2060 | 3/4-16 X 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2061 | 3/4-16 X 3 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2062 | 3/4-16 X 3-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2063 | 3/4-16 X 4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2064 | 1/4-28 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2065 | 5/16-24 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2066 | 3/8-24 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2067 | 7/16-20 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2068 | 1/2-20 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2069 | 5/8-18 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2070 | 3/4-16 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSHLEGK | GMS Hardware Bin Leg Stand |
| GMSH40HBIN | GMS Hardware 40 Compartment Bin |

**Hardware Kits**

21

JA153

# GMS HARDWARE

# Metric Pack GMS7759K
## 1 of 2
## NSN: 4940-01-640-9682 FedMall

**Hardware Kits**

| Part Number | Product Name |
|---|---|
| GMSH3001 | M8-1.25 X 16 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3002 | M8-1.25 X 20 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3003 | M8-1.25 X 25 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3004 | M8-1.25 X 30 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3005 | M8-1.25 X 35 Metric Hex Cap Screws 10.9 DIN 931 Partially Threaded Yellow Zinc |
| GMSH3006 | M10-1.5 X 16 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3007 | M10-1.5 X 20 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3008 | M10-1.5 X 25 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3009 | M10-1.5 X 30 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3010 | M12-1.75 X 20 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3011 | M12-1.75 X 25 ANSI Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3012 | M12-1.75 X 30 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3013 | M12-1.75 X 35 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3014 | M16-2.0 X 40 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3015 | M16-2.0 X 50 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3016 | M16-2.0 X 60 Metric Hex Cap Screws 10.9 DIN 931 Partially Threaded Yellow Zinc |
| GMSH3017 | M16-2.0 X 70 Metric Hex Cap Screws 10.9 DIN 931 Partially Threaded Yellow Zinc |
| GMSH3018 | M20-2.5 X 40 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3019 | M20-2.5 X 60 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3020 | M20-2.5 X 80 Metric Hex Cap Screws 10.9 DIN 931 Partially Threaded Yellow Zinc |
| GMSH3021 | M14-2.0 X 30 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3022 | M14-2.0 X 40 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3023 | M14-2.0 X 50 Metric Hex Cap Screws 10.9 DIN 931 Partially Threaded Yellow Zinc |
| GMSH3024 | M14-2.0 X 60 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3025 | M8-1.0 X 12 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |

# Metric Pack GMS7759K
## 2 of 2
### NSN: 4940-01-640-9682 FEDMALL

| Part Number | Product Name |
|---|---|
| GMSH3026 | M6-1.0 X 16 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3027 | M6-1.0 X 20 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3028 | M6-1.0 X 25 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3029 | M6-1.0 X 30 Metric Hex Cap Screws 10.9 DIN 933 Fully Threaded Yellow Zinc |
| GMSH3030 | M6-1.0 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3031 | M8-1.25 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3032 | M10-1.5 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3033 | M12-1.75 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3034 | M14-2.0 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3035 | M16-2.0 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3036 | M20-2.5 Metric Hex Nut DIN 934 CLASS 10 (GRD 8) Yellow Zinc |
| GMSH3037 | M6 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3038 | M8 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3039 | M10 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3040 | M12 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3041 | M14 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3042 | M16 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3043 | M20 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc |
| GMSH3044 | M6 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3045 | M8 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3046 | M10 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3047 | M12 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3048 | M14 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3049 | M16 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSH3050 | M20 Metric Split Lockwashers DIN 127B Zinc Plated |
| GMSHLEGK | GMS Hardware Bin Leg Stand |
| GMSH40HBIN | GMS Hardware 40 Compartment Bin |

Hardware Kits

JA155

 

**GREAT MATERIAL SUPERIOR SERVICE**
(855) GRN-OGER • www.GMSindustrialsupply.com



**Proudly Made
in the USA!**

# DLA STOCKED SUPERSTARS

## These kits are stocked at DLA Distribution Centers worldwide and are available for purchase through the National Stock System!

**MMSK2 • Part #GMST1989 • NSN: 4910-01-620-2637**
Featuring our SHML approved Oger Soap, Paper Towels,
Dispensers, Swirl Toilet Rim Cages, Smell These Nuggets! and more!



**Absorbent Pack 2 • Part #GMS11055 • NSN: 4910-01-643-9914**
Featuring our Clean Up Jr. Wipes, Suc It Up Absorbent Shaker Bottle 1 lb.
Premium Clay Absorbent, GMS Wiper, and Red Shop Towels!



**HEMTT Maintenance Pack • Part #GMS7596K • NSN: 4910-01-642-1505**
Featuring our GMS Custom 10' x 20' x1' Throw Down Berm
and GMS Bag Spill Kit!



**POL Latrine Refill Pack • Part #GMSGS005 • NSN: 4940-01-640-9783**
Featuring our SHML approved Oger Soap, Paper Towels,
Dispensers, Swirl Toilet Rim Cages and more!



**Spill Control Kit • Part #GMS7716K • NSN: 4910-01-642-1431**
Featuring our 50 Gallon Mobile Spill Kit!



**HEMTT Maintenance Pack 3 • Part #GMSG0011 • NSN: 4940-01-640-9693**
Featuring our GMS Custom 35' x 10' x1' Throw Down Berm
and GMS Bag Spill Kit!



24

**JA156**





**GREAT MATERIAL SUPERIOR SERVICE**
(855) GRN-OGER • www.GMSindustrialsupply.com



**Proudly Made in the USA!**

# SHML APPROVED SUPERSTARS

## We are proud to announce the following GMS materials are SHML approved and are available through the National Stock System!

To request a SFR package for our other fantastic products, including additional Ship Shape! Cannonballs, email marketing@gmsindustrialsupply.com



**Oger Soap**
Foaming Hand Soap
GMS1123G
(4 Gallons Per Box)
NSN: 8520-01-590-8942



**Magic Carpet**
Soil Extraction Carpet Cleaner
GMS1606G
(4 Gallons Per Box)
NSN: 7930-01-671-7464



**Green Oger Jr.**
Green Formulated Concentrated
Neutral pH Cleaning Compound
GMS1111G
(4 Gallons Per Box)
NSN: 7930-01-671-7443



**Ship Shape! Cannonballs**
Fantastic Lilac
Lilac Scented Air Freshener
GMS2522TB
(4 Tubs Per Box)
NSN: 6840-01-665-3320



**Ship Shape! Cannonballs**
Mighty Dish Detergent
Scullery Dish Detergent
GMS2512JR
(4 Gallons Per Box)
NSN: 7930-01-665-0580

25

**JA157**

# US Army Material Numbers





GMS Industrial Supply, Inc.
*GREAT MATERIAL SUPERIOR SERVICE*
www.GMSindustrialsupply.com



Proudly Made
in the USA!

These numbers can be ordered on Wave 2 GCSS-Army.
They are to be ordered the exact same way as an NSN through the new system.
Agents are to follow up with Budgeting Officer and customer to make sure they are tracking their orders.
** Spelling/Misspelling is due to army system input **

**MN Products**

## Crack & Seal Pack
### GMS6788K:C_3G2C5

| Product Name |
| --- |
| Seal-It! RTV Black |
| Seal-It! RTV Red |
| GMS Wiper |
| Nutcracker 1 |



## Carpet Remediation Pack
### GMS1136K:C_3G2C5

| Product Name |
| --- |
| Carpet Extractor |
| Magic Carpet |
| Orange Blade |
| Pinpoint |



## Higher Ground Pack
### GMS7498K:C_3G2C5

| Product Name |
| --- |
| Ground Wire Clip & Plug Kit |
| Ground Wire Plug w/ Dust Cap Kit |
| Absorb This! All Purpose Pads |



26

JA158

# Shop Resupply Pack
## GMS6658K:C_3G2C5

| Product Name |
|---|
| Nutcracker |
| Safety Gloves Powder Free XL |
| GMS Wiper |
| Red Shop Towels |
| GMS Paper Towels |



# Cleaner,GMSG0012, GMS Industrial Supply
## GMSG0012:C_3G2C5

| Product Name |
|---|
| Sanitation Station Kit |
| Pocket Rocket Spray |



**MN Products**

# Cleaner Industrial Multi Purpose
## GMS4202K:C_3G2C5

| Product Name |
|---|
| GMS Wiper |
| Paper Towel Refills |
| Wash Up! Tornado |
| Oger Soap |
| Absorb This! All Purpose Pad |
| Swirl |
| Swish |
| Smell These Nuggets! |



27

**JA159**





# Green Oger Jr. BIO
## GMS1111G:C_3G2C5

| Product Name |
|---|
| Green Oger Jr. BIO |
| Green Formulated Concentrated Degreaser |



**MN Products**

# Natural Reflections BIO (G)
## GMS1121G:C_3G2C5

| Product Name |
|---|
| Natural Reflections BIO |
| Organic Glass & Hard Surface Concentrate Cleaner |



# Super Natural Bowl Buster BIO
## GMS1122G:C_3G2C5

| Product Name |
|---|
| Super Natural Bowl Buster BIO |
| Organic Bathroom Cleaner, Non-Toxic, Low VOC & Biodegradable |



# Oger Soap Dispenser
## GMS1123DP:C_3G2C5

| Product Name |
|---|
| Black/Gray Foaming Soap Dispenser for Oger Soap |

JA160

# Wax This! 2.5 Gallon
## GMS1601:C_3G2C5



| Product Name |
| --- |
| Wax This!<br>Environmentally Friendly Floor Seal & Finish |

# Strip This! 2.5 Gallon
## GMS1602:C_3G2C5



| Product Name |
| --- |
| Strip This!<br>A Very Low Odor, Non-Toxic, Non-Corrosive,<br>Non-Butyl Floor Seal & Finish Remover |

# Safety Pack,
# Utility Motorpool: GMS11360
## GMS11360:C_3G2C5

| Product Name |
| --- |
| Clear Lenses, Anti Fog & Scratch Resistant,<br>Clear Plastic Framed Safety Glasses |
| Wash Up! Tornado - Industrial Hand Cleaner |
| Green Oger BIO - Super Duty Degreaser |
| PPE Hearing Protection |
| Mechanix Wear TAA Original Glove |
| Green Utility Coveralls |



MN Products

29

JA161

# Safety Pack,
# Disposable Motorpool: GMS11

## GMS11359:C_3G2C5



**MN Products**

| Product Name |
| --- |
| Clear Lenses, Anti Fog & Scratch Resistant, Clear Plastic Framed Safety Glasses |
| Powder Free Safety Gloves |
| White Disposable Coverall |
| Wash Up! Tornado Flip Top |
| Environment Friendly Super Duty Degreaser |
| PPE Hearing Protection |

# Container:
# Hazmat Storage, Custom

## GM3061086R:C_3G2C5



| Product Name |
| --- |
| GMS Custom Hazmat Storage Container 30'6" x 10' x 8'6" |
| Absorbent Pack 2 - NSN# 4940-01-643-9914 See page 24 for more information. |

# Container:
# Hazmat Storage, Custom

## GM1065686:C_3G2C5



| Product Name |
| --- |
| GMS Custom Hazmat Storage Container 10'6" x 5'6" x 8'6" |
| Absorbent Pack 2 - NSN# 4940-01-643-9914 See page 24 for more information. |



# Mechanic Pack
## GMS1135K:C_3G2C5

| Product Name |
| --- |
| Mechanix Wear TAA Original Glove |
| Clean Up Wipes |
| Absorb This! Oil Only Pads |
| GMS Wiper |
| Red Shop Towels |
| Suc It Up 1 lb. |



**MN Products**

# Mechanic Hand Safety Pack
## GMS6642K:C_3G2C5

| Product Name |
| --- |
| Clean Up Jr. Wipes |
| Clean Up Wipes |
| GMS Wiper |
| Wash Up! Tornado |



# Heavy Duty Hydraulic Pack
## GMS0004K:C_3G2C5

| Product Name |
| --- |
| Hose Barbs Assortment |
| Cap Plugs Assortment |
| Hydraulic Hoses Assortment |
| Hose Ends Assortment |
| Connectors Assortment |
| Unions & Elbows Assortment |
| Nuts & Hex Plugs Assortment |



Refer to Pg.32 for Refill Pack GMSG0004:C_3G2C5

JA163

**MN Products**

# Battery Cable Wire Pack
## GMSG0003:C_3G2C5

| Product Name |
| --- |
| 50FT 2/0 Black Bat Cable |
| 50FT 2/0 Red Bat Cable |
| 2/0 AWG Negative Heavy Duty Straight Barrel Battery Terminal |
| 2/0 AWG Positive Heavy Duty Straight Barrel Battery Terminal |



# Hydraulic Refill Pack
## GMSG0004:C_3G2C5

| Product Name |
| --- |
| Hose Barbs & Cap Plugs Assortment |
| Hydraulic Hoses & Hose Ends Assortment |
| Connectors & Unions Assortment |
| Elbows / Nuts / Hex Plugs Assortment |

# Complete Welding Pack
## GMSG0008:C_3G2C5



| Product Name |
| --- |
| TIG Welders |
| Rod Oven |
| MIG Welder |
| Rod & Electrodes Assortment |
| Wire & Contact Tips Assortment |
| Welding PPE & Accessories |

# Welding Resupply Pack
## GMSG0009:C_3G2C5

| Product Name |
| --- |
| Rod & Electrodes |
| Wire & Contact Tips Assortment |
| Welding PPE & Accessories |

32

**JA164**

# Battery Terminal Kit
## GMSG0014:C_3G2C5



| Product Name |
| --- |
| Stackable Battery Terminals |
| Straight Barrel Lugs |
| Straight Battery Terminals |
| Flag Battery Terminals |
| Elbow Battery Terminals |
| Stainless Steel Stud Nuts |
| Black Shrink Tubes |
| Heavy Duty Crimper Tool |

# 316 SS Hardware Pack
## GMH316SSPK:C_3G2C5



| Product Name |
| --- |
| Complete Assorted 316 Stainless Steel Hardware Materials w/ Bins |

Refer to Pg.48 for Refill Pack GMH316SSRF:C_3G2C5

**MN Products**

# Deployment Sanitation Pack
## GMSG1962:C_3G2C5



| Product Name |
| --- |
| Ship Shape! Green Oger Cannonballs |
| Ship Shape! Germ Crusher Cannonballs |
| Ship Shape! Cannonballs Bowl Buster |
| Ship Shape! Cannonballs Clearview |
| Ship Shape! Cannonballs Mulberry Blast |
| Ship Shape! Cannonballs Autumn Orchard |
| Ship Shape! Cannonballs Green Oger Quart Bottle w/ Sprayer |
| Ship Shape! Cannonballs Germ Crusher Quart Bottle w/ Sprayer |
| Ship Shape! Cannonballs Bowl Buster Quart Bottle w/ Sprayer |
| Ship Shape! Cannonballs Clearview Quart Bottle w/ Sprayer |
| Ship Shape! Cannonballs Mulberry Blast Quart Bottle w/ Sprayer |
| Ship Shape! Cannonballs Autumn Orchard Quart Bottle w/ Sprayer |

33

JA165



**MN Products**



# MMSK4
## GMSW2011:C_3G2C5

| Product Name |
| --- |
| Duffel Bag Spill Kit |
| Burn First Aid Kit |
| White Disposable Coverall |
| Mechanix Gloves |



# MMSK7
## GMS8434K:C_3G2C5

| Product Name |
| --- |
| Melt This! Pellets |
| Seal-It! Black |
| Stick It! Threadlocker Medium |
| Mechanix Gloves |



# Super Oger Cart Pack
## GMS7204K:C_3G2C5

| Product Name |
| --- |
| Convertible Dolly/Cart |
| Clean Up Jr. Wipes |
| Safety Gloves Powder Free (XL) |

# Clean Shot Power Pack
## GMS6778K:C_3G2C5

| Product Name |
| --- |
| Powder Free Safety Gloves |
| Clean Shot |
| Clean Up Jr. Wipes |
| GMS Wiper (White) |

34

JA166

# Hydraulic Equipment Pack
## GMSG0015:C_3G2C5



| Product Name |
|---|
| 1/4" Hose 43 Series Die |
| 3/8" Hose 43 Series Die |
| 1/2" Hose 43 Series Die |
| 5/8" Hose 43 Series Die |
| 3/4" Hose 43 Series Die |
| 1" Hose 43 Series Die |
| KK2 Bench Mounted Unit Crimp Machine |
| 18 x 24 x 30 Standard Shop Stand - Maple Black |



MN Products

# Epoxy Pack
## GMS7823K:C_3G2C5

| Product Name |
|---|
| H2O Epoxy Deck Coating |
| Safety Yellow |
| Deluxe Disposable Paint Roller Kit |



# Epoxy Pack 2
## GMS6647K:C_3G2C5

| Product Name |
|---|
| Clean Up Jr. Wipes |
| Deluxe Disposable Paint Roller Kit |
| Water-Based Floor Epoxy (Gray) |





Before    After

# Water-Based Floor Epoxy
## GMEC-11
- ### For Bare or Coated Concrete
- ### Adds Extra Layer of Protection

35

**JA167**



**MN Products**



# Hose Clamp Assortment Pack
## GMSG0005:C_3G2C5

| Product Name |
| --- |
| Constant Torque Hose Clamps Assortment |
| Hose Clamps Assortment |

# Absorb This! Oil Only Pad Pack



## GMS9098K:C_3G2C5

| Product Name |
| --- |
| Clean Up Jr. Wipes |
| Suc It Up - Absorbent Shaker 2.75 lb. |
| Absorb This! Oil Only Pads |
| GMS Wiper |
| Red Shop Towels |

# Floor Maintenance Pack
## GMS8572K:C_3G2C5



| Product Name |
| --- |
| Wax This! |
| Strip This! |
| Buff-It |
| Blue Burnishing Buffer Pad |
| Black Stripping Pad |

# GMS PGI Pack
## GMS8101K:C_3G2C5

| Product Number |
| --- |
| Oger Wipes |
| Pocket Rocket Spray |
| Smell These! Starter Sacs Apple |
| Smell These! Starter Sacs Berry |
| Smell These! Starter Sacs Breeze |
| Smell These! Starter Sacs Cherry |
| Smell These! Starter Sacs Cinnamon |
| Smell These! Starter Sacs Fresh |
| Smell These! Starter Sacs Honey |
| Smell These! Starter Sacs Melon |
| Smell These! Starter Sacs Peach |
| Smell These! Starter Sacs Plum |
| Smell These! Starter Sacs Spice |
| Smell These! Starter Sacs Sunkist |
| Smell These! Starter Sacs Vanilla |
| Sunscreen Wipes |
| Pest Pump! |



**MN Products**

# Strap Down Pack
## GMS8493K:C_3G2C5

| Description |
| --- |
| Web Sling-Sling Rating Type 3-Sling Type Flat Eye 4 x 8 ft. |
| Web Sling-Sling Rating Type 3-Sling Type Flat Eye 4 x 16 ft. |

# Pressure Washer Kit
## GMS6007K:C_3G2C5

| Product Name |
| --- |
| Oger Wrap (Black) |
| Powder Free Safety Gloves |
| Clean Up Wipes |
| GMS Wiper |
| Red Shop Towels |
| Gas Cold Water Pressure Washer |



37



# Company Supply Kit!

## GMSC4796:C_3G2C5

**MN Products**



| Product Name |
| --- |
| Swirl |
| Swish |
| Oger Soap Dispenser |
| Oger Soap |
| Paper Towels |
| Hands Free Paper Towel Dispenser |
| Wash Up! Coco Breeze |
| Wash Up! Dispenser |
| Smell This! Dispenser |
| Smell This! Mango |

# Company Supply Kit Refill

## GMSC4797:C_3G2C5



| Product Name |
| --- |
| Swirl |
| Swish |
| Oger Soap |
| Paper Towels |
| Wash Up! Coco Breeze |
| Smell This! Mango |



# Engineering Pack 1

## GMS80001:C_3G2C5

| Product Name |
| --- |
| CB Engineering Never Out Consumable Load Out Assortment Of Hazardous Material Sorbent, Portable Tool Box, Oil Sorbent & More |

38

**JA170**

# Engineering Pack 3
## GMS60001:C_3G2C5



| Product Name |
| --- |
| CA Combat Systems Engineering Never Out Consumable Load Out Assortment Of Safety Helmet, Eye & Face Washing Station, Scrubber Brush & More |

# Engineering Pack 4
## GMS50001:C_3G2C5



| Product Name |
| --- |
| FB Boatswain's Mate Engineering Never Out Consumable Load Out Assortment Of Molder Boots, Electrical Headset, Life Preserver Vest & More |

# Food Service Pack 3
## GMS60002:C_3G2C5



| Product Name |
| --- |
| CA Combat Systems Food Service Never Out Consumable Load Out Assortment Of Mop Wringer, Mop Bucket, Floor Mopping Outfit & More |

# Hospitality Pack 3
## GMS60003:C_3G2C5



| Product Name |
| --- |
| CA Combat Systems Hospitality Never Out Consumable Load Out Assortment Of Floor Polishing Machine Pad, Buffer Pad, Electrical Floor Polisher & More |

MN Products

JA171



# Engineering Pack 5
## GMS90001:C_3G2C5

| Product Name |
| --- |
| FA Flight Ops Engineering Never Out Consumable Load Out Assortment of Coveralls, Flyers Gloves, Flyers Helmet Bag & More |

**MN Products**

# 45 Gallon Flammable Pack
## GMSA245PK:C_3G2C5

| Product Name |
| --- |
| 45 Gallon Flammable Storage |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# 90 Gallon Flam Locker Pack
## GMA290PK:C_3G2C5

| Product Name |
| --- |
| 90 Gallon Flammable Storage |
| Duffel Bag Spill Kit w/ Assorted Accessories |



# Drum Dolly Pack
## GMENP5300:C_3G2C5

| Product Name |
| --- |
| Containment Cart |
| Duffel Bag Spill Kit w/ Assorted Accessories |

**JA172**

# Deployment Pack 1
## GMSD100:C_3G2C5

| Product Name |
| --- |
| 20 Ft. Insulated Container |
| Pocket Rocket Spray |
| Crusher Wipes |
| Sanitation Station Kit |
| Clean Up Wipes |
| Rock Hard Original |
| Smell These Nuggets! |
| Smell These Dispenser |



**MN Products**

## Rackable/Stackable Hazmat Storage Shipping Container A
## GMSD100HZA:C_3G2C5

| Container Includes: |
| --- |
| Lighting |
| Exhaust |

## Rackable/Stackable Hazmat Storage Shipping Container B
## GMSD100HZB:C_3G2C5

| Container Includes: |
| --- |
| Lighting |
| Exhaust |
| Heat |
| A/C |

## Rackable/Stackable Hazmat Storage Shipping Container C
## GMSD100HZC:C_3G2C5

| Container Includes: |
| --- |
| Lighting |
| Exhaust |
| Chemical Fire Suppression System |

## Rackable/Stackable Hazmat Storage Shipping Container D
## GMSD100HZD:C_3G2C5

| Container Includes: |
| --- |
| Lighting |
| Exhaust |
| Heat |
| A/C |
| Chemical Fire Suppression System |

JA173

# Deploy-able MRO Maintenance Pack
## GMSD200:C_3G2C5



**MN Products**

| Product Name |
| --- |
| SAE Pack |
| USS Pack |
| Metric Pack |
| Custom Cutting Pack |
| Sliding Drawer Assortment Pack |
| Battery Terminal Kit |
| Battery Cable Wire Pack |
| Light Duty Hydraulic Pack |
| Hydraulic Equipment Pack |
| Heavy Duty Hydraulic Pack |
| Assortment Oger Packs |
| Hose Clamp Assortment Pack |
| Oger Wrap, Black, 1" X 10' |
| Clear Safety Glasses |
| Hand Crimp Machine |
| Stick It! Threadlocker Medium |
| Ear Plug Dispenser |
| PPE Hearing Protection |
| First Aid Station |
| Powder Free Safety Gloves |
| Orange Hand Wipes |
| Repair Epoxy Putty Stick |

# Deploy-able Battery Safety Pack
## GMSD300:C_3G2C5

| Product Name |
| --- |
| Rubber Matting |
| Battery Terminal Kit |
| Sliding Drawer Assortment Pack |
| First Aid Kit |
| GMS Complete Safety Board Kit |
| Med Wall Clear Heat Shrink Assortment |
| Heat Shrink Heavy Wall Maintenance Assortment |
| Tabletop Butane Torch |
| Smell These Nuggets! |
| Smell These Dispenser |
| Storage Rack |



42

**JA174**



# Deploy-able Welding Pack
## GMSD400:C_3G2C5

| Product Name |
| --- |
| Complete Welding Pack |
| Welding Resupply Pack |
| 24 Hole Bin |
| 45 Gallon Flam Locker |
| Nutcracker |
| Solve This! |
| Full Contact |
| Stay Charged |
| ElectroGuard |



MN Products

# Deploy-able Electrical Pack
## GMSD500:C_3G2C5



| Product Name |
| --- |
| Sliding Drawer Assortment Pack |
| Battery Cable Wire Pack |
| Nylon Heat Shrink Terminal Assortment |
| Soldering Gun |
| Med Wall Clear Heat Shrink Assortment |
| Heat Shrink Heavy Wall Maintenance Assortment |
| Workbench |
| Butane Gun |
| GMS Hardware 4 Drawer Roller Rack |
| GMS Hardware Large Roller Rack Base w/ 6" Legs |
| Adjustable Slide Drawer |

JA175

# Deploy-able Safety Pack
## GMSD600:C_3G2C5



**MN Products**

| Product Name |
| --- |
| GMS Complete Safety Board Kit |
| GMS Safety Board Refill Kit |
| Absorb This! Spill Kit |
| Duffel Bag Spill Kit w/ Assorted Accessories |
| GMS Wiper |
| Clean Up Wipes |
| Safety Gloves Powder Free |
| Porta Stream® II Eyewash Station |
| First Aid Kit |
| Small White Disposable Coverall |
| Pocket Rocket Spray |
| Crusher Wipes |
| Storage Rack |

# Spill Pallet Tote Pedestal Pack

## GMSE9105PK:C_3G2C5



| Product Name |
| --- |
| 275 Gallon Tote Spill Pallet w/ Drain |
| GMS Duffel Bag Spill Kit |

# 2 Drum Spill Pallet Pack
## GMS9108K:C_3G2C5



| Product Name |
| --- |
| 2 Drum Spill Pallet |
| Duffel Bag Spill Kit w/ Assorted Accessories |

44

**JA176**

# 4 Drum Spill Pallet Pack
## GMSE9097PK:C_3G2C5



| Product Name |
| --- |
| 4 Drum Spill Pallet |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Engine Cleaning Kit
## GMS5101K:C_3G2C5

| Product Name |
| --- |
| Green Oger BIO Quart Bottle w/ Sprayer |
| Orange U Glad |
| Full Contact |
| Solve This! |
| Clean Up Wipes |
| Brite Work Wipes |
| Wax-On |



**MN Products**

# Corrosion Kit
## GMS5102K:C_3G2C5

| Product Name |
| --- |
| No Corrode |
| Zinc About It |
| Nutcracker |
| Stay Charged |
| Arrester |
| Coat This! Black Aerosol |
| Rust-ler |
| GMS Wiper (White) |



45

**JA177**

# Throw Down Berm
## 14' x 54' x 12" Pack
### GMSTNG145412PK:C_3G2C5

| Product Name |
| --- |
| 14' x 54' x 12" Throw Down Berm Pack |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# 3 x 6 x 6 Throw Down
## Berm Pack
### GMSTNG366PK:C_3G2C5

| Product Name |
| --- |
| 3x6x6 Throw Down Berm Pack |
| Duffel Bag Spill Kit w/ Assorted Accessories |



# Paint Striping Pack
## GMS6706K:C_3G2C5

| Product Name |
| --- |
| Strip-R |
| Clean Up Wipes |
| 10 Gallon Paint Striper Tank |
| 3" x 2" Number Kit; 125 Mil - 2 sets |
| 5" x 3" Number Kit; 125 Mil - 2 sets |
| 6" x 4" Number Kit; 125 Mil - 2 sets |
| 12" x 8" Number Kit; 125 Mil - 3 sets |

# Clear It Up Pack
## GMS6898K:C_3G2C5

| Product Name |
| --- |
| Clear Goggles |
| Clearview |
| GMS Wiper |

MN Products

# GMS Complete Safety Board Kit



## GMSE9099:C_3G2C5   GMSE9099DX:C_3G2C5

| Product Name |
| --- |
| GMS Safety Board, 8' x 4' |
| 6'L Body Rescue Hook |
| Clear Splash Goggles |
| Ear Plugs |
| Chemical Resistant Gloves |
| First Aid Station |
| Flame Retardant Bib Apron |
| Industrial 6V Flash Light |
| Rope, 50ft |
| 30dB Noise Blocking Ear Muff |
| SDS Binder Holder |
| SDS Binder |
| Fire Blanket & Bag |
| Static Discharge Stick **Only in Deluxe Kit** |
| Grounding Clamp **Only in Deluxe Kit** |



**GMSE9099:C_3G2C5**



**DELUXE
GMSE9099DX:C_3G2C5**

MN Products

# GMS Safety Board Refill Kit

## GMSE9098:C_3G2C5

| Product Name |
| --- |
| 6'L Body Rescue Hook |
| Clear Goggles |
| PPE Hearing Protection |
| Gloves w/ 12" Gauntlet Cuff, Size 9, 12 Per Pack |
| 2 Shelf Filled Kit Side Opening Medi-First Tablets |
| Industrial 6V Flash Light |
| Flame Retardant Bib Apron |
| Rope, 50ft |
| 30dB Noise Blocking Ear Muff w/ Padded Foam Headband |
| SDS Binder |
| 6V Lantern Battery |
| Fire Blanket & Bag, Blanket Width 62 In., Blanket Length 80 In. |
| Clean Up Wipes (6/Box) |
| Safety Gloves Powder Free (50 Gloves Per Box) |



47

**JA179**



# 316 SS Hardware Refill Pack
## GMH316SSRF:C_3G2C5

| Product Name |
| --- |
| Complete Assorted 316 Stainless Steel Hardware Materials |

**MN Products**

# Custom Cutting Refill Pack
## GMS7798RF:C_3G2C5



| Product Name |
| --- |
| Metal Blades |
| Sawzall Blades |
| Prep Discs |
| Drill Bits & Taps |
| Grinding Wheels |
| Sanding Discs |

**Refer to pg.16 for
Custom Cutting Pack
GMS7798K
NSN: 4940-01-642-1455**

# Sliding Drawer Pack Refill
## GMSG0007RF:C_3G2C5



| Product Name |
| --- |
| Self Drilling Screw Assortment #8-14 |
| Machine Screws |
| 10.9 Metric Drawer Assortment |
| Cotter Pin Assortment |
| Cable Tie Assortment |
| 24 Size Buna-N 90D Rubber O-Ring Assortment |
| 1/16 O-Ring Assortment |
| 3/32 O-Ring Assortment |
| Large Tray 1/4-5/8 Nylon Ab Fitt Assortment |
| Nylon w/ Tool Elec. Wire Term Assortment |

**Refer to pg.16 for
Sliding Drawer Assortment Pack
GMSG0007
NSN: 4940-01-645-5135**

JA180

# USS Pack Refill
## GMSH1000:C_3G2C5



| Product Name |
| --- |
| Grade 8 Yellow Zinc USS Hardware Kit / Bolts, Nuts, Washers |

**Refer to pg.17 for
USS Pack GMS7757K
NSN: 4940-01-640-9437**

# SAE Pack Refill
## GMSH2000:C_3G2C5



| Product Name |
| --- |
| Grade 8 Yellow Zinc SAE Hardware Kit / Bolts, Nuts, Washers |

**Refer to pg.17 for
SAE Pack GMS7758K
NSN: 4940-01-640-9446**

MN Products

# Spill Kit Refill Pack
## GMS7716R:C_3G2C5



| Product Name |
| --- |
| Universal 50-Gallon Spill Kit Refill |
| Suc It Up Absorbent Shaker 1lb |
| Repair Epoxy Putty Stick |

**Refer to pg.13 for
Spill Control Kit GMS7716K
NSN: 4940-01-640-9446**

JA181



MN Products

# Tank Pack 1
## GMMSFB3:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Fuel Bladder Kit 3,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 2
## GMMSFB10:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Fuel Bladder Kit 10,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 3
## GMMSFB20:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Fuel Bladder Kit 20,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 4
## GMMSFB50:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Fuel Bladder Kit 50,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |



JA182



# Tank Pack 5
## GMMSWB3:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Water Bladder Kit 3,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 6
## GMMSWB10:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Water Bladder Kit 10,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 7
## GMMSWB20:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Water Bladder Kit 20,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Tank Pack 8
## GMMSWB50:C_3G2C5

| Product Name |
| --- |
| GMS Mil Spec Water Bladder Kit 50,000 Gallon |
| Duffel Bag Spill Kit w/ Assorted Accessories |

**MN Products**



51



# GMS Bladder Berm Pack
## GMSFBBERMSHD:C_3G2C5

| Product Name |
| --- |
| GMS Frame Berm Super HD |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# GMS Bladder Berm Pack
## GMSFBBERMSHD25:C_3G2C5

| Product Name |
| --- |
| GMS Frame Berm Super HD |
| Duffel Bag Spill Kit w/ Assorted Accessories |

**MN Products**



JA184

# Throw and Snap
# Containment Pack

## GMTSCLP10:C_3G2C5



| Product Name |
| --- |
| 10K Containment |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Throw and Snap
# Containment Pack

## GMTSCLP20:C_3G2C5

| Product Name |
| --- |
| 20K Containment |
| Duffel Bag Spill Kit w/ Assorted Accessories |

# Throw and Snap
# Containment Pack

## GMTSCLP50:C_3G2C5

| Product Name |
| --- |
| 50K Containment |
| Duffel Bag Spill Kit w/ Assorted Accessories |



MN Products

53

JA185



# Clean 'Em Up Pack
## GMS6819K:C_3G2C5

| Product Name |
| --- |
| Powder Free Safety Gloves |
| Clean Up Jr. Wipes |
| GMS Wiper |

**MN Products**



# Shelving Pack
## GMS6703K:C_3G2C5

| Product Name |
| --- |
| Absorb This! All Purpose Pads |
| Shelving Rack w/ Back Panel (Unassembled) |

# Rack 'Em Up Pack
## GMS6833K:C_3G2C5

| Product Name |
| --- |
| Absorb This! All Purpose Pads |
| Storage Rack |



54

JA186

# Summer Survival Pack

## GMS6725K:C_3G2C5

| Product Name |
| --- |
| Smell These Nuggets! |
| Wall Cabinet w/ Fan for Smell These Nuggets! |
| Oger Wipes |
| Portacool |



# Shop Supply Pack
## GMS6728K:C_3G2C5

| Product Name |
| --- |
| TAA Mechanic's Glove - Medium |
| TAA Mechanic's Glove - Large |
| Clean Up Jr. Wipes |
| Wash Up! Tornado |
| Wash Up! Dispenser |
| Pneumatic Stool |



**MN Products**

# GMS Compressor Kit
## GMS5993K:C_3G2C5

| Product Name |
| --- |
| Oger Wrap (Black) |
| Powder Free Safety Gloves |
| Clean Up Wipes |
| Absorb This! All Purpose Pads |
| GMS Wiper |
| Red Shop Towels |
| 15 Gallon Portable Electric Air Compressor |



55

JA187



# Shine So Fine Kit
## GMS6481K:C_3G2C5



| Product Name |
| --- |
| Don't Glare |
| Clearview |
| Orange U Glad |
| Clean John |
| GMS Wiper |

**MN Products**

# Parts Washer Kit
## GMS6534K:C_3G2C5

| Product Name |
| --- |
| 16 Gallon Drum Mounted Parts Washer |
| Hard Parts (DR) |
| Green Nitrile Gloves |
| Clear Goggles |
| Flame Retardant Bib Apron |
| Clean Up Wipes |



# Hard Parts Refill Kit
## GMS6534R:C_3G2C5

| Product Name |
| --- |
| Hard Parts (DR) |
| Green Nitrile Gloves |
| Clear Goggles |
| Flame Retardant Bib Apron |
| Clean Up Wipes |

56

# GMS Safety First Pack
## GMS6853K:C_3G2C5

| Product Name |
| --- |
| Clear Plastic Framed Safety Glasses |
| PPE Hearing Protection |
| Clean Up Jr. Wipes |
| Clean Up Wipes |
| GMS Wiper |
| Black Mechanix Wear TAA Original Glove-Small |
| Black Mechanix Wear TAA Original Glove-Medium |
| Black Mechanix Wear TAA Original Glove-Large |
| Black Mechanix Wear TAA Original Glove-XLarge |



**Also Available: GMS Safety First Refill Pack Part #GMS7516K**

# GMS Distro Safety Pack
## GMS6854K:C_3G2C5

| Product Name |
| --- |
| Ventless Goggles |
| Clean Up Wipes |
| GMS Wiper |
| Red Shop Towels |
| White Disposable Coverall - X-Large |



# GMS Under Pressure Pack
## GMS6892K:C_3G2C5

| Product Name |
| --- |
| Clear Goggles |
| GMS Spill Control Kit |
| Gas Cold Water Pressure Washer |
| Throw Down Berm 14' x 54' x 12" w/ GMS Accessories |



MN Products

57

**JA189**



# Clean Pack Spill Maid
## GM101104PK:C_3G2C5

| Product Name |
| --- |
| Fluid Dispensing System |
| Absorb This! Oil Only Pads |
| Plastic Drain Pan |
| 2 Liter Drum |
| 5 Liter Drum |
| 1" Nozzle Stretch Spout Lid |
| Utility Lid |
| Oil Safe Standard Hand Pump |



**MN Products**

# Sweep Monstah Pack
## GMS6994K:C_3G2C5

| Product Name |
| --- |
| Walk Behind Sweeper |
| Safety Gloves Powder Free (L) |
| Orange U Glad |
| Smell These Nuggets! Fresh |
| Buff-It |



# POL Storage Pack
## GMSD100TR:C_3G2C5

| Product Name |
| --- |
| Tricon Cargo Container |
| Spill Pallet Ramp |
| Drum Truck |
| GMS Duffel Bag Spill Kit |



JA190

# Eye Can See Clearly Now Pack
## GMS7052K:C_3G2C5





| Product Name |
| --- |
| Portable Eyewash |
| Eyewash Saline |
| GMS Wiper |
| Safety Gloves Powder Free (L) |

# Torque It Pack
## GMS7054K:C_3G2C5

| Product Name |
| --- |
| 1/2" Pneumatic Impact Gun |
| Mini Pneumatic Impact Gun |
| 3/8 Straight Through Female Coupler |
| 3/8 Straight Through Male Coupler |
| 3/8 Straight Through Male Nipple (Plug) |
| 1/4 Straight Through Female Nipple (Plug) |
| 1/2 Straight Through Female Coupler |
| 1/2 Straight Through Male Coupler |
| 1/2 Straight Through Male Nipple (Plug) |
| 1/2 Straight Through Female Nipple (Plug) |
| Clean Up Jr. Wipes |



**MN Products**

# Push It Pack
## GMS7063K:C_3G2C5

| Product Name |
| --- |
| 36" Bristle Broom w/ Wooden Handle |
| Suc It Up 2.75 lb. Absorbent Shaker Bottle |



JA191



# Lock & Roll Pack
## GMS7110K:C_3G2C5

| Product Name |
|---|
| Rolling Tool Box |
| Clean Up Jr. Wipes |



**MN Products**

# Fluid Dispensing System Pack
## GM101104K:C_3G2C5

| Product Name |
|---|
| Fluid Dispensing System |
| Absorb This! All Purpose Pads |



# Undercover Pack
## GMS7139K:C_3G2C5

| Product Name |
|---|
| Protection Coveralls (Large) |
| Black Mechanix Wear TAA Original Glove (Large) |
| Clean Up Jr. Wipes |



JA192



# 6' x 6' x 1' InstaOgerBerm Pack
# w/ GMS Accessories
## GMIBC661PK:C_3G2C5



| Product Name |
| --- |
| Instant Berm 6' x 6' x 1' |
| Suc It Up 2.75 Lb. |
| Duffel Bag Spill Kit |

**MN Products**

# USS/SAE/Metric Refill Pack
## GMS7217K:C_3G2C5

| Product Name |
| --- |
| 1/4, 5/16, 3/8 : USS Flat Washer Y/Z (Pack 100) |
| 1/4, 5/16, 3/8 : High-Strength Alloy Lock Washer Y/Z (Pack 100) |
| 1/4-20 x 3/4, 1/4-20 x 1, 1/4-20 x 1-1/4 : GR8 USS Hex Cap Screw Y/Z (Pack 100) |
| 3/8-16 GR8 USS Hex Nut Y/Z (Pack 100) |
| M6, M8 : 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc (Pack 200) |
| M10 200HV Metric Flat Washers 10.9 DIN 125A Hardened Yellow Zinc (Pack 100) |
| M6, M8 : Metric Split Lockwashers Din 127B Zinc Plated (Pack 200) |
| M6-1.0 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc (Pack 200) |
| M10 Metric Split Lockwashers Din 127B Zinc Plated (Pack 100) |
| M10-1.5 x 25 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc (Pack 25) |
| 1/4, 5/16, 3/8, 7/16 : SAE Flat Washer Y/Z (Pack 100) |
| 5/16-18 x 2 GR8 USS Hex Cap Screw Y/Z (Pack 100) |
| 1/4-28 GR8 SAE Hex Nut Y/Z (Pack 100) |
| Clean Up Jr. Wipes |



# Go with the Flow Pack
## GMS7326K:C_3G2C5

| Product Name |
|---|
| Oger Wipes |
| Portable Toilet |
| Toilet Kit |



**MN Products**

# Private Eyes Pack
## GMS7328K:C_3G2C5

| Product Name |
|---|
| TAA Mechanic's Gloves (S) |
| TAA Mechanic's Gloves (M) |
| TAA Mechanic's Gloves (L) |
| TAA Mechanic's Gloves (XL) |
| PPE Hearing Protection |
| Clear Safety Glasses |
| Clean Up Jr. Wipes |



# HEMTT Fuel Berm Pack
## GMS7482K:C_3G2C5

| Product Name |
|---|
| Drive-In Containment System |
| GMS Duffel Bag Spill Kit |
| Suc It Up 2.75 Lb. |
| GMS Wiper |



JA194

# Squeegee Beegee Pack
## GMS7412K:C_3G2C5 FEDMALL



| Product Name |
| --- |
| 1.5 Liter Drum |
| 3 Liter Drum |
| 5 Liter Drum |
| Red Stumpy Spout Lid |
| 2 Qt. Funnel w/ Screen |
| Black 24" Squeegee Head |
| 59" Squeegee Head |
| 7 Mil Black Electrical Tape 3/4" x 20' ft. |
| 11 Mil Green Duct Tape 48mm x 55m |
| 1" x 520" White Thread Sealant Tape |
| Clean Up Jr. Wipes |



# Hammer Time Pack
## GMS7421K:C_3G2C5 FEDMALL

| Product Name |
| --- |
| Portable Grease Pump w/ Gun w/ 30' ft. Hose |
| ThermaPlex CS Moly Bearing Grease 35 lb. Plastic Pail |
| Wheel Bearing Packer |
| 3/4" x Cordless Impact Wrench |
| 20 Ton Porto-Power Kit |
| Hydraulic Maintenance & Repair Kit |
| 8PC Pneumatic Air Hammer Kit |
| 2-5/8" Stroke 3200 BPM Force Air Hammer |
| Riveting Hammer |
| GMS Wiper |
| Safety Gloves Powder Free (L) |
| Clean Up Wipes |
| Solve This! |



**MN Products**

63

# Roly Poly Safety Pack
## GMS7525K:C_3G2C5



| Product Name |
| --- |
| Spill Containment w/ Drum 1200 lb. |
| GMS Duffel Bag Spill Kit |
| Clean Up Wipes |

**MN Products**

# Keep On Creepin' On Pack
## GMS7519K:C_3G2C5



| Product Name |
| --- |
| Aerocreeper |
| Safety Gloves Powder Free (XL) |
| Clean Up Wipes |

# Stack Rack Pack
## GMS7731K:C_3G2C5 FedMall



| Product Name |
| --- |
| Stack Rack |
| Absorb This! All Purpose Pads |
| GMS Wiper |
| Clean Up Jr. Wipes |

# Clean Pack Spill Maid Refill

## GMS7563K:C_3G2C5





| Product Name |
| --- |
| Absorb This! Oil Only Pads |
| Plastic Drain Pan |
| 2 Liter Drum |
| 5 Liter Drum |
| Nozzle Stretch Spout Lid |
| Utility Lid |
| Oil Safe Standard Hand Pump |
| Suc It Up 2.75 Lb. |

# 6' x 8' x 1' GMS Custom Throw Down Berm Pack

## GMSTNG681PK:C_3G2C5

**MN Products**

| Product Name |
| --- |
| 6' x 8' x 1' GMS Custom Throw Down Berm |
| Suc It Up 2.75 Lb. |
| GMS Duffel Bag Spill Kit |
| Safety Gloves Powder Free (XL) |
| Clean Up Wipes |



# GMS Too Easy Spill Pack

## GMS7833K:C_3G2C5 FedMall



| Product Name |
| --- |
| GMS Duffel Bag Spill Kit |
| Suc It Up 2.75 Lb. |
| Clean Up Wipes |
| Non-Sparking Shovel |

JA197

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS9098K | Absorb This! Oil Only Pad Pack | GMSG1962 | Deployment Sanitation Pack |
| GMS11055 | Absorbent Pack2 | GMS1077A | Digital Camo Black |
| GMS8003 | Alcohol Free Hand Foam | GMS1076A | Digital Camo Coyote |
| GMS75-41 | Al-Co-Sol | GMS1074A | Digital Camo Green |
| GMS14075G | Almond Sand | GMS1084A | Digital Camo Green |
| GMS540A | Alpine Green | GMS1080A | Digital Camo Highland |
| GMS92501 | Anti-Clog #1 Units | GMS1081A | Digital Camo Light Coyote |
| GMS92502 | Anti-Clog #1 Units | GMS1082A | Digital Camo Sand |
| GMHT1429208 | Araldite 2012 | GMS1078A | Digital Camo Tan |
| GMS1202G | Arrester | GMSE9095 | Dilution Solution Quart Bottle |
| GMS1201A | Arrester Aerosol | GMS1125Q | Disappear |
| GMS1128A | Blast Off | GMS2100CN | Dispel (CN) |
| GMS2000A | Blow-Off | GMS2100DR | Dispel (DR) |
| GMS2103CN | Boilermatch (CN) | GMS1107A | Don't Glare |
| GMS2103DR | Boilermatch (DR) | GMS1702Q | Drain Driller |
| GMS2104CN | Boilermate (CN) | GMS2007CN | Drizzle (CN) |
| GMS2104DR | Boilermate (DR) | GMS2007DR | Drizzle (DR) |
| GMS1132A | Brite Work Aerosol | GMS2313 | Eco Suc It Up, 4-6 Lb. Shaker |
| GMS1905 | Brite Work Wipes | GMS1212A | Electroguard |
| GMS1603Q | Buff-It | GMS5101K | Engine Cleaning Kit |
| GMS2010Q | Bugzilla Killa | GMS7823K | Epoxy Kit |
| GMS1136K | Carpet Remediation Kit | GMS6647K | Epoxy Pack 2 |
| GMS2008A | Choke-N-Hose | GMS1604G | Etch This! (G) |
| GMS6819K | Clean 'Em Up Pack | GMS988A | Flat Camo Black |
| GMS1118A | Clean John | GMS12399A | Flat Camo Desert Tan |
| GMS1136A | Clean Shot | GMS999A | Flat Camo Earth Brown |
| GMS6778K | Clean Shot Power Pack | GMS967A | Flat Camo Earth Red |
| GMS1913 | Clean Up Jr. Wipes | GMS957A | Flat Camo Earth Yellow |
| GMS1909 | Clean Up Wipes | GMS968A | Flat Camo Field Drab |
| GMS1100A | Clearview | GMS12389A | Flat Camo Gray |
| GMS1203A | Coat This! Black Aerosol | GMS987BA | Flat Camo Olive Drab |
| GMS1203CN | Coat This! Black Bulk | GMS977A | Flat Camo Sand |
| GMSC4797 | Company Supply Kit Refill | GMS975A | Flat Camo White |
| GMSC4796 | Company Supply Kit! | GMS990A | Flat Camo Wood Green |
| GM3213 | Corrosion Inhibitive Sealant | GMS128A | Flat Gray Primer |
| GMS5102K | Corrosion Kit | GMS132A | Flat Green Primer |
| GMS6788K | Crack And Seal Pack | GMS8572K | Floor Maintenance Pack |
| GMS3005A | Crack Killer | GMS1605G | Force Field |

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS7075CN | Fresh-Zyme (CN) | GMS2002 | H2O Epoxy Deck Coating |
| GMS7075Q | Fresh-Zyme (Q) | GMS1131CN | Hard Parts (CN) |
| GMS1403A | Full Contact | GMS1131DR | Hard Parts (DR) |
| GMS8366K | Gas Path Cleaner Pack | GMS6534R | Hard Parts Refill Kit |
| GMS1109Q | Germ Crusher RTU (Q) | GMSE9050 | High Output Spray Nozzle |
| GMS8000SK | Germ Crusher Starter Sanitation Station | GMS1124Q | Jackhammer |
| | | GMS1124G | Jackhammer (G) |
| GMS1906 | Germ Crusher Wipes | GMS8365K | JAD Pack |
| GMS1135G | Germ Crusher-Con | GMS1306A | Link Lube |
| GMS7076A | Get Fresh | GMS1303A | Lube This! |
| GMS12311A | Gloss Black | GMS1302C | Lube This! (Cart) |
| GMS13163A | Gloss Orange | GMMA102PRFRTU275TT | MA102PRF RTU 275 Gal TT |
| GMS12375A | Gloss Red | GMMA102PRFRTUCN | MA102PRF RTU 5 Gal CN |
| GMS12317A | Gloss White | GMMA102PRFRTUDR | MA102PRF RTU 55 Gal DR |
| GMS12355A | Gloss Yellow | GMMA110RTU275TT | MA110 RTU 275 Gal TT |
| GMS3010F | GMS Safety Red | GMMA110RTUCN | MA110 RTU 5 Gal CN |
| GMS3070F | GMS Safety White | GMMA110RTUDR | MA110 RTU 55 Gal DR |
| GMS3020F | GMS Safety Yellow | GMS1606G | Magic Carpet |
| GMS7716K | GMS Spill Control Kit | GMS8003K | Maintenance Tactical Pack |
| GMS7716R | GMS Spill Control Kit Refill | GMSA4251 | MASK1 |
| GMS1701CN | Grease Gobbler (CN) | GMS1802CN | Melt This! Liquid (CN) |
| GMS1701G | Grease Gobbler (G) | GMS1802DR | Melt This! Liquid (DR) |
| GMS1108CN | Green Oger Bio | GMS1801BK | Melt This! Pellets |
| GMS1108DR | Green Oger Bio | GMS1800A | Melt This! Spray |
| GMS1108G | Green Oger Bio (G) | GMSW1987 | MMSK1 |
| GMS1108Q | Green Oger Bio (Q) | GMST1989 | MMSK2 |
| GMS1108TT | Green Oger Bio (TT) | GMSWT001 | MMSK3 |
| GMS9016K | Green Oger Dilution Solution System | GMSW2011 | MMSK4 |
| | | GMS3207W | MMSK5 |
| GMS9016RF | Green Oger Dilution Solution System Refill Kit | GMS3206W | MMSK6 |
| | | GMS8434K | MMSK7 |
| GMS9016G | Green Oger Dilution Solution System Starter Kit | GMS8398K | Mobile Gas Path Pack |
| | | GMSG0010 | Mobile JAD Pack 2 |
| | | GMS1121Q | Natural Reflections Bio |
| GMS9016 | Green Oger DSS Dispenser/Rack | GMS1121G | Natural Reflections Bio (G) |
| | | GMS1908 | Nice Brass Wipes |
| GMS1111G | Green Oger Jr. Bio (G) | GMS1207A | No Corrode |

JA199

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS1401A | No Sweat | GMS1035G | Ruskill National Blue |
| GMS1300A | Nutcracker | GMS1072G | Ruskill Safety Red |
| GMS1305A | Nutcracker 2 | GMS306A | Rust Proof Black Aerosol |
| GMS1123P | Oger Soap | GMS319A | Rust Proof Royal Blue Aero |
| GMS1123G | Oger Soap (G) | GMS304A | Rust Proof Safety Green Aero |
| GMS1123DP | Oger Soap Dispenser | GMS301A | Rust Proof Safety Red Aero |
| GMS1912 | Oger Wipes | GMS307A | Rust Proof Safety White Aero |
| GMS1129CN | Orange Blade (CN) | GMS302A | Rust Proof Safety Yellow Aero |
| GMS1129DR | Orange Blade (DR) | GMS1127Q | Rust-Ler |
| GMS1129Q | Orange Blade (Q) | GMS1308A | Safe T Lube |
| GMS1129A | Orange Blade Aero | GMS7827K | Safety Paint Pack |
| GMS1104A | Orange-U-Glad | GMS8000K | Sanitation Station Kit |
| GMS1307A | Organic Nutcracker | GMS8004 | Sanitation Station Refills |
| GMS6706K | Paint Striping Pack | GMS1502A | Seal-It! RTV Black |
| GMS1703 | Pan Handler | GMS1504A | Seal-It! RTV Blue |
| GMS1704 | Pan Handler Jr | GMS1503A | Seal-It! RTV Clear |
| GMS2012 | Pest Pump | GMS1501A | Seal-It! RTV Red |
| GMS1102A | Pinpoint | GMS997BA | Semi Gloss Olive Drab |
| GMS1117A | Pinpoint Hybrid | GMS6481K | Shine So Fine Kit |
| GMS8007X24 | Pocket Rocket Spray (24) | GMS1110Q | Shine-Ola |
| GMS8007X48 | Pocket Rocket Spray (48) | GMS2802 | Ship Shape! Cannonball Bio-Pack Clearview |
| GMSGS001 | POL Dilution Pack | GMS2800 | Ship Shape! Cannonball Bio-Pack Green Oger |
| GMSG0002 | POL Dilution Refill Pack 2 | | |
| GMSGS004 | POL Latrine Maintenance Pack | GMS2801 | Ship Shape! Cannonball Bio-Pack Green Oger Jr |
| GMSGS005 | POL Latrine Refill Pack | GMS2805 | Ship Shape! Cannonball Bio-Pack Smell This! |
| GMS7597K | POL Maintenance Startup Pack | | |
| GMSG0001 | POL-Deicer Pack 2 | GMS2803 | Ship Shape! Cannonball Bio-Pack Super Natural Bowl Buster |
| GMS1206G | Protect It (G) | | |
| GMS1907 | Protect Wipes | GMS2511JR | Ship Shape! Cannonballs Autumn Orchard (Jars) |
| GMS1101A | Punch Line | | |
| GMS3001 | Quick Patch Ultra | GMS2511TB | Ship Shape! Cannonballs Autumn Orchard (Tubs) |
| GMS1010A | Red Iron Oxide Primer | GMS2511BP | Ship Shape! Cannonballs Autumn Orchard Bottle Pack |
| GMS1600A | Remove | | |
| GMS3004 | Rock Hard Aqua | GMS2511B | Ship Shape! Cannonballs Autumn Orchard Quart Bottle with Sprayer |
| GMS3002 | Rock Hard Original | | |
| GMS3003 | Rock Hard Steel | GMS2515JR | Ship Shape! Cannonballs Bowl Buster |
| GMS1020G | Ruskill Flat White | | |

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS2515TB | Ship Shape! Cannonballs Bowl Buster | GMS2507TB | Ship Shape! Cannonballs Germ Crusher (Tubs) |
| GMS2508JR | Ship Shape! Cannonballs Bowl Buster (Jars) | GMS2507BP | Ship Shape! Cannonballs Germ Crusher Bottle Pack |
| GMS2508TB | Ship Shape! Cannonballs Bowl Buster (Tubs) | GMS2507B | Ship Shape! Cannonballs Germ Crusher Quart Bottle with Sprayer |
| GMS2508BP | Ship Shape! Cannonballs Bowl Buster Bottle Pack | GMS2506JR | Ship Shape! Cannonballs Green Oger (Jars) |
| GMS2515BP | Ship Shape! Cannonballs Bowl Buster NA Bottle Pack | GMS2506TB | Ship Shape! Cannonballs Green Oger (Tubs) |
| GMS2515B | Ship Shape! Cannonballs Bowl Buster NA Quart Bottle with Sprayer | GMS2506BP | Ship Shape! Cannonballs Green Oger Bottle Pack |
| GMS2508B | Ship Shape! Cannonballs Bowl Buster Quart Bottle with Sprayer | GMS2516JR | Ship Shape! Cannonballs Green Oger Jr. (Jars) |
| | | GMS2516TB | Ship Shape! Cannonballs Green Oger Jr. (Tubs) |
| GMS2509JR | Ship Shape! Cannonballs Clearview (Jars) | GMS2516BP | Ship Shape! Cannonballs Green Oger Jr. Bottle Pack |
| GMS2509TB | Ship Shape! Cannonballs Clearview (Tubs) | GMS2516B | Ship Shape! Cannonballs Green Oger Jr. Quart Bottle with Sprayer |
| GMS2509BP | Ship Shape! Cannonballs Clearview Bottle Pack | | |
| GMS2509B | Ship Shape! Cannonballs Clearview Quart Bottle with Sprayer | GMS2506B | Ship Shape! Cannonballs Green Oger Quart Bottle with Sprayer |
| GMS2522JR | Ship Shape! Cannonballs Fantastic Lilac (Jars) | GMS2523JR | Ship Shape! Cannonballs Hamper Stamper (15gm) (Jars) |
| GMS2522TB | Ship Shape! Cannonballs Fantastic Lilac (Tub) | GMS2523TB | Ship Shape! Cannonballs Hamper Stamper (15gm) (Tubs) |
| GMS2522BP | Ship Shape! Cannonballs Fantastic Lilac Bottle Pack | GMS2524TB | Ship Shape! Cannonballs Hamper Stamper (40gm) (Tubs) |
| GMS2522B | Ship Shape! Cannonballs Fantastic Lilac Quart Bottle with Sprayer | | |
| | | GMS2523BP | Ship Shape! Cannonballs Hamper Stamper Bottle Pack |
| GMS2521JR | Ship Shape! Cannonballs Flower Power Oger (Jars) | GMS2520JR | Ship Shape! Cannonballs Jackhammer (Jars) |
| GMS2521TB | Ship Shape! Cannonballs Flower Power Oger (Tubs) | GMS2520TB | Ship Shape! Cannonballs Jackhammer (Tubs) |
| GMS2521BP | Ship Shape! Cannonballs Flower Power Oger Bottle Pack | GMS2520BP | Ship Shape! Cannonballs Jackhammer Bottle Pack |
| GMS2521B | Ship Shape! Cannonballs Flower Power Oger Quart Bottle with Sprayer | GMS2520B | Ship Shape! Cannonballs Jackhammer Quart Bottle with Sprayer |
| GMS2507JR | Ship Shape! Cannonballs Germ Crusher (Jars) | GMS2512BP | Ship Shape! Cannonballs Mighty Dish Bottle Pack |

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS2512JR | Ship Shape! Cannonballs Mighty Dish Detergent (Jars) | GMS1304A | Slick Stick |
| GMS2512TB | Ship Shape! Cannonballs Mighty Dish Detergent (Tubs) | GMS7053 | Smell These Nuggets! Apple |
| | | GMS7051 | Smell These Nuggets! Berry |
| GMS2510JR | Ship Shape! Cannonballs Mulberry Blast (Jars) | GMS7059 | Smell These Nuggets! Breeze |
| | | GMS7054 | Smell These Nuggets! Cherry |
| GMS2510TB | Ship Shape! Cannonballs Mulberry Blast (Tubs) | GMS7057 | Smell These Nuggets! Cinnamon |
| GMS2510BP | Ship Shape! Cannonballs Mulberry Blast Bottle Pack | GMS7062 | Smell These Nuggets! Fresh |
| | | GMS7060 | Smell These Nuggets! Honey |
| GMS2510B | Ship Shape! Cannonballs Mulberry Blast Quart Bottle with Sprayer | GMS7048 | Smell These Nuggets! Limon |
| | | GMS7050 | Smell These Nuggets! Melon |
| GMS2519JR | Ship Shape! Cannonballs Oger Soap (Jars) | GMS7055 | Smell These Nuggets! Peach |
| | | GMS7052 | Smell These Nuggets! Plum |
| GMS2519TB | Ship Shape! Cannonballs Oger Soap (Tubs) | GMS7061 | Smell These Nuggets! Spice |
| GMS2519BP | Ship Shape! Cannonballs Oger Soap Bottle Pack | GMS7058 | Smell These Nuggets! Sunkist |
| | | GMS7056 | Smell These Nuggets! Vanilla |
| GMS2513TB | Ship Shape! Cannonballs Power Up Pre-Soak (Tubs) | GMS7053SS | Smell These! Starter Sacs Apple |
| | | GMS7051SS | Smell These! Starter Sacs Berry |
| GMS2513BP | Ship Shape! Cannonballs Power Up Presoak Bottle Pack | GMS7059SS | Smell These! Starter Sacs Breeze |
| GMS2514JR | Ship Shape! Cannonballs Ramp Up Rinse Aid (Jars) | GMS7054SS | Smell These! Starter Sacs Cherry |
| GMS2514TB | Ship Shape! Cannonballs Ramp Up Rinse Aid (Tubs) | GMS7057SS | Smell These! Starter Sacs Cinnamon |
| GMS2514BP | Ship Shape! Cannonballs Ramp Up Rinse Aid Bottle Pack | GMS7062SS | Smell These! Starter Sacs Fresh |
| | | GMS7060SS | Smell These! Starter Sacs Honey |
| | | GMS7048SS | Smell These! Starter Sacs Limon |
| GMS2518JR | Ship Shape! Cannonballs Sizzle (Jars) | GMS7050SS | Smell These! Starter Sacs Melon |
| GMS2518TB | Ship Shape! Cannonballs Sizzle (Tubs) | GMS7055SS | Smell These! Starter Sacs Peach |
| | | GMS7052SS | Smell These! Starter Sacs Plum |
| GMS2518BP | Ship Shape! Cannonballs Sizzle Bottle Pack | GMS7061SS | Smell These! Starter Sacs Spice |
| | | GMS7058SS | Smell These! Starter Sacs Sunkist |
| GMS2518B | Ship Shape! Cannonballs Sizzle Quart Bottle with Sprayer | GMS7056SS | Smell These! Starter Sacs Vanilla |
| | | GMS2605G | Smell This! |
| GMS2517BP | Ship Shape! Cannonballs Wash This Bottle Pack | GMS7019A | Smell This! Apple |
| | | GMS6000K | Smell This! Deodorizer Kit |
| GMS2517TB | Ship Shape! Cannonballs Wash This! (Tubs) | GMS7001A | Smell This! Mango |
| GMS6728K | Shop Supply Pack | GMS7018A | Smell This! Mulberry |
| | | GMS7007A | Smell This! Orange |
| GMS1105Q | Sizzle | GMS7009A | Smell This! Pina Colada |
| GMS1301A | Slick Ride | GMS6010A | Smell This! Strawberry |

# Chemical

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMS7020A | Smell This! Vanilla | GMS710A | Traffic White |
| GMS6016A | Smell This! Watermelon | GMS720A | Traffic Yellow |
| GMS1400A | Solve This! | GMSA4250 | TVDK1 |
| GMS7097 | Sprinkle This | | |
| GMS1402A | Start This! | GMSA4249 | TVLK1 |
| GMS1205A | Stay Charged | GMSA4252 | TVSK1 |
| GMS1103A | Stay Cool | GMSG0012 | Unit Sanitation Pack 2 |
| GMS1103CN | Stay Cool (CN) | GMS1705CN | Uplift (CN) |
| GMS1508 | Stick It! Threadlocker High | GMS1112DR | Uppercut |
| GMS1507 | Stick It! Threadlocker Medium | GMS1116Q | Vandal |
| GMS1500A | Stick-Em-Up | GMS1900 | Vandal Wipes |
| GMS1602 | Strip This! (2.5 Gallon Container) | GMS1039 | Vehicle Oil Maintenance Kit |
| GMS1602DR | Strip This! (DR) | GMS1106DR | Wash This! (DR) |
| GMS1404A | Strip-R | GMS1106G | Wash This! (G) |
| GMS2307 | Suc It Up 3" x 4' | GMS2205 | Wash Up! Bubblegum |
| GMS2308 | Suc It Up 3" x 8' | GMS2203 | Wash Up! Coco Breeze |
| GMS2305LB100 | Suc It Up Absorbent | | |
| GMS2305LB | Suc It Up Absorbent Shaker 1 Lb. | GMS2203S | Wash Up! Coco Breeze Flip Top |
| GMS2305 | Suc It Up Absorbent Shaker Bottle | | |
| GMS2306 | Suc It Up Acid Neutralizer | | |
| GMS2309 | Suc It Up Pillows | GMS2200E | Wash Up! Dispenser |
| GMS6725K | Summer Survival Pack | GMS2204 | Wash Up! Handfull |
| GM91201 | Sunscreen Wipes | GMS2206 | Wash Up! Main Squeeze |
| GMS1122Q | Super Natural Bowl Buster Bio | GMS2202 | Wash Up! Tornado |
| GMS1122G | Super Natural Bowl Buster Bio (G) | GMS2202S | Wash Up! Tornado Flip Top |
| GMS2003 | Swat Bands | GMS2202K | Wash Up! Tornado Pack |
| GMS2001A | Swat Spray | GMS2200 | Wash-Up! Pink Lotion |
| GMS7098 | Swirl | | |
| GMS7099 | Swish | GMS1601 | Wax This! (2.5 Gallon Container) |
| GMS2106CN | Tempest (CN) | | |
| GMS2106DR | Tempest (DR) | GMS1601DR | Wax This! (DR) |
| GMS2101CN | Thrive Chill (CN) | GMS2005A | Wax-On |
| GMS2101DR | Thrive Chill (DR) | GMS1200A | Wheeldone |
| GMS2102CN | Thrive Hot (CN) | GMPKGQ2W | White Round Quart Bottles |
| GMS2102DR | Thrive Hot (DR) | | |
| GMS2105CN | Tower Trooper (CN) | GMS1209A | Woodpecker |
| GMS2105DR | Tower Trooper (DR) | GMS1208A | Zinc About It |

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMH10PS | #10 Combo Pan HD SMS Mini Oger Pak | GMHSD15 | #14 x 1-1/2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHK6HX | #10 Hex Head Anchor Asst. Mini Oger Pak | GMHSD16 | #14 x 2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHK6CO | #10 Pan Head Anchor Asst. Mini Oger Pak | GMHSD13 | #14 x 3/4" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHSD04 | #10 x 1/2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHTG6K | #6 Anchor Asst. Mini Oger Pak |
| | | GMHWR6 | #6 Wood Rocket Mini Oger Pak |
| GMHSD08 | #10 x 1-1/2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHMS03 | #6-32 x 1" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHSD07 | #10 x 1-1/4" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHMS01 | #6-32 x 1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHSD06 | #10 x 3/4" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHMS02 | #6-32 x 3/4" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHSD05 | #10 x 5/8" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMH8PS | #8 Combo Pan HD SMS Mini Oger Pak |
| GMHMS11 | #10-24 x 1" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHSD01 | #8 x 1/2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHMS09 | #10-24 x 1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHSD03 | #8 x 3/4" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHMS12 | #10-24 x 1-1/4" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHSD02 | #8 x 5/8" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw |
| GMHMS10 | #10-24 x 3/4" Zinc-Plated Steel Pan Head Phillips Machine Screw | | |
| GMHMS16 | #10-32 x 1" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHMS08 | #8-32 x 1" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHMS14 | #10-32 x 1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHMS06 | #8-32 x 1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHMS18 | #10-32 x 1-1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHMS04 | #8-32 x 1/4" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHMS17 | #10-32 x 1-1/4" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHMS07 | #8-32 x 3/4" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHMS15 | #10-32 x 3/4" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHMS05 | #8-32 x 3/8" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMHMS13 | #10-32 x 3/8" Zinc-Plated Steel Pan Head Phillips Machine Screw | GMHOR18 | 1" x 1-1/4" x 1/8" Rubber O-Ring |
| | | GMHOR26 | 1" x 1-1/8" x 1/16" Rubber O-Ring |
| GMHSD10 | #12 x 1" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHOR49 | 1" x 1-3/16" x 3/32" Rubber O-Ring |
| | | GMSG0007-9 | 1/16 Buna-N 90D O-Ring |
| GMHSD11 | #12 x 1-1/2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHCP03 | 1/16" x 1" Cotter Pins Z/P |
| | | GMHCP01 | 1/16" x 1/2" Cotter Pins Z/P |
| GMHSD12 | #12 x 2" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHCP04 | 1/16" x 1-1/2" Cotter Pins Z/P |
| GMHSD09 | #12 x 3/4" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMHCP02 | 1/16" x 3/4" Cotter Pins Z/P |
| | | GMSG0007-4 | 1/16-3/32-1/8-5/32 Cotter Pin |
| GMHSD14 | #14 x 1" Zinc-Plated Steel Pan Head Phillips Self Drilling Screw | GMSG0007-5 | 1/16-3/32-1/8-5/32 Cotter Pin |

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH1042 | 1/2 High-Strength Alloy Lock Washer Y/Z | GMSH1038 | 1/4 High-Strength Alloy Lock Washer Y/Z |
| GMSH2019 | 1/2 SAE Flat Washer Y/Z | GMSH2015 | 1/4 SAE Flat Washer Y/Z |
| GMSH1049 | 1/2 USS Flat Washer Y/Z | GMSH1045 | 1/4 USS Flat Washer Y/Z |
| GMHOR09 | 1/2 x 11/16" x 3/32" Rubber O-Ring | GMHBF04 | 1/4" 61 NTA-4 J844 Nut Brs Fitt. |
| GMHBF17 | 1/2' x 3/8" VS 269 NTA J844 Male Elbow | GMHBF01 | 1/4" 62 NTA-4 J844 Union Brs Fitt. |
| | | GMHBF02 | 1/4" TB AB NTA Insert Brass |
| GMHBF16 | 1/2" 61 NTA-8 J844 Nut Brs Fitt. | GMHBF03 | 1/4" TB AB NTA Sleeve Brass |
| GMHBF13 | 1/2" 62 NTA-8 J844 Union Brs Fitt. | GMHBF05 | 1/4" x 1/8" VS 269 NTA J844 Male Elbow |
| GMHBF14 | 1/2" TB AB NTA Insert Brass | | |
| GMHBF15 | 1/2" TB AB NTA Sleeve Brass | GMHBF06 | 1/4" x 1/8" VS 68 NTA J844 Male Con. Brs |
| GMHBF18 | 1/2" x 3/8" VS 68 NTA J844 Male Con. Brs | | |
| GMHOR25 | 1/2" x 5/8" x 1/16" Rubber O-Ring | GMHOR05 | 1/4" x 3/8" x 1/16" Rubber O-Ring |
| GMSH1005 | 1/2-13 GR8 USS Hex Nut Y/Z | GMHMS21 | 1/4"-20 x 1" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1068 | 1/2-13 GR8 USS Nylon Insert Lock Nut Y/Z | GMHMS19 | 1/4"-20 x 1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1032 | 1/2-13 x 1 GR8 USS Hex Cap Screw Y/Z | GMHMS23 | 1/4"-20 x 1-1/2" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1033 | 1/2-13 x 1-1/2 GR8 USS Hex Cap Screw Y/Z | GMHMS22 | 1/4"-20 x 1-1/4" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1034 | 1/2-13 x 2 GR8 USS Hex Cap Screw Y/Z | GMHMS24 | 1/4"-20 x 2" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1035 | 1/2-13 x 2-1/2 GR8 USS Hex Cap Screw Y/Z | GMHMS20 | 1/4"-20 x 3/4" Zinc-Plated Steel Pan Head Phillips Machine Screw |
| GMSH1036 | 1/2-13 x 3 GR8 USS Hex Cap Screw Y/Z | GMH1420PS | 1/4-20 Combo RD HD MS Asst. Mini Oger Pak |
| GMSH1037 | 1/2-13 x 3-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1001 | 1/4-20 GR8 USS Hex Nut Y/Z |
| GMSH2005 | 1/2-20 GR8 SAE Hex Nut Y/Z | GMSH1064 | 1/4-20 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH2068 | 1/2-20 GR8 SAE Nylon Insert Lock Nut Y/Z | GMSH1009 | 1/4-20 x 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH2046 | 1/2-20 x 1 GR8 SAE Hex Cap Screw Y/Z | GMSH1011 | 1/4-20 x 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH2047 | 1/2-20 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH1010 | 1/4-20 x1-1/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH2048 | 1/2-20 x 2 GR8 SAE Hex Cap Screw Y/Z | GMSH1012 | 1/4-20 x 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH2049 | 1/2-20 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH1013 | 1/4-20 x 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH2050 | 1/2-20 x 3 GR8 SAE Hex Cap Screw Y/Z | GMSH1008 | 1/4-20 x 3/4 GR8 USS Hex Cap Screw Y/Z |
| GMSH2051 | 1/2-20 x 3-1/2 GR8 SAE Hex Cap Screw Y/Z | | |

JA205

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMHFMDD1434 | 1/4-20 x 3/4 Phillips Flat Head Mach Sc. Mini Oger Pak | GMHOR22 | 1-1/4" x 1-1/2" x 1/8" Rubber O-Ring |
| GMSH2001 | 1/4-28 GR8 SAE Hex Nut Y/Z | GMHOR32 | 1-1/4" x 1-3/8" x 1/16" Rubber O-Ring |
| GMSH2064 | 1/4-28 GR8 SAE Nylon Insert Lock Nut Y/Z | GMHOR29 | 1-1/8" x 1-1/4" x 1/16" Rubber O-Ring |
| GMSH2023 | 1/4-28 x 1 GR8 SAE Hex Cap Screw Y/Z | GMHOR20 | 1-1/8" x 1-3/8" x 1/8" Rubber O-Ring |
| GMSH2025 | 1/4-28 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z | GMHOR55 | 1-1/8" x 1-5/16" x 3/32" Rubber O-Ring |
| GMSH2024 | 1/4-28 x 1-1/4 GR8 SAE Hex Cap Screw Y/Z | GMHWT17 | 12-10 AWG #10 Nylon Spade Wire Term |
| GMSH2026 | 1/4-28 x 2 GR8 SAE Hex Cap Screw Y/Z | GMHWT18 | 12-10 AWG Nylon Wire Term Butt Conn |
| GMSH2027 | 1/4-28 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z | GMHWT14 | 12-10 AWG x #10 Nylon Wire Term Ring |
| GMSH2022 | 1/4-28 x 3/4 GR8 SAE Hex Cap Screw Y/Z | GMHWT15 | 12-10 AWG x 1/4" Nylon Wire Term Ring |
| GMSG0007-11 | 1/4-5/8 Nylon AB Fitt | GMHWT16 | 12-10 AWG x 3/8" Nylon Wire Term Ring |
| GMHCP09 | 1/8" x 1" Cotter Pins Z/P | | |
| GMHOR01 | 1/8" x 1/4" x 1/16" Rubber O-Ring | GMHOR15 | 13/16" x 1-1/16" x 1/8" Rubber O-Ring |
| GMHCP11 | 1/8" x 1-1/2" Cotter Pins Z/P | | |
| GMHCP10 | 1/8" x 1-1/4" Cotter Pins Z/P | GMHOR58 | 1-3/16" x 1-3/8" x 3/32" Rubber O-Ring |
| GMHCP12 | 1/8" x 2" Cotter Pins Z/P | | |
| GMHCP13 | 1/8" x 2-1/2" Cotter Pins Z/P | GMHOR40 | 13/16" x 15/16" x 1/16" Rubber O-Ring |
| GMSG0007-3 | 10.9 Metric Drawer | | |
| GMHFMDD10242 | 10-24 x 2 Phillips Flat Head Mach Sc. Mini Oger Pak | GMHOR21 | 1-3/16" x 1-7/16" x 1/8" Rubber O-Ring |
| GMH1032PS | 10-32 Combo RD HD MS Asst. Mini Oger Pak | GMHOR59 | 1-3/4" x 1-15/16" x 3/32" Rubber O-Ring |
| GMHFMDD10322 | 10-32 x 2 Phillips Flat Head Mach Sc. Mini Oger Pak | GMHOR35 | 1-3/8" x 1-1/2" x 1/16" Rubber O-Ring |
| GMHOR52 | 1-1/16" x 1-1/4" x 3/32" Rubber O-Ring | GMHOR24 | 1-3/8" x 1-5/8" x 1/8" Rubber O-Ring |
| GMHOR34 | 11/16" x 13/16" x 1/16" Rubber O-Ring | GMHOR44 | 1-3/8" x 1-9/16" x 3/32" Rubber O-Ring |
| GMHOR19 | 1-1/16" x 1-5/16" x 1/8" Rubber O-Ring | GMHOR46 | 15/16" x 1-1/8" x 3/32" Rubber O-Ring |
| GMHOR12 | 11/16" x 7/8" x 3/32" Rubber O-Ring | GMHOR17 | 15/16" x 1-3/16" x 1/8" Rubber O-Ring |
| GMHOR50 | 1-1/2" x 1-11/16" x 3/32" Rubber O-Ring | GMHOR23 | 1-5/16" x 1-9/16" x 1/8" Rubber O-Ring |
| GMHOR38 | 1-1/2" x 1-5/8" x 1/16" Rubber O-Ring | GMHOR56 | 1-5/8" x 1-13/16" x 3/32" Rubber O-Ring |
| | | GMHOR41 | 1-5/8" x 1-3/4" x 1/16" Rubber O-Ring |

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMHWT11 | 16-14 AWG #10 Nylon Spade Term | GMHWT05 | 22-18 AWG x #8 Nylon Spade Wire Term |
| GMHWT19 | 16-14 AWG Nylon Male Slide Term | | |
| GMHWT12 | 16-14 AWG Nylon Wire Term Butt Conn. | GMHWT03 | 22-18 AWG x #8 Nylon Wire Term Ring |
| GMHWT09 | 16-14 AWG x #10 Nylon Wire Term Ring | GMHOR60 | 2-3/4" x 2-15/16" x 3/32" Rubber O-Ring |
| GMHWT08 | 16-14 AWG x #8 Nylon Wire Term Ring | GMHOR36 | 2-3/8" x 2-1/2" x 1/16" Rubber O-Ring |
| GMHWT13 | 16-14 AWG x 1/4" Nylon Fem Qk Sld | GMHOR51 | 2-3/8" x 2-9/16" x 3/32" Rubber O-Ring |
| GMHWT10 | 16-14 AWG x 1/4" Nylon Wire Term Ring | GMSG0007-8 | 24 Size Buna-N 90D Rubber O-Ring |
| GMHOR47 | 1-7/16" x 1-5/8" x 3/32" Rubber O-Ring | GMHOR57 | 2-5/8" x 2-13/16" x 3/32" Rubber O-Ring |
| GMHWT07 | 18-14 AWG Blue Lock Term | GMHOR42 | 2-5/8" x 2-3/4" x 1/16" Rubber O-Ring |
| GMHWT01 | 18-14 AWG Fem Tab T-Tap | | |
| GMH188PPHMS | 18-8 Phillips Pan Head Machine Screw Mini Oger Pak (Sizes #8 & #10) | GMHCT02 | 3/16" x 15-1/2" T50L Black Tyton Nylon Cable Ties |
| | | GMHCT01 | 3/16" x 16" T50MI Black Tyton Nylon Cable Ties |
| GMH00798 | 18-8 Phillips Pan Head Machine Screw Oger Pak | GMHOR03 | 3/16" x 5/16" x 1/16" Rubber O-Ring |
| GMSG0007-12 | 19 Size Nylon w/ Tool Elec. Wire Term | GMHCT04 | 3/16" x 8" T50R Black Tyton Nylon Cable Ties |
| GMHOR53 | 1-9/16" x 1-3/4" x 3/32" Rubber O-Ring | GMHCT03 | 3/16" x 8-1/2" T50MR Black Tyton Nylon Cable Ties |
| GMHOR27 | 2" x 2-1/8" x 1/16" Rubber O-Ring | GMHCP08 | 3/32" x 2" Cotter Pins Z/P |
| GMHOR54 | 2-1/2" x 2-11/16" x 3/32" Rubber O-Ring | GMSG0007-10 | 3/32 Buna-N 90D O-Ring |
| | | GMHCP06 | 3/32" x 1" Cotter Pins Z/P |
| GMHOR39 | 2-1/2" x 2-5/8" x 1/16" Rubber O-Ring | GMHCP07 | 3/32" x 1-1/2" Cotter Pins Z/P |
| | | GMHCP05 | 3/32" x 3/4" Cotter Pins Z/P |
| GMHOR33 | 2-1/4" x 2-3/8" x 1/16" Rubber O-Ring | GMHCT05 | 3/32" x 5-1/2" T18I Black Tyton Nylon Cable Ties |
| GMHOR48 | 2-1/4" x 2-7/16" x 3/32" Rubber O-Ring | GMSH1044 | 3/4 High-Strength Alloy Lock Washer Y/Z |
| GMHOR30 | 2-1/8" x 2-1/4" x 1/16" Rubber O-Ring | GMSH2021 | 3/4 SAE Flat Washer Y/Z |
| | | GMSH1051 | 3/4 USS Flat Washer Y/Z |
| GMHOR45 | 2-1/8" x 2-5/16" x 3/32" Rubber O-Ring | GMHOR14 | 3/4" x1" x 1/8" Rubber O-Ring |
| GMHWT06 | 22-18 AWG Nylon Wire Term Butt Conn. | GMHOR13 | 3/4" x 15/16" x 3/32" Rubber O-Ring |
| GMHWT04 | 22-18 AWG x #10 Nylon Wire Term Ring | GMHOR37 | 3/4" x 7/8" x 1/16" Rubber O-Ring |
| | | GMSH1007 | 3/4-10 GR8 USS Hex Nut Y/Z |
| GMHWT02 | 22-18 AWG x #6 Nylon Wire Term Ring | GMSH1070 | 3/4-10 GR8 USS Nylon Insert Lock Nut Y/Z |

JA207

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH1058 | 3/4-10 x 1-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1020 | 3/8-16 x 1 GR8 USS Hex Cap Screw Y/Z |
| GMSH1059 | 3/4-10 x 2 GR8 USS Hex Cap Screw Y/Z | GMSH1022 | 3/8-16 x 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1060 | 3/4-10 x 2-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1021 | 3/8-16 x 1-1/4 Gr8 USS Hex Cap Screw Y/Z |
| GMSH1061 | 3/4-10 x 3 GR8 USS Hex Cap Screw Y/Z | GMSH1023 | 3/8-16 x 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1062 | 3/4-10 x 3-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1024 | 3/8-16 x 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1063 | 3/4-10 x 4 GR8 USS Hex Cap Screw Y/Z | GMSH1025 | 3/8-16 x 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH2007 | 3/4-16 GR8 SAE Hex Nut Y/Z | GMSH2003 | 3/8-24 GR8 SAE Hex Nut Y/Z |
| GMSH2070 | 3/4-16 GR8 SAE Nylon Insert Lock Nut Y/Z | GMSH2066 | 3/8-24 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2058 | 3/4-16 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH2034 | 3/8-24 x 1 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2059 | 3/4-16 x 2 GR8 SAE Hex Cap Screw Y/Z | GMSH2036 | 3/8-24 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2060 | 3/4-16 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH2035 | 3/8-24 x 1-1/4 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2061 | 3/4-16 x 3 GR8 SAE Hex Cap Screw Y/Z | GMSH2037 | 3/8-24 x 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2062 | 3/4-16 x 3-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH2038 | 3/8-24 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2063 | 3/4-16 x 4 GR8 SAE Hex Cap Screw Y/Z | GMSH2039 | 3/8-24 x 3 GR8 SAE Hex Cap Screw Y/Z |
| | | GMH316SSRF | 316 SS Hardware Refill Pack |
| GMSH1040 | 3/8 High-Strength Alloy Lock Washer Y/Z | GMH00928 | 410 S/S External Lockwasher Oger Pak |
| GMSH2017 | 3/8 SAE Flat Washer Y/Z | GMH00929 | 410 S/S Internal Lockwasher Oger Pak |
| GMSH1047 | 3/8 USS Flat Washer Y/Z | | |
| GMHBF10 | 3/8" 61NTA-6 J844 Nut Brs Fitt. | GMH00465 | 45 Degree Flarco Fitting Oger Pak |
| GMHBF07 | 3/8" 62NTA-6 J844 Union Brs Fitt. | GMSH1039 | 5/16 High-Strength Alloy Lock Washer Y/Z |
| GMHBF08 | 3/8" TB AB NTA Insert Brass | | |
| GMHBF09 | 3/8" TB AB NTA Sleeve Brass | GMSH2016 | 5/16 SAE Flat Washer Y/Z |
| GMHOR07 | 3/8" x 1/2" x 1/16" Rubber O-Ring | GMSH1046 | 5/16 USS Flat Washer Y/Z |
| GMHBF11 | 3/8" x 1/4" VS269NTA J844 Male Elbow | GMHOR06 | 5/16" x 7/16" x 1/16" Rubber O-Ring |
| GMHBF12 | 3/8" x 1/4" VS68NTA J844 Male Con. Brass | GMSH1002 | 5/16-18 GR8 USS Hex Nut Y/Z |
| GMSH1003 | 3/8-16 GR8 USS Hex Nut Y/Z | GMSH1065 | 5/16-18 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1066 | 3/8-16 GR8 USS Nylon Insert Lock Nut Y/Z | GMSH1015 | 5/16-18 x 1 GR8 USS Hex Cap Screw Y/Z |

JA208

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH1017 | 5/16-18 x 1-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1069 | 5/8-11 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMSH1016 | 5/16-18 x 1-1/4 GR8 USS Hex Cap Screw Y/Z | GMSH1052 | 5/8-11 x 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1018 | 5/16-18 x 2 GR8 USS Hex Cap Screw Y/Z | GMSH1053 | 5/8-11 x 2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1019 | 5/16-18 x 2-1/2 GR8 USS Hex Cap Screw Y/Z | GMSH1054 | 5/8-11 x 2-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1014 | 5/16-18 x 3/4 GR8 USS Hex Cap Screw Y/Z | GMSH1055 | 5/8-11 x 3 GR8 USS Hex Cap Screw Y/Z |
| GMSH2002 | 5/16-24 GR8 SAE Hex Nut Y/Z | GMSH1056 | 5/8-11 x 3-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH2065 | 5/16-24 GR8 SAE Nylon Insert Lock Nut Y/Z | GMSH1057 | 5/8-11 x 4 GR8 USS Hex Cap Screw Y/Z |
| GMSH2029 | 5/16-24 x 1 GR8 SAE Hex Cap Screw Y/Z | GMSH2006 | 5/8-18 GR8 SAE Hex Nut Y/Z |
| GMSH2031 | 5/16-24 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH2069 | 5/8-18 GR8 SAE Nylon Insert Lock Nut Y/Z |
| GMSH2030 | 5/16-24 x 1-1/4 GR8 SAE Hex Cap Screw Y/Z | GMSH2052 | 5/8-18 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2032 | 5/16-24 x 2 GR8 SAE Hex Cap Screw Y/Z | GMSH2053 | 5/8-18 x 2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2033 | 5/16-24 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z | GMSH2054 | 5/8-18 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMSH2028 | 5/16-24 x 3/4 GR8 SAE Hex Cap Screw Y/Z | GMSH2055 | 5/8-18 x 3 GR8 SAE Hex Cap Screw Y/Z |
| GMHCP14 | 5/32" x 1" Cotter Pins Z/P | GMSH2056 | 5/8-18 x 3-1/2 GR8 SAE Hex Cap Screw Y/Z |
| GMHCP15 | 5/32" x 1-1/2" Cotter Pins Z/P | | |
| GMHCP16 | 5/32" x 2" Cotter Pins Z/P | GMSH2057 | 5/8-18 x 4 GR8 SAE Hex Cap Screw Y/Z |
| GMHOR02 | 5/32" x 9/32" x 1/16" Rubber O-Ring | GMH632PS | 6-32 Combo RD HD MS Asst. Mini Oger Pak |
| GMSH1043 | 5/8 High-Strength Alloy Lock Washer Y/Z | GMSH1041 | 7/16 High-Strength Alloy Lock Washer Y/Z |
| GMSH2020 | 5/8 SAE Flat Washer Y/Z | GMSH2018 | 7/16 SAE Flat Washer Y/Z |
| GMSH1050 | 5/8 USS Flat Washer Y/Z | GMSH1048 | 7/16 USS Flat Washer Y/Z |
| GMHBF22 | 5/8" 61NTA-10 J844 Nut Brs Fitt. | GMHOR08 | 7/16" x 5/8" x 3/32" Rubber O-Ring |
| GMHBF19 | 5/8" 62NTA-10 J844 Union Brs Fitt. | GMSH1004 | 7/16-14 GR8 USS Hex Nut Y/Z |
| GMHBF20 | 5/8" TB AB NTA Insert Brass | GMSH1067 | 7/16-14 GR8 USS Nylon Insert Lock Nut Y/Z |
| GMHBF21 | 5/8" TB AB NTA Sleeve Brass | | |
| GMHOR11 | 5/8" x 13/16" x 3/32" Rubber O-Ring | GMSH1026 | 7/16-14 x 1 GR8 USS Hex Cap Screw Y/Z |
| GMHOR31 | 5/8" x 3/4" x 1/16" Rubber O-Ring | GMSH1027 | 7/16-14 x 1-1/2 GR8 USS Hex Cap Screw Y/Z |
| GMSH1005 | 5/8-11 GR8 USS Hex Nut Y/Z | | |

77

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH1028 | 7/16-14 x 2 GR8 USS Hex Cap Screw Y/Z | GMSG0014 | Battery Terminal Kit |
| | | GMH00466 | Brass Pipe Fitting Oger Pak |
| GMSH1029 | 7/16-14 x 2-1/2 GR8 USS Hex Cap Screw Y/Z | GMH779835 — GMH779838 | ** Bristle Disc |
| GMSH1030 | 7/16-14 x 3 GR8 USS Hex Cap Screw Y/Z | GMSG0007-6 | Cable Tie |
| GMSH1031 | 7/16-14 x 3-1/2 GR8 USS Hex Cap Screw Y/Z | GMSG0007-7 | Cable Tie |
| | | GMHA00034 | Clear Seal Window Butt Connector Oger Pak |
| GMSH2004 | 7/16-20 GR8 SAE Hex Nut Y/Z | | |
| GMSH2067 | 7/16-20 GR8 SAE Nylon Insert Lock Nut Y/Z | GMH779851 — GMH779855 | ** Cloth Disc |
| GMSH2040 | 7/16-20 x 1 GR8 SAE Hex Cap Screw Y/Z | GMH00469 | Color Coded Connectors Oger Pak |
| GMSH2041 | 7/16-20 x 1-1/2 GR8 SAE Hex Cap Screw Y/Z | GMH00414 | Combination Wall & Lever Nut Oger Pak |
| GMSH2042 | 7/16-20 x 2 GR8 SAE Hex Cap Screw Y/Z | GMSG0008 | Complete Welding Pack |
| | | GMH779843 — GMH779850 | ** Conditioning Disc |
| GMSH2043 | 7/16-20 x 2-1/2 GR8 SAE Hex Cap Screw Y/Z | GMH00338 | Cool Seal Oger Pak |
| GMSH2044 | 7/16-20 x 3 GR8 SAE Hex Cap Screw Y/Z | GMSH560 | Crimper & Collets Pack |
| | | GMS7798K | Custom Cutting Pack |
| GMSH2045 | 7/16-20 x 3-1/2 GR8 SAE Hex Cap Screw Y/Z | GMS7798RF | Custom Cutting Refill Pack |
| | | GMH779840 | Cutting Wheel |
| GMHOR04 | 7/32" x 11/32" x 1/16" Rubber O-Ring | GMSD300 | Deploy-Able Battery Safety Pack |
| GMHOR43 | 7/8" x 1-1/16" x 3/32" Rubber O-Ring | GMSD300XL | Deployable Battery Safety Pack XL |
| | | GMSD500 | Deploy-Able Electrical Pack |
| GMHOR16 | 7/8" x 1-1/8" x 1/8" Rubber O-Ring | GMSD700 | Deploy-Able Hardware Pack |
| | | GMSD200 | Deploy-Able MRO Maint Pack |
| GMH832PS | 8-32 Combo RD HD MS Asst. Mini Oger Pak | GMSD600 | Deploy-Able Safety Pack |
| GMHFMDD832112 | 8-32 x 1-1/2 Phillips Flat Head Mach Sc. Mini Oger Pak | GMSD400 | Deploy-Able Welding Pack |
| GMHOR28 | 9/16" x 1/16" x 1/16" Rubber O-Ring | GMH00480 | Dot 1/4" Tubing Quick Repair Oger Pak |
| GMHOR10 | 9/18" x 3/4" x 3/32" Rubber O-Ring | GMH00492 | Dot 3/8" Tubing Quick Repair Oger Pak |
| GMHCT06 | Adhesive Mount | GMS7798K-1 — GMS7798K-6 | ** Drawer |
| GMH779815 — GMH779826 | ** Aluminum Oxide Flap | GMH321B95 | Drawer Cabinet |
| GMH00579 | Aluminum Solderless Compression Lug Oger Pak | GMH779827 | Drill Bit |
| | | GMH779857 | Drill Bit Set |
| GMH779841 | Back Up Pad | GMH102527 | Dual Wall Heat Shrink Oger Pak |
| GMH779842 | Back Up Pad | GMS90001 | Engineering Pack 5 |
| GMSG0003 | Battery Cable Wire Pack | GMH00496 | Free Spinning Lock-Nut UG Oger Pak |

** For more information contact GMS Account Manager or (855) GRN-OGER

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH316SSPK | GMS Complete 316 SS Hardware Pack | GMSH3039 | M10 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc |
| GMHGDSK1 | Gold Deck Screw Mini Oger Pak | GMSH3046 | M10 Metric Split Lockwashers Din 127B Zinc Plated |
| GMSH2000 | GR8 SAE Fastener Assortment | | |
| GMSH4001 | GR8 SAE Fastener Assortment, 40 Hole Bin | GMSH3032 | M10-1.5 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMSH1000 | GR8 USS Fastener Assortment | GMSH3006 | M10-1.5 x 16 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH4000 | GR8 USS Fastener Assortment, 40 Hole Bin | | |
| GMH00487 | Grade 5 Hex Head Cap Screw Assortment Oger Pak | GMSH3007 | M10-1.5 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMH00488 | Grade 5 SAE 1/4 - 3/8 Oger Pak | GMHMH15 | M10-1.5 x 20mm HCS Din 933-10.9 Ft Y/Z |
| GMH00490 | Grade 8 SAE 1/4 - 3/8 Oger Pak | | |
| GMH00489 | Grade 8 USS 1/4 - 3/8 Oger Pak | GMSH3008 | M10-1.5 x 25 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMH00491 | Grade 8 USS 1/4 - 5/16 | | |
| GMH77981 — GMH77983 | ** Hacksaw | GMHMH16 | M10-1.5 x 25mm HCS Din 933-10.9 Ft Y/Z |
| GMH00785 | Hairpin Cotter Oger Pak | GMSH3009 | M10-1.5 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMS0004K | Heavy Duty Hydraulic Pack | | |
| GMH00525 | Hex Washer Head Quick Drill Oger Pak | GMHMH17 | M10-1.5 x 30mm HCS Din 933-10.9 Ft Y/Z |
| GMH00470 | Hollow Pin Connector Oger Pak | GMHMH18 | M10-1.5 x 35mm HCS Din 933-10.9 Ft Y/Z |
| GMSG0005 | Hose Clamp Assortment Pack | | |
| GMH00478 | Hydralink Sealed Connector Oger Pak | GMHMH13 | M10-1.50 Hex Nut Din 934-10 Y/Z |
| GMSG0015 | Hydraulic Equipment Pack | GMHMH20 | M12 200 HV Flat Wash Hard 125A Y/Z |
| GMSG0004 | Hydraulic Refill Pack | | |
| GMH00548 | Krimp-N-Seal Terminal 12-10Ga Yellow Oger Pak | GMSH3040 | M12 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc |
| GMH00547 | Krimp-N-Seal Terminal 16-14Ga Blue Oger Pak | GMSH3047 | M12 Metric Split Lockwashers Din 127B Zinc Plated |
| GMH00546 | Krimp-N-Seal Terminal 20-18Ga Red Oger Pak | GMHMH19 | M12-1.75 Hex Nut Din 934-10 Y/Z |
| | | GMSH3033 | M12-1.75 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMH00845 | Kwik Drill Phillips Pan Head Screw Oger Pak | GMSH3010 | M12-1.75 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMH30495 | Leg Stand | | |
| GMSG0006 | Light Duty Hydraulic Pack | GMSH3011 | M12-1.75 x 25 Ansi Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMH779844 | Locking Disc | | |
| GMH779849 | Locking Disc | GMSH3012 | M12-1.75 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMHMH14 | M10 200 HV Flat Wash Hard 125A Y/Z | | |

** For more information contact GMS Account Manager or (855) GRN-OGER　79

JA211

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMHMH21 | M12-1.75 x 30mm HCS Din 933-10.9 Ft Y/Z | GMSH3046 | M10 Metric Split Lockwashers Din 127B Zinc Plated |
| GMSH3013 | M12-1.75 x 35 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3032 | M10-1.5 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMHMH23 | M12-1.75 x 50mm HCS Din 931-10.9 Ft Y/Z | GMSH3006 | M10-1.5 x 16 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMHMH24 | M12-1.75 x 60mm HCS Din 931-10.9 Ft Y/Z | GMSH3007 | M10-1.5 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMHMH22 | M12-1.75 x 40mm HCS Din 933-10.9 Ft Y/Z | | |
| GMSH3041 | M14 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMHMH15 | M10-1.5 x 20mm HCS Din 933-10.9 Ft Y/Z |
| | | GMSH3008 | M10-1.5 x 25 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3048 | M14 Metric Split Lockwashers Din 127B Zinc Plated | | |
| GMSH3034 | M14-2.0 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc | GMHMH16 | M10-1.5 x 25mm HCS Din 933-10.9 Ft Y/Z |
| GMSH3021 | M14-2.0 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3009 | M10-1.5 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3022 | M14-2.0 x 40 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMHMH17 | M10-1.5 x 30mm HCS Din 933-10.9 Ft Y/Z |
| | | GMHMH18 | M10-1.5 x 35mm HCS Din 933-10.9 Ft Y/Z |
| GMSH3023 | M14-2.0 x 50 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc | GMHMH13 | M10-1.50 Hex Nut Din 934-10 Y/Z |
| | | GMHMH20 | M12 200Hv Flat Wash Hard 125A Y/Z |
| GMSH3024 | M14-2.0 x 60 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3040 | M12 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc |
| GMSH3042 | M16 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMSH3047 | M12 Metric Split Lockwashers Din 127B Zinc Plated |
| GMSH3049 | M16 Metric Split Lockwashers Din 127B Zinc Plated | GMHMH19 | M12-1.75 Hex Nut Din 934-10 Y/Z |
| GMH00845 | Kwik Drill Phillips Pan Head Screw Oger Pak | GMSH3033 | M12-1.75 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMH30495 | Leg Stand | GMSH3010 | M12-1.75 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSG0006 | Light Duty Hydraulic Pack | | |
| GMH779844 | Locking Disc | GMSH3011 | M12-1.75 x 25 Ansi Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMH779849 | Locking Disc | | |
| GMHMH14 | M10 200Hv Flat Wash Hard 125A Y/Z | GMSH3012 | M12-1.75 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3039 | M10 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMHMH21 | M12-1.75 x 30mm HCS Din 933-10.9 Ft Y/Z |

JA212

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMSH3013 | M12-1.75 x 35 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3043 | M20 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc |
| GMHMH23 | M12-1.75 x 50mm HCS Din 931-10.9 Ft Y/Z | GMSH3050 | M20 Metric Split Lockwashers Din 127B Zinc Plated |
| GMHMH24 | M12-1.75 x 60mm HCS Din 931-10.9 Ft Y/Z | GMSH3036 | M20-2.5 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMHMH22 | M12-1.75 x 40mm HCS Din 933-10.9 Ft Y/Z | GMSH3018 | M20-2.5 x 40 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3041 | M14 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMSH3019 | M20-2.5 x 60 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3048 | M14 Metric Split Lockwashers Din 127B Zinc Plated | GMSH3020 | M20-2.5 x 80 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc |
| GMSH3034 | M14-2.0 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc | GMHMH02 | M6 200Hv Flat Wash Hard 125A Y/Z |
| GMSH3021 | M14-2.0 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3037 | M6 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc |
| GMSH3022 | M14-2.0 x 40 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3044 | M6 Metric Split Lockwashers Din 127B Zinc Plated |
| | | GMHMH01 | M6-1.0 Hex Nut Din 934-10 Y/Z |
| GMSH3023 | M14-2.0 x 50 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc | GMSH3030 | M6-1.0 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc |
| GMSH3024 | M14-2.0 x 60 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3025 | M6-1.0 x 12 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3042 | M16 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMSH3026 | M6-1.0 x 16 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3049 | M16 Metric Split Lockwashers Din 127B Zinc Plated | GMSH3027 | M6-1.0 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3035 | M16-2.0 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc | GMHMH03 | M6-1.0 x 20mm HCS Din 933-10.9 Ft Y/Z |
| GMSH3014 | M16-2.0 x 40 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH3028 | M6-1.0 x 25 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3015 | M16-2.0 x 50 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMHMH04 | M6-1.0 x 25mm HCS Din 933-10.9 Ft Y/Z |
| GMSH3016 | M16-2.0 x 60 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc | GMSH3029 | M6-1.0 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc |
| GMSH3017 | M16-2.0 x 70 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc | GMHMH05 | M6-1.0 x 30mm HCS Din 933-10.9 Ft Y/Z |
| | | GMHMH06 | M6-1.0 x 35mm HCS Din 933-10.9 Ft Y/Z |

81

# Hardware

| GMS Part Number | GMS Part Name | GMS Part Number | GMS Part Name |
|---|---|---|---|
| GMHMH08 | M8 200Hv Flat Wash Hard 125A Y/Z | GMH00727 | Nylon Double Crimp Terminal 16-14 Oger Pak |
| GMSH3038 | M8 200Hv Metric Flat Washers 10.9 Din 125A Hardened Yellow Zinc | GMH00726 | Nylon Double Crimp Terminal 22-18 Oger Pak |
| GMSH3045 | M8 Metric Split Lockwashers Din 127B Zinc Plated | GMH00825 | Nylon Insert Locknut Oger Pak |
| GMHMH07 | M8-1.25 Hex Nut Din 934-10 Y/Z | GMH00827 | Nylon USS 1/4 - 1/2 |
| GMSH3031 | M8-1.25 Metric Hex Nut Din 934 Class 10 (GRD 8) Yellow Zinc | GMSH100BK | Oger Wrap, Black |
| | | GMSH100BL | Oger Wrap, Blue |
| GMSH3001 | M8-1.25 x 16 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH100CL | Oger Wrap, Clear |
| | | GMSH100GY | Oger Wrap, Gray |
| | | GMSH100GR | Oger Wrap, Green |
| GMSH3002 | M8-1.25 x 20 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMSH100OR | Oger Wrap, Orange |
| | | GMSH100RD | Oger Wrap, Red |
| | | GMSH100WH | Oger Wrap, White |
| GMHMH09 | M8-1.25 x 20mm HCS Din 933-10.9 Ft Y/Z | GMSH100YW | Oger Wrap, Yellow |
| | | GMH120825 | Pen-A-Drive Screw Oger Pak |
| GMSH3003 | M8-1.25 x 25 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMH121800 | Performance Plus Connector Oger Pak |
| GMHMH10 | M8-1.25 x 25mm HCS Din 933-10.9 Ft Y/Z | GMH00709 | Phillips Flat Head Machine Screw Oger Pak |
| GMSH3004 | M8-1.25 x 30 Metric Hex Cap Screws 10.9 Din 933 Fully Threaded Yellow Zinc | GMH00710 | Phillips Flat Head Sheet Metal Screw Oger Pak |
| GMHMH11 | M8-1.25 x 30mm HCS Din 933-10.9 Ft Y/Z | GMH00703 | Phillips Flat Head Wood Screw Oger Pak |
| GMSH3005 | M8-1.25 x 35 Metric Hex Cap Screws 10.9 Din 931 Partially Threaded Yellow Zinc | GMH00708 | Phillips Pan Head Machine Screw Oger Pak |
| | | GMH00506 | Phillips Pan Head SMS Oger Pak |
| GMHMH12 | M8-1.25 x 35mm HCS Din 933-10.9 Ft Y/Z | GMH00707 | Phillips Round Head Machine Screw Oger Pak |
| GMH339 | Mach SC Hex Nuts Z/P Mini Oger Pak | GMH00473 | Plastic Anchor Oger Pak |
| | | GMSG0007-WA | Primary Wire & Wire Rack |
| GMSG0007-2 | Machine Screws | GMHPW03 | Primary Wire 02414 14Ga Black Wire |
| GMSH3000 | Metric 10.9 Fastener Assortment | | |
| GMSH4002 | Metric 10.9 Fastener Assortment, 40 Hole Bin | GMHPW01 | Primary Wire 02414 14Ga Blue Wire |
| GMH00766 | Metric Int/Ext Tooth Lockwashers Oger Pak | GMHPW02 | Primary Wire 02414 14Ga Brown Wire |
| GMS7759K | Metric Pack | GMHPW07 | Primary Wire 02414 14Ga Green Wire |
| GMHWT20 | Multi-Purpose Crimp Tool | | |
| GMH00441 | Nail-In Hammer Dr. Anchor Oger Pak | GMHPW05 | Primary Wire 02414 14Ga Red Wire |
| GMH00728 | Nylon Double Crimp Terminal 12-10 Oger Pak | GMHPW06 | Primary Wire 02414 14Ga White Wire |

** For more information contact GMS Account Manager or (855) GRN-OGER

# Hardware

| GMS Part Number | GMS Part Name |
|---|---|
| GMHPW04 | Primary Wire 02414 14Ga Yellow Wire |
| GMHPW08 | Primary Wire 02513 10Ga Brown Wire |
| GMH779831 | Pro Kit |
| GMHCT07 | Push Mount |
| GMH00455 | Rapid Drive Wall Anchor Oger Pak |
| GMH779812 — GMH77988 | ** Recip Saw Blade |
| GMH00471 | Ribs & Hooks Anchor Oger Pak |

# Tools & Hardware

| GMS Part Number | GMS Part Name |
|---|---|
| GMSE9084 | 20 Inch Burnisher |
| GMS4363 | 20 Ton Floor Jack |
| GMSPKU95 | 95 Gallon Overpack, Universal |
| GMSSK20G | Absorb This! 20 Gal Oil Only |
| GMSPKU50RF | Absorb This! All Purpose Refill |
| GMSSK55G | Absorb This! Oil Only Spill K |
| GMS2303 | Absorb This! Oil Pads |
| GMSPKO50RF | Absorb This! Oil Refill |
| GMS2302 | Absorb This! Oil Rolls |
| GMS2301 | Absorb This! Pads |
| GMS2300 | Absorb This! Rolls |
| GMSPKU50 | Absorb This! Spill Kit |
| GMSPKO50 | Absorb This! Spill Kit Oil Only |
| GM101104PK | Clean Pack Spill Maid |
| GM0235537 | Compressor |
| GMENP5300 | Drum Dolly |
| GMGTOPPAD | Drum Pads |
| GMS1944 | Dual Wheel Dolly |
| GMSPKUDUF | Duffel Bag Spill Kit |
| GMSPKUDUFOO | Duffel Bag Spill Kit - Oil Only |
| GMS80001 — GMS850001 | ** Engineering Pack 1 — Engieering Pack 4 |
| GMSE9086 | Floor Machine TP-2015 |
| GMS80002 — GMS60002 | ** Food Service Pack 1 — Food Service Pack 3 |
| GMSE9099 | GMS Complete Safety Board |

# Tools & Hardware

| GMS Part Number | GMS Part Name |
|---|---|
| GMSE9099DX | GMS Complete Safety Board Deluxe |
| GMS5993K | GMS Compressor Kit |
| GMS5983K | GMS Drum Pump Kit |
| GMS6007K | GMS Pressure Washer Kit |
| GMSE9098 | GMS Safety Board Refill Kit |
| GMS6892K | GMS Under Pressure Pack |
| GMS2304 | GMS Wiper |
| GMS2304B | GMS Wiper (Blue) |
| GMS2304W | GMS Wiper (White) |
| GMNERXV2PUBSP — GMNGRXV6PSP | ** Golf Cart |
| GMS60003 — GMS80003 | ** Hospitality Pack 1 — Hospitality Pack 3 |
| GMEU2000i | Inverter |
| GMS2016 | Jack Stand Rack Kit |
| GMS6642K | Mechanic Hand Safety Pack |
| GMS4202K | MRK1 |
| GMS6534K | Parts Washer Kit |
| GM15781820 | Pressure Washer |
| GMS6833K | Rack 'Em Up Pack |
| GMS-7288R | Red Shop Towels |
| GM0246 | Rotary Tool Kit |
| GMS8001 | Sanitation Station Dispenser |
| GMS8002 | Sanitation Station Stand |
| GMS6703K | Shelving Pack |
| GMS6658K | Shop Resupply Pack |
| GMS8493K | Strap Down Pack |
| GMS6994K | Sweep Monstah Pack |

# Storage

| GMS Part Number | GMS Part Name |
|---|---|
| GMSA245PK | 45 Gallon Flam Locker Pack |
| GMA290PK | 90 Gallon Flam Locker Pack |
| GMSG1963 | Battery Conex |
| GMSD100 | Deployment Pack 1 |
| GMSD100B | Deployment Pack 1B |

** For more Information contact GMS Account Manager or (855) GRN-OGER    83

# Storage

| GMS Part Number | GMS Part Name |
|---|---|
| GMSD100HZ | Food Service Bulk Storage Unit |
| GMSD100HZA — GMSD100HZD | ** Hazmat Shipping Container A — Hazmat Shipping Container D |
| GM1065686 — GM3061086R | ** Hazmat Storage Container |
| GMSD100TR | POL Storage Pack |
| GM8220DX | Tricon Cargo Container |

# Containment

| GMS Part Number | GMS Part Name |
|---|---|
| GMTSCLP10 | 10K Throw & Snap Containment Liner Pack |
| GMTSCLP20 | 20K Throw & Snap Containment Liner Pack |
| GMSE9108PK | 2-Drum Spill Pallet Pack |
| GMSTNG366PK | 3x6x6 Throw Down Berm Pack |
| GMSE9097PK | 4 Drum Spill Pallet Pack |
| GMTSCLP50 | 50K Throw & Snap Containment Liner Pack |
| GMSFBBermSHD | GMS Bladder Berm Pack |
| GMSFBBermSHD25 | GMS Bladder Berm Pack25 |
| GMS7596K | Hemtt Maintenance Pack |
| GMSG0011 | Hemtt Maintenance Pack 3 |
| GMMSFB3 — GMMSFB50 | ** Mil Spec Fuel Bladder Pack 3,000 Gallon — Mil Spec Fuel Bladder Pack 50,000 Gallon |
| GMMSWB10 | Mil Spec Water Bladder Pack 10,000 Gallon |
| GMMSWB20 | Mil Spec Water Bladder Pack 20,000 Gallon |
| GMMSWB3 — GMMSWB50 | ** Mil Spec Water Bladder Pack 3,000 Gallon — Mil Spec Water Bladder Pack 50,000 Gallon |
| GMG3000252 | Spill Berm, Orange |
| GMSE9105PK | Spill Pallet Tote Pedestal Pack |
| GMSTNG10101PK | Throw Down Berm 10 x 10 x 1 Pack |
| GMSTNG145412PK | Throw Down Berm 14 x 54 x 12 Pack |

# Tactical

| GMS Part Number | GMS Part Name |
|---|---|
| GM503350 | Aqua Lung Maui Mask |
| GM15216 — GM8054 | ** Backpack |
| STIF526138330L — STIF526138330XL | ** BDU Shorts |
| GMC24500671 — GMC24500711 | ** Black Mechanics Gloves |
| STI068COY | Buttstock 30 Round Magazine Pouch |
| GMS6898K | Clear It Up Pack |
| GMSCEB2NV38LNC — GMSCEB2NV48SNC | ** Coverall Navy 38L — Coverall Navy 48S |
| GMSCEB2RD38LNC — GMSCEB2RD48SNC | ** Coverall Red 38L — Coverall Red 48S |
| GMS11359 | Disposable Motorpool Safety Pack |
| STI272COY | Double Universal Rifle, Carbine, SMG Magazine Pouch |
| GM410008L — GM410008XL | ** Fins |
| GMS6854K | GMS Distro Safety Pack |
| GMS8101K | GMS PGI Pack |
| GMS6853K | GMS Safety First Pack |
| GM82M3 | GMS T-Shirt |
| STI330DESST040R — STI330DESST150R | ** Hot Weather Safety Toe Flight Boot |
| GM925TL | Large Tactical Rappel Glove |
| GMS1135K | Mechanic Pack |
| GM925TM | Medium Tactical Rappel Glove |
| STIPEL1800 — STIPEL1650 | ** Pelican Case w/ Foam |
| GMS10006 | Portable Wag Bag Pack |
| G3-411460 | Pro Flex Snorkel (Black) |
| STIT1-TB-EDBCAD-812528 | Riggers Belt |
| STI101M050 — STI6104M125 | ** S2V Combat Boot |
| STI271COY | Single Universal Rifle, Carbine, SMG Magazine Pouch |
| GM410302 | TRE Full Foot Fins |
| GMS11360 | Utility Motorpool Safety Pack |
| GMS10005 | Wag Bag Refill Pack |
| GM925TXL — GM925TXXL | Tactical Rappel Glove (XL-XXL) |

** For more information contact GMS Account Manager or (855) GRN-OGER




**GMS Industrial Supply, Inc.**

**GREAT MATERIAL SUPERIOR SERVICE**
(855) GRN-0GER • www.GMSindustrialsupply.com



**Proudly Made in The USA**

# GMS Industrial Supply, Inc. is proud to introduce 2 New Product Assortment Packs!

## Utility Motorpool Safety Pack GMS113595

## &

## Disposable Motorpool Safety Pack GMS113591

**Safety Packs Include:**
- Suc It Up Kit
- Duffel Bag Spill Kit
- Zipper Front Coveralls
- Mech Gloves & Much More!



## Related GMS NSN Packs:

**Spill Control Kit : GMS7716K**
NSN: 4940-01-642-1431

**MASK1 : GMSA4251**
NSN: 4940-01-620-2624

## For more information visit
## www.GMSindustrialsupply.com



SP47W115D0002



667009



73: GS-07F-0369V



4-13-73-0022A



GMS Industrial Supply, Inc.
Proudly Recycles

85

JA217

# Looking for more products?
# Be sure to visit our website to view
# Our entire product line!



**GMS Industrial Supply, Inc.**

## GREAT MATERIAL SUPERIOR SERVICE
## (855) GRN-OGER • www.GMSindustrialsupply.com

**GMS Hardware offers a fully-TAA compliant fastener line!**



www.GMSHardware.com

**Need tactical products? GMS offers the Storm Tactical International product line!**



www.StormTacticalOnline.com

86

**JA218**



**U.S. ARMY**

**G&S Supply, LLC**

**GCSS-Army**
GLOBAL COMBAT SUPPORT SYSTEM - ARMY
**INCREMENT 2**

EXHIBIT
3

## Motorpool Safety Pack: GS1006

Safety glasses  - 2 bx
First Aid Kit - 1 kt
Hand Sanitizer - 2 bx
Hearing Protection -  2 bx
Mechanix Black Gloves - SM  2 pr
Mechanix Black Gloves - MD 2 pr
Mechanix Black Gloves - LG  4 pr
Mechanix Black Gloves - XL  2 pr



## Shop Equipment 3 GS1050

Safety glasses - 80 pr



## Disposable Pack 2 GS1032

Heavy Duty Shop Towels - 15 rl



## Motorpool Disposable Pack GS1018

Heavy Duty Shop Towels - 4 rl
Shop Rags - 4 bx
Mechanic Wipes - 2 bx



PG1

## Mechanic Pack
## GS1028
**Mechanix Black Gloves - SM  2 pr**
**Mechanix Black Gloves - MD 2 pr**
**Mechanix Black Gloves - LG  4 pr**
**Mechanix Black Gloves - XL  2 pr**
**Mechanic Clean Up Wipes -  2 bx (6/bx)**





## Mechanic Pack 2
## GS1045
**Mechanix Black Gloves - SM  20 pr**
**Mechanix Black Gloves - M    15 pr**
**Mechanix Black Gloves - L     10 pr**
**Mechanix Black Gloves - XL    5 pr**

## Grease Kit 1
## GS1008
*Dewalt 18V Lithium Ion Grease Gun - qty 10*



## Grease Kit 2
## GS1009
*Grease Gun - Pistol grip with 18" hose  - qty 10*

*PG2*

# *Complete Welding Pack*
## *GS1000*

*PK1 Auto Darkening Welding Helmet - qty 3*
*PK1 A800 Clear Lens Safety Glasses - qty 6*
*PK1 WELDING GOGGLE #5 LENS - qty 2*
*Millermatic 252, Input Voltage 200/230 - qty 1*
*Welding Contact Tip, M-Series Style, Series M-Series, Material Copper, For Use With Mild and Stainless Steel Wire, Package Quantity 10 - qty 2*

*CONTACT TIP ADAPTER (H-9,H-10,M-10,M-15), Package Quantity 2 - qty2*
*Nozzle, Standard, Orifice, Bore Dia. 5/8 In., Material Steel, For Use With XR AND SPOOLMATIC 30A GUNS, Package Quantity 2 - qty 2*

*PK1 .035 ALUMINUM WIRE 1# - qty 2*
*PK1 .035 STAINLESS WIRE 2# - qty 2*
*Electrode Welding Oven, Bench Top, Temp. Range 100 to 300 Degrees F, Fiberglass Insulation, Heating Elements 600W Wire Wrap, Voltage 120/240VAC, UL, cUL, CE - qty 1*

*MIG Pliers - qty 2*
*PK1 CHIPPING HAMMER - qty 3*
*Arc Welding Rod, E7018 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 70,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E7018 - qty 3*

*Arc Welding Rod, E6011 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 60,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E6011 - qty 3*

*PK1 Welding Anti-Spatter, 16 Oz. -14 Oz. Net Wt. - qty 2*
*PK1 Welding Jacket - Large - qty 2*
*PK5 Flat Wheels for Angle Grinders - 4-1/2" x .040 x 7/8 - qty 1*
*PK5 Grind & Cut Wheels - Kim-Kut Zirconia - 4-1/2 x 1/8 x 7/8 - qty 1*
*Syncrowave 250 DX - qty 1*
*1/4 lb. 3/32 Maxalloy - qty 1*
*1/2 lb. 1/8 Maxalloy - qty 1*
*1/2 lb. 1/8 Hydralloy - qty 1*
*1/2 lb. 1/8 Maxalloy Ultra - qty 1*
*1/4 lb. 3/32 Chromalloy - qty 1*
*1/2 lb. 1/8 Chromalloy - qty 1*



*PG3*

# Welding Resupply Pack
## GS1001

*Welding Contact Tip, M-Series Style, Series M-Series, Material Copper, For Use With Mild and Stainless Steel Wire, Package Quantity 10 - qty 2*

*CONTACT TIP ADAPTER (H-9,H-10,M-10,M-15), Package Quantity 2 - qty 2*
*PK1 .035 ALUMINUM WIRE 1# - qty 2*
*PK1 .035 STAINLESS WIRE 2# - qty 2*
*Arc Welding Rod, E7018 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 70,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E7018 - qty 3*

*Arc Welding Rod, E6011 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 60,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E6011 - qty 3*

*PK1 Welding Anti-Spatter, 16 Oz. -14 Oz. Net Wt. - qty 2*
*PK5 Flat Wheels for Angle Grinders - 4-1/2" x .040 x 7/8 - qty 1*
*PK5 Grind & Cut Wheels - Kim-Kut Zirconia - 4-1/2 x 1/8 x 7/8 -qty 1*
*1/4 lb. 3/32 Maxalloy - qty 1*
*1/2 lb. 1/8 Maxalloy - qty 1*
*1/2 lb. 1/8 Hydralloy - qty 1*
*1/2 lb. 1/8 Maxalloy Ultra - qty 1*
*1/4 lb. 3/32 Chromalloy - qty 1*
*1/2 lb. 1/8 Chromalloy - qty 1*



# Custom Cutting Resupply
## GS1010

*7 Pc. Wood Case - Sizes Included: 1/8", 3/16", 1/4", 5/16", 3/8", 7/16", 1/2" - qty 1*
*5 Piece Extractor Set. Includes #1 thru #5 Extractors in a custom pouch. - qty 1*
*7 Pc Set - 1/8 - 1/2 by 16ths - qty 1*
*Eliminator Hacksaw & Recip. Saw Blades - qty 1*
*Reciprocating Saw Blades - qty 1*
*Super Primalloy Spiral Taps - qty 1*
*3" Kim-Kut Conform Discs - qty 1*
*SUPER-MAXX CUT-OFF WHEELS - qty 1*
*FLAP WHEEL ABRASIVES - qty 1*
*Surface Preparation Master - qty 1*
*2"&3" Green Corps Discs & Holders - qty1*



PG4

**JA223**

## Spill Pallet Tote Pedestal
## GS1024
*Tote Spill containment Pallet - qty 1*





## Spill Kit Refill Pack
## GS1007
*50 Gallon Mobile Spill Kit resupply - qty 1*



## Spill Pallet Pack
## GS1023
*4-Drum Spill Pallet - qty 1*



## 2 Drum Spill Pallet
## GS1025
*2 Drum Spill containment Pallet - qty 1*

## Shop Equipment 6
## GS1053
*55 Gallon Storage Drum - 2 ea*



**JA224**

## Pressure Washer
## GS1022
**Pressure Washer & Accessories - qty 1**





## Shelving Pack 1
## GS1012
*Heavy duty Shelving - qty 1*

## Floor Maintenance Pack
## GS1035
*Industrial Floor Scrubber - qty 1*
## GS2339
*Supply Pack 5*
*Scrubbing pads  - 10 bx*
*Scrubbing brush - 10 ea*





## Shop Equipment 7
## GS1055
*20" Buffer - 1 ea*
*Buffer pads -1 bx*
*Stripper pads - 1 bx*

*PG6*

**JA225**

## Battery Cable Wire Pack
## GS1026
**Black Battery Cable - 50ft**
**Red Battery Cable - 50ft**
**Negative Straight Battery Term - qty 10**
**Positive Straight Battery Term - qty 10**





## Battery Terminal Kit
## GS1027
**Heavy duty Crimper Tool - qty 1**
**Battery Terminal Drawer Kit - 1 kt**

## Hose Clamp Assortment
## GS1030
**Constant Torque Hose Clamps Assortment - qty 1**
**Hose Clamps Assortment - qty 1**





## POL Pack 1
## GS1034
**Loctite Thread Locker - 2 cs**
**Teflon Tape - 1 cs**
**Nut and Bolt Penetrant - 2 cs**
**Clear Silicone - 2 cs**

*PG7*

## *Absorb Oil Pad Pack*
## *GS1029*
### *Oil Only Pads - 6 bx*



## *Oil Absorbent Kit*
## *GS1033*
### *Dry Sweep - 25 bg*

## *Supply Pack 1*
## *GS1036*
### *Enmotion Papertowels 10" - 8 bx*

## *Supply Kit 3*
## *GS1061*
**Papertowel Dispensers - 4 ea**
**Soap Dispensers - 6 ea**
**Air Freshner Dispensers - 6 ea**
**Urinal Pads - 1 bx**
**Toilet bowl freshners - 1 bx**
**Toilet paper - 1 bx**
**Papertowels - 5 bx**
**Hand soap - 2 bx**
**Air Freshner - 1 bx**



## *Supply Pack 2*
## *GS1038*
**22" Heavy duty 250lb zip ties - 100 ea**
**10" Heavy duty 100lb zip ties - 100 ea**
**8" Heavy duty 50lb zip ties - 100 ea**
**Self locking zip ties 12" - 100 ea**
**Self locking zip ties 10" - 100 ea**
**Self locking zip ties 8" - 100 ea**
**Self locking zip ties 6" - 100 ea**
**Self locking zip ties 4" - 300 ea**



PG8

**JA227**

## Shop Equipment 1
## GS1031
**Broom - qty 4**
**Stand up dustpan - qty 4**
**Mop handle - qty 4**
**Mop head - 2 bx**
**Mop bucket - qty 2**
**Push broom - qty 4**





## Shop Equipment 2
## GS1037
**Floor Creeper - 5 ea**

## Shop Equipment 4
## GS1051
**10 Ton Jack - 1 ea**



## Shop Equipment 5
## GS1052
**32 Gallon Toter -5 ea**

*PG9*

## Shop Equipment 10
## GS2100
### 1 Ton Transmission Jack - 1 ea





## Shop Equipment 11
## GS2101
### 2 Ton Transmission Jack - 1 ea

## Shop Equipment 12
## GS2199
### Pallet Jack - 1 ea





## Safety Pack
## GS6678
### Headlamp - 1 ea

## Supply Kit 4
## GS2102
### Army Steel Toe Boots - 30 pr



*PG10*

**JA229**

## Shop Equipment 16
## GS2204
### 8 Gal Mobile Air compresser - 1ea





## Shop Equipment 17
## GS2205
### 8 Gal   Mobile Air compresser - 1ea

## Shop Equipment 20
## GS2208
### Heavy Duty Cast Iron Rotary Pump - 1 ea





## Shop Equipment 15
## GS2203
### Stainless Steel Drum Pump - 1 ea

## Shop Equipment 13
## GS2200
### 8' Step Ladder - 1 ea



*PG11*

## Shop Equipment 18
## GS2206
*1/2" Air Impact - 1 ea*
*3/8" Drive Heavy Duty Air Ratchet - 1 ea*
*1/2" Drive Heavy Duty Air Ratchet - 1 ea*





## Shop Equipment 19
## GS2207
*1/2" Impact - 1 ea*
*Batteries - 2 ea*
*Charger - 1 ea*

## Mechanic Pack 3
## GS2202
*Large Mechanic Gloves - 50 pr*





## Shop Equipment 14
## GS2201
*Makita Set - 1 kt*

## Shop Equipment 23
## GS2302
*20 Ton Floor Jack - 1 ea*





*PG12*

**JA231**

*Robin Air Kit*
*GS2312*
*Robinair ROB-3428NI - 1 kt*



*Shop Equipment 24*
*GS2303*
*Drum Funnel - 2 ea*

*Compression Tester kit*
*GS2271*
*Compression Tester kit - 1 kt*



*Radiator Pressure Tester Kit*
*GS2281*
*Radiator Pressure Tester Kit - 1 kt*

*Carpenter Platoon Tool kit*
*GS2317*
*Tool Kit - 1kt*





*PG13*

**JA232**

## Shop Equipment 35
### GS2321
*Zero Turn Mower - 1 ea*



## Shop Equipment 34
### GS2320
*Mower -  1 ea*



## Shop Equipment 33
### GS2319
*Gas Trimmer - 1 ea*



## Shop Equipment 29
### GS2308
*Snow Blower - 1 ea*

## Shop Equipment 30
### GS2310
*Wheel Shovel - 1 ea*



*PG14*

## Shop Equipment 28
### GS2307
*Snow Shovel - 1 ea*





## Shop Equipment 25
### GS2304
*Hand Truck - 1 ea*

## Shop Equipment 31
### GS2313
*Paint Stripper Cart - 1 ea*
*White Striping Paint Solvent - 1 cs*





### GS2316
*Wet Dry Vac - 1 ea*

## Dewalt 20V Cordless
## Deployment Kit
### GS2318
*1 kt*



*PG15*

**JA234**

## GS2315
*TPS Adjuster Tool - 1 ea*



## Shop Equipment 26
## GS2305
*55 gallon drum containment with wheels - 1 ea*



## Shop Equipment 27
## GS2306
*Security Box - 1 ea*



## Hydraulic Kit
## GS2311
*Heavy duty Hydraulic kit with Parker Press, hoses, fittings and accessories*



## GS2322
*Spill Containment - 1 ea*



*PG16*

**JA235**

**GS2323**
*Generator - 1 ea*





**GS2324**
*Workbench - 1 ea*

*Cordless power tool kit*
**GS2325**
*Hammerdrill - 1 ea*
*Reciprocating Saw - 1 ea*
*Circular Saw - 1 ea*
*Work Light - 1 ea*
*Tool Bag - 1 ea*





**GS2326**
*22 Ton Jack Stands - 2 ea*

**GS2327**
*Metal Platform Truck - 1 ea*



PG17

## GS2328
### Impact Socket Set - 1 kt





## GS2329
### Volt Grinder kit - 1 kt

## GS2330
### Night Vision Purge Kit - 1 kt





## GS2331
### Recovery Tank - 1 ea

## GS2334
### Mechanic Seat -1 ea



*PG18*

## GS2332
**Ratchet Wrenches - 1 set**





## GS2333
**Reversible Ratchet Wrenches - 1 set**

## GS2335
**Thread Repair Set - 1 set**





## GS2336
**Hot Water Pressure Washer - 1 ea**

## GS2337
**Parts Washer - 1 ea**



*PG19*

**JA238**

## GS2340
### Strapping Tool Kit - 1 kt



## GS2341
### Shop Equipment 37 - 1 ea



## GS2342
### Shop Equipment 38 - 1 ea





## GS2343
### 90 Gallon Flam Locker - 1 ea



## GS2344
### Shop Equipment 39 - 1 ea

# *GS2345   BackPack Tool Kit*

*3/8' Drive socket set metric - 1 ea*
*Screwdriver set - 1 ea*
*Torque Computorq - 1 ea*
*Magnetic retriever - 1 ea*
*Screw Driver Pry Bar Set - 1 ea*
*Ball Pein Hammer - 1 ea*
*Digital multimeter - 1 ea*
*LED Flashlight - 1 ea*
*3/8' SAE Socket Set - 1 ea*
*LED Worklight - 1 ea*
*Impact Resistance Gloves - 1 pr*
*Flex Head Gear Wrenches - 1 ea*
*Gearwrench adjustable wrench - 1 ea*
*3 piece locking pliers - 1 ea*
*Index Rachet Wrench set SAE - 1 ea*
*Index Rachet Wrench set metric - 1 ea*
*Channel Lock set - 1 ea*



*PG21*

**1/1 Match**       **Like Item**         **No GMS Equivalent**

Complete Welding Pack: GS1000 **(page 4)**
*GMS comparison: Complete Welding Pack - GMSG0008 (page 32)*

### Complete Welding Pack
### GS1000

PK1 Auto Darkening Welding Helmet - qty 3
PK1 A800 Clear Lens Safety Glasses - qty 6
PK1 WELDING GOGGLE #5 LENS - qty 2
Millematic 252, Input Voltage 200/230 - qty 1
Welding Contact Tip, M-Series Style, Series M-Series, Material Copper, For Use With Mild and Stainless
Steel Wire, Package Quantity 10 - qty 2

CONTACT TIP ADAPTER (H-9,H-10,M-10,M-15), Package Quantity 2 - qty2
Nozzle, Standard, Orifice, Bore Dia. 5/8 In., Material Steel, For Use With XR AND SPOOLMATIC 30A
GUNS, Package Quantity 2 - qty 2

PK1 .035 ALUMINUM WIRE 11 - qty 2
PK1 .035 STAINLESS WIRE 2# - qty 2
Electrode Welding Oven, Bench Top, Temp. Range 100 to 300 Degrees F, Fiberglass Insulation, Heating
Elements 600W Wire Wrap, Voltage 120/240VAC, UL, cUL, CE - qty 1

MIG Pliers - qty 2
PK3 CHIPPING HAMMER - qty 3
Arc Welding Rod, E7018 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength
70,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E7018 - qty 3

Arc Welding Rod, E6011 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength
60,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E6011 - qty 3

PK3 Welding Anti-Spatter, 16 Oz. -14 Oz. Net Wt. - qty 2
PK2 Welding Jacket - Large - qty 2
PK5 Flat Wheels for Angle Grinders - 4-1/2" x .040 x 7/8 - qty 1
PK5 Grind & Cut Wheels - Kin-Kut Zirconia - 4-1/2 x 1/8 x 7/8 - qty 1
Syncrowave 250 DX - qty 1
1/4 lb. 3/32 Mazalloy - qty 1
1/2 lb. 0/8 Mazalloy - qty 1
1/2 lb. 1/8 Hydralloy - qty 1
1/2 lb. 1/8 Mazalloy Ultra - qty 1
1/4 lb. 3/32 Chromalloy - qty 1
1/2 lb. 1/8 Chromalloy - qty 1





# Complete Welding Pack
## GMSG0008:C_3G2C5

| Product Name |
| --- |
| TIG Welders |
| Rod Oven |
| MIG Welder |
| Rod & Electrodes Assortment |
| Wire & Contact Tips Assortment |
| Welding PPE & Accessories |

**EXHIBIT**
tabbies
4

**JA241**

Welding Resupply Pack: GS1001 (page 5, top)
*GMS comparison: Welding Resupply Pack - GMSG0009 (page 32)*

## GS1001

### Welding Resupply Pack
*Welding Contact Tip, M-Series Style, Series M-Series, Material Copper, For Use With Mild and Stainless Steel Wire, Package Quantity 10 - qty 2*

*CONTACT TIP ADAPTER (H-9,H-10,M-10,M-15), Package Quantity 2 - qty 2*
*PK1 .035 ALUMINUM WIRE 1# - qty 2*
*PK1 .035 STAINLESS WIRE 2# - qty 2*
*Arc Welding Rod, E7018 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 70,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E7018 - qty 3*

*Arc Welding Rod, E6011 AC/DC, Material Mild Steel, Dia. 1/8 In., Length 14 In., Min. Tensile Strength 60,000 PSI, Container 10 lb. Box, Standards AWS A5.1 E6011 - qty 3*

*PK1 Welding Anti-Spatter, 16 Oz. -14 Oz. Net Wt. - qty 2*
*PK5 Flat Wheels for Angle Grinders - 6-1/2" x .040 x 7/8 - qty 1*
*PK5 Grind & Cut Wheels - Kim-Kut Zirconia - 4-1/2 x 1/8 x 7/8 - qty 1*
*4 lb. 3/32 Maxalloy - qty 1*
*2 lb. 1/8 Maxalloy - qty 1*
*2 lb. 1/8 Hydralloy - qty 1*
*2 lb. 1/8 Maxalloy Ultra - qty 1*
*4 lb. 3/32 Chromalloy - qty 1*
*2 lb. 1/8 Chromalloy - qty 1*




Welding PPE & Accessories

# Welding Resupply Pack
## GMSG0009:C_3G2C5

| Product Name |
| --- |
| Rod & Electrodes |
| Wire & Contact Tips Assortment |
| Welding PPE & Accessories |

Custom Cutting Resupply: GS1010 (page 30, top)
*GMS comparison: Custom Cutting Refill Pack - GMS7798RF (page 48)*

## Custom Cutting Resupply

### GS1010
*7 Pc. Wood Case - Sizes Included: 1/8", 3/16", 1/4", 5/16", 3/8", 7/16", 1/2" - qty 1*
*5 Piece Extractor Set. Includes #1 thru #5 Extractors in a custom pouch. - qty 1*
*7 Pc Set - 1/8 - 1/2 by 16ths - qty 1*
*Eliminator Hacksaw & Recip. Saw Blades - qty 1*
*Reciprocating Saw Blades - qty 1*
*Super Primalloy Spiral Taps - qty 1*
*3" Kim-Kut Conform Discs - qty 1*
*SUPER-MAXX CUT-OFF WHEELS - qty 1*
*FLAP WHEEL ABRASIVES - qty 1*
*Surface Preparation Master - qty 1*
*2"&3" Green Corps Discs & Holders - qty1*





# Custom Cutting Refill Pack
## GMS7798RF:C_3G2C5





| Product Name | |
| --- | --- |
| Metal Blades | **Refer to pg.16 for Custom Cutting Pack GMS7798K** NSN: 4940-01-642-1455 |
| Sawzall Blades | |
| Prep Discs | |
| Drill Bits & Taps | |
| Grinding Wheels | |
| Sanding Discs | |



Spill Pallet Tote Pedestal: GS1024 **(page 6, top)**
*GMS comparison: Spill Pallet Tote Pedestal Pack - GMSE9105PK (page 44)*



*Spill Pallet Tote Pedestal*
**GS1024**
*Tote Spill containment Pallet - qty 1*

*Spill Kit Refill Pack*

# Spill Pallet Tote Pedestal Pack

## GMSE9105PK:C_3G2C5

| Product Name |
| --- |
| 275 Gallon Tote Spill Pallet w/ Drain |
| GMS Duffel Bag Spill Kit |

Spill Kit Refill Pack: GS1007 **(page 6, middle)**
*GMS comparison: Spill Kit Refill Pack - GMS7716R (page 49)*

*Spill Kit Refill Pack*
**GS1007**
*50 Gallon Mobile Spill Kit resupply - qty 1*

*Spill Pallet Pack*



# Spill Kit Refill Pack
## GMS7716R:C_3G2C5

| Product Name |
| --- |
| Universal 50-Gallon Spill Kit Refill |
| Suc It Up Absorbent Shaker 1lb |
| Repair Epoxy Putty Stick |

**Refer to pg.13 for
Spill Control Kit GMS7716K**
NSN: 4940-01-640-9446

Spill Pallet Pack: GS1023 **(page 6, middle)**
*GMS comparison: 4 Drum Spill Pallet Pack - GMSE9097PK (page 45)*



*Spill Pallet Pack*
*GS1023*
*4-Drum Spill Pallet - qty 1*



**4 Drum Spill Pallet Pack**
**GMSE9097PK:C_3G2C5**

| Product Name |
| --- |
| 4 Drum Spill Pallet |
| Duffel Bag Spill Kit w/ Assorted Accessories |

2 Drum Spill Pallet: GS1025 **(page 6, middle)**
*GMS comparison: 2 Drum Spill Pallet Pack - GMS9108K (page 44)*



*2 Drum Spill Pallet*
*GS1025*
*2 Drum Spill containment Pallet - qty 1*



**2 Drum Spill Pallet Pack**
**GMS9108K:C_3G2C5**

| Product Name |
| --- |
| 2 Drum Spill Pallet |
| Duffel Bag Spill Kit w/ Assorted Accessories |

**JA244**

Pressure Washer: GS1022 **(page 7, top)**
*GMS comparison: Pressure Washer Kit - GMS6007K (page 37)*





Shelving Pack 1: GS1012 **(page 7, middle)**
*GMS comparison: Rack 'Em Up Pack - GMS6833K (page 54)*







Floor Maintenance Pack: GS1035 (page 7, middle)
*GMS comparison: Walk-Behind Scrubber - GM9002559 (not in catalog)*



Heavy auty Shelving

**Floor Maintenance Pack**
**GS1035**
**Industrial Floor Scrubber - qty 1**
**GS2339**
**Supply Pack 5**
**Scrubbing pads - 10 bx**




Battery Cable Wire Pack: GS1026 (page 8, top)
*GMS comparison: Battery Cable Wire Pack - GMSG0003 (page 32)*

**Battery Cable Wire Pack**
**GS1026**
**Black Battery Cable -50ft**
**Red Battery Cable - 50ft**
**Negative Straight Battery Term - qty 10**
**Positive Straight Battery Term - qty 10**



# Battery Cable Wire Pack
## GMSG0003:C_3G2C5

| Product Name |
| --- |
| 50FT 2/0 Black Bat Cable |
| 50FT 2/0 Red Bat Cable |
| 2/0 AWG Negative Heavy Duty Straight Barrel Battery Terminal |
| 2/0 AWG Positive Heavy Duty Straight Barrel Battery Terminal |

**JA246**

Battery Terminal Kit: GS1027 **(page 8, middle)**
*GMS comparison: Battery Terminal Kit - GMSG0014 (page 33)*



**Battery Terminal Kit**
**GS1027**
*Heavy duty Crimper Tool - qty 1*
*Battery Terminal Drawer Kit - 1 kt*



# Battery Terminal Kit
## GMSG0014:C_3G2C5

| Product Name |
|---|
| Stackable Battery Terminals |
| Straight Barrel Lugs |
| Straight Battery Terminals |
| Flag Battery Terminals |
| Elbow Battery Terminals |
| Stainless Steel Stud Nuts |
| Black Shrink Tubes |
| Heavy Duty Crimper Tool |

Hose Clamp Assortment: GS1030 **(page 8, middle)**
*GMS comparison: Hose Clamp Assortment Pack - GMSG0005 (page 36)*

*Hose Clamp Assortment*
*GS1030*
*Constant Torque Hose Clamps Assortment - qty 1*
*Hose Clamps Assortment - qty 1*





# Hose Clamp
# Assortment Pack
## GMSG0005:C_3G2C5

| Product Name |
|---|
| Constant Torque Hose Clamps Assortment |
| Hose Clamps Assortment |

Absorb Oil Pad Pack: GS1029 **(page 9, top)**
*GMS comparison: Absorb This! Oil Only Pad Pack - GMS9098K (page 36)*

**Absorb Oil Pad Pack**
**GS1029**
Oil Only Pads - 6 bx

# Absorb This! Oil Only Pad Pack



### GMS9098K:C_3G2C5

| Product Name |
| --- |
| Clean Up Jr. Wipes |
| Suc It Up - Absorbent Shaker 2.75 lb. |
| Absorb This! Oil Only Pads |
| GMS Wiper |
| Red Shop Towels |

Oil Absorbent Kit: GS1033 **(page 9, middle)**
*GMS comparison: Absorbent Pack 2 - GMS11055 (page 12)*



*Oil Absorbent Kit*
**GS1033**
Dry Sweep - 25 bg



# Absorbent Pack 2
### GMS11055 FEDMALL
### NSN: 4940-01-643-9914

| Part Number | Product Name |
| --- | --- |
| GMS1913 | Clean Up Jr. Wipes |
| GMS2305LB | Suc It Up Absorbent Shaker Bottle 1 lb. |
| GM4505059 | Premium Clay Absorbent |
| GMS2304 | GMS Wiper |
| GMS-7288R | Red Shop Towels |

Supply Kit 3: GS1061 (page 9, middle)
*GMS comparison: Company Supply Kit! - GMSC4796 (page 38)*



**Supply Pack 2
GS1038**

**Supply Kit 3
GS1061**
**Papertowel Dispensers - 4 ea
Soap Dispensers - 6 ea
Air Freshner Dispensers - 6 ea
Urinal Pads - 1 bx
Toilet bowl freshners - 1 bx
Toilet paper - 1 bx
Papertowels - 5 bx
Hand soap - 2 bx
Air Freshner - 1 bx**



# Company Supply Kit!
## GMSC4796:C_3G2C5

| Product Name |
| --- |
| Swirl |
| Swish |
| Oger Soap Dispenser |
| Oger Soap |
| Paper Towels |
| Hands Free Paper Towel Dispenser |
| Wash Up! Coco Breeze |
| Wash Up! Dispenser |
| Smell This! Dispenser |
| Smell This! Mango |

Shop Equipment 12: GS2199 (page 11, middle)
*GMS comparison: Pallet Jack - GM1784 (not in catalog, but has been quoted to Fort Polk)*



**Shop Equipment 12
GS2199**
*Pallet Jack - 1 ea*

Supply Kit 4: GS2102 (page 11, bottom)
*GMS comparison: STI330DESST040R — STI330DESST150R (not in catalog). Have sold army steel toe boots for years.*

 

**Supply Kit 4
GS2102
Army Steel Toe Boots - 30 pr**

Shop Equipment 13: GS2200 (page 12, bottom)
*GMS comparison: 8' Fiberglass Step Ladder - GMH1195 (not in catalog)*

 

**Shop Equipment 13
GS2200
8' Step Ladder - 1 ea**

Shop Equipment 23: GS2302 (page 13, bottom)
*GMS comparison: 20 Ton Service Jack - GM4681 (not in catalog)*

**Shop Equipment 23
GS2302
20 Ton Floor Jack - 1 ea**





22 Ton Jack Stands: GS2326 (page 18, middle)
*GMS comparison: 22 Ton Floor Jack Stand Pair - GME2225 (not in catalog)*





**GS2326**
**22 Ton Jack Stands - 1 ea**



Metal Platform Truck: GS2327 (page 18, bottom)
*GMS comparison: Metal Platform Trucks - GMH-2667 (not in catalog)*



**GS2327**
Metal Platform Truck - 1 ea





90 Gallon Flam Locker: GS2343 (page 21, middle)
*GMS comparison: 90 Gallon Flam Locker Pack - GMA290PK (page 40)*



*GS2343*
*90 Gallon Flam Locker - 1 ea*





## 90 Gallon Flam Locker Pack
### GMA290PK:C_3G2C5

| Product Name |
| --- |
| 90 Gallon Flammable Storage |
| Duffel Bag Spill Kit w/ Assorted Accessories |

Supply Kit 26: GS2422 (page 31 middle)
*GMS comparison: Swirl Toilet Maintainer Rim Cage - GMS7098 (in DOD Supply catalog page 49)*



*GS2422*
*Supply Kit 26*
*Toilet Bowl Freshner - 4 bx*





Supply Kit 25: GS2420 (page 31 bottom)
*GMS comparison: Suc It Up 2.75 lb. Shaker – GMS2305 (in DOD Supply catalog page 33)*



*GS2420*
*Supply Kit 25*
*Hydrocarbon Polymer*
*Oil Absorbent 2.75lb jug 10ea*



Supply Pack 12: GS2395 (page 30 middle)

*GMS comparison: Wash Up! Tornado – GMS2202S (page 58)*





**GS2395**
**Supply Pack 12**
**MECHANIC SOAP - 4 cases**



Maintenance Pack 8: GS2388 (page 30 middle)
*GMS comparison: Solve This! – GMS1400A (in DOD Supply catalog page 60)*



**GS2388**
**Maintenace Pack 8**
**Kwik Evap - 2 cases**
**Brake Cleaner - 2 cases**



Shop Equipment 58: GS2368 (page 25 middle)
*GMS comparison: Clean Up Wipes – GMS1909 (in DOD Supply catalog, page 65)*



**S2368**
**op Equipment 58**
**chanic Wipes - 4 bx**

 

Sealant Kit: GS2369 (page 25 bottom)



**GMS comparison: Crack & Seal Pack – GMS6788K (page 26)**



GS2369
*Sealant Kit*
*RTV Red - 2 bx*
*RTV Black - 2 bx*

**Crack & Seal Pack**
**GMS6788K:C_3G2C5**

| Product Name |
| --- |
| Seal-It! RTV Black |
| Seal-It! RTV Red |
| GMS Wiper |
| Nutcracker 1 |

**Supply Pack 7: GS2364 (page 24 top)**
**GMS comparison: Solve This! – GMS1400A (in DOD Supply catalog, page 60)**



GS2364
*Supply Pack 7*
*Brake Parts Cleaner - 1 cs*

GS2359

**Supply Pack 6: GS2363 (page 24 bottom)**

*GMS comparison: Anti-Fatigue Mat - GMH-688BL (not in catalog)*

 

### GS2363
*Supply Pack 6*
*Anti-Fatigue Mat - 1 ea*

Safety Pack 5: GS2391 (page 28 top)
*GMS comparison: GMS Complete Safety Board Kit – GMSE9099 (page 47)*



### GS2391
*Safety Pack 5*
*Complete Safety Board - 1 ea*





GS2383

GMSE9099:C_3G2C5

Deployment Pack 1: GS2382 (page 28 middle)

GMS comparison: Deployment Pack 1 – GMSD100 (page 41)
GMS comparison: Deploy-able MRO Maintenance Pack – GMSD200 (page 42)



GS2382
Deployment Pack 1
Connex - 1 ea
Hydraulic Kit - 1 ea



Shop Equipment 59: GS2378 (page 29 middle)
GMS comparison: 20 Ton Capacity Service Floor Jack - GMS4363 (not in catalog)



**GS2378**
*Shop Equipment 59*
*20 Ton Jack - 1 ea*

Shop Equipment 65: GS2413 (page 33 middle)
*GMS comparison: 6 Foot Plastic Folding Table - GMT9F506750 (not in catalog)*



**GS2413**
*Shop Equipment 65*
*8' Plastic Folding Table - 1 ea*



\*Motorpool Safety Pack: GS1003 (page 2, top) – GS1006?
*GMS comparison: Private Eyes Pack - GMS7328K (page 62)*

Shop Equipment 3: GS1050 (page 2, middle)
*GMS comparison: Utility Motorpool Safety Pack - GMS11360 (page 29) (70 glasses)*

Disposable Pack 2: GS1032 (page 2, middle)
*GMS comparison: Absorb This! Oil Only Pad Pack - GMS9098K (page 36) (12 wipers)*
*GMS comparison: Shine So Fine Kit - GMS6481K (page 56) (8 wipers)*

Motorpool Disposable Pack: GS1018 (page 2, bottom)
*GMS comparison: GMS Distro Safety Pack - GMS6854K (page 57)*

Mechanic Pack: GS1028 (page 3, top)
*GMS comparison: Mechanic Pack - GMS1135K (page 31)*

Mechanic Pack 2: GS1045 (page 3, middle)
*GMS comparison: GMS Safety First Pack - GMS6853K (page 57)*

**JA257**

Grease Kit 1: GS1008 **(page 3, middle)**
*GMS comparison: Motorpool Maintenance Supply Kit 8 - GMS112622 (not in catalog, has one Super Heavy Duty Lever Grease Gun with 18" Whip Hose)*

Grease Kit 2: GS1009 **(page 3, bottom)**
*GMS comparison: Motorpool Maintenance Supply Kit 8 - GMS112622 (not in catalog, has one Super Heavy Duty Lever Grease Gun with 18" Whip Hose)*

Shop Equipment 6: GS1053 **(page 6, bottom)**
*GMS comparison: 55 Gallon Steel Drum - GMT9A657106 (not in catalog)*

Supply Pack 5: GS2339 **(page 7, middle)**
*GMS comparison: Floor Maintenance Pack - GMS8572K (page 37)*

Shop Equipment 7: GS1055 **(page 7, bottom)**
*GMS comparison: Hospitality Pack 3 - GMS60003 (page 39)*

POL Pack 1: GS1034 **(page 8, bottom)**
*GMS comparison: TVLK1 - GMSA4249 (page 12)*
Supply Pack 1: GS1036 **(page 9, middle)**
*GMS comparison: Shop Resupply Pack - GMS6658K (page 27) (10 boxes paper towels)*

Supply Pack 2: GS1038 **(page 9, bottom)**
*GMS comparison: GMS Duffelbag Hurricane Kit - GMHURKIT (not in catalog, has 14.5 " L Cable Tie Back (Pk of 100)*

Shop Equipment 1: GS1031 **(page 10, top)**
*GMS comparison: Food Service Pack 3 - GMS60002 (page 39)*

Shop Equipment 2: GS1037 **(page 10, middle)**
*GMS comparison: Keep On Creepin' On Pack - GMS7519K (page 64)*

Shop Equipment 4: GS1051 **(page 10, middle)**
*GMS comparison: 20 Ton Floor Jack Kit - GMS4363 (not in catalog, has a 20 ton jack instead of 10)*

Shop Equipment 5: GS1052 **(page 10, bottom)**
*GMS comparison: 32 Gal. Gray Trash Container with Lid - GM32GWLID (not in catalog)*

Shop Equipment 10: GS2100 **(page 11, top)**

*GMS comparison: 1 1/2 Ton Floor Style Transmission Jack - GM5190 (not in catalog, but has been quoted to Fort Polk)*

Shop Equipment 11: GS2101 (page 11, middle)
*GMS comparison: GMS Jack Pack - GMS8010K (not in catalog)*

Safety Pack: GS6678 (page 11, middle)
*GMS comparison: LED Pivoting Spot/Flood Headlight - GMHDL33A2E (not in catalog)*

Shop Equipment 16: GS2204 (page 12, top)
*GMS comparison: GMS Compressor Kit - GMS5993K (page 55)*

Shop Equipment 17: GS2205 (page 12, middle)
*GMS comparison: GMS Compressor Kit - GMS5993K (page 55)*

Shop Equipment 20: GS2208 (page 12, middle)
*GMS comparison: Rotary Fuel Pump - GMS9065 (not in catalog)*

Shop Equipment 15: GS2203 (page 12 middle)
*GMS comparison: GMS Drum Pump Kit - GMS5983K (not in catalog)*

Shop Equipment 18: GS2206 (page 13, top)
*GMS comparison: Torque It Pack - GMS7054K (page 59)*

Shop Equipment 19: GS2207 (page 13, middle)
*GMS comparison: Torque It Pack - GMS7054K (page 59)*

Mechanic Pack 3: GS2202 (page 13, middle)
*GMS comparison: GMS Safety First Pack - GMS6853K (page 57)*

Shop Equipment 14: GS2201 (page 13, middle)
*GMS comparison: Hammer Time Pack - GMS7421K (page 63)*

Robin Air Kit: GS2312 (page 14, top)
*GMS comparison: GMS Compressor Kit - GMS5993K (page 55)*

Shop Equipment 24: GS2303 (page 14, middle)
*GMS comparison: Large Steel Drum Funnel - GMHB004 (not in catalog)*

Shop Equipment 30: GS2310 (page 15, bottom)
*GMS comparison: Snow Pusher - G4117084 (not in catalog)*

Shop Equipment 28: GS2307 (page 16, top)
*GMS comparison: GMS Too Easy Spill Pack - GMS7833K (page 65)*

Shop Equipment 25: GS2304 (page 16, middle)
*GMS comparison: Convertible Aluminum Hand Truck - GMH-1382 (not in catalog)*

Shop Equipment 31: GS2313 (page 16, middle)
*GMS comparison: Paint Striping Pack - GMS6706K (page 46)*

Wet Dry Vac: GS2316 (page 16, middle)
*GMS comparison: Carpet Remediation Pack - GMS1136K (page 26)*

Dewalt 20V Cordless Deployment Kit: GS2318 (page 16, bottom)
*GMS comparison: Hammer Time Pack - GMS7421K (page 63)*

Shop Equipment 26: GS2305 (page 17, middle)
*GMS comparison: Spill Control Kit - GMS7716K (page 13)*

Hydraulic Kit: GS2311 (page 17, middle)
*GMS comparison: Heavy Duty Hydraulic Pack - GMS0004K (page 13)*
*GMS comparison: Hydraulic Equipment Pack - GMSG0015 (page 35)*

Spill Containment: GS2322 (page 17, bottom)
*GMS comparison: 4 Drum Spill Pallet Pack - GMSE9097PK (page 45)*

Generator: GS2323 (page 18, top)
*GMS comparison: Generator Portable Inverter - GMEU2200i (not in catalog)*

Workbench: GS2324 (page 18, middle)
*GMS comparison: Deploy-able Electrical Pack - GMSD500 (page 43)*

Cordless Power Tool Kit: GS2325 (page 18, middle)
*GMS comparison: 18V Four Piece Tool Combo – GMTOOLKIT (not in catalog)*

**JA260**

Impact Socket Set: GS2328 (page 19, top)
*GMS comparison: Extensive Socket Set - GM33413 (not in catalog)*

Volt Grinder Kit: GS2329 (page 19, middle)
*GMS comparison: Cordless Angle Grinder - GMH56415 (not in catalog)*

Recovery Tank: GS2331 (page 19, middle)
*GMS comparison: Propane Gas Canister - GM12258PG16 (not in catalog)*

Mechanic Seat: GS2334 (page 19, bottom)
*GMS comparison: Shop Supply Pack - GMS6728K (page 55)*

Ratchet Wrenches: GS2332 (page 20, top)
*GMS comparison: Ratcheting Wrench Set - GMKDT85597 (not in catalog)*

Reversible Ratchet Wrenches: GS2333 (page 20, middle)
*GMS comparison: Ratcheting Wrench Set - GMKDT85597 (not in catalog)*

Thread Repair Set: GS2335 (page 20, middle)
*GMS comparison: RETHREAD SET - GMHTRCOMBO-48 (not in catalog)*

Hot Water Pressure Washer: GS2336 (page 20, middle)
*GMS comparison: Pressure Washer Kit - GMS6007K (page 37)*

Parts Washer: GS2337 (page 20, bottom)
*GMS comparison: Parts Washer Kit - GMS6534K (page 56)*

Strapping Tool Kit: GS2340 (page 21, top)
*GMS comparison: Poly Strapping Tools and Cart - GMS6021 (not in catalog)*

Shop Equipment 37: GS2341 (page 21, middle)
*GMS comparison: Gas Cylinder Cabinet - GMG7546926 (not in catalog)*

Shop Equipment 38: GS2342 (page 21, middle)
*GMS comparison: Gas Cylinder Cabinet - GMG7546926 (not in catalog)*

Shop Equipment 39: GS2344 (page 21, bottom)
*GMS comparison: Industrial Storage Cabinet - GMH-2216GR (not in catalog)*

Shop Equipment 72: GS2421 (page 31 middle)
*GMS comparison: Roll Top Drum Storage Container -GMSPEC9637 (not in catalog)*

Maintenance Pack 9: GS2389 (page 30 middle)
*GMS comparison: Corrosion Kit – GMS5102K (page 45)*

Lube Kit 1: GS2390 (page 30 bottom)
*GMS comparison: TVLK1 – GMSA4249 (page 12)*

Maintenance Pack 5: GS2367 (page 26 top)
*GMS comparison: Corrosion Kit – GMS5102K (page 45)*

Shop Equipment 46: GS2358 (page 25 middle)
*GMS comparison: DRUM TRUCK, 55 GAL, STEEL - GM9975 (not in catalog)*

Welding Supply Pack 3: GS2386 (page 5 middle)
*GMS comparison: Deploy-able Battery Safety Pack - GMSD300 (page 42)*

Welding Supply Pack 2: GS2385 (page 5 middle)
*GMS comparison: Complete Welding Pack – GMSG0008 (page 32)*

Welding Supply Pack 1: GS2384 (page 5 middle)
*GMS comparison: Complete Welding Pack – GMSG0008 (page 32)*

Welding Supply Pack 4: GS2387 (page 5 bottom)
*GMS comparison: Complete Welding Pack – GMSG0008 (page 32)*

Spill Containment: GS2349 (page 23 middle)
*GMS comparison: 2 Drum Spill Pallet Pack - GMS9108K (page 44)*

Shop Equipment 44: GS2354 (page 23 middle)
*GMS comparison: Mid-Back Chair - GM6200D (not in catalog)*

Air Impact: GS2357 (page 23 bottom)
*GMS comparison: Torque It Pack – GMS7054K (page 59)*

Shop Equipment 49: GS2360 (page 24 middle)
*GMS comparison: 22 Ton Floor Jack Stand Pair - GME2225 (not in catalog)*

**JA262**

Shop Equipment 50: GS2361 (page 24 middle)
*GMS comparison: Insulation and Continuity Tester - GMMIT420EN (not in catalog)*

Safety Pack 3: GS2366 (page 25 top)
*GMS comparison: GMS Safety Board Refill Kit – GMSE9098 (page 47)*

Maintenance Pack 6: GS2370 (page 26 bottom)
*GMS comparison: Custom Cutting Pack – GMS7798K (page 16)*

Supply Pack 13: GS2397 (page 27 middle)
*GMS comparison: Torque Multiplier – GMEWK (not in catalog)*

Shop Equipment 61: GS2396 (page 27 middle)
*GMS comparison: Fuel Forced Air Heater - GM4200006 (not in catalog)*

Supply Pack 11: GS2394 (page 27 bottom)
*GMS comparison: Push It Pack – GMS7063K (page 59)*

Deployment Pack 2: GS2383 (page 28 middle)
*GMS comparison: XXL Pelican Shipping Case - STIAL3834 (not in catalog)*

Supply Pack 9: GS2380 (page 28 bottom)
*GMS comparison: Lateral File Cabinet - GM403205 (not in catalog)*

Supply Pack 9: GS2379 (page 29 top)
*GMS comparison: Drive Bit Socket Set - GMH3DBS37PC (not in catalog)*

Safety Pack 4: GS2372 (page 29 bottom)
*GMS comparison: GMS Complete Safety Board Kit Deluxe – GMSE9099DX (page 47)*

Shop Equipment 73: GS2424 (page 31 top)
*GMS comparison: LED Work Light - GM4421 (not in catalog)*

Supply Kit 27: GS2423 (page 31 middle)
*GMS comparison: Clean Pack Spill Maid Refill – GMS7563K (page 65)*

Shop Equipment 71: GS2419 (page 32 top)
*GMS comparison: Digital Multimeter Kit - GM87FLUKE (not in catalog)*

Shop Equipment 69: GS2417 (page 32 middle)
*GMS comparison: Mid-Back Chair - GM6200D (not in catalog)*

Shop Equipment 68: GS2416 (page 32 middle)
*GMS comparison: Heavy Duty Hydraulic Pack – GMS0004K (page 31)*

Shop Equipment 67: GS2415 (page 32 bottom)
*GMS comparison: Custom Cutting Refill Pack – GMS7798RF (page 48)*

Shop Equipment 66: GS2414 (page 33 top)
*GMS comparison: Hammer Time Pack – GMS7421K (page 63)*

Supply Pack 24: GS2411 (page 33 middle)
*GMS comparison: First Aid Station - GM34761009 (not in catalog)*

Supply Pack 23: GS2410 (page 33 bottom)
*GMS comparison: Torque It Pack - GMS7054K (page 59)*

Maintenance Pack 10: GS2407 (page 34 top)
*GMS comparison: Duel Wheel Dolly - GMS1944 (not in catalog)*

Supply Pack 21: GS2406 (page 34 middle)
*GMS comparison: LED Work Light - GM4421 (not in catalog)*

Supply Pack 20: GS2405 (page 34 middle)
*GMS comparison: 28 Volt Lithium Ion Charger - GMG1088507 (not in catalog)*

Supply Pack 19: GS2404 (page 34 middle)
*GMS comparison: Cordless Angle Grinder - GMH56415 (not in catalog)*

Supply Pack 18: GS2403 (page 34 bottom)
*GMS comparison: Torque It Pack - GMS7054K (page 59)*

Supply Pack 17: GS2402 (page 35 top)
*GMS comparison: Torque It Pack - GMS7054K (page 59)*

Supply Pack 16: GS2401 (page 35 middle)
*GMS comparison: Hammer Time Pack – GMS7421K (page 63)*

Supply Pack 15: GS2400 (page 35 middle)
*GMS comparison: DRAWER 4 DRILL BITS  FOR CUSTOM CUTTING PACK GMS7798K - GMS7798K-4 (page 28)*

Supply Pack 14: GS2399 (page 35 bottom)

*GMS comparison: None*

Compression Tester Kit: GS2271 (page 14, middle)
*GMS comparison: None*

Radiator Pressure Tester Kit: GS2281 (page 14, middle)
*GMS comparison: None*

Carpenter Platoon Tool Kit: GS2317 (page 14, bottom)
*GMS comparison: None*

Shop Equipment 35: GS2321 (page 15, top)
*GMS comparison: None*

Shop Equipment 34: GS2320 (page 15, middle)
*GMS comparison: None*

Shop Equipment 33: GS2319 (page 15, middle)
*GMS comparison: None*

Shop Equipment 29: GS2308 (page 15, middle)
*GMS comparison: None*

TPS Adjuster Tool: GS2315 (page 17, top)
*GMS comparison: None*

Shop Equipment 27: GS2306 (page 17, middle)
*GMS comparison: None*

Night Vision Purge Kit: GS2330 (page 19, middle)
*GMS comparison: None*

BackPack Tool Kit: GS2345 (page 22)
*GMS comparison: None*

Locker Kit: GS2347 (page 23 top)
*GMS comparison: None*

Shop Equipment 42: GS2352 (page 23 middle)

*GMS comparison: None*

Shop Equipment 48: GS2359 (page 24 middle)
*GMS comparison: None*

Shop Equipment 62: GS2398 (page 27 top)
*GMS comparison: None*

Supply Pack 8: GS2374 (page 29 middle)
*GMS comparison: None*

Maintenance Pack 7: GS2373 (page 29 middle)
*GMS comparison: None*

Shop Equipment 70: GS2418 (page 32 middle)
*GMS comparison: None*

Shop Equipment 64: GS2412 (page 33 middle)
*GMS comparison: None*

The details on the email through Vault were:

| | |
|---|---|
| from: | "no-reply" <no-reply@accounts.google.com Google> |
| to: | "westly.greer" <westly.greer@gmsindustrialsupply.com> |
| date: | 2019 Apr 3 22:15:31 |
| subject: | Archive of Google data requested |
| system labels: | Deleted, Trash, Opened |

**EXHIBIT**

tabbies®

5

5/2/2019                                        Test - Archive of Google data requested

type:(Mail) mode:(All data) time zone:(GMT+00:00) accc

Vault                                   >                           **Share**                    ▾

Test

Holds                     ✉ **Archive of Google data requested**               Print all

**Search**                 **no-reply** to westly.greer          show details  print  original  Apr 3

Export

Audit
                                              

                                    # Archive of Google data
                                    # requested for

                              ✗   westly.greer@gmsindustrialsupply.com

                              You're getting this email because there's been a
                              request to create an archive of your Google data.

                              If you didn't make this request, someone may be
                              trying to access your Google account. Check recent
                              activity in your account and take steps to secure it.

                              Requests can be scheduled in advance.

                                              Check activity

                        You received this email to let you know about important changes to your
                                             Google Account and services.
                        © 2019 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA
                                                   94043, USA

**JA268**

< Back to results

## Message details

| | |
|---|---|
| Subject: | Your Google data archive is ready |
| Sender: | 36VKIXAcKABA347u51Ew44w1u.s42@takeout.bounces.google.com |
| Recipient: | ▲ 2 recipients |
| Date: | Apr 3, 2019, 17:42 |
| Message ID: | <000000000000064d44c0585a9a494@google.com> |
| Message size: | 8.76KB |
| Attachments: | 0 |
| Direction: | Received |
| Status: | 0/2 Delivered |

## Recipient details

### Group recipients:

▲ itadmin@gmsindustrialsupply.c   Apr 3, 2019, 17:42   0.51 seconds   Bounced

### Individual recipients:

▼ westly.greer@gmsindustrialsup   Apr 3, 2019, 17:42   0.08 seconds   Dropped

Apr 3, 2019, 17:42   Received from an SMTP server with IP address: 209.85.220.69 (TLS enabled)

250 2.0.0 OK

Apr 3, 2019, 17:42   Inserted into Gmail delivery pipeline

Apr 3, 2019, 17:42   Dropped

Matched rules:

▲ Routing: itadmin@gmsindustrialsupply.com

**JA269**



# PENDER& COWARD
ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach     Suffolk     Chesapeake     www.pendercoward.com

Brent R. Haden, Esq.
bhaden@pendercoward.com
Direct dial: (757) 490-8535
Direct fax: (757) 502-7388
222 Central Park Ave.,
Suite 400
Virginia Beach, VA 23462

April 17, 2019

## VIA E-MAIL & FEDERAL EXPRESS

Westly Greer
8102 Hardwood Circle
Colorado Springs, CO 80908

Re:    Supplemental Termination, Cease and Desist and Litigation Hold Notice
Letter and Demand for Return of Property

Dear Mr. Greer:

This is a supplement to our letter dated April 3, 2019 terminating your Independent Sales Agreement with GMS Industrial Supply, Inc. ("GMS"). As our and GMS' investigation of your and related parties activities progresses, we are leaning of more improper activities undertaken by you in violation of your duties to GMS, both during the term of your Independent Sales Agent Agreement dated January 21, 2019 with GMS (the "Sales Agent Agreement") and under your prior tenure as an employee of GMS.    GMS believes that while you were employed in a supervisory capacity for GMS, you solicited customers, employees and independent contractors of GMS for your own personal benefit and that of a company you formed to compete with GMS and disparaged GMS all for your financial gain.  Such actions constitute not only a breach of the terms of your employment with GMS but also a violation of your fiduciary obligations to GMS and you are put on notice that GMS will seek full legal redress for any and all of such activities.

By now you should have ceased all improper actions, including those demanded in our April 3, 2019 letter and GMS hereby reiterates its demands from that letter.  It is unfortunate that you have, based on reports GMS has received, failed to comply with GMS' cease and desist instructions thus far and appear to be continuing with your improper activities.  Please be awar that our notice in our April 3, 2019 letter to you to preserve any and all potentially relevant information continues to apply and is also applicable to the matters raised above in this letter.

GMS has also informed us that you still possess GMS property. You are directed to return any and all GMS property to the attention of Gary Gorken at GMS's California office immediately, including without limitation the following items:

HP Desktop Computer (PC i7) 1 2UA3050DJV
HP Notebook 1 8CG6251166
2 Samsung 27" Full-HD LED-backlit Gaming Monitors



EXHIBIT
tabbies
6

Westly Greer
April 17, 2019
Page 2

Galaxy Book (provided in November 2018)

GMS intends to vigorously protect its rights. Please govern yourself accordingly.

Very truly yours,

PENDER & COWARD, P.C.

Brent R. Haden

Cc:  GMS Industrial Supply, Inc.



## USB Devices Listing Report – V|CT&766, DC

### Engagement : GMS Industrial Supply

| Device Type | Vendor | Serial Number | Last Seen Date | First Seen Date |
|---|---|---|---|---|
| Disk | EPSON Storage USB Device | 78,29e,b1cb&80&534559593923685 | 4/2/2019 7:39:00 AM | 3/12/2017 7:11:00 PM |
| Disk | General UDisk USB Device | 78,27ad1c5&808_ | 10/21/2015 3:17:00 PM | 10/21/2015 2:17:00 PM |
| Disk | Generic STORAGE DEVICE USB Device | 78,17f7c364 | 3/13/2019 2:31:00 PM | 12/19/2018 8:34:00 PM |
| Disk | Kingston DataTraveler 3.0 USB Device | 60A44C41394287J1F98DA4E6 | 10/21/2015 3:12:00 PM | 10/21/2015 1:20:00 PM |
| Disk | Kingston DataTraveler 3.0 USB Device | 60A44C42669S8F11E84E23D1 | 11/3/2015 2:49:00 PM | 11/3/2015 1:49:00 PM |
| Disk | MXT-USB Storage Device USB Device | 150101v01 | 4/19/2019 8:42:00 PM | 4/19/2019 8:42:00 PM |
| Disk | SanDisk Cruzer USB Device | 200517381101DAA71C090 | 4/1/2017 10:25:00 AM | 3/18/2017 10:05:00 AM |
| Disk | SanDisk Cruzer Glide USB Device | 4C53000101112081100594 | 10/13/2018 9:58:00 PM | 6/13/2016 6:42:00 PM |
| Mobile Device | SAMSUNG-SM-G928V | 091S9047a03d905 | N/A | 4/9/2018 1:24:00 PM |
| Mobile Device | Galaxy Note9 | 269c56b43107ece | N/A | 12/13/2018 3:55:00 PM |
| Mobile Device | SAMSUNG-SM-N910V | 631ae4ed | N/A | 9/25/2017 6:55:00 AM |
| Mobile Device | V5987 | 78,144a23f7 | N/A | 11/12/2016 9:45:00 AM |
| Camera | HERO7 BLACK | C3281325559065 | N/A | 12/19/2016 8:29:00 PM |



EXHIBIT

7

JA272

## Jeff Lascara

| | |
|---|---|
| **From:** | Gary Gorken <gary@gmsindustrialsupply.com> |
| **Sent:** | ███████████████████ |
| **To:** | ███████████████ |
| **Cc:** | ████████████████████████████████████ |
| **Subject:** | Re: ███████████████████ |

███████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Gary



**Gary Gorken** | Director of Regulatory Compliance GMS Industrial Supply, Inc.
Home of the **Green** Oger!
gary@gmsindustrialsupply.com
https://www.gmsogerapp.com
https://www.gmsindustrialsupply.com
https://www.facebook.com/gmsindustrialsupply/
GMS West 2702-F Southport Way National City, CA 91950
GMS East 212 Denn Lane Virginia Beach, VA 23462
Primary (757) 435-3939 / 855-GRN-OGER <855-476-6437>
Office (619) 213-3213 /CA (757) 473-1GMS /VA
Fax (757) 337-3734/ (619) 878-6207

Click To View Products Online! | www.gmsindustrialsupply.com
Click **HERE** to view 26 GMS NSNs stocked at DLA
Made in the USA!
\* USDA Certified Biobased & Environmentally Earth Friendly Products
**\* GSA Contract: GS-07F-0369V**
**\* FedMall IDIQ MILSTRIP CONTRACT # SP47W115D0002**
**\* DLA Stock System NSN Supplier**
**\* GCSS US ARMY**
**\* GCSS USMC**
\* SWAM Small Woman and Minority-Owned Certification 667009
\* CMAS California Multiple Award Schedule

       

**Isaiah 40:31**

1

**EXHIBIT**

_8_

gmsindustrialsupply

GMS Industrial
Supply, Inc.

*Great Material Superior Service*

Mon - Fri 8:00 AM - 5:00 PM
(888) GMN-
OGER

| Home | About | Products | Shop | Contact |

Contact
Career Opportunities



Our tireless pursuit in having cutting edge material while providing extraordinary value is the fabric of our company. We are continually updating our product line and formulations to meet the needs of our military while taking care of our environment and meeting or exceeding all government regulations. GMS continues to demonstrate our initiative and excellence in not only meeting the basic requirements found in government regulations such as EO-13693, but exceeding them. We look forward to building new relationships with many members of the Department of Defense who are also interested in product innovation while maintaining sustainability for our environment.

To view
this
content,



Our First Ribbon Ceremony! Dedicated to T
Posted by GMS Industrial Supply, Inc.
1,344 Views

Share






Made in the U.S.A

**Mission Statement**

We rely on Jesus Christ as our cornerstone; He is the foundation on which we stand as our strength and our shield. It is the mission of GMS Industrial Supply, Inc. to extend our line of environmentally friendly chemicals and industrial supplies in order to satisfy our customers' needs through a family based approach to a modern economy. We humbly serve our Lord in providing the

https://www.gmsindustrialsupply.com [6/14/2019 12:22:59 PM]

**JA274**

gmsindustrialsupply

best customer service in the industry while striving to enhance our world and well being. We value the resilience and dedication of our United States Military, as well as the channels utilized to best service these sectors.

    

## Oger Time Around the World

| To view this content, click reload. | To view this content, click reload. | To view this content, click reload. | To view this content, click reload. |
|---|---|---|---|
| Virginia Beach East Coast Headquarters Fort Eustis, VA Fort Bragg, NC | Fort Hood, TX Fort Polk, LA. | Fort Carson, CO | National City West Coast Headquarters Fort Irwin, CA Joint Base Lewis-McChord, WA |

| To view this content, click reload. | To view this content, click reload. | To view this content, click reload. | To view this content, click reload. | To view this content, click reload. |
|---|---|---|---|---|
| Joint Base Elmendorf-Richardson | Schofield Barracks | Torii Station Army Base | Camp Humphreys | USAG Baumholder Army Base USAG Grafenwoehr Army Base USAG Kaiserslautern Army Base |



**GMS Industrial Supply, Inc.** has 2 locations to best serve your needs

Contact the location near you.

**East Coast** Office

**West Coast** Office

**Address:** 212 Denn Lane
Virginia Beach, Virginia 23462

**Address:** 2702 Southport Way, Suite F
National City, California 91950

**Phone:** (757) 473-1487

**Phone:** (619) 213-3213

Contact Us

© GMS Industrial Supply, Inc.

https://www.gmsindustrialsupply.com/[6/14/2019 12:22:59 PM]

**JA275**



**G S M**

**GMS Industrial Supply, Inc.**

*GREAT MATERIAL SUPERIOR SERVICE*

(855) GRN-OGER • www.GMSindustrialsupply.com

# Department of Defense Supply Catalog
# NSN-FedMall-GCSS Maintenance Products



**SEA**

**GREEN OGER**

**FAMILY OF EARTH FRIENDLY PRODUCTS**

**AIR**

**LAND**

## DLA Depot Stocked Items / MILSTRIP Accepted Via FedMall IDIQ



Defense Logistics Agency
Stock System



FEDMALL
SP47W115D0002



GSA
73: GS-07F-0369V



CMAS
State of California Dept.
Approved Schedule



SWaM
Small, Women and
Minority-Owned
667009



SBA
U.S. Small Business Administration

Proudly Made
in the USA!

v.042019

**JA276**

# Why choose GMS?



GMS Industrial Supply, Inc. has been in business for over 18 years, it is locally owned and operated in San Diego, California and Virginia Beach, Virginia. GMS has been established as one of the largest women owned small business suppliers to the U.S. Government and Department of Defense. As our unique high-tech products are designed with the environment in mind, we have created a product offering unlike anyone else in the industry. Our experience in DoD Logistical Support in the areas of Chemical Solutions, Fasteners and Tactical Gear, has been the catalyst to our growth in the industry throughout the United States and Abroad. GMS has dozens of NSN's and 100's of NAVSUP stock numbers on the most favored procurement contracts and in the stock system, along with being stocked in the DLA Depots with an experienced presence at nearly every major DoD Facility in the continental US, Alaska, and Hawaii. We are grateful for the many years of guidance, support, and direction in order to design our products to best meet the needs of the brave men and women of the Army, Navy, Air Force, Marines and Coast Guard with whom this country is blessed. When you purchase a product from GMS, you not only get a world class product, you also get complete customer satisfaction. Our sales and service team, with over 90 combined years of experience, will take care of your every need, providing complete satisfaction. GMS Industrial Supply, Inc. is committed to being the best nationwide-our satisfied customers are our proof! Simply put, GMS responds with excellent service and gets the critical materials needed where, when, and how it is needed, faster than anyone.

2



# Our President

Dear Valued Customer,

My name is Rachel Gorken, Owner and President of GMS Industrial Supply, Inc., woman owned small business. Our experienced professional sales and service representatives are ready to assist you with any maintenance problems or needs that you may have. With every purchase of our products, you get a total commitment from GMS Industrial Supply, Inc. that you will receive complete customer satisfaction from the very best products, services, and technical support in the industry.

- Rachel Gorken



*"And He said to them, 'Go into all the world and preach the gospel to every creature.'" **Mark 16:15***

*"Do nothing out of selfish ambition or vain conceit, but in humility consider others better than yourselves. Each of you should look not only to your own interests, but also to the interests of others" **Philippians 2:3-4***

# Our Mission Statement

We rely on Jesus Christ as our cornerstone; He is the foundation on which we stand as our strength and our shield. It is the mission of GMS Industrial Supply, Inc. to extend our line of environmentally friendly chemicals and industrial supplies in order to satisfy our customers' needs through a family based approach to a modern economy. We humbly serve our Lord in providing the best customer service in the industry while striving to enhance our world and well being. We value the resilience and dedication of our United States Military, as well as the channels utilized to best service these sectors.

3





**GMS Industrial Supply, Inc.**

*GREAT MATERIAL SUPERIOR SERVICE*

www.GMSindustrialsupply.com



**Proudly Made in the USA!**

# RACKABLE/STACKABLE HAZMAT STORAGE CONTAINER INSTRUCTIONS

Your Rackable/Stackable Hazmat Storage Container has been designed to comply with regulatory standards for the storing of hazardous materials.

# INSTALL IS EASY AS 1-2-3!

### 1. Offload the new arrival.

### 2. Level for optimal usage.

### 3. Plug in and power up that *MONSTAH!*



Should you have any questions regarding your unit please feel free to call:
**1-855-GRN-OGER**

**212 Denn Lane, Virginia Beach, VA. 23462 • 2520 Hoover Avenue, Suite A, National City, CA. 91950
1-855-GRN-OGER • www.GMSindustrialsupply.com**

4

**JA279**



EXHIBIT
9

**TRIBE**

GovTribe Works Best With A Modern Browser     Upgrade Now

⌾ FEDERAL CONTRACT AWARD

Link Pursuit ▾     Add To Pipeline ▾

# Purchase Order SPE7L119V2797

**Purchase Order     $2.9k / $2.9k**

⏱ **Updated Jan 29 2019**

### Details

Purchase Order SPE7L119V2797 is a Firm Fixed Price Federal Contract Award. It was
awarded to G&S Supply LLC on Jan 29, 2019. The purchase order is funded by the
Land and Maritime (DOD - DLA). The potential value of the award is $2,850. The
NAICS Category for the award is 339999 - All Other Miscellaneous Manufacturing.
The PSC Category is 5340 - Hardware
Our Summary

8506241899 ! NON-NSN TEAM
Government Description

👥 Funding & Awarding Agency

Land and Maritime (DOD - DLA)
🖧

👥 Awarded Vendor

G&S Supply LLC

👤 Contacts

Not listed

## $2.9k
Total Dollars Obligated

## $2.9k
Current Value

## $2.9k
Potential Value

# TRIBE

100% Funded

100% Complete

## Jan 29 2019
Award Date

## Feb 12 2019
Current Completion Date

## Feb 12 2019
Potential Completion Date

## Competition Information

▭ Federal Contract Opportunities

| - |

🔒 Set Aside

No Set-Aside Used

✖ Extent Competed

Competed under SAP

✖ Solicitation Procedures

Simplified Acquisition

✖ Number Of Offers Received

2

## Additional Information

◇ NAICS Category

339999 🖧

◇ PSC Category

5340 🖧

JA282

Pricing Type

Firm Fixed Price

**TRIBE**

## Place of Performance

Colorado Springs, CO 80908, USA

GovTribe Works Best With A Modern Browser     Upgrade Now

TRIBE

**TRIBE**

Plans          Features
Sign Up        Blog
Login          Help
               Privacy Policy
               Terms of Use

Awards

Federal Contract Awards
Federal Contract IDV Awards
Federal Contract Vehicles
Federal Grant Awards

Categories

NAICS Categories
PSC Categories

Programs

Federal Grant Programs

Opportunities

Federal Contract Opportunities
Federal Grant Opportunities

Participants

Federal Agencies
Federal People
Vendors

© 2019 GovTribe, Inc.
3100 Clarendon Blvd Suite 200
Arlington VA 22201
E: help@govtribe.com

JA284



# TRIBE

GovTribe Works Best With A Modern Browser     Upgrade Now

⊗ FEDERAL CONTRACT AWARD

Link Pursuit ▾ | Add To Pipeline ▾

# Purchase Order SPE7L119V2742

**Purchase Order     $2.0k / $2.0k**

🕑 **Updated Jan 28 2019**

## Details

Purchase Order SPE7L119V2742 is a Firm Fixed Price Federal Contract Award. It was awarded to G&S Supply LLC on Jan 28, 2019. The purchase order is funded by the Land and Maritime (DOD - DLA). The potential value of the award is $1,975. The NAICS Category for the award is 339999 - All Other Miscellaneous Manufacturing. The PSC Category is 5340 - Hardware

Our Summary

**8506237414 ! NON-NSN TEAM**

Government Description

👥 Funding & Awarding Agency

Land and Maritime (DOD - DLA)
🖧

👥 Awarded Vendor

G&S Supply LLC

👤 Contacts

Not listed

### $2.0k
Total Dollars Obligated

### $2.0k
Current Value

### $2.0k
Potential Value

**JA285**

**TRIBE**

100% Funded

100% Complete

### Jan 28 2019
Award Date

### Feb 11 2019
Current Completion Date

### Feb 11 2019
Potential Completion Date

## Competition Information

▢ Federal Contract Opportunities

| 0 |

🔒 Set Aside

No Set-Aside Used

✖ Extent Competed

Competed under SAP

✖ Solicitation Procedures

Simplified Acquisition

✖ Number Of Offers Received

3

## Additional Information

⬦ NAICS Category

339999 🔀

⬦ PSC Category

5340 🔀

**JA286**

Pricing Type

Firm Fixed Price

**TRIBE**

Place of Performance

Colorado Springs, CO 80908, USA



GovTribe Works Best With A Modern Browser    Upgrade Now

**TRIBE**

**TRIBE**

Plans        Features
Sign Up      Blog
Login        Help
             Privacy Policy
             Terms of Use

Awards

Federal Contract Awards
Federal Contract IDV Awards
Federal Contract Vehicles
Federal Grant Awards

Categories

NAICS Categories
PSC Categories

Programs

Federal Grant Programs

Opportunities

Federal Contract Opportunities
Federal Grant Opportunities

Participants

Federal Agencies
Federal People
Vendors

© 2019 GovTribe, Inc.
3100 Clarendon Blvd Suite 200
Arlington VA 22201
E: help@govtribe.com



**TRIBE**

GovTribe Works Best With A Modern Browser          Upgrade Now

&#x265F; VENDOR                                      &#x2661; 0    &#9734; Claim Vendor

GL   **G&S Supply LLC**

Awarded
Federal Contract
Award
Land and Maritime
(DOD - DLA)
Mar 15 2019

**Purchase Order
SPE7L119V456
8**

Awarded
Federal Contract
Award
Land and Maritime
(DOD - DLA)
Mar 15 2019

**Purchase Order
SPE7L119V453
5**

Awarded
Federal Contract
Award
Land and Maritime
(DOD - DLA)
Mar 14 2019

**Purchase Order
SPE7L119V448
7**

Awarded
Federal Contract
Award
Land and Maritime
(DOD - DLA)
Mar 14 2019

**Purchase Order**
< >

Details

&#128461; Doing Business As
Not listed

&#128461; Division
Not listed

&#9673; CAGE Code
7WPR4

&#128279; Website
Not listed

&#9786; Contacts
Westly Greer
Co-owner

| Avg Period of Performance (yrs) | Avg Number of Competitors | Avg Potential Value | Active Federal Contract Awards |
|---|---|---|---|
| 0.00 (100.0%) since Jun 2018 | 0.00 (100.0%) since Jun 2018 | $0 (100.0%) since Jun 2018 | 0.00 (100.0%) since Jun 2018 |

Awards

&#127941; **Federal Contract Awards**                    225

&#127941; **Federal Contract IDV Awards**                 0



< > 🐝 **Federal Contract Vehicles**

🐝 **Federal Grant Awards**

**TRIBE**

## Awards Timeline and Leaderboards

Apr 01, 2016    *to*    Jun 30, 2020

Federal Contract Awards ▾    By Quarter ▾



Federal Contract Awards Beginning    Federal Contract Awards Ending

| Top 10 ▾ Funding Agencies ▾ ⊕ | Dollars Obligated | Awards Beginning | Awards Ending |
|---|---|---|---|
| Land and Maritime (DOD - DLA) | $793.2k | 225 | 225 |

## Registration Info

◇ Primary NAICS Category

238990 🖧

🕘 Registration Date

Jun 23 2017

⊕ Expiration Date

Feb 04 2020

**TRIBE**

🔳 Entity Structure

Partnership or Limited Liability Partnership

🏛 SBA Certified Business Types

Not listed

🏛 Self Certified Business Types

Self Certified Small Disadvantaged Business    For Profit Organization
Veteran Owned Business    Limited Liability Company

Location

8102 Hardwood Cir, Colorado Springs, CO 80908, USA



**TRIBE**

**TRIBE**

TRIBE

**TRIBE**

GovTribe Works Best With A Modern Browser    Upgrade Now

**TRIBE**

**TRIBE**

Plans        Features
Sign Up      Blog
Login        Help
             Privacy Policy
             Terms of Use

Awards

Federal Contract Awards
Federal Contract IDV Awards
Federal Contract Vehicles
Federal Grant Awards

Categories

NAICS Categories
PSC Categories

Programs

Federal Grant Programs

Opportunities

Federal Contract Opportunities
Federal Grant Opportunities

Participants

Federal Agencies
Federal People
Vendors

© 2019 GovTribe, Inc.
3100 Clarendon Blvd Suite 200
Arlington VA 22201
E: help@govtribe.com

# PENDER & COWARD
### ATTORNEYS AND COUNSELLORS AT LAW

Virginia Beach          Suffolk          Chesapeake          www.pendercoward.com

William A. Lascara, Esq.
wlascara@pendercoward.com
Direct dial: (757) 490-6265
Direct fax: (757) 502-7358
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462

May 24, 2019

**VIA E-MAIL & FEDERAL EXPRESS**

Westly Greer
8102 Hardwood Circle
Colorado Springs, CO 80908

Re:  Second Supplemental Termination, Cease and Desist and Litigation Hold
Notice Letter and Demand for Return of Property

Dear Mr. Greer:

This is a second supplement to our letters dated April 3, 2019, and April 17, 2019 terminating your Independent Sales Agreement with GMS Industrial Supply, Inc. ("GMS"). You returned certain GMS property to the attention of Gary Gorken at GMS's California office, including a Galaxy Book (provided in November 2018). This tablet requires a user passcode to access the contents. Please provide the passcode to the undersigned immediately as it constitutes GMS property as well.

GMS intends to vigorously protect its rights. Please govern yourself accordingly.

Very truly yours,

**PENDER & COWARD, P.C.**

William A. Lascara

Cc:  GMS Industrial Supply, Inc.

**EXHIBIT**
**10**

**JA297**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GMS INDUSTRIAL SUPPLY, INC.

**Plaintiff,**

v.                                                    Civil Action No. 2:19-cv-

G&S SUPPLY, LLC, WESTLY L. GREER,
SABRINA GREER, GREER GROUP, LLC,
GREGORY K. SPIRES, COUNTY ROADS, LLC,
THOMAS HAYES, GREGORY S. SPIRES MIKE
WELTON and WAYNE SIDE

**Defendants.**

## DECLARATION OF GARRY A. PATE

My name is Garry A. Pate. I have personal knowledge of the following matters and hereby declare that they are true and correct to the best of my knowledge, information and belief:

1.       I am a resident of the Commonwealth of Maryland. I am above the age of eighteen and am competent to testify to all matters contained herein.

2.       I am the Director in BDO's Technology and Business Transformation Services practice with more than 19 years of experience in digital forensics, cyber security, e-discovery, internal investigations, and database management. I work extensively with organizations, attorneys, law enforcement and federal, state, and local governments, specializing in complex digital forensics and e-discovery – from collection through production – for matters that involve a range of issues, including intellectual property theft, business technology, copyrights, patents, trademarks, as well as employment, environmental, and numerous other disputes.

3.       Attached hereto is my current curriculum vitae.


EXHIBIT
# 11

**JA298**

4.      BDO was engaged by Pender & Cowards, PC to perform digital forensics and e-discovery with respect to the misappropriation of trade secrets, intellectual property theft, violation of trademarks and to recover stolen and/or deleted data from various computers and other devices, in connection with the Verified Complaint filed by GMS Industrial Supply, Inc. ("GMS") herein.

5.      As part of this engagement, BDO performed a digital media preservation in our New York, NY forensic laboratory - 100 Park Avenue New York, NY 10017.  BDO created a forensic image of each device listed below:

    a.  Westly   Greer   Laptop   –   Hewlett   Packard   X017DS.   Serial   number 8CG6251166. Size – 2TB.

    b.  Westly Greer Desktop – Hewlett Packard Z220. Serial number 2UA3050DJV. Size – 2TB.

6.      The document attached to GMS' Verified Complaint as Exhibits #7 is a true and accurate copy of BDO's USB Device Listing Report – VICT8766_DC, depicting the Device Type, Vendor, Serial Number, Last Seen Date and First Seen Date of each USB external storage device attached and logged by the operating system to the desktop computer owned by GMS, and primarily used by Westly Greer ("Westly Greer Desktop") until returned to GMS and delivered to BDO for forensic examination in May of 2019.

7.      That as alleged in Paragraphs 56, 58-59 of the Verified Complaint, and Exhibit #7 referenced therein, BDO's forensic analysis of the Westly Greer Desktop computer shows USB external storage devices that were used to download data were connected to the Westly Greer Desktop computer on the dates specified in Exhibit #7.

2

**JA299**

8.    In addition, BDO's forensic analysis of the Westly Greer Desktop and Laptop computers returned to GMS by Westly Greer shows that a File Shredder program was downloaded, installed, and executed in April 2019 to delete and/or destroy, thousands of documents resident on the several computing devices owned by GMS and provided by GMS to Westly Greer for use in GMS' business as alleged in Paragraphs 56 and 59 of the Verified Complaint.

9.    In addition, BDO's forensic analysis of the tablet computer returned to GMS by Westly Greer shows that a password or pin code is required to access the tablet, and due to Westly Greer's refusal to provide the access code to the tablet computer device owned by GMS which he returned to GMS on April 25, 2019, as alleged in Paragraph 154 of the Verified Complaint, BDO has been unable to access the tablet computer conduct its forensic analysis of such tablet computer.

10.    I hereby declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____

Garry A. Pate

Executed on June 20, 2019.

3

**JA300**



# Biography



gpate@bdo.com
Direct: 703-770-6393

8401 Greensboro Drive
Suite 800
McLean, VA 22102

Tel: 703-893-0600
Fax: 703-893-2766
**www.bdo.com**

## Garry Pate, EnCE

**BDO Technology and Business Transformation Services Director**

### EXPERIENCE SUMMARY

Garry Pate is a Director in the firm's Technology and Business Transformation Services practice with more than 18 years of experience in digital forensics, cyber security, information governance, e-discovery, internal investigations, and database management. He works extensively with organizations, attorneys, law enforcement and federal, state, and local governments.

Garry specializes in complex digital forensics, e-Discovery, and cyber security for matters that involve a range of issues, including intellectual property theft, business technology, copyrights, patents, trademarks, as well as employment, environmental, data breach, and numerous other disputes.

Garry has held several positions managing digital forensic and e-discovery projects, including most recently as director within the Dispute Advisory & Forensic Services Group of Stout, Risius, Ross (SRR) in Washington, D.C. and, prior to that, as an IT specialist with the Securities and Exchange Commission (SEC), where he was a founding member of the computer forensic laboratory analysis team. Garry has worked on numerous high profile matters, including the SEC v. Enron and the United States v. Moussaoui, and has served as an expert witness providing testimony on forensic analysis on a broad spectrum of subject matters.

### PROFESSIONAL AFFILIATIONS

Association of Certified Fraud Examiners (ACFE)
Computer Forensic Tool Testing Committee (CFTT)
High Technology Crime Investigation Association (HTCIA)
Information Assurance Certification Review Board (IACRB)
International Council of E-Commerce Consultants (EC-Council)
International Association of Computer Investigative Specialists (IACIS)
National Institute of Science and Technology (NIST)
Regional Computer Forensics Group (RCFG)
Sedona Conference Working Group 11

### EDUCATION

M.S., Information Technology, American Intercontinental University
B.S., Criminal Justice, University of Maryland at College Park

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and for each of the BDO Member Firms.

## DEPOSITION | TESTIMONY | EXPERT REPORT EXPERIENCE

1. Governo Law Firm LLC v. CMBG3 Law LLC, et al. v. David M. Governo, State of Massachusetts, Suffolk Superior Court, 2019

2. Source Production & Equipment Co., Inc., Aspect Technology Limited, SpecMed, LLC, SPEC MED Intellectual Property, LLC, and SPEC Intellectual Property, LL Kevin J. Schehr, Isoflex USA, Isoflex Radioactive LLC, Richard H. McKannay, Jr., and John Does 1-10, U.S. District Court, Eastern District of Louisiana, 2019

3. Lawrence Biss v. Gehring-Montgomery, Inc., et al, U.S. District Court, Eastern District of Pennsylvania, 2018

4. Ralph Weiner & Associates, LLC. v. Joseph Hancock, Alliant Insurance Services, INC., Bridget Phillips, Gregory Hassler, Debbie Minwegen, and Marie Hartel, State of Illinois, in the Circuit Court of Cook County, Chancery Division, 2018

5. OSRAM Sylvania Inc. v. Photographic Illustrators Corporation v. Brook Electrical Supply Company; Capital Lighting & Supply, LLC D/B/A Capital Tristate; Facility Solutions Group, Inc.; Frost Electric Supply Co. D/B/A/ Frostelectric.Com; Stuart C. Irby Company D/B/A/ Irby.Com; McNaughton-McKay Electric Co.; And Trade Service Co., LLC, American Arbitration Association, 2017

6. Virginia Dermatology & Skin Cancer Center, PLLC v. Deanna R. Bain, Joanne C. Romaine and Sylvia B. Halla, State of Virginia, Norfolk Circuit Court, 2017

7. William Raveis Mortgage, LLC v. Peter Fickeisen, John Derek Holte, and Luxury Mortgage Corp., State of Connecticut, in the Superior Court, Judicial District of Stamford, 2017

8. Four Pointe Investments, LLC v. Lotus Bancorp, Inc. & Lotus Bank, State of Michigan, in the Circuit Court for the County of Oakland, 2013

9. General Motors LLC v. TI Group Automotive Systems, L.L.C., State of Michigan, in the Circuit Court for the County of Wayne, 2012

10. Amphenol Corporation v. Paul, U.S. District Court, District of Connecticut, 2013

11. SEC v. Tyco International Ltd., U.S. District Court for the District of Columbia, 2006

12. Securities and Exchange Commission v. Richard A. Causey, Jeffrey K. Skilling and Kenneth L. Lay, U.S. District Court, Southern District of Texas, Houston Division, 2004

13. Securities and Exchange Commission v. Michael Resnick, Mark P. Kaiser, Timothy J. Lee, and William Carter, U.S. District Court, Southern District of New York, 2004

14. Securities and Exchange Commission v America Online, Inc., U.S. District Court for the District of Columbia, 2000

15. Testified at Administrative Law Judge hearings at the U.S. Securities and Exchange Commission, 2002 to 2008

## PUBLICATIONS

1. "Encryption: The Battle of Security and Privacy" The SRR E-Discovery Blog, April 2016

2.   "Practical Steps for Responding to a Data Breach", The SRR Journal, Fall 2015

3.   "Vigilant SEC Cybersecurity Compliance", The SRR Journal, Spring 2015

4.   "Cell on Earth: The Forensic Challenges of Mobile Devices", The SRR Journal, Spring 2015

5.   "Intro Thin Air: Data Theft in the Cloud", The SRR Journal, Spring 2014

6.   "Data Breach: From the Inside Out", The SRR Journal, Fall 2014


## SPEAKING ENGAGEMENTS

1.   "Advances in Mobile Device Digital Forensics", 2018 Williams & Connolly Litigation Technology Fair, Washington DC, March 2018

2.   "The Decade of Discovery", panelist at the ACEDS Detroit Chapter, Detroit, MI, July 16, 2015

3.   "Digital Evidence – Best Practices in the 21st Century", panelist at the Oakland County Bench/Bar Conference on April 24, 2015

4.   "Surviving the Next Cyber Attack", presented to the ACEDS National Chapter via WebEx, February 26, 2015

5.   "Surviving the Next Cyber Attack", presented to the ACEDS Detroit Chapter, Troy, MI, January 22, 2015

6.   "Mobile Device Forensics" presented to the Detroit Chapter of Women in eDiscovery, November 2014

7.   "Cell Phone Science" presented to the Detroit / Wayne County Criminal Advocacy Program, October 2014

8.   "Intellectual Property Security" presented at the Stout, Risius, Ross, Inc. Michigan Intellectual Property Symposium, October 2014

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Norfolk Division

**GMS INDUSTRIAL SUPPLY, INC.**

        **Plaintiff,**

    **v.**                              **Civil Action No. 2:19-cv-**

**G&S SUPPLY, LLC, WESTLY L. GREER,**
**SABRINA GREER, GREER GROUP, LLC,**
**GREGORY K.  SPIRES, COUNTY ROADS, LLC,**
**THOMAS HAYES, GREGORY S.  SPIRES MIKE**
**WELTON and WAYNE SIDE**

**Defendants.**

### DECLARATION OF WILLIAM A. LASCARA

I, William A. Lascara, pursuant to 28 U.S.C. §1746, hereby state under penalty of perjury that the following is true and correct:

1.     I am counsel of record for Plaintiff GMS Industrial Supply ("GMS") in the above-captioned action (the "Action").

2.     I am over the age of 18, personally knowledgeable about the facts and proceedings herein.

3.     The documents attached as Exhibits #1 to GMS' Verified Complaint are true and correct copies of cease and desist letters dated April 3, 2019 delivered via e-mail and Federal Express by Pender & Coward, PC, as counsel to GMS, to the seven (7) non-corporate Defendant sales representatives and their related limited liability companies (the "Sales Agent Defendants").

4.     The document attached as Exhibits #6 to GMS' Verified Complaint is a true and correct copy of a supplemental cease and desist letter dated April 17, 2019 delivered via e-mail



EXHIBIT

# 12

**JA304**

and Federal Express by Pender & Coward, PC, as counsel to GMS, to Westly Greer, demanding return of the computer equipment, data and other property in his possession.

5.    The document attached as Exhibits #10 to GMS' Verified Complaint is a true and correct copy of a second supplemental cease and desist letter dated May 24, 2019, delivered via e-mail and Federal Express by Pender & Coward, PC, as counsel to GMS, to Westly Greer on requesting the pass code to his tablet. Westly Greer has not provided that passcode to date.

I declare under penalties of perjury that I have read the foregoing document and that the facts stated in it are true.

Executed this 20th day of June, 2019 in Virginia Beach, Virginia.

William A. Lascara

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Robert W. McFarland*
Robert W. McFarland

*Counsel for Defendant-Appellant*