## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| GMS INDUSTRIAL SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | No. 22-2090 |
| v. | ) | |
| | ) | |
| WESTLY L. GREER, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

_____

### MOTION TO WITHDRAW COUNSEL
_____

Sean A. McClelland hereby moves to withdraw as counsel, pursuant to Local Rule 46(c), for Defendant-Appellant, WESTLY L. GREER ("Appellant"). In support of this motion, Sean A. McClelland states as follows:

1. Sean A. McClelland is leaving the firm of McGuireWoods LLP for employment elsewhere;

2. The withdrawal will not leave Appellant unrepresented, as Robert F. McFarland, V. Kathleen Dougherty, and Jeanne E. Noonan will remain as counsel for Appellant; and

3. Appellant has been notified.

WHEREFORE, Sean A. McClelland respectfully requests that the Court enter an order allowing him to withdraw as counsel of record.

January 20, 2023                    Respectfully submitted,


                                    /s/ *Sean A. McClelland*
                                    Sean A. McClelland
                                    MCGUIREWOODS LLP
                                    888 16th Street, N.W.
                                    Suite 500
                                    Black Lives Matter Plaza
                                    Washington, DC 20006
                                    T: (202) 828-2838
                                    F: (202) 828-2976
                                    smcclelland@mcguirewoods.com

                                    *Counsel for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I filed the foregoing with the

Clerk of the United States Court of Appeals for the Fourth Circuit using the

appellate CM/ECF system, which will also serve counsel of record.


*/s/ Sean A. McClelland*
Sean A. McClelland