FILED: January 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2090
(2:19-cv-00324-RCY-LRL)

_____

GMS INDUSTRIAL SUPPLY, INC.

  Plaintiff - Appellee

v.

WESTLY L. GREER

  Defendant - Appellant

and

G&S SUPPLY, LLC; SABRINA GREER; GREER GROUP, LLC; GREGORY K. SPIRES; COUNTRY ROADS, LLC; THOMAS HAYES; MIKE WELTON; WARTECH INDUSTRIES, LLC; HMC SUPPLY, LLC

  Defendants

_____

O R D E R
_____

The court grants the motion to withdraw Sean A. McClelland from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk