FILED: November 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2090
(2:19-cv-00324-RCY-LRL)

_____

GMS INDUSTRIAL SUPPLY, INC.

       Plaintiff - Appellee

v.

WESTLY L. GREER

       Defendant - Appellant

and

G&S SUPPLY, LLC; SABRINA GREER; GREER GROUP, LLC; GREGORY K. SPIRES; COUNTRY ROADS, LLC; THOMAS HAYES; MIKE WELTON; WARTECH INDUSTRIES, LLC; HMC SUPPLY, LLC

       Defendants

_____

O R D E R
_____

Counsel for the parties and any amici curiae are requested to file one paper copy of their previously filed briefs and appendices (both sealed and public filings) on or before 11/16/2023.

Paper copies of briefs and appendices must match the electronic version. No

ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk